UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>      Plaintiff,<br><br> -against-<br><br>RICHARD XIA, a/k/a YI XIA, and FLEET NEW YORK METROPOLITAN REGIONAL CENTER, LLC, f/k/a FEDERAL NEW YORK METROPOLITAN REGIONAL CENTER, LLC,<br><br>      Defendants,<br><br> -and-<br><br>JULIA YUE, a/k/a JIQING YUE,<br><br>      Relief Defendant. | 21 Civ. 5350-PKC-CLP<br><br>**STIPULATION AND [PROPOSED] ORDER** |

The parties, through their undersigned attorneys and subject to the Court's approval, hereby stipulate and agree to the following:

1. On September 27, 2021, the Court entered an *Order to Show Cause and Temporary Restraining Order Freezing Assets, Appointing a Monitor and Granting Other Relief* (the "OSC"), which, among other things, scheduled a show cause hearing for October 12, 2021, at 5:30 pm, and established other interim deadlines, and an Order Appointing Monitor;

2. The parties, having conferred on the schedule in the OSC, consent to the following extension of deadlines in the OSC:

 Friday, October 8, 2021: Sworn accountings required by Part V of the OSC to be filed by Defendants.

<u>Tuesday, October 12, 2021, 5 pm</u>: Defendants and Relief Defendant to file any papers in opposition to the relief sought in the OSC.

<u>Friday, October 15, 2021, 5:00 pm</u> – SEC to file reply papers to Defendants' and Relief Defendant opposition papers.

<u>Tues, Oct 19, 2021</u> – Show Cause Hearing.

3. No previous extensions have been requested or granted.

4. The parties respectfully submit that the extensions requested herein will permit the parties additional time to meet and confer regarding the OSC in an effort to seek a resolution that may obviate the need for a hearing on the OSC.

5. The parties further agree and consent that the OSC, including all relief granted in the OSC, and the Order Appointing Monitor, shall be extended through October 19, 2021.

| SECURITIES AND EXCHANGE COMMISSION | MUKASEY FRENCHMAN LLP |
|---|---|
| /s *David Stoelting* | s/ *Robert S. Frenchman* |
| By: _____ <br> David Stoelting <br> Kevin P. McGrath <br> Kim Han <br> 200 Vesey Street, Suite 400 <br> New York, New York 10281-1022 <br> Telephone (212) 336-0174 <br> stoeltingd@sec.gov | By: _____ <br> Marc Mukasey <br> Robert S. Frenchman <br> Kenneth A. Caruso <br> 570 Lexington Ave, Suite 3500 <br> New York, New York 10022 <br> Telephone (212) 466-6400 <br> robert.frenchman@mfsllp.com |

With good cause appearing for the entry of an Order: (1) extending the OSC, including all relief granted therein through October 19, 2021; (2) adopting the revised interim deadlines proposed by the parties; (3) extending the Order Appointing Monitor through October 19, 2021; and (4) and scheduling the Show Cause Hearing for October 19, 2021 at _____,

**IT IS** on this \_\_\_\_ of _____ 2021,

**SO ORDERED**:

DATED:	Brooklyn, New York
	_____, 2021

	_____
	PAMELA K. CHEN
	United States District Judge