AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Securities and Exchange Commission )<br>*Plaintiff* )<br>v. )<br>Richard Xia, et al. )<br>*Defendant* ) | Case No.  21-cv-5350-PKC-CLP |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Richard Xia and Fleet New York Metropolitan Regional Center, LLC; and Relief Defendant Julia Yue.

Date:  10/07/2021

*Attorney's signature*

Marc Mukasey; MM1185
*Printed name and bar number*

Mukasey Frenchman LLP
570 Lexington Avenue, Suite 3500
New York, NY 10022

*Address*

marc.mukasey@mfsllp.com
*E-mail address*

(212) 466-6400
*Telephone number*

*FAX number*