UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>       Plaintiff,<br><br>  v.<br><br>RICHARD XIA, a/k/a YI XIA, and FLEET NEW YORK METROPOLITAN REGIONAL CENTER, LLC, f/k/a FEDERAL NEW YORK METROPOLITAN REGIONAL CENTER, LLC,<br><br>       Defendants,<br><br> and<br><br>JULIA YUE, a/k/a JIQING YUE.<br><br>       Relief Defendant. | 21 Civ. 5350-PKC-CLP<br><br>**DECLARATION OF HERVÉ GOURAIGE** |

I, Hervé Gouraige, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am a member of the Bar of the State of New York.

2. I am a Member at Sills Cummis & Gross P.C.

3. I am counsel for defendants Richard Xia, Fleet New York Metropolitan Regional Center, LLC, and relief defendant Julia Yue in the above-captioned matter. I make this Declaration in support of Defendants' response to the Court's Order to Show Cause and Temporary Restraining Order Freezing Assets, Appointing a Monitor and Granting Other Relief issued on September 27, 2021.

4. I am familiar with the facts and circumstances herein. I make this Declaration based upon (i) my personal knowledge, (ii) information and documents obtained by Defendants during discovery, and (iii) certain other documents that are described herein. Attached to my Declaration are true and correct copies of the following documents:

8538784 v1

| Exhibit No. | Description | Date |
|---|---|---|
| 1 | Expert Report by Paul M Ribaudo | Jan. 31, 2020 |
| 2 | David Stoelting's Email to Defendants' Prior Counsel Mukasey Frenchman LLP | Oct. 22, 2021 |
| 3 | Appraisal Report by Goodman-Marks Associates, Inc. | Aug. 25, 2021 |
| 4 | Appraisal Report by BBG, Inc. | Oct. 23, 2019 |
| 5 | Uniform Assets-Freezing Orders Act | |
| 6 | Confidential Private Offering Memorandum for EMMCO, L.P. ("EMMCO OM") | Apr. 17, 2020 |
| 7 | Confidential Private Offering Memorandum for EMMCO TOWER, L.P. ("EMMCO TOWER OM") | Jan. 31, 2011 |
| 8 | Confidential Private Offering Memorandum for EMMCO NQMC, L.P. ("EMMCO NQMC") | Jan. 31, 2011 |
| 9 | Confidential Private Offering Memorandum for EEGH, L.P. ("EEGH OM") | Dec. 2013 |
| 10 | Confidential Private Offering Memorandum for EEGH II, L.P. ("EEGH II OM") | Sept. 2015 |
| 11 | Bond Approval by the Mayor of The City of New York | July 14, 2010 |
| 12 | Fleet's Letter to NYCCRC to Preserve Bond Allocation | Dec. 6, 2010 |
| 13 | Letter of Intent from Cathay Bank | Sept. 15, 2011 |
| 14 | Letter of Intent from East West Bank | Mar. 9, 2011 |
| 15 | Mortgage Record for 57-35 Lawrence Street ("57-35 First Mortgage") | Nov. 4, 2010 |
| 16 | Proceeds from 57-35 Lawrence Street Mortgage ("57-35 First Mortgage Proceeds") | Nov. 4, 2010 |
| 17 | Money Transfers from 57-35 Lawrence Street Mortgage ("57-35 Bank Records") | Nov. 2010 |
| 18 | Email from CBO Financial on NMTC | Feb. 26, 2014 |
| 19 | CDE Certification from CDFI Fund | Oct. 14, 2014 |
| 20 | Emails Between Richard Xia and Sunil Aggarwal | Jan. 2015 |
| 21 | Letter of Intent from Edward Chan | Dec. 23, 2013 |
| 22 | Franchise Proposal from Westin | Oct. 14, 2010 |
| 23 | Emails Showing Richard Xia Retained Legal Counsel for the Westin Deal | Oct. and Nov. 2010 |
| 24 | Emails Showing Richard Xia Retained Hotel Consultant for the Westin Deal | Nov. 2010 to Apr. 2011 |
| 25 | Emails Showing Starwood (holder of the hotel brand of Westin) Agreed to Conflict Waiver on the Westin Deal with Fleet | Nov. 11, 2010 |
| 26 | Defendants' Plan/Work Application for the Eastern Emerald Project | July 16, 2014 |
| 27 | The Expert Report by Metropolis Group, Inc. | June 18, 2020 |
| 28 | Robert White's Email to Richard Xia and the Email's Attachment Showing Robert White's Experience | Nov. 16, 2012 |
| 29 | Anastasios Christoforidis's Deposition Taken for First Baptist Church of Flushing v. X&Y Development Group, LLC et al., Index Number 710001/2015, (Supreme Court, Queens County) | June 9, 2021 |
| 30 | Emails showing Defendant Sent to Investors' K-1 Forms for the Year 2019 | 2020 |
| 31 | Emails showing Defendant Sent to Investors' K-1 Forms for the Year 2020 | 2021 |
| 32 | Amended Transcript of Richard Xia's Deposition by the SEC | May 30, 2019 |

8538784 v1

| | | |
|---|---|---|
| 33 | Cost Summary of the Eastern Mirage Project | |
| 34 | Confidential Financing Memorandum Prepared by Cushman & Wakefield plc on the Eastern Mirage Project | |
| 35 | Richard Xia's Personal Capital Contributions to the Eastern Mirage Project | May 2021 |
| 36 | Richard Xia's Personal Capital Contributions to the Eastern Emerald Project | May 2021 |
| 37 | Appraisal Report by Cushman & Wakefield plc on the Eastern Mirage Project | July 9, 2019 |
| 38 | Appraisal Report by Cushman & Wakefield plc on the Eastern Emerald Project | July 12, 2019 |
| 39 | Appraisal Report by Joseph J. Blake and Associates, Inc. | Sept. 27, 2021 |
| 40 | Report by James Cohen Consulting on the Water Leakage Problem with the Eastern Emerald Project | Jan. 31, 2019 |
| 41 | Outstanding Invoices to Defendants for legal fees owed to Sullivan & Cromwell LLP | July to Dec. 2021 |
| 42 | Outstanding Invoices to Defendants for legal fees owed to Kelley Drye & Warren LLP | Jan. 6, 2022 |
| 43 | Outstanding Invoices to Defendants for legal fees owed to Mukasey Frenchman LLP | Sept. to Oct. 2021 |
| 44 | Outstanding Invoices to Defendants for legal fees owed to Hodgson Russ LLP | July to Oct. 2021 |
| 45 | Outstanding Invoices to Defendants for legal fees owed to Bret L. McCabe | Oct. to Dec. 2021 |

5. Defendants owe legal fees to the following legal counsel: (1) Sullivan & Cromwell LLP (Ex. 41); (2) Kelley Drye & Warren LLP (Ex. 42); (3) Mukasey Frenchman LLP (Ex. 43); (4) Hodgson Russ LLP (Ex. 44); and (5) Bret L. McCabe (Ex. 45).

Date: January 7, 2022
New York, New York

By: ___/s/ *Hervé Gouraige*___
             Hervé Gouraige

8538784 v1