# EXHIBIT 41

# SULLIVAN & CROMWELL LLP

TELEPHONE: +1-212-558-4000
FACSIMILE: +1-212-558-7123
WWW.SULLCROM.COM

*125 Broad Street*
*New York, NY 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

Fleet Financial Group

Attention: Richard Xia

| | |
|---|---|
| Invoice Date: | July 15, 2021 |
| Invoice Number: | 0671148 |
| Firm Reference: | 023584.00003 |

In full for professional advice and services rendered through June 30, 2021 in connection with Liu v. Xia (EDNY).

Our Fee,                                                                                           $22,550.00

## Payment Due Upon Receipt

Please remit payment using one of the following options:

(1)  Wire transfer or ACH to: (Preferred Method)

**Wells Fargo Bank**
**150 East 42nd Street**
**35th Floor**
**New York, NY 10017**

| | |
|---|---|
| Wire ABA#: | 121000248 |
| ACH ABA#: | 026012881 |
| Account Number: | 5841584187 |

**SWIFT Code: WFBIUS6S**

(2)  If a wire transfer or ACH cannot be initiated, please issue a check payable to:

**Sullivan & Cromwell LLP**
**125 Broad Street**
**Attention: Treasury Dept. / Rm. 2021**
**New York, NY 10004-2498**

To ensure proper credit, please include the invoice number for all payments.

E-mail notification of payments may be sent to billpayments@sullcrom.com.

If you have any questions, please contact:
    Collections Department
    (212) 558-7100
    collections@sullcrom.com

**Sullivan & Cromwell LLP US Federal ID# 13-5420320**

Sullivan & Cromwell LLP is a registered limited liability partnership established under the laws of the State of New York. The personal liability of our partners is limited to the extent provided in such laws.
Additional information is available upon request or at www.sullcrom.com.

# SULLIVAN & CROMWELL LLP

TELEPHONE: +1-212-558-4000
FACSIMILE: +1-212-558-7123
WWW.SULLCROM.COM

*125 Broad Street*

*New York, NY 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

Fleet Financial Group

Attention: Bret McCabe

| | |
|---|---|
| Invoice Date: | July 15, 2021 |
| Invoice Number: | 0671149 |
| Firm Reference: | 023584.00017 |

In full for professional advice and services rendered through June 30, 2021 in connection with Chang v. Xia.

Our Fee,                                                                                                   $50,000.00

## Payment Due Upon Receipt

Please remit payment using one of the following options:

(1)   Wire transfer or ACH to: (Preferred Method)

**Wells Fargo Bank**
**150 East 42nd Street**
**35th Floor**
**New York, NY 10017**

Wire ABA#:          **121000248**
ACH ABA#:          **026012881**
Account Number:   **5841584187**

**SWIFT Code: WFBIUS6S**

(2)   If a wire transfer or ACH cannot be initiated, please issue a check payable to:

**Sullivan & Cromwell LLP**
**125 Broad Street**
**Attention: Treasury Dept. / Rm. 2021**
**New York, NY 10004-2498**

To ensure proper credit, please include the invoice number for all payments.

E-mail notification of payments may be sent to billpayments@sullcrom.com.

If you have any questions, please contact:
  Collections Department
  (212) 558-7100
  collections@sullcrom.com

**Sullivan & Cromwell LLP US Federal ID# 13-5420320**

Sullivan & Cromwell LLP is a registered limited liability partnership established under the laws of the State of New York. The personal liability of our partners is limited to the extent provided in such laws.
Additional information is available upon request or at www.sullcrom.com.

# SULLIVAN & CROMWELL LLP

TELEPHONE: +1-212-558-4000
FACSIMILE: +1-212-558-7123
WWW.SULLCROM.COM

*125 Broad Street*

*New York, NY 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

Fleet Financial Group

Attention: Richard Xia

| | |
|---|---|
| Invoice Date: | July 15, 2021 |
| Invoice Number: | 0671150 |
| Firm Reference: | 023584.00001 |

In full for professional advice and services rendered through June 30, 2021 in connection with the SEC inquiry.

