# **EXHIBIT 43**

**Mukasey Frenchman LLP**
**00048-Fleet Financial Group, Inc.- Northern Blvd.**
**Outstanding Invoices**

| Invoice Date | Invoice Number | Description | Fees | Expenses | Total Due |
|---|---|---|---|---|---|
| 9/30/2021 | 649 | For Services through September 30, 2021 | $ 23,170.00 | $ 140.34 | $ 23,310.34 |
| 10/31/2021 | 652 | For Services through October 31, 2021 | $ 12,690.50 | $ 360.47 | $ 13,050.97 |
| | | Total Matter 00048 | $ 35,860.50 | $ 500.81 | $ 36,361.31 |

**Mukasey Frenchman LLP**
**00057-Fleet Financial Group, Inc. - X&Y Development**
**Outstanding Invoices**

| Invoice Date | Invoice Number | Description | Fees | Expenses | Total Due |
|---|---|---|---|---|---|
| 9/30/2021 | 651 | For Services through September 30, 2021 | $ 62,948.00 | $ 698.03 | $ 63,646.03 |
| 10/31/2021 | 654 | For Services through October 31, 2021 | $ 35,110.50 | $ - | $ 35,110.50 |
| | | Total Matter 00057 | $ 98,058.50 | $ 698.03 | $ 98,756.53 |