Our Fee, $4,331.25

## Payment Due Upon Receipt

Please remit payment using one of the following options:

(1)  Wire transfer or ACH to: (Preferred Method)

**Wells Fargo Bank**
**150 East 42nd Street**
**35th Floor**
**New York, NY 10017**

| | |
|---|---|
| **Wire ABA#:** | **121000248** |
| **ACH ABA#:** | **026012881** |
| **Account Number:** | **5841584187** |

**SWIFT Code: WFBIUS6S**

(2)  If a wire transfer or ACH cannot be initiated, please issue a check payable to:

**Sullivan & Cromwell LLP**
**125 Broad Street**
**Attention: Treasury Dept. / Rm. 2021**
**New York, NY 10004-2498**

To ensure proper credit, please include the invoice number for all payments.

E-mail notification of payments may be sent to billpayments@sullcrom.com.

If you have any questions, please contact:
    Collections Department
    (212) 558-7100
    collections@sullcrom.com

**Sullivan & Cromwell LLP US Federal ID# 13-5420320**

Sullivan & Cromwell LLP is a registered limited liability partnership established under the laws of the State of New York. The personal liability of our partners is limited to the extent provided in such laws.
Additional information is available upon request or at www.sullcrom.com.

# SULLIVAN & CROMWELL LLP

TELEPHONE: +1-212-558-4000
FACSIMILE: +1-212-558-7123
WWW.SULLCROM.COM

*125 Broad Street*
*New York, NY 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

Fleet Financial Group

Attention: Richard Xia

| | |
|---|---|
| Invoice Date: | July 15, 2021 |
| Invoice Number: | 0671151 |
| Firm Reference: | 023584.00004 |

---

In full for professional advice and services rendered through June 30, 2021 in connection with Tang v. Xia.

Our Fee,                                                                                  $6,695.00

### DISBURSEMENTS

| | | |
|---|---|---|
| Reproducing documents | 64.85 | |
| Outside Reproduction | 757.84 | 822.69 |
| Total | | $7,517.69 |

Payment Due Upon Receipt

Please remit payment using one of the following options:

(1)   Wire transfer or ACH to: (Preferred Method)

**Wells Fargo Bank**
**150 East 42nd Street**
**35th Floor**
**New York, NY 10017**

**Wire ABA#:**        121000248
**ACH ABA#:**        026012881
**Account Number:**    5841584187

**SWIFT Code: WFBIUS6S**

(2)   If a wire transfer or ACH cannot be initiated, please issue a check payable to:

**Sullivan & Cromwell LLP**
**125 Broad Street**
**Attention: Treasury Dept. / Rm. 2021**
**New York, NY 10004-2498**

To ensure proper credit, please include the invoice number for all payments.

E-mail notification of payments may be sent to billpayments@sullcrom.com.

If you have any questions, please contact:
   Collections Department
   (212) 558-7100
   collections@sullcrom.com

**Sullivan & Cromwell LLP US Federal ID# 13-5420320**

Sullivan & Cromwell LLP is a registered limited liability partnership established under the laws of the State of New York. The personal liability of our partners is limited to the extent provided in such laws.
Additional information is available upon request or at www.sullcrom.com.

# SULLIVAN & CROMWELL LLP

TELEPHONE: +1-212-558-4000
FACSIMILE: +1-212-558-7123
WWW.SULLCROM.COM

*125 Broad Street*

*New York, NY 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

Fleet Financial Group

Attention: Bret McCabe

| | |
|---|---|
| Invoice Date: | August 12, 2021 |
| Invoice Number: | 0672558 |
| Firm Reference: | 023584.00017 |

---

In full for professional advice and services rendered through July 31, 2021 in connection with Chang v. Xia.

Our Fee, $22,000.00

## Payment Due Upon Receipt

Please remit payment using one of the following options:

(1) Wire transfer or ACH to: (Preferred Method)

**Wells Fargo Bank**
**150 East 42nd Street**
**35th Floor**
**New York, NY 10017**

Wire ABA#: 121000248
ACH ABA#: 026012881
Account Number: 5841584187

**SWIFT Code: WFBIUS6S**

(2) If a wire transfer or ACH cannot be initiated, please issue a check payable to:

**Sullivan & Cromwell LLP**
**125 Broad Street**
**Attention: Treasury Dept. / Rm. 2021**
**New York, NY 10004-2498**

To ensure proper credit, please include the invoice number for all payments.

E-mail notification of payments may be sent to billpayments@sullcrom.com.

If you have any questions, please contact:
Collections Department
(212) 558-7100
collections@sullcrom.com

**Sullivan & Cromwell LLP US Federal ID# 13-5420320**

Sullivan & Cromwell LLP is a registered limited liability partnership established under the laws of the State of New York. The personal liability of our partners is limited to the extent provided in such laws. Additional information is available upon request or at www.sullcrom.com.

# SULLIVAN & CROMWELL LLP

TELEPHONE: +1-212-558-4000
FACSIMILE: +1-212-558-7123
WWW.SULLCROM.COM

*125 Broad Street*

*New York, NY 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

Fleet Financial Group

Attention: Richard Xia

| | |
|---|---|
| Invoice Date: | August 12, 2021 |
| Invoice Number: | 0672559 |
| Firm Reference: | 023584.00004 |

---

In full for professional advice and services rendered through July 31, 2021 in connection with Tang v. Xia.

| | | |
|---|---|---|
| Our Fee, | | $12,000.00 |

### DISBURSEMENTS

| | | |
|---|---|---|
| Reproducing documents | 54.21 | |
| Document preparation and miscellaneous disbursements | 71.66 | 125.87 |
| Total | | $12,125.87 |

## Payment Due Upon Receipt

Please remit payment using one of the following options:

(1)  Wire transfer or ACH to: (Preferred Method)

**Wells Fargo Bank**
**150 East 42nd Street**
**35th Floor**
**New York, NY 10017**

| | |
|---|---|
| **Wire ABA#:** | **121000248** |
| **ACH ABA#:** | **026012881** |
| **Account Number:** | **5841584187** |

**SWIFT Code: WFBIUS6S**

(2)  If a wire transfer or ACH cannot be initiated, please issue a check payable to:

**Sullivan & Cromwell LLP**
**125 Broad Street**
**Attention: Treasury Dept. / Rm. 2021**
**New York, NY 10004-2498**

To ensure proper credit, please include the invoice number for all payments.

E-mail notification of payments may be sent to billpayments@sullcrom.com.

If you have any questions, please contact:
Collections Department
(212) 558-7100
collections@sullcrom.com

**Sullivan & Cromwell LLP US Federal ID# 13-5420320**

Sullivan & Cromwell LLP is a registered limited liability partnership established under the laws of the State of New York. The personal liability of our partners is limited to the extent provided in such laws.
Additional information is available upon request or at www.sullcrom.com.

# SULLIVAN & CROMWELL LLP

TELEPHONE: +1-212-558-4000
FACSIMILE: +1-212-558-7123
WWW.SULLCROM.COM

*125 Broad Street*

*New York, NY 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

Fleet Financial Group

Attention: Richard Xia

| | |
|---|---|
| Invoice Date: | August 12, 2021 |
| Invoice Number: | 0672560 |
| Firm Reference: | 023584.00003 |

---

In full for professional advice and services rendered through July 31, 2021 in connection with Liu v. Xia (EDNY).

| | | |
|---|---|---|
| Our Fee, | | $60,000.00 |

### DISBURSEMENTS

| | | |
|---|---|---|
| Trial Transcripts | 175.50 | |
| Document preparation and miscellaneous disbursements | 31.01 | 206.51 |
| Total | | $60,206.51 |

## Payment Due Upon Receipt

Please remit payment using one of the following options:

(1)  Wire transfer or ACH to: (Preferred Method)

**Wells Fargo Bank**
**150 East 42nd Street**
**35th Floor**
**New York, NY 10017**

| | |
|---|---|
| **Wire ABA#:** | **121000248** |
| **ACH ABA#:** | **026012881** |
| **Account Number:** | **5841584187** |

**SWIFT Code: WFBIUS6S**

(2)  If a wire transfer or ACH cannot be initiated, please issue a check payable to:

**Sullivan & Cromwell LLP**
**125 Broad Street**
**Attention: Treasury Dept. / Rm. 2021**
**New York, NY 10004-2498**

To ensure proper credit, please include the invoice number for all payments.

E-mail notification of payments may be sent to billpayments@sullcrom.com.

If you have any questions, please contact:
   Collections Department
   (212) 558-7100
   collections@sullcrom.com

**Sullivan & Cromwell LLP US Federal ID# 13-5420320**

Sullivan & Cromwell LLP is a registered limited liability partnership established under the laws of the State of New York. The personal liability of our partners is limited to the extent provided in such laws.
Additional information is available upon request or at www.sullcrom.com.

# SULLIVAN & CROMWELL LLP

TELEPHONE: +1-212-558-4000
FACSIMILE: +1-212-558-7123
WWW.SULLCROM.COM

*125 Broad Street*
*New York, NY 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

Fleet Financial Group

Attention: Richard Xia

| | |
|---|---|
| Invoice Date: | August 12, 2021 |
| Invoice Number: | 0672561 |
| Firm Reference: | 023584.00001 |

---

In full for professional advice and services rendered through July 31, 2021 in connection with the SEC inquiry.

Our Fee,                                                                                   $800.00

## Payment Due Upon Receipt

Please remit payment using one of the following options:

(1)  Wire transfer or ACH to: (Preferred Method)

**Wells Fargo Bank**
**150 East 42nd Street**
**35th Floor**
**New York, NY 10017**

**Wire ABA#:**          121000248
**ACH ABA#:**          026012881
**Account Number:**    5841584187

**SWIFT Code: WFBIUS6S**

(2)  If a wire transfer or ACH cannot be initiated, please issue a check payable to:

**Sullivan & Cromwell LLP**
**125 Broad Street**
**Attention: Treasury Dept. / Rm. 2021**
**New York, NY 10004-2498**

To ensure proper credit, please include the invoice number for all payments.

E-mail notification of payments may be sent to billpayments@sullcrom.com.

If you have any questions, please contact:
  Collections Department
  (212) 558-7100
  collections@sullcrom.com

**Sullivan & Cromwell LLP US Federal ID# 13-5420320**

Sullivan & Cromwell LLP is a registered limited liability partnership established under the laws of the State of New York. The personal liability of our partners is limited to the extent provided in such laws. Additional information is available upon request or at www.sullcrom.com.

# SULLIVAN & CROMWELL LLP

TELEPHONE: +1-212-558-4000
FACSIMILE: +1-212-558-7123
WWW.SULLCROM.COM

*125 Broad Street*

*New York, NY 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

Fleet Financial Group

Attention: Bret McCabe

| | |
|---|---|
| Invoice Date: | September 10, 2021 |
| Invoice Number: | 0673903 |
| Firm Reference: | 023584.00017 |

---

In full for professional advice and services rendered through August 31, 2021 in connection with Chang v. Xia.

Our Fee,                                                                                             $12,000.00

## DISBURSEMENTS

Document preparation and miscellaneous disbursements                                              81.00

Total                                                                                               $12,081.00

### Payment Due Upon Receipt

Please remit payment using one of the following options:

(1)   Wire transfer or ACH to: (Preferred Method)

**Wells Fargo Bank**
**150 East 42nd Street**
**35th Floor**
**New York, NY 10017**

| | |
|---|---|
| **Wire ABA#:** | 121000248 |
| **ACH ABA#:** | 026012881 |
| **Account Number:** | 5841584187 |

**SWIFT Code: WFBIUS6S**

(2)   If a wire transfer or ACH cannot be initiated, please issue a check payable to:

**Sullivan & Cromwell LLP**
**125 Broad Street**
**Attention: Treasury Dept. / Rm. 2021**
**New York, NY 10004-2498**

To ensure proper credit, please include the invoice number for all payments.

E-mail notification of payments may be sent to billpayments@sullcrom.com.

If you have any questions, please contact:
   Collections Department
   (212) 558-7100
   collections@sullcrom.com

**Sullivan & Cromwell LLP US Federal ID# 13-5420320**

Sullivan & Cromwell LLP is a registered limited liability partnership established under the laws of the State of New York. The personal liability of our partners is limited to the extent provided in such laws.
Additional information is available upon request or at www.sullcrom.com.

# SULLIVAN & CROMWELL LLP

TELEPHONE: +1-212-558-4000
FACSIMILE: +1-212-558-7123
WWW.SULLCROM.COM

*125 Broad Street*
*New York, NY 10004-2498*
_____

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

Fleet Financial Group

Attention: Richard Xia

| | |
|---|---|
| Invoice Date: | September 10, 2021 |
| Invoice Number: | 0673904 |
| Firm Reference: | 023584.00004 |

In full for professional advice and services rendered through August 31, 2021 in connection with Tang v. Xia.

Our Fee, $16,000.00

## Payment Due Upon Receipt

Please remit payment using one of the following options:

(1) Wire transfer or ACH to: (Preferred Method)

**Wells Fargo Bank**
**150 East 42nd Street**
**35th Floor**
**New York, NY 10017**

| | |
|---|---|
| **Wire ABA#:** | **121000248** |
| **ACH ABA#:** | **026012881** |
| **Account Number:** | **5841584187** |

**SWIFT Code: WFBIUS6S**

(2) If a wire transfer or ACH cannot be initiated, please issue a check payable to:

**Sullivan & Cromwell LLP**
**125 Broad Street**
**Attention: Treasury Dept. / Rm. 2021**
**New York, NY 10004-2498**

To ensure proper credit, please include the invoice number for all payments.

E-mail notification of payments may be sent to billpayments@sullcrom.com.

If you have any questions, please contact:
Collections Department
(212) 558-7100
collections@sullcrom.com

**Sullivan & Cromwell LLP US Federal ID# 13-5420320**

Sullivan & Cromwell LLP is a registered limited liability partnership established under the laws of the State of New York. The personal liability of our partners is limited to the extent provided in such laws.
Additional information is available upon request or at www.sullcrom.com.

# SULLIVAN & CROMWELL LLP

TELEPHONE: +1-212-558-4000
FACSIMILE: +1-212-558-7123
WWW.SULLCROM.COM

*125 Broad Street*

*New York, NY 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

Fleet Financial Group

Attention: Bret McCabe

| | |
|---|---|
| Invoice Date: | October 14, 2021 |
| Invoice Number: | 0675662 |
| Firm Reference: | 023584.00017 |

In full for professional advice and services rendered through September 30, 2021 in connection with Chang v. Xia.

Our Fee,                                                                                                              $15,000.00

## Payment Due Upon Receipt

Please remit payment using one of the following options:

(1) Wire transfer or ACH to: (Preferred Method)

**Wells Fargo Bank**
**150 East 42nd Street**
**35th Floor**
**New York, NY 10017**

| | |
|---|---|
| **Wire ABA#:** | **121000248** |
| **ACH ABA#:** | **026012881** |
| **Account Number:** | **5841584187** |

**SWIFT Code: WFBIUS6S**

(2) If a wire transfer or ACH cannot be initiated, please issue a check payable to:

**Sullivan & Cromwell LLP**
**125 Broad Street**
**Attention: Treasury Dept. / Rm. 2021**
**New York, NY 10004-2498**

To ensure proper credit, please include the invoice number for all payments.

E-mail notification of payments may be sent to billpayments@sullcrom.com.

If you have any questions, please contact:
Collections Department
(212) 558-7100
collections@sullcrom.com

**Sullivan & Cromwell LLP US Federal ID# 13-5420320**

Sullivan & Cromwell LLP is a registered limited liability partnership established under the laws of the State of New York. The personal liability of our partners is limited to the extent provided in such laws.
Additional information is available upon request or at www.sullcrom.com.

# SULLIVAN & CROMWELL LLP

TELEPHONE: +1-212-558-4000
FACSIMILE: +1-212-558-7123
WWW.SULLCROM.COM

*125 Broad Street*

*New York, NY 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

Fleet Financial Group

Attention: Richard Xia

| | |
|---|---|
| Invoice Date: | October 14, 2021 |
| Invoice Number: | 0675663 |
| Firm Reference: | 023584.00004 |

In full for professional advice and services rendered through September 30, 2021 in connection with Tang v. Xia.

Our Fee,                                                                                            $30,000.00

## Payment Due Upon Receipt

Please remit payment using one of the following options:

(1)   Wire transfer or ACH to: (Preferred Method)

**Wells Fargo Bank**
**150 East 42nd Street**
**35th Floor**
**New York, NY 10017**

| | |
|---|---|
| Wire ABA#: | 121000248 |
| ACH ABA#: | 026012881 |
| Account Number: | 5841584187 |

**SWIFT Code: WFBIUS6S**

(2)   If a wire transfer or ACH cannot be initiated, please issue a check payable to:

**Sullivan & Cromwell LLP**
**125 Broad Street**
**Attention: Treasury Dept. / Rm. 2021**
**New York, NY 10004-2498**

To ensure proper credit, please include the invoice number for all payments.

E-mail notification of payments may be sent to billpayments@sullcrom.com.

If you have any questions, please contact:
    Collections Department
    (212) 558-7100
    collections@sullcrom.com

**Sullivan & Cromwell LLP US Federal ID# 13-5420320**

Sullivan & Cromwell LLP is a registered limited liability partnership established under the laws of the State of New York. The personal liability of our partners is limited to the extent provided in such laws. Additional information is available upon request or at www.sullcrom.com.

# SULLIVAN & CROMWELL LLP

TELEPHONE: +1-212-558-4000
FACSIMILE: +1-212-558-7123
WWW.SULLCROM.COM

*125 Broad Street*

*New York, NY 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

Fleet Financial Group

Attention: Bret McCabe

| | |
|---|---|
| Invoice Date: | November 9, 2021 |
| Invoice Number: | 0677117 |
| Firm Reference: | 023584.00017 |

In full for professional advice and services rendered through October 31, 2021 in connection with Chang v. Xia.

Our Fee, $1,250.00

## DISBURSEMENTS

Document preparation and miscellaneous disbursements   45.45

Total   $1,295.45

## Payment Due Upon Receipt

Please remit payment using one of the following options:

(1)   Wire transfer or ACH to: (Preferred Method)

**Wells Fargo Bank**
**150 East 42nd Street**
**35th Floor**
**New York, NY 10017**

| | |
|---|---|
| **Wire ABA#:** | **121000248** |
| **ACH ABA#:** | **026012881** |
| **Account Number:** | **5841584187** |

**SWIFT Code: WFBIUS6S**

(2)   If a wire transfer or ACH cannot be initiated, please issue a check payable to:

**Sullivan & Cromwell LLP**
**125 Broad Street**
**Attention: Treasury Dept. / Rm. 2021**
**New York, NY 10004-2498**

To ensure proper credit, please include the invoice number for all payments.

E-mail notification of payments may be sent to billpayments@sullcrom.com.

If you have any questions, please contact:
   Collections Department
   (212) 558-7100
   collections@sullcrom.com

**Sullivan & Cromwell LLP US Federal ID# 13-5420320**

Sullivan & Cromwell LLP is a registered limited liability partnership established under the laws of the State of New York. The personal liability of our partners is limited to the extent provided in such laws.
Additional information is available upon request or at www.sullcrom.com.

# SULLIVAN & CROMWELL LLP

TELEPHONE: +1-212-558-4000
FACSIMILE: +1-212-558-7123
WWW.SULLCROM.COM

*125 Broad Street*

*New York, NY 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

Fleet Financial Group

Attention: Richard Xia

| | |
|---|---|
| Invoice Date: | November 9, 2021 |
| Invoice Number: | 0677118 |
| Firm Reference: | 023584.00004 |

---

In full for professional advice and services rendered through October 31, 2021 in connection with Tang v. Xia.

Our Fee,                                                                              $20,000.00

## DISBURSEMENTS

Document preparation and miscellaneous disbursements                               97.95

Total                                                                             $20,097.95

### Payment Due Upon Receipt

Please remit payment using one of the following options:

(1)  Wire transfer or ACH to: (Preferred Method)

**Wells Fargo Bank**
**150 East 42nd Street**
**35th Floor**
**New York, NY 10017**

| | |
|---|---|
| **Wire ABA#:** | 121000248 |
| **ACH ABA#:** | 026012881 |
| **Account Number:** | 5841584187 |

**SWIFT Code: WFBIUS6S**

(2)  If a wire transfer or ACH cannot be initiated, please issue a check payable to:

**Sullivan & Cromwell LLP**
**125 Broad Street**
**Attention: Treasury Dept. / Rm. 2021**
**New York, NY 10004-2498**

To ensure proper credit, please include the invoice number for all payments.

E-mail notification of payments may be sent to billpayments@sullcrom.com.

If you have any questions, please contact:
  Collections Department
  (212) 558-7100
  collections@sullcrom.com

**Sullivan & Cromwell LLP US Federal ID# 13-5420320**

Sullivan & Cromwell LLP is a registered limited liability partnership established under the laws of the State of New York. The personal liability of our partners is limited to the extent provided in such laws.
Additional information is available upon request or at www.sullcrom.com.

# SULLIVAN & CROMWELL LLP

TELEPHONE: +1-212-558-4000
FACSIMILE: +1-212-558-7123
WWW.SULLCROM.COM

*125 Broad Street*
*New York, NY 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

Fleet Financial Group

Attention: Richard Xia

| | |
|---|---|
| Invoice Date: | November 9, 2021 |
| Invoice Number: | 0677119 |
| Firm Reference: | 023584.00001 |

In full for professional advice and services rendered through October 31, 2021 in connection with the SEC inquiry.

Our Fee, $25,000.00

## Payment Due Upon Receipt

Please remit payment using one of the following options:

(1) Wire transfer or ACH to: (Preferred Method)

**Wells Fargo Bank**
**150 East 42nd Street**
**35th Floor**
**New York, NY 10017**

| | |
|---|---|
| Wire ABA#: | 121000248 |
| ACH ABA#: | 026012881 |
| Account Number: | 5841584187 |

**SWIFT Code: WFBIUS6S**

(2) If a wire transfer or ACH cannot be initiated, please issue a check payable to:

**Sullivan & Cromwell LLP**
**125 Broad Street**
**Attention: Treasury Dept. / Rm. 2021**
**New York, NY 10004-2498**

To ensure proper credit, please include the invoice number for all payments.

E-mail notification of payments may be sent to billpayments@sullcrom.com.

If you have any questions, please contact:
Collections Department
(212) 558-7100
collections@sullcrom.com

**Sullivan & Cromwell LLP US Federal ID# 13-5420320**

Sullivan & Cromwell LLP is a registered limited liability partnership established under the laws of the State of New York. The personal liability of our partners is limited to the extent provided in such laws.
Additional information is available upon request or at www.sullcrom.com.

# SULLIVAN & CROMWELL LLP

TELEPHONE: +1-212-558-4000
FACSIMILE: +1-212-558-7123
WWW.SULLCROM.COM

*125 Broad Street*
*New York, NY 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

Fleet Financial Group

Attention: Richard Xia

| | |
|---|---|
| Invoice Date: | December 8, 2021 |
| Invoice Number: | 0679339 |
| Firm Reference: | 023584.00001 |

In full for professional advice and services rendered through November 30, 2021 in connection with the SEC inquiry.

Our Fee, $20,000.00

## Payment Due Upon Receipt

Please remit payment using one of the following options:

(1) Wire transfer or ACH to: (Preferred Method)

**Wells Fargo Bank**
**150 East 42nd Street**
**35th Floor**
**New York, NY 10017**

| | |
|---|---|
| **Wire ABA#:** | **121000248** |
| **ACH ABA#:** | **026012881** |
| **Account Number:** | **5841584187** |

**SWIFT Code: WFBIUS6S**

(2) If a wire transfer or ACH cannot be initiated, please issue a check payable to:

**Sullivan & Cromwell LLP**
**125 Broad Street**
**Attention: Treasury Dept. / Rm. 2021**
**New York, NY 10004-2498**

To ensure proper credit, please include the invoice number for all payments.

E-mail notification of payments may be sent to billpayments@sullcrom.com.

If you have any questions, please contact:
    Collections Department
    (212) 558-7100
    collections@sullcrom.com

**Sullivan & Cromwell LLP US Federal ID# 13-5420320**

Sullivan & Cromwell LLP is a registered limited liability partnership established under the laws of the State of New York. The personal liability of our partners is limited to the extent provided in such laws.
Additional information is available upon request or at www.sullcrom.com.

# SULLIVAN & CROMWELL LLP

TELEPHONE: +1-212-558-4000
FACSIMILE: +1-212-558-7123
WWW.SULLCROM.COM

*125 Broad Street*

*New York, NY 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

Fleet Financial Group

Attention: Richard Xia

| | |
|---|---|
| Invoice Date: | December 8, 2021 |
| Invoice Number: | 0679340 |
| Firm Reference: | 023584.00004 |

---

In full for professional advice and services rendered through November 30, 2021 in connection with Tang v. Xia.

Our Fee, $12,500.00

## DISBURSEMENTS

Document preparation and miscellaneous disbursements 40.81

Total $12,540.81

### Payment Due Upon Receipt

<u>Please remit payment using one of the following options:</u>

(1)   Wire transfer or ACH to: (Preferred Method)

    **Wells Fargo Bank**
    **150 East 42nd Street**
    **35th Floor**
    **New York, NY 10017**

    **Wire ABA#:**    121000248
    **ACH ABA#:**    026012881
    **Account Number:**    5841584187

    **SWIFT Code: WFBIUS6S**

(2)   If a wire transfer or ACH cannot be initiated, please issue a check payable to:

    **Sullivan & Cromwell LLP**
    **125 Broad Street**
    **Attention: Treasury Dept. / Rm. 2021**
    **New York, NY 10004-2498**

<u>To ensure proper credit, please include the invoice number for all payments.</u>

E-mail notification of payments may be sent to billpayments@sullcrom.com.

If you have any questions, please contact:
    Collections Department
    (212) 558-7100
    collections@sullcrom.com

**Sullivan & Cromwell LLP US Federal ID# 13-5420320**

Sullivan & Cromwell LLP is a registered limited liability partnership established under the laws of the State of New York. The personal liability of our partners is limited to the extent provided in such laws.
Additional information is available upon request or at www.sullcrom.com.