# EXHIBIT 25

THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION


In the Matter of:                )

                                 ) File No. NY-09989-A

FLEET FINANCIAL GROUP, INC.  )


WITNESS:  Mei Yen Wei

PAGES:    1 through 135

PLACE:    Securities and Exchange Commission

          200 Vesey Street

          New York, New York

DATE:     Wednesday, December 4, 2019


          The above entitled matter came on for hearing,

pursuant to notice, at 11:26 a.m.


Diversified Reporting Services, Inc.

(202) 467-9200

sdk

1    APPEARANCES:

2

3    On behalf of the Securities and Exchange Commission:

4         BRENDA WAI MING CHANG, ESQ.

5         KIM HAN, ESQ.

6         EDWARD JANOWSKY, Exam Manager

7         Securities and Exchange Commission

8         Division of Enforcement

9         200 Vesey Street

10        New York, New York

11

12   On behalf of Witness:

13        CHRISTOPHER E. CHANG, ESQ.

14        Christopher Chang Law Offices

15        140 Broadway, 46th Floor

16        New York, New York

17

18   Also Present:

19        Iching Ng, Mandarin Interpreter

20

21

22

23

24

25

```
 1                    C O N T E N T S

 2

 3   WITNESS:                         EXAMINATION

 4   Mei Yen Wei                              13

 5

 6   EXHIBITS:      DESCRIPTION          IDENTIFIED

 7   54A      Transfer - Perini              119

 8   55A      Transfer - Perini              120

 9   56A      Transfer - Perini              120

10   57A      Fund Transfer Slip             44

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1               P R O C E E D I N G S

2          MS. WAI MING CHANG:  We are on the

3     record at 11:26 a.m. on Wednesday, December

4     4, 2019.  I just want to note for the

5     record, to start off, that we have an

6     interpreter here today at your disposal.

7     And she can translate in Mandarin for you.

8               And I want to ask you whether you

9     would like to use the interpreter.

10          MS. WEI:  That's fine.

11          MS. WAI MING CHANG:  Okay.  Good.

12     Ms. Wei, please raise your right hand.

13          MS. WEI:  (Witness complies.)

14          MS. WAI MING CHANG:  Do you swear

15     or affirm to tell the truth, the whole truth

16     and nothing but the truth today?

17          MS. WEI:  Yes.

18     Whereupon,

19                    MEI YEN WEI

20     was called as a witness and, having been

21     first duly sworn, was examined and testified

22     as follows:

23          MS. WAI MING CHANG:  Please state

24     and spell your full name for the record.

25               THE INTERPRETER:  Name and

1   address, right?

2            MS. WAI MING CHANG:  The name and

3   to spell it out.

4            THE INTERPRETER:  Okay.

5            THE WITNESS:  My name is Mei Yen

6   M-E-I, Y-E-N.  Last name is Wei, W-E-I.

7            MS. WAI MING CHANG:  Ms. Wei, are

8   you known by any other names?

9            THE WITNESS:  Yes.  My English

10  name is Grace.

11           MS. WAI MING CHANG:  My name is

12  Brenda Wai Ming Chang.  With me today is my

13  colleague, Kim Han.  We are both officers

14  with the Securities and Exchange Commission

15  for the purposes of today's proceeding.  We

16  also have with us today Edward Janowsky.

17  He's a member of the SEC New York offices,

18  broker-dealer exam staff.

19           Do you have any objection to Mr.

20  Janowsky attending today's session today?

21           MR. CHANG:  We do not.

22           MS. WAI MING CHANG:  I'm asking

23  the witness.

24           MR. CHANG:  Okay.

25           MS. WAI MING CHANG:  While I'm

Page 6

1   with you, do you also have any objection to

2   Mr. Janowsky perhaps asking questions?

3              MR. CHANG:  No.

4              MS. WAI MING CHANG:  So my

5   question to you is, do you object to Mr.

6   Janowsky being present during today's

7   testimony?

8              THE WITNESS:  I don't want him to

9   be here.

10             MS. WAI MING CHANG:  Okay.  She's

11  saying that she doesn't want you to be

12  present.

13             MR. CHANG:  Hold on a second.  Can

14  I talk to her for a second?

15             MS. WAI MING CHANG:  Sure.  We can

16  go off the record at --

17             MR. CHANG:  I don't think she

18  understood.  Can you guys step out for a

19  second?

20             MS. WAI MING CHANG:  Sure.  We are

21  off the record at 11:30 a.m.

22             (A discussion was held off the

23  record.)

24             MR. CHANG:  Back on the record.

25             MS. WAI MING CHANG:  We're back on

1    the record at 11:31 a.m.

2              Ms. Wei, during the break, did we

3    have any conversation of substance?

4              THE WITNESS:  No.

5              MS. WAI MING CHANG:  Did counsel

6    want to --

7              MR. CHANG:  For the record, I've

8    conferred with the client.  My client agrees

9    to have Mr. --

10             MR. JANOWSKY:  Janowsky.

11             MR. CHANG:  -- present for the

12   deposition.  If you have some questions

13   after Ms. Chang is over -- or concluded, go

14   right ahead.

15             MR. JANOWSKY:  Thank you very

16   much.

17             MR. CHANG:  She didn't quite

18   understand what you were asking her before.

19   Understanding that she's not really familiar

20   with the legal process.  First time, she's

21   never undergone a deposition, never

22   testified before.

23             MS. WAI MING CHANG:  That's fine.

24   And I appreciate you intervening.

25             MR. CHANG:  Okay.

1            MS. WAI MING CHANG:  Your

2    testimony has been requested in the staff's

3    investigation in the matter of Fleet

4    Financial Group, Inc., case number NY-09989.

5    And we are here today to ask you questions

6    to help determine whether there have been

7    any violations of the Federal Securities

8    Laws.

9            THE WITNESS:  That's fine.

10           MS. WAI MING CHANG:  However, the

11   facts developed in this investigation may

12   also constitute violations of other federal

13   or state, civil or criminal laws as well.

14           THE WITNESS:  Okay.

15           MS. WAI MING CHANG:  Before we

16   opened the record, I have provided you with

17   the Formal Order of Investigation in this

18   matter.

19           Have you had a chance to review

20   this document?

21           THE WITNESS:  No.

22           MR. CHANG:  I've reviewed it for

23   her.

24           MS. WAI MING CHANG:  Just to let

25   you know that this Formal Order will be

1    available throughout today's testimony.

2              THE WITNESS:  That's fine.

3              MS. WAI MING CHANG:  And I also

4    provided you with another document, the Form

5    1662, which was premarked Exhibit Number 2.

6              Have you had an opportunity to

7    review this document?

8              THE WITNESS:  No.

9              MR. CHANG:  I have reviewed the

10   document for her and explained to her what

11   the document is.  We are ready to proceed.

12             MS. WAI MING CHANG:  Does Ms. Wei

13   have any questions concerning this document?

14             MR. CHANG:  She does not.

15             THE WITNESS:  No.

16             MS. WAI MING CHANG:  I'm also

17   handing to you another document which has

18   been premarked Exhibit 95.  And for the

19   record, this is the subpoena that we issued

20   for you to attend today's testimony.

21             Is this a copy of the subpoena you

22   are appearing pursuant to here today?

23             (The witness examined the

24   document.)

25             THE WITNESS:  Yes.

1          MS. WAI MING CHANG:  Ms. Wei, are

2  you represented by counsel today?

3          MR. CHANG:  Yes.

4          THE WITNESS:  Yes.

5          MS. WAI MING CHANG:  Would counsel

6  please introduce himself.

7          MR. CHANG:  Christopher Chang,

8  C-H-A-N-G.  140 Broadway, New York City.

9          MS. WAI MING CHANG:  What firm do

10  you work with?

11          MR. CHANG:  I'm a sole

12  practitioner.

13          MS. WAI MING CHANG:  And your

14  phone number?

15          MR. CHANG:  (212) 208-1470.

16  E-mail is CEChang, C-H-A-N-G,  Juno,

17  J-U-N-O, dot com.

18          MS. WAI MING CHANG:  Ms. Wei,

19  before we get started, I just want to lay

20  out some ground rules as to how we are going

21  to proceed during today's testimony session.

22          First off, we have a reporter here

23  and she will be taking down everything that

24  we say today.

25          THE WITNESS:  That's fine.

1          MS. WAI MING CHANG:  But because

2  she cannot record your head nods or other

3  types of nonverbal gestures, please make

4  sure to answer in a verbal response, in a

5  clear voice, loud enough to be heard.

6          THE WITNESS:  That's fine.

7          MS. WAI MING CHANG:  Likewise,

8  nothing is really off the record.  What this

9  means is that if we have any conversation of

10  substance while we are taking a break or are

11  off the record for any reason, we are going

12  to summarize those conversations once we go

13  back on the record for the reporter.

14          THE WITNESS:  That's fine.

15          MS. WAI MING CHANG:  We also

16  control the record.  This means that we are

17  only going to go off the record at my

18  instruction.

19          THE WITNESS:  That's fine.

20          MS. WAI MING CHANG:  If you need

21  to take a break, just let me know.

22          THE WITNESS:  Okay.

23          MS. WAI MING CHANG:  However, our

24  usual policy is to usually wait until the

25  pending question is answered and any

Page 12

1    follow-up questions to that.

2              THE WITNESS:  That's fine.

3              MS. WAI MING CHANG:  If you don't

4    understand a question, also please let me

5    know. I'll be happy to rephrase it or

6    clarify it for you so that you can better

7    understand it.

8              THE WITNESS:  That's fine.

9              MS. WAI MING CHANG:  But

10   otherwise, if you don't say anything to me,

11   if you -- you know, if you don't understand

12   something but you don't mention it to me, I

13   will have to assume that you have understood

14   the question posed to you.

15             THE WITNESS:  That's fine.

16             MS. WAI MING CHANG:  Also, if you

17   remember something that you wish you could

18   have answered earlier, please let me know so

19   that you can clarify or add to your previous

20   answer.

21             THE WITNESS:  That's fine.

22             MS. WAI MING CHANG:  Ms. Wei, do

23   you understand that you are under oath

24   today?

25             THE WITNESS:  Yes, I understand.

1              MS. WAI MING CHANG:  It is a

2    federal crime to lie during the course of

3    today's testimony proceeding.

4              THE WITNESS:  (A nonverbal

5    response was given.)

6              MR. CHANG:  You have to answer yes

7    or no.  Verbally.

8              THE WITNESS:  Yes, I do.

9              MR. CHANG:  Thank you.

10             MS. WAI MING CHANG:  You must

11   answer questions truthfully.  An untruthful

12   answer is telling me something that is

13   obviously untrue. It can also be leaving out

14   an important fact or detail when you are

15   answering, or it can be saying you don't

16   remember when you know an answer to a

17   question.

18             THE WITNESS:  That's fine.

19             MS. WAI MING CHANG:  Before we

20   proceed, is there any reason that would

21   prevent you from providing complete,

22   accurate and truthful testimony today?

23             THE WITNESS:  No.

24                 EXAMINATION

25             BY MS. WAI MING CHANG:

1    **Q    Have you taken any medication that**
2    **may impair your ability to understand or**
3    **answer my questions today?**
4    A    No.
5    **Q    Do you have any medical or mental**
6    **condition that may impair your ability to**
7    **understand or answer my questions today?**
8    A    No.
9    **Q    Ms. Wei, are you currently**
10   **employed at East West Bank?**
11   A    Yes.
12   **Q    Where do you work?  What's the**
13   **branch location?**
14   A    The Flushing, Union branch.
15   **Q    What is that address?**
16   A    3508 Union Street, Flushing.
17        THE INTERPRETER:  Hang on.  Let me
18   repeat the address.  The correct address is
19   3805 Union Street, Flushing.
20   **Q    When did you begin working at East**
21   **West Bank?**
22   A    So I've been working at East West
23   Bank since 2009.  However, this bank has
24   changed names three times.
25   **Q    I see.**

1          **What were the names of the banks**

2   **before?**

3        A    CAB, which stands for Chinese

4   American Bank.  And then it became United --

5   United Commercial Bank, UCB.  And then the

6   current, East West Bank.

7        **Q    Okay.  Thank you for explaining**

8   **that.**

9          **So did you work continuously for**

10  **each of these banks from 2009?**

11          THE INTERPRETER:  I'm going to

12  finish my interpretation first.

13       A    Yes.

14          THE INTERPRETER:  And the witness

15  earlier said, "I worked at CAB since 2007."

16       **Q    I see.  Okay.**

17          **But so you've been working --**

18          MS. HAN:  2007 or 2009?

19          THE INTERPRETER:  The witness

20  clarified.

21          THE WITNESS:  I worked at CAB

22  since 2007, until this day.

23       **Q    Okay.  And then you worked**

24  **continuously, so throughout the changes and**

25  **handover of the banks from 2007 and then**

Page 16

1    East West Bank.

2              Did you start working with East

3    West Bank from the very beginning?

4        A    Yes.

5        Q    When did you -- which year did

6    East West Bank take over?

7        A    2009.

8        Q    Okay.  And you've been working

9    continuously with East West Bank since then

10   until now?

11       A    Yes.

12       Q    Can you describe for us each

13   position you've held with East West Bank,

14   starting from the earliest position to your

15   present.

16       A    You are saying just East West

17   Bank?

18       Q    Just East West Bank.

19       A    I've been working as -- in

20   customer service since day one until now.

21       Q    Do you have a position, a title

22   that you -- that you carry within that

23   group?

24       A    Customer service.

25       Q    Can you explain for us what you do

1    **within that position.**

2         A    For instance, I help -- I help

3    customer to open bank accounts.  And when

4    the customer can come in, I will help them

5    to update the address or order checks or

6    open their safe boxes.

7         **Q    Anything else that you do for the**

8    **customer?**

9         A    No.  Yeah, that's all it is for

10   customer service.

11        **Q    After you open accounts for your**

12   **customers, do you continue to service those**

13   **accounts after they're opened?**

14        A    Yes.  We have to serve each

15   customer who comes in.

16        **Q    So for example, if the customer**

17   **needs to withdraw or transfer funds from**

18   **their account, would you assist with that?**

19        A    If the customer does not know how

20   to write a ticket, we will help them.

21        **Q    Thank you.**

22             **Did your responsibilities change**

23   **materially from 2011 to present?**

24        A    No.

25        **Q    Can you explain your reporting**

1    structure?  In other words, who do you

2    directly report to?

3         A    I don't understand what you mean.

4         Q    Meaning, do you have a manager?

5         A    Yes.  The manager and the

6    assistant manager.

7         Q    Who do you directly report to if

8    you have a concern about anything?

9         A    I would report to the assistant

10   manager first.

11        Q    What is the name of your assistant

12   manager?

13        A    Jacko, J-A-C-K-O.

14        Q    Since when have you been reporting

15   to -- is that his first name, Jacob?

16             MR. CHANG:  It's a woman.  Shall I

17   give you the name for the record?

18             MS. WAI MING CHANG:  Yes, please.

19             MR. CHANG:  First name, Jacko,

20   J-A-C-K-O.  Chow, C-H-O-W.  Her title -- I'm

21   sorry --

22             THE WITNESS:  I think she came

23   around four years ago.

24        Q    In around 2015, you believe?

25        A    I cannot remember.

1    **Q    But about four years ago.**

2         **And before Ms. Chow became your**

3    **assistant manager, who was your assistant**

4    **manager then?**

5    A    Ling, L-I-N-G -- L-Y-N-N, Lynn.

6    **Q    What is her full name?**

7    A    Last name is U-Y-U.  But she's no

8    longer there.

9    **Q    Is her full name Lynn Uyu?**

10   A    Yes.

11   **Q    When did she leave?**

12   A    So after she left, Jacko came.  So

13   it was around the same time.

14   **Q    When did you start reporting to**

15   **Ms. Uyu?**

16   A    At the time, she was my assistant

17   manager.  So I would report to her regarding

18   everything.

19        MS. WAI MING CHANG:  My question

20   though is, when did she -- when did Ms. Wei

21   start reporting to Ms. Uyu?

22   A    Around -- around 2009.  At the

23   time, I was at the United Commercial Bank.

24   **Q    So just to make sure, Ms. -- you**

25   **were reporting to Ms. Uyu from the very**

Page 20

1    beginning that you started working at East

2    West Bank; is that right?

3        A    Yes.

4        Q    Aside from your assistant manager,

5    did you report to anybody else?

6        A    Typically, I would report directly

7    to the assistant manager.  However, if there

8    are further issues, then I would report to

9    the manager.

10       Q    When you say that if there were

11   any issues, you would report to the

12   assistant manager, are you talking about

13   issues regarding your customers that you

14   serviced?

15       A    Yes.  Yes.

16       Q    So for example, if there were any

17   problems with the account opening process,

18   did you refer those questions to your

19   assistant manager?

20       A    Yes.

21       Q    Who would supervise the -- and

22   sign off on the account opening process for

23   your customers?

24       A    Typically, after we opened the

25   account, it would be the assistant manager

1    who approved the paperwork.

2         **Q    I see.  Okay.**

3              **And who -- if you needed to**

4    **escalate a problem beyond your assistant**

5    **manager, who would you report that issue to?**

6         A    Manager.

7         **Q    Who was your manager while you**

8    **were working with Ms. Uyu?**

9         A    Angela.

10        **Q    What is Ms. Angela's last name?**

11        A    Her last name is Chen, C-H-E-N.

12   She's no longer there.  She has retired.

13        **Q    When did she retire?**

14        A    I forgot.  I think it was a few

15   years ago.  I forgot.

16        **Q    When did -- when did Angela become**

17   **your manager?**

18        A    When I went to work, she was

19   already my manager.

20        **Q    So from 2009, she was your**

21   **manager?**

22        A    From 2007.

23        **Q    Thank you.  Thank you for**

24   **clarifying that.**

25              MR. JANOWSKY:  Is Angela also

1   known as Angela Yue Chen?

2          THE WITNESS:  I don't know.  I

3   only know her as Angela Chen.

4       **Q    Do you know anyone by that name?**

5       A    I only know that she's known as

6   Angela Chen.

7       **Q    So in terms of when Angela retired**

8   **and stopped being your manager, was it**

9   **around -- I mean, was it around the time**

10  **that Jacko Chow came on or was it before or**

11  **after that?  I'm just trying to get a sense.**

12      A    Jacko never worked with Angela.

13      **Q    So in other words, do you believe**

14  **that Ms. Chen retired before -- earlier than**

15  **four years ago?  Or longer than four years**

16  **ago?**

17      A    Yes.  Well, I did not try to

18  remember that.  I'm not sure.

19      **Q    Who was Ms. Chen replaced by as**

20  **your manager?**

21      A    Robert Young.

22      **Q    How do you spell his last name?**

23      A    Last name is Y-O-U-N-G.

24      **Q    Thank you for that.**

25          **Did anyone ever report to you?**

1       A    No.

2       **Q    When you open accounts for**

3  **customers, do you usually have just one**

4  **customer representative servicing that**

5  **client, or does -- do you have another**

6  **colleague helping you to service a**

7  **particular client?**

8       A    No.  When I open account, it would

9  just be me.  That's my work.

10      **Q    I see.  And then if you weren't**

11 **available, who would -- if a customer called**

12 **up, who would that default to?**

13      A    My colleagues can do that.

14 Every -- everyone can do that.

15      **Q    So just -- you know, just to start**

16 **off, I want to gain an understanding of how**

17 **your process was.**

18           **What is the way that you typically**

19 **go about opening an account for specifically**

20 **a customer that is a business, a business**

21 **account?**

22      A    So that -- that customer would

23 come to the branch and then he would bring

24 the documents that are required to open an

25 account.

1     Q     The person who would come to the

2   branch and bring the documents, would it be

3   somebody who was associated with this

4   company, had a position, certain kind of

5   position with the company?

6     A     Yes.

7     Q     Would it be someone typically who

8   would become the authorized signer for that

9   account?

10     A     Yes.

11     Q     What kind of documents would you

12   need to have to open up an account for the

13   business?

14     A     The EIN number, filing receipt,

15   and the certificate of incorporation.

16     Q     Typically -- I mean, you mentioned

17   that the -- the customer would come into the

18   branch.  Typically, would that customer fill

19   out the forms in your presence or would you

20   send it to that person, have them fill it

21   out away from you?

22     A     So typically, typically, that's

23   how it works.  So the customer comes in the

24   branch and bringing all the documents.  And

25   we would type all the information directly

1    into the computer.  And we will print it out

2    and the customer would have to sign it.

3       **Q    So let me unpack a little bit,**

4    **because I really want to understand this**

5    **very clearly.**

6             **The customer comes in and you type**

7    **information about the business into your**

8    **computer?**

9       A    Yes.

10      **Q    When you are typing into the**

11   **computer, this information, is the customer**

12   **sitting there or in your -- right in front**

13   **of you, in your presence?**

14      A    Of course.  However, if that

15   customer is a customer of the manager, then

16   they may have a chat.  Then I would type out

17   all the documents and bring them over.  But

18   they would be present, coming into our

19   branch.

20      **Q    And the customer is there while**

21   **you are typing up the information into your**

22   **computer?**

23      A    Yes.

24      **Q    And the information that you are**

25   **typing up into the computer, where are you**

1    getting that information from?

2         A    From the filing receipt and also

3    the EIN number, et cetera.

4         Q    I see.

5              So the documents that the customer

6    physically brings to you, to the branch?

7         A    Yes.  And then other customer also

8    have to show his personal ID.

9         Q    When you say his personal ID, what

10   are you talking about?  What kind of ID does

11   the customer have to show?

12        A    Driver's license or the passport

13   or the Green Card.

14        Q    I see.

15             And the -- the identification, the

16   driver's license or the Green Card, that

17   kind of information, are you typing that

18   information into your computer while the

19   client is -- customer is still there at the

20   branch?

21        A    Yes.

22        Q    So is that information, like a

23   driver's license and the -- the

24   identification information for the

25   authorized signer, is that information that

Page 27

1   you need to put into the account opening

2   docs?

3        A    Yes.

4        Q    And do you -- are you also -- as

5   you are sitting there typing in the

6   information, is the authorized signer for

7   that business account also providing you

8   other information that you type in?

9        A    I don't understand your question.

10       Q    Meaning, aside from the driver's

11  license and what we just talked about, those

12  incorporation documents that the authorized

13  signer would typically provide to you, is

14  there any other information that the

15  authorized signer for the business account

16  is providing to you and you type into your

17  computer?

18       A    No.

19       Q    In terms of the account opening

20  forms, what forms do you need to fill out or

21  the customer needs to fill out in order to

22  open the business account?

23       A    Specifically, it will be the

24  signature card.

25       Q    Can you describe for us what is

1    the signature card?  What is its purpose?

2         A    When the customer needs to

3    withdraw money, we need to verify his

4    signature against the signature card.  So we

5    need to verify his ID and also his

6    signature.

7         Q    Okay.  So just to be clear, who is

8    signing the signature card on behalf of the

9    business client?

10        A    Typically, it would be the owner

11   of the business.  However, long time ago,

12   I'm talking about in the past, this owner's

13   secretary may also be -- can also represent

14   the owner to sign it.  But that's a long

15   time ago.

16        Q    Just honing in on when the owner's

17   secretary can sign the signature card, you

18   said that's a long time ago.  About how long

19   ago?

20        A    Well, only in recent years that we

21   required the business owner to sign the

22   signature card.  In the early days, there

23   was no such rules.

24        Q    In other words, in the early days,

25   you are saying the secretary for the owner

Page 29

1   **could sign the signature card for the owner**

2   **of the business?**

3       A    Yes.  From what I know, in the old

4   days, some bosses may not want to sign his

5   or her signature.  Then he or she will ask

6   her secretary or other management staff to

7   do that. But that was in the early days

8   because it was not required for the -- the

9   person who registered a business to sign a

10  signature card. But now, it's a must.

11      **Q    I see.  And how early are we going**

12  **back?  I just really want to get a sense.**

13  **Because you are saying more recently, the**

14  **owner, he -- the owner, whether it's -- the**

15  **owner has to sign the signature card himself**

16  **or herself.**

17          **You are saying in the early days,**

18  **someone would sign for the owner.  Can you**

19  **just give me a sense of that timeline?**

20      A    Well, during the days of CAB and

21  UCB, it was okay.  And also, it was okay in

22  the early days of East West Bank.  However,

23  these days with the BSA issues becoming more

24  stringent, that is a must for the owner to

25  sign it.

1      Q      So when you say the early -- I

2   just want to focus in on the time at East

3   West Bank, when the policy changed.

4           Was this a few years ago, three

5   years ago, five years ago?  Do you have a

6   sense of that?

7      A      About three or four years ago.

8      Q      Okay.  So if an -- if a business

9   account was opened in 2011 through 2015, do

10  you believe that the older policy was still

11  in effect, where somebody else could sign

12  for the owner or the authorized signer of

13  the business account?

14     A      Yes.

15     Q      And when you -- if -- if somebody

16  were to sign on behalf of the owner, where

17  would the signing take place?  In other

18  words, would that person, the assistant or

19  secretary for the owner, be signing the

20  signature card at the branch in front of you

21  or outside of the branch?

22     A      If you need to open an account,

23  you must have to sign this at the branch.

24  We will not allow it to be done outside the

25  branch.

Page 31

1      Q    So you are saying the signature

2   card has to be signed at the branch?

3      A    Yes.

4      Q    Do you ever make any exceptions

5   for that?

6      A    No.

7      Q    When they're signing at the

8   branch, are you sitting there?  Are you in

9   their presence?  Or can they sign, you know,

10  out of your presence, when you are not

11  around?

12     A    Well, typically, that would be

13  signed in front of me.  However, for some

14  special clients, for several like manager's

15  clients, then I will prepare the paperwork

16  first and then give them a signature card.

17  And then let them finish that and give it to

18  back to me.

19     Q    So if they're -- I'm sorry.  I

20  just want to understand this.

21          If you have a special client, an

22  important client, what would happen then?

23     A    Well, if they are special clients

24  or manager's own client, because when they

25  come in, they may want talk to the manager

1    for a chat, so I would prepare a paperwork

2    and give them paperwork and signature card.

3    And they would get on with it and sign it.

4        **Q     But they would still sign the**

5    **paperwork and signature card at the branch?**

6        A    Yes.

7        **Q     Just going back to the situation**

8    **where a secretary or somebody else would**

9    **sign on behalf of the business owner.**

10           **When that happened, would that**

11   **person come in with the owner to the branch,**

12   **or would that person come by himself or**

13   **herself and say, "I'm representing the owner**

14   **to open this business account?"**

15       A    Usually, we require them to come

16   together.

17       **Q     And if somebody -- if that**

18   **secretary or somebody else who would sign on**

19   **behalf of the owner, if they were to sign**

20   **that signature card for the owner, would**

21   **they -- would they somehow -- would that**

22   **somehow be represented on the signature card**

23   **so that you would know it wasn't the owner**

24   **signing, instead somebody else signing on**

25   **behalf of the owner?**

1     A     Well, I'm not entirely sure.

2  Because there are so many people coming in

3  and out, how can I remember that?

4     **Q     I see.**

5           **But would there be -- would you**

6  **note anywhere or make a notation anywhere in**

7  **the file that somebody else was signing for**

8  **the owner?**

9     A     We would not have such special

10  treatment.

11           MS. HAN:  In a situation where a

12  secretary or somebody else is signing on

13  behalf of the owner, whose name is on the

14  signature card?

15           THE WITNESS:  Whoever signed it,

16  they sign it.

17     **Q     I just want to break this down.**

18  **Let's say the owner, the authorized signer**

19  **for that business account is John Doe, okay,**

20  **and the secretary's name is Evelyn; whose**

21  **name would be printed on that signature**

22  **card?**

23     A     The name of the secretary.

24     **Q     I see.**

25           **So -- so the name of the person**

1    signing would actually be printed on the

2    signature card?

3         A    Yes.

4         Q    And the person -- the assistant

5    who is signing, in this case, in this

6    example, Evelyn, Evelyn's name would be

7    presented on the signature card and Evelyn

8    would sign it "Evelyn." Is that right?

9         A    Well, that's his or her own

10   signature.  I cannot ask, stipulate how they

11   should sign their signature.

12        Q    I want to just clarify this.

13             In other words, if Evelyn, who is

14   the secretary signing on behalf of the

15   owner, John, for -- on the signature card,

16   does Evelyn sign as Evelyn or is she signing

17   John's name?

18        A    So typically, they would sign in

19   their own name.  However, in terms of how

20   they actually sign it, we don't have any

21   stipulation on that.

22        Q    Just one more question about that.

23   Just again, I really want to understand

24   this.

25             So if Evelyn, the secretary, is

1    **signing on behalf of the owner, John,**

2    **underneath the signature, the name should be**

3    **typed out; would it be Evelyn's name typed**

4    **out or would it be the actual owner of the**

5    **business, John?**

6         A    When we print it out, it would be

7    in formal print and then -- and then he or

8    she would need to sign it.

9         **Q    Whose name would be typed out on**

10   **the signature card form?**

11        A    The name of the secretary.

12        **Q    Understood.**

13             **Aside from the signature card,**

14   **what other forms need to be filled out by**

15   **the client, the business client?**

16        A    In the past, there was no other

17   documents required.  However, right now, we

18   require the customer to sign the BOC form;

19   which states the percentage of the business

20   ownership.  That's something that happened

21   recently within a year.

22        **Q    Just going back to the signature**

23   **card and the signature.**

24             **In your experience, have you ever**

25   **signed on behalf of the customer, the**

1    authorized signer?

2        A    No.  No.

3        Q    Are bank employees allowed to sign

4    on behalf of the authorized signer of a

5    business account?

6        A    No.

7        Q    Have you ever heard of any

8    instance, any occasion, where a bank

9    employee would sign a signature card on

10   behalf of the authorized signer?

11       A    No.

12       Q    Are you familiar with another

13   document called -- another opening account

14   form called the Funds Transfer Designation

15   and Authorization?

16       A    Yes.

17       Q    So is this Funds Transfer

18   Designation and Authorization form something

19   that the authorized signer would need to

20   sign on behalf of the business?

21       A    I didn't quite understand your

22   question.

23       Q    What I'm asking is, this Funds

24   Transfer Designation and Authorization form,

25   who needs to sign that form?

```
 1        A     The person who signed it.

 2        Q     Meaning the authorized signer for

 3   the business account?

 4        A     Yes, the person who signed for the

 5   business account.

 6        Q     And would that typically be the

 7   owner of the business?

 8        A     The person who signed on the

 9   signature card for the account opening

10   process.

11        Q     Okay.  So can you explain to us

12   what the Funds Transfer Designation and

13   Authorization form is?  What's the purpose

14   of that form?

15        A     The purpose is for fund transfer.

16        Q     To authorize fund transfer on

17   behalf of the company?

18        A     Yes.  Yes.  It's to process the

19   fund transfer out of the account.  In a

20   sense, the customer would not need to come

21   in the branch to do that.  However, once we

22   receive this form, we need to call back the

23   customer to verify it and confirm it before

24   we do the fund transfer.

25        Q     I see.  So let me just understand,
```

1    **make sure I'm understanding this correctly.**

2            **Does the Funds Transfer**

3    **Designation Authorization form authorize**

4    **you, the bank employee, to fill out**

5    **withdrawal and transfer requests on behalf**

6    **of that business?**

7        A    No.  So this form is for the

8    outgoing remittance.  So they have to fill

9    this form and return it to us, either

10   in-person or by e-mail or fax.  Once we

11   receive this form, we still need to confirm

12   with the customer to verify information

13   before we can process the request.

14       **Q    Okay.  So let me unpack that a**

15   **little bit.  When you say, "The outgoing**

16   **remittance," is the customer filling out a**

17   **form to initiate fund transfers out of that**

18   **particular account?**

19       A    Yes.

20       **Q    So the purpose of the fund**

21   **transfer designation form is to authorize --**

22   **am I correct, is it to authorize the -- the**

23   **authorized signer for that business account**

24   **to be allowed to transfer funds out of that**

25   **account?**

Page 39

1        A     So this form is to authorize the

2   bank to perform the outgoing remittance.

3   It's providing a convenience for the

4   customer.  As in, they don't have to come in

5   the branch. They can either fax or e-mail

6   this form to us to authorize to process the

7   outgoing remittance.  But we still need to

8   confirm with the signer before we can

9   process the request. So without the

10  confirmation from the signer, we cannot do

11  that.

12       **Q     I understand.**

13           **So who was filling out the -- the**

14  **fund transfer form?**

15       A     So the bank staff would prepare

16  the form and fill it out, and then ask the

17  customer to sign it.

18       **Q     And how would you get the customer**

19  **to sign that form?**

20       A     Typically, we will only give this

21  form to the customer if they say, "I'm very

22  busy.  I have no time to come in the branch

23  and I cannot do that in-person." So we would

24  give them the form.  So we will not give

25  this form to every single customer.

Page 40

1    **Q    Right.  But my question is, you**
2    **are the one who is preparing the form of the**
3    **fund transfer, right, on behalf of the**
4    **client?**
5        A    Yes.
6    **Q    But then, who is actually signing**
7    **that form?**
8        A    The signer, the authorized signer.
9    **Q    And how do you actually get -- if**
10   **the -- if the authorized signer is not**
11   **physically in your branch at that time, how**
12   **do you get that form, the -- the withdrawal**
13   **and fund transfer slip, to the client to**
14   **sign?**
15       A    Usually, we will prepare it in
16   advance and we will ask the customer to come
17   in and sign it.  The customer only needs to
18   sign it once.  So the customer would only
19   need to sign it once, and then we can
20   process the remittance for him or her in the
21   future.  So he does not need to come in
22   every single time.
23           MR. CHANG:  Is your office in this
24   building?
25           MR. JANOWSKY:  Yeah.

Page 41

1      Q    Handing to you a document that has

2   been premarked Exhibit 50A.

3           MR. CHANG:  5-O?

4           MS. WAI MING CHANG:  Yes.  Five,

5   zero, A.

6      Q    You can take a moment to review

7   this.  But I just want to note for the

8   record that the name that these are --

9   appear to be account opening files with --

10     A    Yes.

11     Q    If you go a few pages in, you will

12  find the fund -- a form that's called a

13  Funds Transfer Designation and

14  Authorization.  Okay.

15          Is this the form that we've been

16  talking about where this is the form that

17  the client would need to sign in-person at

18  the branch in order to have the -- in order

19  to -- let me just strike that question.

20          Is this a form that the client

21  would personally need to sign at the branch?

22          (The witness examined the

23  document.)

24     A    Yes.

25     Q    Okay.  And can you explain again

Page 42

1     **for us, what is the purpose of this Funds**

2     **Transfer Designation and Authorization form?**

3          A     So as I said earlier, the purpose

4     of this form is to provide convenience to

5     the customer.  As in the customer does not

6     need to come in the branch to process the

7     wire.  So the customer would fill out the

8     form himself or herself or the wire request.

9     Once we receive this form, we would need to

10    call up -- we would need to confirm with the

11    client in order to perform the instructions.

12         **Q     It's still not clear to me.**

13              **Does this form -- is the purpose**

14    **of this form to allow the authorized signer**

15    **for a business account to authorize and**

16    **initiate fund transfers and withdrawals from**

17    **that account?**

18         A     Yes.

19         **Q     Does it also -- does -- in signing**

20    **this, when the authorized signer signs this**

21    **document, does the authorized signer also**

22    **authorize the bank to do something?**

23         A     Well, this form is typically for

24    the wire.  In terms of our bank, you could

25    also make a phone call to make the fund

Page 43

1    transfer if you cannot come into the branch.

2        **Q    So in other words --**

3        A    The transfer is internal.

4        **Q    So what is this form -- what is**

5    **the authorized signer authorizing the bank**

6    **to do, specifically?**

7        A    It is authorizing the bank to

8    perform the wire, as the -- the remittance

9    going out.

10        **Q    I see.**

11            **And does it also authorize the**

12    **bank to fill out any paperwork for a**

13    **specific funds transfer?**

14        A    No.  The bank would allow the

15    customer to perform internal transfer.  That

16    can be done by a ticket.

17            MR. CHANG:  I'd like to just go on

18    the record, you are asking this witness what

19    her understanding of this document is, okay.

20            MS. WAI MING CHANG:  Absolutely.

21            MR. CHANG:  Okay.

22            MS. WAI MING CHANG:  Absolutely.

23            MR. CHANG:  I think the

24    document -- we heard the term, "The document

25    speaks for itself." It's pretty apparent

Page 44

1    what it does.

2        Q    I'm also handing to you a document

3    that was premarked Exhibit 57.

4            MS. WAI MING CHANG:  Can you mark

5    this document 57A.

6                        (SEC Exhibit No. 57A was

7                        marked for

8                        identification.)

9        Q    Ms. Wei, I'm also handing to you

10   another document, which was just marked

11   Exhibit 57A.

12           (The witness examined the

13   document.)

14       A    Is it the same?

15       Q    Yes.  You just beat me to the

16   punch. I was just about to say --

17       A    (In English) Same.

18       Q    Exactly.  It's a bigger image of

19   the same Exhibit 57.

20       A    Yes.  It's bigger.

21       Q    So can you tell me, what is the

22   document before you in Exhibit 57 and 57A?

23       A    So typically, when we sign that

24   slip --

25       Q    Which slip?

1           THE INTERPRETER:  Can you let me

2    finish.

3        A    So typically, when we sign the

4    slip, that would be for the wire.  And also,

5    it can only be used -- also be used for the

6    internal transfer.

7        **Q    Are we talking about the slips**

8    **represented in Exhibit 57 and 57A?**

9        A    The one for fund transfer.

10       **Q    The fund transfer designation and**

11   **authorization form?  Which document are you**

12   **referring to?**

13       A    Yes.  The fund transfer

14   designation and authorization form.

15       **Q    But my question goes to the**

16   **documents that you see in Exhibit 57 and**

17   **57A.**

18           **Can you tell me, what is the name**

19   **of this document?**

20       A    You are talking about this one?

21   That's the withdrawal ticket.  Withdrawal

22   and deposit -- or deposit ticket.

23       **Q    Again, I just want to note for the**

24   **record that the -- what you are referring to**

25   **as the withdrawal deposit ticket, on -- when**

Page 46

1    **I look at Exhibit 57 and 57A, it actually**

2    **says, "withdrawal transfer debit."**

3         A    Yes.  In this case, it's a fund

4    transfer here.

5              MR. CHANG:  Can we clarify

6    something?  The document in front of the

7    witness states on the left-hand side

8    "Withdrawal/transfer debit." On the

9    right-hand side, it says, "Deposit."

10             MS. WAI MING CHANG:  Thank you for

11   clarifying that.

12             MR. CHANG:  Okay?  So that's what

13   the witness testified.

14        **Q    And can you tell me, who would**

15   **typically fill out this withdrawal transfer**

16   **or deposit ticket?**

17        A    So typically, the signer would

18   telephone the bank and say that "I want to

19   make a fund transfer from one account to

20   another account." And then we would need to

21   verify the personal information with this

22   signer before we process the fund transfer.

23        **Q    Okay.  And so my question is, who**

24   **actually fills out, types in and writes in**

25   **the information on this ticket?**

Page 47

```
 1        A    So typically, they would ask me
 2   how I feel.  In this case, it was my
 3   colleague who handled it.  So in this case,
 4   the customer telephoned the bank saying that
 5   "I want to transfer $300.00 from one account
 6   to another." So my colleague processed that.
 7              Typically, we would need two
 8   persons to process the request.  So for
 9   example, if I were the one who filled it
10   out, then I would need to ask my supervisor
11   to sign it.
12        Q    So in the situation where the
13   signer of the business account calls the
14   bank wanting to make a funds transfer, would
15   a bank employee actually be the person who
16   is filling out the information in the
17   ticket?  In other words, the amount that
18   needs to be withdrawn or transferred, the
19   name of the account, all of that type of
20   information on the ticket, who is filling
21   that out?  Is it the bank or is it the
22   client?
23        A    In this case, it will be the
24   customer who telephoned the bank saying that
25   he or she would like to perform this
```

Page 48

1    internal transfer.  So the information would

2    be filled out by the bank.  That's for the

3    internal transfer.

4              However, if it was for an outgoing

5    remittance, then it would be the customer

6    who filled out the information, filled in

7    the information on the form.

8        Q    So for outgoing transfers, only

9    the client can fill out the form?

10       A    Yes.

11       Q    Whereas the bank can fill out the

12   form if the client wants to transfer funds

13   between two accounts that they control?

14             MR. CHANG:  Within the bank?

15             MS. WAI MING CHANG:  Yes, within

16   the bank.

17       A    Yes.  They -- he or she will need

18   at least two accounts.  Otherwise, you

19   cannot perform the transfer.  If there were

20   only one account, you can only do an

21   outgoing wire.  You cannot make fund

22   transfer.

23       Q    And does the client -- when we are

24   talking about the -- where the client is

25   initiating an internal transfer between its

Page 49

1    own accounts at East West Bank, does the

2    client need to sign this ticket?

3        A    No.  That is not required.  And

4    that's why we fill out -- we state FTA here

5    (indicating).

6        Q    What does FTA stand for?

7        A    Fund transfer authorization.

8        Q    I see.  But for outgoing transfers

9    where the client is initiating outgoing

10   transfer out of its account, does the client

11   need to sign that ticket?

12       A    Yes.  It's a must.  And then we

13   need to perform the callback.

14       Q    Just looking at the first page of

15   this Exhibit 57A, I also see that there are

16   some notes at the bottom of the ticket,

17   handwritten notes.

18            In this instance, it says phone

19   confirmed with Jiqing Yue.

20       A    First of all, we would need to

21   confirm with the signer whether it was

22   indeed him or her performing this request.

23   If that was the case, then we can process

24   the request. If that's not the case, we

25   cannot process it. So we need to note on

Page 50

1   this ticket who -- with whom we confirmed

2   the information.

3       **Q    Just so I'm understanding, what**

4   **specifically are you confirming with the**

5   **signer?**

6       A    The last four digits of the Social

7   Security number and his or her mother's

8   maiden name and date of birth, address, and

9   the most recent transactions.

10      **Q    So all of this information, Social**

11  **Security number, maiden name, et cetera,**

12  **that is to confirm that the person that is**

13  **initiating the transfer on behalf of the**

14  **business account -- to confirm their**

15  **identity?**

16      A    We need to confirm with the

17  signer, indeed, he or she is the person, the

18  signer for this account.  That's why we need

19  to confirm his or her last four digits of

20  Social Security number and his or her

21  mother's maiden name, et cetera.

22      **Q    Am I correct that what the bank is**

23  **confirming when they do the phone confirms**

24  **for these transactions, is to confirm that**

25  **the person who is initiating the fund**

1      **transfer is actually the authorized signer**

2      **for that account?**

3           A    Yes.

4           **Q    And is there any other information**

5      **that you would -- anything else that you are**

6      **trying to confirm when you do a phone**

7      **confirm for fund transfer for a client?**

8                THE INTERPRETER:  Excuse me.  I'm

9      going to repeat the question.

10          A    Typically, that's the kind of

11     information we need to confirm with the

12     customer.  Obviously, we can only perform

13     the fund transfer if there's money in the

14     account. If there's no money in the account,

15     we cannot do that.

16          **Q    So aside from confirming the**

17     **identity of the authorized signer, is the**

18     **bank employee also confirming with the**

19     **signer that the actual transfer, the details**

20     **of the -- of the fund transfer?**

21          A    Yes.

22          **Q    In terms of the -- the phone**

23     **confirm, when is this done?  Do you call up**

24     **the authorized signer before the transfer is**

25     **actually initiated?**

Page 52

```
 1        A     Yes.  Okay.  Yes.  And I also need

 2   to use the telephone in my computer.  I

 3   cannot use regular phones.

 4        Q     I see.

 5              Is that because those phone

 6   calls -- I'm sorry, the telephone in your

 7   computer?

 8        A     Because that's a lot of hacking

 9   going on.  People may give you fake phone

10   numbers to call.  Therefore, I have to use

11   my phone within my computer to call because

12   I cannot tell whether that was a fake phone

13   number or not.

14        Q     Are the phone calls that you make

15   to the client to do these phone confirms,

16   are they recorded?

17        A     I -- I think our bank has

18   recordings.

19        Q     Just -- just another question with

20   this before we move on.

21              The phone confirms that are done

22   by the bank employee, in order to confirm

23   the identity of the authorized signer, is

24   this done -- are you confirming the identity

25   of the authorized signer every single time
```

1    **that the client is initiating a fund**

2    **transfer from its -- from its account?**

3         A    Yes.

4         **Q    So for -- if the -- if the**

5    **authorized signer is authorizing a hundred**

6    **fund transfers, internal fund transfers, in**

7    **a year, then you would -- there should be a**

8    **phone confirm for each one of those one**

9    **hundred internal transfers; is that right?**

10             THE INTERPRETER:  I will ask the

11   witness to clarify.

12        A    Well, most of the time, it will be

13   the customer calling us.  And we need to

14   verify that, indeed, that person is the real

15   signer. Otherwise, there will be a big

16   problem if we just transfer the funds out of

17   the account.

18        **Q    You do that each and every time**

19   **they initiate a fund transfer out of their**

20   **account?**

21        A    Yes.

22        **Q    Will you say -- so I also want to**

23   **understand, when -- if the signer is calling**

24   **the bank to provide instructions and to say,**

25   **"Okay.  I'm going to request doing a fund**

Page 54

1  transfer from my account," is that a

2  separate phone conversation from when you do

3  the phone confirm?  Or are you doing the

4  phone confirm in the same phone call --

5  during the same phone conversation with that

6  client?

7       A    So typically, I will confirm that

8  within the first phone call.

9       Q    Thank you.

10           So aside from the signature card

11 and the fund transfer designation

12 authorization form that we just went over,

13 are there any other forms that you have to

14 fill out or the client needs to fill out to

15 open an account?

16      A    No.  However, if the customer

17 would like to have the online banking

18 function, then he would need to fill that

19 form as well.

20      Q    Could you turn your attention back

21 to Exhibit 50A?

22           MR. CHANG:  This is it.

23      Q    Can you just -- focusing your

24 attention on that first page of 50A.

25      A    Mm-hmm.

Page 55

1       **Q      What is this form?**

2       A      (In English) That's the opening

3    information -- account opening information.

4              (Through Interpreter) That's the

5    account opening information.

6       **Q      What is the purpose of this form?**

7       A      (In English) That's for the

8    signer -- the detail, the information.

9              (Through Interpreter) It contains

10   all the details, personal information of the

11   signer.

12      **Q      Does this form designate all of**

13   **the authorized signers for a specific**

14   **account?**

15      A      No.  Each business account will

16   have this slip.

17      **Q      Okay.  I think -- I think -- let**

18   **me just rephrase the question.**

19              **How do you designate -- what form**

20   **identifies who the -- all of the authorized**

21   **signers for the account?**

22      A      If there are other signers, then

23   it will be filled out here (indicating).

24   Like signer two, signer three, signer four,

25   et cetera.

Page 56

1    Q    So this form, the account opening

2    information form, am I correct that all of

3    the -- if there's more than one authorized

4    signer, all of the authorized signers should

5    be on this -- filled out on this form,

6    identified on this form?

7    A    Yes.  Yes.  If there were two, two

8    will be shown here.  If there were three,

9    three would be shown here.  All of them will

10   be shown on this form.

11   Q    I see.

12        How would you obtain the

13   information, the personal information of the

14   authorized signer?  How do you get that

15   information?

16   A    When that customer comes in, he or

17   she needs to show us their ID.

18   Q    Comes into the branch?

19   A    Yes.  So we would need to see his

20   or her ID.  And then obtain information for

21   his e-mail, his job and Social Security

22   number.

23   Q    Does the signer, the authorized

24   signer for the account, need to come in?  Is

25   he or she required to come into the branch

Page 57

1    in order for you to fill out this form?

2        A    Yes.  Yes.

3        Q    Could they -- is there ever an

4    instance where the authorized signer does

5    not come into the branch, but is still

6    listed as the authorized signer for the

7    account?

8        A    No.

9        Q    Who actually fills out, types in,

10   the information on this account opening

11   information form?

12       A    Well, so each person who is -- who

13   can perform the account opening function can

14   do that.  And they will generate this form.

15       Q    Is it always the bank employee who

16   fills out this form?

17       A    Yes.  Yes.

18       Q    And then going in a few pages

19   to -- on the Exhibit 50A, I just want to

20   turn to a form that is entitled "Business

21   Account CDD Questionnaire."

22       A    Yes.

23       Q    Is this another form that needs to

24   be filled out to open an account?

25       A    No.  That's not -- it's no longer

1    required.  That's for -- that was done in

2    the past.

3         **Q    When was this form phased out?**

4         A    I forgot.  A few years ago.

5         **Q    When the bank was still using this**

6    **CDD questionnaire form, who would fill out**

7    **this form, the client or the bank employee?**

8         A    We would ask the customer

9    questions and we would fill it out.

10        **Q    And when -- when you are asking**

11   **the client questions, is this over the**

12   **phone?  Is this by e-mail?  Or is this at**

13   **the branch? What is your typical -- what is**

14   **the typical practice here?**

15        A    I would only ask him questions

16   when he comes in.

17        **Q    So the customer -- the authorized**

18   **signer would have to come into the branch in**

19   **order for you to fill out this form?**

20        A    Yes.  Yes.

21        **Q    Who is providing -- you could see**

22   **there are entries for quite a bit of**

23   **information here.  It appears, for example,**

24   **there's an entry, "additional business**

25   **information, anticipated monthly transaction**

Page 59

1    volume."

2            Who is providing this information

3    to you?

4        A    The signer.  By the signer.  And

5    also, it's an estimation because when the

6    business has not started running, he or she

7    will only give an estimate.

8        Q    So --

9        A    It may not be correct.

10       Q    So when the signer is giving you

11   the information about annual gross revenue,

12   for example, does the signer provide any

13   documents to prove that revenue or is this

14   something that he or she is telling you?

15       A    No.  That was only an estimate.

16   It may not be correct.

17       Q    Thank you.  There's also an entry

18   here.  It says, "Site visit information."

19            Can you explain what that is?

20       A    After we open the account, we

21   would perform a site visit of the customer's

22   office because sometimes the offices are

23   fake.  So after the account was opened for a

24   while, let's say a week or two, we will send

25   someone to pay a visit.

1      Q    So am I correct that you are

2  trying to confirm whether the client's

3  business is a real legitimate business as

4  opposed to just a fake -- a fake business?

5      A    Yes.

6      Q    What are you looking for when the

7  site visit is conducted?

8      A    Well, first of all, we have to

9  check the address that the customer gave us

10  to see whether there is such a real address.

11      Q    Are you looking for anything else

12  during the site visit?

13      A    Well, I was not the one who

14  actually performed the site visits.  My

15  other colleagues would do that.  So I'm not

16  that sure.

17      Q    And which colleagues would perform

18  the site visits, your managers or --

19      A    Either the manager, the supervisor

20  or the relationship banker.  They would

21  perform the site visit.  We do not have to

22  do that.

23      Q    Just one more question going back

24  to the first page of Exhibit 50A, the

25  account opening information form.

1          **Would you ever -- would a client**

2   **ever have their assistant or their secretary**

3   **or somebody else provide the information on**

4   **their behalf?**

5          THE INTERPRETER:  I'm going to

6   repeat the question again.

7     A     No.  No.  We would need him or her

8   to provide the information.

9     Q     **Thank you.**

10         **So after these forms are filled**

11  **out, the account opening forms, is it your**

12  **typical process to provide copies of those**

13  **forms to the authorized signer of the**

14  **account?**

15    A     No.  That is not allowed.

16    Q     **Okay.  So there's not -- you don't**

17  **have a practice of having the -- let me**

18  **rephrase this.**

19         **Do you have the authorized signer**

20  **verify any of the information that you typed**

21  **out in the forms?**

22    A     Yes.  We would do that.  So we

23  would print it out and ask that person to

24  take a look.  Sometimes there may be typos.

25    Q     **So is your usual practice after**

1    **all the account opening forms are filled**

2    **out, for the authorized signer to review all**

3    **of those forms to make sure that it's**

4    **accurate?**

5         A    Yes.

6         **Q    Can you -- we've been talking this**

7    **morning about the authorized --**

8                   MR. CHANG:  Are you moving to

9    another topic?

10                  MS. WAI MING CHANG:  Not quite.

11                  MR. CHANG:  It's just that --

12                  MS. WAI MING CHANG:  Yes.  Yes.

13   Hold that thought.  I only have a few more

14   questions and then we can take a quick

15   break.

16                  MR. CHANG:  I'd like to get some

17   lunch.

18                  MS. WAI MING CHANG:  That's fine,

19   too.

20        **Q    So we've been talking about**

21   **authorized signers for customer accounts.**

22                  **Can you just generally explain to**

23   **me, what is the role of the authorized**

24   **signer for a business account?**

25        A    Well, he or she can manage the

1    company's transactions or ledgers.

2        **Q    What are they authorized to do**

3    **with respect to their -- their account?**

4        A    Well, the authorized signer can do

5    all this.  In terms of his or her

6    relationship with the bank, as in issuing

7    checks or performing fund transfers.  All

8    the company records in relation to the bank.

9        **Q    Is there any -- can someone who is**

10   **not an authorized signer initiate fund**

11   **transfers or direct fund transfers for that**

12   **account?**

13       A    No.

14       **Q    And this explanation of how**

15   **accounts are opened on behalf of a business,**

16   **this -- this practice, was this generally**

17   **about the same way you did things from 2011**

18   **to 2015?**

19       A    It's roughly the same.  But the

20   forms may change.

21       **Q    From 2011 to 2015, was there**

22   **any -- anything different that you did to**

23   **open an account for a business?**

24       A    No.

25            MS. WAI MING CHANG:  I think this

Page 64

1   is a good time to take a break.  We can do a

2   lunch break due to the timing of this.  How

3   much time would you like to take?

4           MR. CHANG:  Tell me how much

5   longer you are going.

6           MS. WAI MING CHANG:  I think we

7   still have a while.

8           MR. CHANG:  You going three more

9   hours?

10          MS. WAI MING CHANG:  At least.

11          MR. CHANG:  Okay.  Well, if we

12  come back at 2:00, are you going beyond five

13  o'clock?

14          MS. WAI MING CHANG:  No, I don't

15  imagine doing that.

16          MR. CHANG:  Okay.  So we'll see

17  you at two o'clock.

18          MS. WAI MING CHANG:  We are off

19  the record -- we'll take a break until 2

20  p.m.  We are off the record at 1:18 p.m.

21          (A brief recess was taken.)

22          MS. WAI MING CHANG:  We are back

23  on the record at 2: p.m.

24          Ms. Wei, during the break, did we

25  have any conversations of substance about

Page 65

1    this investigation?

2            THE WITNESS:  No.

3        **Q    Ms. Wei, is Richard Xia one of**

4    **your banking clients?**

5        A    Yes.

6        **Q    Can -- are you responsible for**

7    **servicing his accounts and opening his bank**

8    **accounts?**

9        A    Not really.  He was -- he was a

10   customer of my former manager since the

11   account was opened earlier.  So I will help

12   him out.

13       **Q    And which manager was this?**

14       A    Angela.

15       **Q    Angela Chen?**

16       A    Yes.

17       **Q    So at what point did you take over**

18   **handling Mr. Shah's accounts?**

19       A    Well, I would not put it that way.

20   After I helped them open a few accounts,

21   they would seek me out frequently.  I would

22   say since 2010.

23       **Q    When did you first -- can you just**

24   **tell us, explain to us, when you first met**

25   **Mr. Xia, how you became acquainted with him?**

Page 66

1      A    Well, Mr. Xia, he had his personal

2  account with CAB and he was the customer for

3  my former manager, Angela.  And he came to

4  our office after.

5      **Q    So you -- you started helping out**

6  **with opening a few accounts for Mr. Xia**

7  **starting in 2010?**

8      A    His business account was open at

9  United -- United Commercial Bank.  That was

10  back in 2009.

11      **Q    But you didn't start helping out**

12  **with Mr. Xia's accounts until 2010; is that**

13  **right?**

14      A    Well, I helped servicing his

15  accounts after the accounts opened.  And it

16  was after 2010 that we provided him with

17  more services.

18      **Q    And did Angela Chen continue to**

19  **oversee his accounts as well?**

20      A    Well, typically, a manager would

21  not handle that.  However, Mr. Xia, he would

22  come in frequently to chat with Angela.

23  Maybe to look at a loan, et cetera.

24      **Q    Okay.  So would you -- am I**

25  **correct in characterizing this, since 2010,**

Page 67

1  **you were the primary customer account**

2  **representative handling Mr. Xia's accounts**

3  **at East West Bank?**

4      A    Yes.  After he got to know me

5  better, he would look for me often.  But my

6  other colleagues would also help him.

7      **Q    Which other colleagues assisted**

8  **Mr. Xia with his accounts?**

9      A    Well, anyone could do that.

10  Whenever I'm too busy or when I'm not

11  around, any one of the others could help

12  him.

13      **Q    What I'm trying to get at is, were**

14  **you his primary account rep or was it**

15  **someone else?**

16      A    Most of them is done by me.  I

17  service him.

18      **Q    Is that from 2010 to present?**

19      A    Yes.

20      **Q    So which accounts did you open for**

21  **Mr. Xia?**

22      A    Well, I helped him open many

23  accounts.  He has many accounts.

24      **Q    What do you know about Mr. Xia's**

25  **occupation, line of work?**

Page 68

```
 1       A    From what I know, he manages

 2   publicly.  And also, he's involved in

 3   property management.  Also, he's involved in

 4   EB5, immigration investment.

 5       Q    Anything else?  Do you know

 6   anything else about what he does?

 7       A    I don't -- I don't know about the

 8   others.

 9       Q    So the accounts that you helped

10   him open, are those personal accounts or

11   business accounts?  What kind of accounts

12   are they?

13       A    Business accounts.

14       Q    About how many did you open for

15   him?

16       A    Maybe twenty or thirty.  I did not

17   count.

18       Q    And was he always the owner of

19   those companies for which you opened the

20   business accounts?

21       A    Most of them.

22       Q    Do you know which one -- which

23   accounts he was not the owner of?

24       A    I'm not sure about that.

25       Q    Who were the authorized signers
```

Page 69

1    for those business accounts?

2        A    Him and his wife.

3        Q    What's the name of his wife?

4        A    Julia Yue.  J-U-L-I-A, last name

5    is Y-U-E.

6        Q    Does Julia go by any other name?

7        A    No.

8        Q    What about Jiqing?  Jiqing Yue?

9        A    Her Chinese name, right?

10       Q    I'm asking you, if this name

11   Jiqing Yue is Julia or not.

12       A    Yes, she changed her name and

13   later on, she went by her English name.

14       Q    Do you recall any of the names of

15   the companies that Julia was an authorized

16   signer for with respect to her husband's

17   accounts, business accounts?

18       A    I cannot remember.

19       Q    I'm going to list a few -- a

20   number of company names.  And if you can

21   recall whether or not Julia Yue was an

22   authorized signer of those accounts, please

23   just let me know.

24            Fleet Financial Group.

25       A    Are you talking about both of them

Page 70

1    or just Julia, the wife?

2        **Q    You can tell me for both of them.**

3    **Whether Mr. Xia is the authorized signer for**

4    **that account and whether his wife is also an**

5    **authorized signer.**

6        A    For Fleet, both of them.

7        **Q    Jiqing Development?**

8        A    I cannot remember.  But I think

9    since this company uses the wife's name, she

10   should be the authorized signer.

11       **Q    What about X&Y Development Group?**

12       A    For X&Y, I think both of them.

13       **Q    And what, generally, was Jiqing's**

14   **role as an authorized signer for those**

15   **accounts?  What kind of -- what did she do**

16   **in connection with those accounts?**

17       A    I think she's responsible for the

18   ledger.

19       **Q    What does that mean?  What ledger?**

20       A    Well, as in the in and out of

21   these accounts, these transactions.  And

22   also, to manage those accounts.

23       **Q    Do you know whether she also**

24   **signed for any transactions, like fund**

25   **transfers or anything else where she would**

1    need to sign for a transaction?

2        A    I don't understand your question.

3        Q    With respect to the business

4    accounts that Jiqing Yue was an authorized

5    signer for, what kind of activities was she

6    involved -- what kind of -- what was she

7    signing off on, like what kind of

8    transactions?

9        A    For example, like wires and also

10   signing the checks.

11       Q    And when she was signing for the

12   wires, did you see her actually making the

13   signature in front of you at the bank?

14       A    Well, since she has filled out

15   that form, that would allow her to do -- do

16   so through e-mail or fax.  Even though we

17   did not see her, we would still need to

18   check her record.  For example, verifying

19   her signature against the signature card.

20       Q    Have you met Mr. Xia in person?

21       A    No.  Well, since Angela is not

22   around anymore, he rarely comes in and he's

23   also very busy.

24       Q    But my question goes to, have you

25   ever personally met and seen Mr. Xia?

Page 72

1      A    Yes.  He used to drop by.

2      **Q    I think you mentioned earlier that**

3  **every time the owner of a business who has a**

4  **business account at the bank, that person**

5  **would have to come in personally to fill out**

6  **the paperwork.**

7          **So is that what Mr. Xia was doing**

8  **when he was at the bank?**

9      A    Yes.  He did come in, but he was

10  coming in and looking for Angela and they

11  chat.

12     **Q    I see.**

13         **And what about his wife, Julia,**

14  **have you met her in person?**

15     A    Yes.

16     **Q    When -- under what circumstances**

17  **would you meet Julia, would you see her?**

18     A    When she opened the account.  When

19  the account was opened.

20     **Q    Did she open any of the accounts**

21  **that she -- for her husband?  Any of the**

22  **accounts that she jointly controlled with**

23  **her husband?**

24     A    Yes, of course.

25     **Q    So if she was the authorized**

1   **signer for -- for a business owned by her**

2   **husband, the two of them would come in**

3   **together to open those accounts; is that**

4   **right?**

5       A    Yes.  But it would not be

6   necessary for them to come together.

7   Whoever is free, then that person would come

8   in.

9       **Q    About how many -- how many**

10  **accounts did she open?**

11      A    Maybe thirty or forty.  I cannot

12  remember.  I cannot count.  There's so many.

13  I cannot remember.

14      **Q    Do you remember when she started**

15  **opening accounts at East West Bank?**

16      A    When they opened the business

17  account, that was back in the days of UCB.

18      **Q    Okay.  But going to your -- the**

19  **time that -- from the time that you met**

20  **Julia, when did she start opening -- when**

21  **did she start opening bank accounts with**

22  **you?**

23      A    I did help her open accounts back

24  in the day of UCB.  And I also helped her

25  open accounts for EWB.

1    Q    This goes back to 2007 -- I'm

2  sorry, before 2011?

3    A    That was before 2011.

4  Subsequently, she also opened other business

5  accounts.  And she started opening business

6  accounts back in 2009.

7    Q    So -- and I know this goes a way

8  back.  But between 2009 and 2011, about how

9  many accounts do you think she may have

10  opened?

11    A    I cannot remember.

12    Q    Was this one or two or maybe, you

13  know, five to ten?  I'm just trying to get a

14  general sense.

15    A    Maybe five.

16    Q    About five accounts?

17    A    Mm-hmm.

18    Q    And for those five accounts, I

19  just want to reconfirm, every time that she

20  opened -- that Julia or Jiqing Yue opened an

21  account with you between 2009 and 2011, she

22  came in personally to fill out the paperwork

23  and to sign those documents for the opening

24  account forms?

25    A    Yes.  According to the rules of

Page 75

1    the bank, the signer has to come in to sign

2    for the document.  Yes.  Julia is Jiqing

3    Yue.  They're the same person.

4        **Q    Thank you.  And also, I just --**

5    **because she goes by two names, sometimes I**

6    **might refer to her as Julia.  Sometimes I**

7    **might refer to her as Jiqing.  But I mean**

8    **the same person, which is Richard Xia's**

9    **wife.**

10            **Do you understand that?**

11       A    Yes.

12       **Q    Not sure if I asked you this**

13   **already, but when was the first time that**

14   **you met Jiqing?**

15       A    I cannot remember.

16       **Q    Was it when she came to open an**

17   **account or had you met her outside of doing**

18   **bank business?**

19       A    Well, no.  It must be when she

20   came in to open the account.  I did not meet

21   her for other purposes.

22       **Q    I see.**

23           **So you don't -- do you have any**

24   **kind of social relationship with Ms. Yue?**

25       A    No.  Completely -- only about bank

Page 76

1   business.

2        **Q    I see.**

3             **And what do you know about Ms. Yue**

4   **about Jiqing?  Do you know whether she --**

5   **aside from opening these accounts, do you**

6   **know whether she works?  Does she -- is she**

7   **involved with any -- does she work for any**

8   **companies? Is she a stay-at-home mom?  Like**

9   **what do you know about her?**

10       A    When I got to know her, I know

11   that they run their own companies.  And they

12   work for their own companies.  And I don't

13   know about the others.

14       **Q    But did you know whether Jiqing**

15   **worked for other companies?**

16       A    I don't know.

17       **Q    Do you know whether she worked for**

18   **the companies that -- for which she opened**

19   **the business accounts?**

20       A    Yes.

21       **Q    How do you know this?**

22       A    Well, they look at the office and

23   the office is for these companies.  And the

24   companies are owned by either her or

25   they're -- or her husband.

1     Q    Which office -- where is the

2     location of this office that you are

3     referring to where she -- where Jiqing

4     works?

5          A    In Flushing.

6          Q    Do you know the address?

7          A    In -- inside Queens Crossing.  But

8     I don't remember the address exactly.  At

9     38th Avenue.

10         Q    Which Avenue?

11         A    38th.

12         Q    38th Avenue.

13              Are you familiar with a company

14    called Racanelli Construction Group, Inc.?

15              THE INTERPRETER:  Do you mind

16    spelling the name?

17              MS. WAI MING CHANG:

18              R-A-C-A-N-E-L-L-I.  Racanelli

19    Construction Group, Inc.

20         A    Yes.

21         Q    Does Racanelli have bank accounts

22    at East West Bank?

23         A    Yes.

24         Q    And do you recall when the first

25    account was opened?

Page 78

1      A    The first account, maybe back in

2 2011 or 2012.  I cannot remember.

3      **Q    About how many accounts were**

4 **opened for Racanelli back in 2012?**

5      A    Racanelli, three or four.  Since

6 there were different phases for the

7 construction work; like stage one, stage two

8 or stage three.  I don't understand it.  But

9 they said it will be easier for the

10 accounting purposes.

11     **Q    What would be easier for**

12 **accounting purposes?**

13     A    I'm not sure exactly.  But they

14 just said it's easier for the company's

15 accounting purposes.  They said it's for

16 phase, one phase two or phase three.

17     **Q    These phases you are talking**

18 **about, are these construction phases?  What**

19 **do you mean by this?  What do you know about**

20 **the construction and the phase?**

21          MR. CHANG:  If anything.

22     **Q    If anything.**

23     A    I don't know exactly.  They just

24 said it's phase one, construction work.

25 Phase two, construction work.  Et cetera.

1     Q     Who is telling you about phase one

2  construction work and phase two construction

3  work?

4     A     I forgot.

5     Q     Was it Jiqing who told you this or

6  was this Richard, her husband?

7     A     I cannot remember.

8     Q     What kind of business is Racanelli

9  involved in?

10    A     Construction.

11    Q     Do you know anything more about

12  that?

13    A     No.  I'm not sure.  Because I was

14  only responsible for opening bank accounts,

15  I would not know about others.

16    Q     Okay.  And who is the owner of

17  Racanelli?

18    A     (Indicating.) The first name is

19  Xi, X-I.

20          THE INTERPRETER:  The witness

21  said, "I don't know how to pronounce the

22  last name." And the witness --

23    Q     How do you spell the last name?

24    A     Last name is

25  V-E-R-F-E-N-S-T-E-I-N.

Page 80

1      Q     So it's your understanding that

2   Ms. Verfenstein, we believe it's a woman, Xi

3   Verfenstein, that Ms. Verfenstein is the

4   owner of Racanelli?

5      A     Yes.

6      Q     Was there ever a different owner

7   of Racanelli?

8      A     In the beginning, when the account

9   was opened, the owner authorized Julia.

10   However, that has been changed.

11      Q     I just want to clarify what you

12   mean by that.

13            So in the beginning, when accounts

14   were opened for Racanelli Construction

15   Group, who was the owner of that company?

16      A     The owner was Xi, X-I.  As I said

17   in the morning, in the early days, there was

18   no rules saying that the signer has to be

19   the owner of the company.  It could be

20   somebody else.

21      Q     Going to my question, who was the

22   owner of Racanelli Construction Group when

23   Racanelli first opened its bank accounts?

24   And I'm talking about the time period --

25   because you told me that the first account

Page 81

1    was opened 2011 or 2012.  So who was the

2    owner of Racanelli at that time?

3         A    Xi, it always been Xi.

4         Q    Are you referring to Ms.

5    Verfenstein?

6         A    Yes.

7         Q    So your understanding is that Ms.

8    Verfenstein was always the owner of

9    Racanelli Construction Group?

10        A    Yes.

11        Q    And who -- who opened that first

12   bank account for Racanelli?

13        A    The first bank account for

14   Racanelli, they -- that's designated to

15   Julia.

16        Q    What I'm trying to get at, did

17   Julia open that first bank account for

18   Racanelli?

19        A    Yes.  Yes.  Because Xi designated

20   her to be the signer.

21        Q    Because Ms. Verfenstein designated

22   Julia to be the authorized signer for that

23   first Racanelli account?

24        A    Yes.  That's right.  However, now

25   it has been changed.  So Julia is no longer

 1    the signer.  So Xi, X-I, became the signer.

 2         **Q    At the time that Julia opened the**

 3    **first Racanelli account, do you know whether**

 4    **she had any position with Racanelli?**

 5         A    I'm not sure about that.

 6              MR. JANOWSKY:  When was the change

 7    made when Julia was no longer designated as

 8    a signer for the Racanelli account?

 9              THE WITNESS:  Last year.

10              MR. JANOWSKY:  Last year.  So from

11    the period of the first account being opened

12    in 2010 to last year, Julia was designated

13    as the signatory for Racanelli accounts?

14              THE WITNESS:  Yes.

15         **Q    I'm not sure if this was made**

16    **clear by Mr. Janowsky's question, but was**

17    **Julia the authorized signer for all of the**

18    **accounts opened by Racanelli until last**

19    **year?**

20         A    Yes.

21         **Q    Was Julia -- did Julia open all of**

22    **the bank accounts for Racanelli?**

23         A    Because Xi, X-I, authorized her to

24    do so.

25         **Q    So did Julia -- was -- did Julia**

1    open all the bank accounts for Racanelli as

2    directed by Ms. Verfenstein?

3         A    Yes.

4         Q    I'm handing you a document that

5    has been premarked Exhibit 43A.  Please take

6    a moment to look through this document.

7              (The witness examined the

8    document.)

9         Q    Ms. Wei, can you tell us what this

10   exhibit is; what these documents represent?

11        A    This one is for account opening.

12        Q    For which account?

13        A    For Racanelli.

14        Q    And is this the account opened for

15   Racanelli by the number -- account number

16   8653001555?

17        A    Yes.

18        Q    Did you -- did you assist with

19   opening this account for Racanelli?

20        A    Yes.

21        Q    What was your role?

22        A    As customer service.

23        Q    I'm sorry.

24             What did you do, how did you help

25   out with opening this particular Racanelli

Page 84

1    **account?**

2        A    Well, they came in, they brought

3    the documents.  So she came in with Xi, X-I,

4    and she was saying that she was not going to

5    be the signer and Julia was going to be the

6    signer. So it's the same usual customer

7    service.  It's no difference from other

8    account opening.

9        **Q    When you say, "they," who came in?**

10       A    For the very first time, they came

11   in together.

12       **Q    Are you saying Julia Yue and Mr.**

13   **Verfenstein came in together to open the**

14   **Racanelli account?**

15       A    Well, sometimes, they would come

16   in and look for the manager.  So we would

17   prepare the documents to help them open the

18   account.

19       **Q    I just want to note for the record**

20   **that this is not actually the first account**

21   **that Racanelli opened at East West Bank.**

22       A    It was the first one.  Right now,

23   it's no longer there because it was stolen

24   by somebody else later on.  So it was

25   closed.

1      Q      **We are talking about account**

2   **number ending 1555.**

3      A      Oh, you are talking about account

4   ending in 1555.  I'm not sure.  Maybe it was

5   closed.

6      Q      **You just said an account was**

7   **stolen.**

8             **What do you mean by that?**

9      A      Well, for example, let's say my

10  checks -- my company checks were stolen and

11  used by other people.  Therefore, I have to

12  close the account and no longer use that

13  because other people already know my account

14  number.

15     Q      **And that -- so checks were stolen**

16  **for one of the Racanelli accounts?**

17     A      I'm not sure whether for this

18  account, it was the checks being stolen or

19  not. But by now, these days, some people may

20  have their checks stolen and money being

21  withdrawn from the account.  Therefore, they

22  would close the account and no longer use

23  those accounts.

24     Q      **But what I'm trying to get at is,**

25  **which Racanelli account was closed as a**

Page 86

1     **result of possibly somebody committing**

2     **fraud?**

3          A     I cannot remember because it's

4     been a long time ago.

5          **Q     Okay.  So you said you recall with**

6     **the first account that Racanelli opened,**

7     **that Ms. Xi Verfenstein came into the branch**

8     **with Julia Yue, is that right, to open the**

9     **account?**

10         A     Well, they would look for the

11    manager when they come in.  So the manager

12    would give us the paperwork to help them

13    prepare.

14         **Q     And you also said that Ms.**

15    **Verfenstein told you that Julia would be the**

16    **signer for that Racanelli account, the**

17    **authorized signer; is that right?**

18         A     Yes.

19         **Q     And Julia -- and was Ms. Yue there**

20    **when Ms. Verfenstein said this?**

21         A     Yes.  They were together.  Yes.

22    Sometimes -- sometimes they would talk to

23    the manager and the manager would ask us to

24    finish the paperwork.  So sometimes, it may

25    not necessary it'd be them talking to us

Page 87

1   directly.

2       **Q    Again, who was -- who was your**

3   **manager at the time?  Like who was Ms.**

4   **Verfenstein speaking to about the Racanelli**

5   **account?**

6       A    Angela, because she's the customer

7   of Angela.

8       **Q    Racanelli opened a number of other**

9   **accounts at the bank, at East West Bank.**

10          **Did Ms. Verfenstein come in again**

11  **to open any of those Racanelli accounts?**

12      A    Because she was not the one

13  signing for the -- because she's not the

14  signer, she would not come in.

15      **Q    So who would come -- who came in**

16  **to open up the other Racanelli accounts?**

17      A    Julia.

18      **Q    Did Julia come in with anyone**

19  **else?**

20      A    No.  Since the first one, the

21  first account is already open.  For a second

22  or third account, we would just do the same

23  card work.

24      **Q    Going back to this exhibit,**

25  **Exhibit 43A, the -- the last two pages of**

1    the exhibit. It says, "Business account

2    signature card." And it's dated November 2,

3    2011.  Again, this relates back to Racanelli

4    Construction Group.

5              Can you tell me what -- what this

6    signature card is?  Explain the significance

7    of this signature card here.

8         A    Regarding the significance of the

9    signature card, well, when you issue a

10   check, we have to verify your signature

11   against it, signature on the signature card.

12   And also, when you withdraw funds, we have

13   to verify your signature and also your ID as

14   well.

15        Q    I see.

16             So you are verifying all of the

17   signatures for the authorized signer against

18   the signature card?

19        A    Yes.  For all the fund

20   withdrawals, we have to check the signature

21   against the signature card and also check

22   the ID.

23        Q    Did you prepare this form?

24        A    Which one?

25        Q    The signature card form.

Page 89

1      A    Which one?

2           MR. CHANG:  Right in front of you.

3      A    (In English) This one.

4      **Q    The one that's dated.**

5           MR. CHANG:  Yes.

6      **Q    November 2nd --**

7      A    That's my -- regarding this one,

8  it was opened by my other colleague.  It was

9  not necessary done by me.

10     **Q    I see.**

11          **I just want to note for the record**

12  **that under the authorized signer, Jiqing Yue**

13  **is identified as an authorized signer; is**

14  **that right?**

15          MR. CHANG:  So you are asking the

16  witness if that's what the document shows?

17          MS. WAI MING CHANG:  Yes.

18          MR. CHANG:  Okay.  Fine.  We'll

19  stipulate to that, that that's what it

20  shows.

21     A    Yes.

22     **Q    It also says that Jiqing Yue is**

23  **the president and this is the form for the**

24  **Racanelli Construction Group, Inc.**

25          MR. CHANG:  Are you asking the

Page 90

1    witness does that document indicate that

2    that person --

3                MS. WAI MING CHANG:  I'm not

4    asking -- I'm not asking her anything.  I'm

5    stating for the record.

6                MR. CHANG:  All right.  Then state

7    it, there's no question pending.

8                MS. WAI MING CHANG:  Well, she

9    still needs to understand what -- what I

10   said.

11               MR. CHANG:  Okay.

12               Excuse me.  Objection.  There's no

13   question pending.

14       **Q    So my question is, does this**

15   **refresh your recollection at all as to**

16   **whether Ms. Jiqing Yue had any position with**

17   **any title or position with Racanelli**

18   **Construction Group?**

19       A    No, because we only treated her as

20   an authorized signer.

21       **Q    Do you recall whether Ms. Yue ever**

22   **told you that she was the president of**

23   **Racanelli?**

24       A    No.  She's only a signer.  She's

25   not.

Page 91

1              MR. CHANG:  Before we go to this

2    document, can I talk to the witness with the

3    translator, please?

4              MS. WAI MING CHANG:  On the

5    record?

6              MR. CHANG:  No.

7              MS. WAI MING CHANG:  Off the

8    record?

9              MR. CHANG:  Yeah, I need thirty

10   seconds with her.

11             MS. WAI MING CHANG:  Sure.  We are

12   off the record at 3:01.

13             (A discussion was held off the

14   record.)

15             MS. WAI MING CHANG:  We are back

16   on the record at 3:10 p.m.

17             Ms. Wei, did we have any

18   conversations of substance about this

19   investigation while we were off the record?

20             THE WITNESS:  No.

21        Q    I'm handing to you a document that

22   has been premarked Exhibit 44A.  Please take

23   a moment to go through this exhibit.

24             (The witness examined the

25   document.)

1      Q     Ms. Wei, can you describe for us

2   what this exhibit is?

3      A     This relate to Racanelli.

4      Q     Are these the account opening

5   documents for Racanelli Construction Group,

6   account number ending -- account number

7   8653002538?

8      A     Yes.

9      Q     Were you responsible for opening

10  this account for Racanelli?

11     A     Yes.

12     Q     Turning your attention to the

13  first page of the exhibit.  It says that

14  Jiqing Yue is the authorized signer for this

15  account.

16           Do you recall Ms. Jiqing Yue

17  coming into the branch to open this account?

18     A     Yes.

19     Q     And when you -- did you fill out

20  the information for this -- for this first

21  form, the account opening information form?

22     A     This page only needs to be filled

23  out once.  Once it's in there, it's in the

24  system.

25     Q     So does that mean that if

Page 93

1      Racanelli opened -- if Jiqing opened another

2      account for Racanelli after this, that you

3      would just take -- copy over the information

4      from this particular account, ended 2538,

5      and copy that information over to the

6      account opening forms for any subsequent

7      Racanelli accounts?

8          A    No.

9          Q    So what did you mean when you said

10     that this information -- I'm sorry.

11              MS. WAI MING CHANG:  Could you

12     read back her prior statement?

13              MR. CHANG:  Prior question and

14     answer.

15              MS. WAI MING CHANG:  The prior

16     answer to my last question.

17              (The requested testimony was read

18     back.)

19         Q    So did you copy -- what did you

20     mean by that statement?

21         A    If you open the second offer

22     account, you can recall this information.

23     It will come out.

24         Q    Okay.  Do you use the information

25     from this account to place into the account

Page 94

1    opening forms for subsequent Racanelli

2    accounts?

3         A    There's no need to copy it.  It

4    will be generated in the computer.

5         Q    I see.  I see.

6              So who gave you this information?

7    It looks like there's background

8    information, there's driver's license, and

9    some phone numbers here, an address.  Who --

10   what does this information relate to?

11        A    The signer.

12        Q    Jiqing Yue?

13        A    Yes.

14        Q    Did Ms. Jiqing Yue provide this

15   information about herself when she opened

16   the account?

17        A    Yes.  Maybe those information was

18   already there.

19              THE INTERPRETER:  Let me start

20   again.  7

21        A    The information was already there.

22   Maybe I needed to update information, such

23   as the driver's license if it was expired.

24        Q    Okay.  And going to the last three

25   pages of the document, if you go to the

Page 95

1    third to last page -- I'm sorry, fourth to

2    last page.

3              This form is -- appears to be

4    called "Business account signature card" and

5    it is dated 12/6/12.

6              Did you fill out this form?

7    A    Yes.

8    Q    Whose signature is this?

9    A    Jiqing.

10   Q    So this is Jiqing Yue's signature

11   in both places on this form?

12   A    Yes.

13   Q    Did Ms. Yue sign this in front of

14   you at the bank?

15   A    I cannot remember.

16   Q    Can you -- do you know whether

17   Ms. -- you would have provided this form to

18   at least Ms. Yue.  And she signed it

19   somewhere else, not at the bank?

20   A    No.

21   Q    Why do you say that?

22   A    We would not allow customers to

23   sign it outside of the bank.  The customer

24   either signed it in front of me or I would

25   prepare the document and give it to the

Page 96

1    manager and the manager signed it.

2        **Q     In this instance, was Angela Chen**

3    **the manager?**

4        A    Yes.

5        **Q    Do you remember whether Ms. Yue**

6    **signed this document in front of Ms. Chen?**

7        A    I cannot remember.

8        **Q    You said previously that -- strike**

9    **that.**

10           **It says here, printed under the**

11   **printed name and title it says, "Jiqing Yue,**

12   **President."**

13           **Does this jog your memory at all**

14   **as to whether or not Jiqing was the**

15   **president of Racanelli?**

16       A    No.  I already -- I only know her

17   as the signer.

18       **Q    I'm asking about specifically her**

19   **position.  It says here that Jiqing Yue is**

20   **the president.**

21           **Do you know anything about Jiqing**

22   **Yue being the president of Racanelli?**

23       A    I don't know that.

24       **Q    Do you recall Ms. Yue ever**

25   **discussing with you or telling you that she**

1   was the president of Racanelli Construction

2   Group?

3       A    No.

4       Q    Have you seen any documents,

5   incorporation documents or any other kind of

6   corporate documents, that identifies the

7   officers of Racanelli Construction Group?

8       A    No.

9            MS. HAN:  Who would provide the

10  information that's on this form, this

11  business signature card?

12           THE WITNESS:  That was provided by

13  the signer.

14      Q    So in this instance, the signer is

15  Jiqing Yue?

16      A    Yes.

17      Q    I just want to turn your attention

18  to the signature card right behind this

19  document.  It's the last two pages of the

20  exhibit.

21      A    Yes.

22      Q    Did you fill out this form?

23      A    Yes.

24      Q    Do you recall Ms. Verfenstein

25  coming into the branch to fill out this form

1    to sign it?

2        A    Yes.

3        Q    I just want to call your attention

4    to the -- to compare the signature between

5    the two signature cards that we just have

6    been discussing.

7            So if you look at the signature

8    card dated 12/6/12, and you look at Jiqing

9    Yue's signature, and then if you compare

10   that against the signature for Xi

11   Verfenstein, on the signature card dated

12   9/18/2018.

13           Do you see any similarity in that

14   signature?

15       A    Yes.

16       Q    How do you explain this?

17       A    Because regarding how the

18   signature was signed, we have no stipulation

19   around it. The signer can sign it in

20   whatever way they want.

21       Q    Do you think the same person

22   signed both of these signature cards?

23       A    It looks like it.  But, in fact,

24   there were two different people.

25       Q    Can I turn your attention to

1    another exhibit that I had provided to you

2    earlier. It's Exhibit 50A.  5-0 A.

3              The -- which account does this

4    exhibit relate to?

5              (The witness examined the

6    document.)

7        A    Racanelli.

8        Q    Do you know specifically which

9    account number for Racanelli?

10       A    It's stated here.

11       Q    What's the account number?

12       A    8653006109.

13       Q    Can you describe for me,

14   generally, what -- what is this exhibit?

15       A    This is account opening

16   information.

17       Q    So this is account opening

18   information.

19              And is it account opening

20   information for Racanelli Construction

21   Group, account number ending 6179?

22       A    Yes.

23       Q    Did you prepare the account

24   opening documents for this particular

25   account?

Page 100

1      A    Yes.

2      Q    I want to call your attention to

3  the business account signature card.  It's

4  dated 8/17/15.  It's towards the end of the

5  exhibit. It's the eighth page from the end

6  of the document.

7           Do you recall preparing this form

8  as well?

9      A    Yes.

10     Q    Did Ms. Jiqing Yue come in to sign

11  this document?

12     A    Yes.

13     Q    Then turning to the next signature

14  card, two pages after that, it's dated

15  9/18/2018.

16           Did you prepare this signature

17  card form?

18     A    Yes.

19     Q    Do you recall Ms. Verfenstein

20  coming in to sign this document?

21     A    Yes.  All the changes were made in

22  the same day.  It's the same.  The account

23  was changed.

24     Q    What was changed in the account?

25     A    The signer.  So Ms. Xi Verfenstein

1    changed the signer.  So she would no longer

2    let Julia do it.  So Ms. Verfenstein became

3    the signer.

4        **Q    When did she become the signer for**

5    **the Racanelli account?**

6            MR. CHANG:  For this account?

7            MS. WAI MING CHANG:  Yes.

8        A    That day (indicating).

9            THE INTERPRETER:  The witness was

10   pointing to the date on that page.

11       **Q    On 9/18/2018, Ms. Verfenstein**

12   **became the authorized signer for this**

13   **account?**

14       A    Yes.

15       **Q    Did Ms. Verfenstein become the**

16   **authorized signer replacing Jiqing for all**

17   **the Racanelli accounts on that day?**

18       A    Yes.

19       **Q    Do you recall whether Ms.**

20   **Verfenstein signed in front of you?**

21       A    Yes.

22           MS. HAN:  Do you remember if Ms.

23   Verfenstein said anything to you about why

24   she wanted to change it back on that date?

25   Change the authorized signer to herself on

Page 102

1    that day?

2           THE WITNESS:  I did not hear her

3    say that.

4       **Q    Did you ever discuss with Jiqing**

5    **Yue why Ms. Verfenstein was replacing her as**

6    **the authorized signer for the Racanelli**

7    **accounts?**

8       A    No.

9       **Q    You never had any conversation**

10   **with Jiqing Yue about this?**

11      A    Never.  Because we would just do

12   whatever the customer wants, we would not

13   ask such questions.

14      **Q    Did Ms. Jiqing Yue ever tell you**

15   **that she was not supposed to be the**

16   **authorized signer on the Racanelli accounts,**

17   **that it was a mistake that she was on the**

18   **Racanelli accounts as an authorized signer?**

19      A    Never.

20      **Q    Did you ever hear from anyone else**

21   **at the bank, any of -- your manager or any**

22   **other employee of the bank, that Ms. Jiqing**

23   **Yue should not -- was mistakenly designated**

24   **as an authorized signer for the Racanelli**

25   **accounts?**

Page 103

1      A    No.

2      **Q    Okay.   Turning your attention back**

3    **to Exhibit 50A.   A few pages in, there is --**

4    **the form that's called "Funds Transfer**

5    **Designation and Authorization." It's the**

6    **seventh page in.   I'm sorry.**

7              **Can you take a moment to review**

8    **this document.**

9              **(The witness examined the**

10   **document.)**

11             MR. CHANG:   Okay?

12     **Q    Are you ready, Ms. Wei?**

13     A    Yeah.

14     **Q    Can you describe for us what this**

15   **document is.**

16     A    This is the fund transfer

17   agreement.

18     **Q    And what is this agreement?   What**

19   **is this agreement agreeing to?**

20             MR. CHANG:   If you know.

21             THE INTERPRETER:   I'll start

22   again.

23     A    For wire and fund transfer,

24   internal transfer.

25     **Q    So there are three accounts listed**

Page 104

1    here on this form.  There is an account

2    number corresponding to account named

3    Eastern Emerald Group, LLC.  And also, there

4    is a second company that is listed here,

5    Racanelli Construction Group, Inc.  And then

6    there's a third company, EEGH, LP.

7              And it looks like there's an

8    account number that corresponds to -- there

9    are three different accounts corresponding

10   to each of these three companies.  I'm also

11   noting for the record that I see that Jiqing

12   Yue is typed in as the authorized signer.

13             What is Jiqing Yue authorizing the

14   bank to do here?

15             THE INTERPRETER:  Sorry.  What was

16   the question again?

17   Q    What is Jiqing Yue authorizing the

18   bank to do by signing this form?

19   A    To perform the wire.

20   Q    Could you be more specific than

21   that?  What does that mean?

22   A    For wire, for remittances.  As in

23   transferring funds out of the account.  So

24   after she fill out the form and we call her

25   back to confirm the information, we can help

1   her to execute those transactions.

2   **Q    Okay.  So essentially, is Jiqing**

3   **authorized to initiate fund transfers from**

4   **these three accounts that are listed here?**

5   **For Eastern Emerald Group, Racanelli**

6   **Construction Group and EEGH, LP?**

7       A    Yes.

8   **Q    Did Jiqing Yue sign this fund**

9   **transfer designation authorization form in**

10  **front of you?**

11      A    Yes.

12  **Q    I want to draw your attention to**

13  **the two -- the three signatures that are on**

14  **this form that correspond to Jiqing Yue.**

15          **Do you recognize this signature?**

16      A    Yes, I do.

17  **Q    Whose signature is this?**

18      A    This is from Jiqing Yue.  However,

19  sometimes the signature may deviate.  As I

20  told you earlier, we have no rules about how

21  we sign the signatures.

22  **Q    Well, when you mean the bank does**

23  **not have rules about how you can sign a**

24  **signature, what do you mean by that?**

25      A    We have no -- we have no rules

Page 106

1   stipulating how you would sign your

2   signature. What happened is, you sign

3   signature in a signature card.  However, for

4   the next page, whenever you sign, they may

5   not match.

6       **Q    Okay.  So if -- but isn't the**

7   **whole purpose of the signature card to make**

8   **sure that the signatures match with the**

9   **other signatures of this person on the other**

10  **account opening forms?**

11      A    If she signed in one way for her

12  first account, that's fine.  And then if she

13  preferred to sign it in another way for her

14  second account, that's okay, too.

15              MR. JANOWSKY:  Could you -- do you

16  have any knowledge as to why she signed in

17  two different ways for these accounts?

18              THE WITNESS:  I don't know that.

19      **Q    Yeah, I want to draw your**

20  **attention back to the signature card dated**

21  **8/17/15.  It is toward the -- maybe seven or**

22  **eight pages into this exhibit -- at the**

23  **back -- from the back of the exhibit.**

24              **So I want you to look at the**

25  **signature card where Jiqing Yue signed on**

Page 107

1    8/17/15.  Right.  And I want you to compare

2    that to the signature -- to Jiqing's

3    signature on the fund transfer designation

4    authorization form dated 8/28/2015.

5        A    Yes, it's different.

6        Q    The signatures are different?

7        A    Yes.

8        Q    Do you recall noticing this at the

9    time when you were opening the account, this

10   particular account, Racanelli?

11       A    Maybe for the Eastern account,

12   maybe she did not sign it that way.  Because

13   she has -- she has a few different ways to

14   sign her accounts and she has so many

15   accounts, I do not remember.

16       Q    But was it your practice to

17   compare the signature -- would you have

18   compared the signature on this funds

19   transfer designation authorization form --

20   would you have compared Jiqing's signature

21   here to her signature on the signature card?

22       A    No, I don't think so.

23       Q    And why do you say that?

24       A    Because she was there, in-person.

25       Q    So if Jiqing was signing

Page 108

1    in-person, in front of you, are you saying

2    you would not have compared it to her

3    signature on the signature card?

4         A    Yes.  I would not do that

5    specifically.

6         Q    I see.

7              And if you had -- if you had

8    noticed the difference, what would have

9    happened?

10             MR. CHANG:  If anything.

11             THE INTERPRETER:  I'll repeat the

12   question again.

13        A    I would not do anything.

14        Q    I want to turn your attention back

15   to Exhibit 57A.  Can you just take a moment

16   to just briefly look over the documents that

17   make up this exhibit.

18             (The witness examined the

19   document.)

20        Q    Okay.  Are you ready?

21        A    Yes.

22        Q    Just turning your attention to the

23   first -- let me retract that.

24             Can you describe for us what

25   this -- what the documents in this exhibit

1   are?

2       A    This is for internal transfer.

3       **Q    Internal transfers between which**

4   **accounts?**

5       A    Well, she can perform the internal

6   transfer for all the accounts that she is

7   the authorized signer.

8       **Q    Who are you referring to?**

9       A    The account signer.

10      **Q    Who is the account signer?**

11      A    For Racanelli, it would be Julia.

12      **Q    Jiqing Yue, Julia, the same**

13  **person?**

14      A    Yes.

15      **Q    It appears to me that all of these**

16  **withdrawal, transfer, debit and deposit**

17  **slips relate to various Racanelli**

18  **Construction Group accounts; is that right?**

19      A    Yes.

20      **Q    Turning to the first page of**

21  **this -- of this document, do you know who**

22  **filled out this slip?**

23      A    My colleague.

24      **Q    What's her name?**

25      A    This is Grace.  And that one is

Page 110

1   John, but John is no longer there.

2   (Indicating.)

3        Q    Sorry.  I'm not sure I understand.

4             So who filled out this slip?

5   Which one of your colleagues?

6        A    This one is my colleague, Grace

7   (indicating).

8        Q    What is Grace's last name?

9        A    C-H-O-U.

10       Q    Did Grace also fill out the second

11   slip as well?

12       A    Yes, that's right.

13       Q    Turning to the third -- the third

14   page.  The third slip.

15       A    I filled it out.

16       Q    Okay.  So you recognize this

17   handwriting as yours?

18       A    Yes.

19       Q    Can you tell me -- can you explain

20   what is happening here?  Did you fill out

21   this information?  Did somebody else fill

22   out this information; the client or someone

23   else at the bank?

24       A    I filled it out.

25       Q    It looks like there are

1    instructions for a fund transfer of

2    $5,000.00 from a Racanelli account; is that

3    correct?

4         A    Yes.

5         Q    Who gave you instructions in order

6    to fill out the information on this slip?

7         A    The signer.

8         Q    Who was the signer?

9         A    Julia.

10        Q    So Julia or Jiqing Yue was the one

11   who gave you the instructions for this funds

12   transfer?

13        A    Yes.

14        Q    And what is -- what do your notes

15   say at the bottom of that slip?

16        A    Which one?

17             MR. CHANG:  Third one.

18             THE WITNESS:  Third one?

19             MR. CHANG:  She wants you to read

20   the document.

21        A    That was the form confirm with

22   Julia by me; I'm Grace.

23        Q    Can you tell me the -- so do you

24   recall doing a phone confirm with Julia Yue

25   with respect to this transaction?

1      A    So she called us saying that she

2   needs to do a fund transfer.  Then we

3   confirmed it with her.  And then we need a

4   second person, a supervisor to sign this.

5      **Q    And you confirmed the transaction**

6   **with Julia?**

7      A    Yes.

8      **Q    So is it accurate to say that**

9   **Julia was directing you to fill out this**

10  **form in order to transfer $5,000.00 from --**

11  **from one Racanelli account to a different**

12  **Racanelli account?**

13     A    That's right.

14     **Q    And when you did the phone**

15  **confirm -- when you confirmed with Julia the**

16  **transfer instructions, was this in the same**

17  **phone conversation when she called you or**

18  **was it a separate one after that, or before**

19  **or after that?**

20     A    We confirmed that in the first

21  phone call.

22     **Q    Confirmed in the same phone call.**

23     A    On the first phone call.

24     **Q    Is that right?  Was it confirmed**

25  **in the same phone call when Julia first --**

Page 113

1   **when Julia called you with instructions for**

2   **the fund transfer?**

3       A    Yes.

4           MS. HAN:  On the bottom on this

5   third slip, next to where you wrote "phone

6   confirm with Julia," there's a date,

7   9/26/15, 10:20 a.m.

8           Can you tell us what that's in

9   reference to?

10          (The witness examined the

11  document.)

12          THE WITNESS:  Yeah.  We had to

13  look down at the time of the phone

14  confirmation.  So I wrote the date and time

15  for that.

16          MS. HAN:  Was it your practice to

17  note that, the date and time of the call for

18  each of these fund transfer amounts that

19  Jiqing would fill out?

20          THE WITNESS:  Yes.

21      **Q    Do you recall, generally, Jiqing**

22  **Yue or Julia Yue calling you to tell you to**

23  **initiate fund transfers from Racanelli**

24  **accounts?**

25          **I can rephrase the question.**

Page 114

1              What I really want to understand

2    is, that's not the only time that Jiqing Yue

3    called you to tell you to initiate a fund

4    transfer from a Racanelli account; is that

5    right?

6         A    Yes.

7         Q    So I mean, there's -- there are

8    many withdrawal and fund transfer slips

9    here.  But every time, it says, "phone

10   confirm with Jiqing, by Grace Wei."

11             Can you -- do you agree that you

12   were the one who was confirming this --

13   these transfers on behalf of Jiqing?

14        A    Yes.  Most of the time, she would

15   find me.

16        Q    So when there are notes that say,

17   "phone confirm with Julia, by Grace Wei,"

18   would this be you confirming Julia's

19   instructions to transfer funds from the

20   Racanelli accounts?

21        A    Yes.

22             MS. HAN:  And that's because Julia

23   or Jiqing Yue was an authorized signer for

24   the accounts?

25             THE WITNESS:  Yes.

Page 115

1           MS. WAI MING CHANG:  We are making

2    good progress here.

3           MR. CHANG:  Well, do you have

4    another two hours?

5           MS. WAI MING CHANG:  We should be

6    able to get out of here by 5:00.

7           MR. CHANG:  Okay.

8           MS. WAI MING CHANG:  Do you need

9    to take another break?

10          THE WITNESS:  No, I'm fine.

11      **Q    We just handed to you a document**

12   **that was premarked Exhibit 63A.  Also**

13   **handing over to you, another document that**

14   **was premarked 64A.  And finally, I'm handing**

15   **to you another third document that was**

16   **premarked Exhibit 94.  Just let me know when**

17   **you are ready.  I want you to have a chance**

18   **to look them over and familiarize yourself**

19   **with them.**

20          **(The witness examined the**

21   **document.)**

22      A    These are the materials for

23   opening accounts.

24      **Q    And are these -- are these opening**

25   **account forms for opening Perini Group, Inc.**

Page 116

1   accounts?

2          THE INTERPRETER:  Can you spell

3   the name of the company?

4          MS. WAI MING CHANG:  P-E-R-I-N-I.

5      A    Yes.

6      Q    **For all three of these exhibits?**

7      A    Yes.  That's right.

8      Q    **Who approached you to open each of**

9   **these Perini Group accounts?**

10     A    Xi.  X-I.

11     Q    **Are you referring to Xi**

12  **Verfenstein?**

13     A    Yes.

14     Q    **Do you remember whether Ms.**

15  **Verfenstein came into the branch in-person**

16  **to open each of these three accounts?**

17     A    Yes.

18     Q    **So for example, turning to Exhibit**

19  **63A.  The second to last page of the**

20  **document -- of the exhibit, please turn your**

21  **attention to that.  I'm sorry.  That is not**

22  **the second to last page.**

23          **If you turn to the fifth page --**

24  **sixth page from the end of the document --**

25  **end of the exhibit, do you see a signature**

Page 117

1      there on this -- on this page?

2           A    Yes.

3           Q    And whose signature is this?

4           A    Xi.  X-I.

5           Q    Xi Verfenstein?

6           A    Yes.

7           Q    I want you to turn to a different

8      exhibit that I had provided you, Exhibit

9      44A. If you turn to the second to last page

10     of Exhibit 44A, okay, the signature on the

11     signature card dated 9/18/2018 within

12     Exhibit 44A, appears to be a signature for

13     Xi Verfenstein.

14              Do you see that?  Can you compare

15     the two signatures for Xi Verfenstein.  The

16     signature that's within Exhibit 63A that we

17     just looked at and signature for Xi

18     Verfenstein that's contained in Exhibit 44A.

19              Do you notice any difference

20     between those two signatures for Ms.

21     Verfenstein?

22          A    They are completely different.

23          Q    Have you noticed this difference

24     in the signature before?

25          A    I do not pay attention.

Page 118

1      Q    Do you know whether Ms.

2  Verfenstein signed this -- I'm sorry.

3  Strike that.

4           The signature that I directed you

5  to within Exhibit 63A, I think it was the

6  sixth page from the back.  Actually, let me

7  strike that.

8           I want you to turn instead to

9  another page within Exhibit 63A.  This is

10  going to be difficult to find.  It's the --

11  yeah, it's a few pages from the back of the

12  document. And it's dated January 5, 2016,

13  the signature card.  It's the fourth page

14  from the back of the document.

15     A    Yes.

16     Q    Did Ms. Verfenstein sign this

17  document in your presence?

18           (The witness examined the

19  document.)

20     A    This one it seems like it was done

21  by e-mail.  Yes.  But I sent her the form

22  previously, and she brought it back to me.

23     Q    Okay.  So you don't -- do you not

24  believe -- did you not witness her signing

25  this?

Page 119

1      A     This one, I don't think so.

2            MR. CHANG:  When did the bank

3     produce these documents?  I wasn't involved

4     in that process.

5            MS. WAI MING CHANG:  I'm sorry?

6            MR. CHANG:  When did the bank

7     produce these documents?  Last year?

8            MS. HAN:  I don't remember.

9            MR. CHANG:  They produced them

10    without Bates stamping them?

11           MS. HAN:  This is how they were

12    produced.

13           MS. WAI MING CHANG:  Yeah.  We

14    issued a subpoena, and that's how they

15    produced it.

16           Can you mark this Exhibit 54A.

17                      (SEC Exhibit No. 54A was

18                      marked for

19                      identification.)

20      **Q     Ms. Wei, I'm handing to you an**

21    **exhibit that's just been marked Exhibit 54A.**

22    **Please take a moment to review this.**

23           **(The witness examined the**

24    **document.)**

25           MS. WAI MING CHANG:  Can you mark

Page 120

1    this 55A.

2                        (SEC Exhibit No. 55A was

3                        marked for

4                        identification.)

5       A    This is transfer for -- this is

6    the transfer for Perini.

7       **Q    I'm also handing to you a document**

8    **that was just marked Exhibit 55A.  Please**

9    **take a moment to review this.**

10           **(The witness examined the**

11   **document.)**

12           MS. WAI MING CHANG:  56A.

13                       (SEC Exhibit No. 56A was

14                       marked for

15                       identification.)

16      **Q    I'm handing to you, finally, an**

17   **exhibit marked 56A.**

18           **(The witness examined the**

19   **document.)**

20      **Q    Ms. Wei, can you tell me what**

21   **Exhibits 54A, 55A and 56A generally**

22   **represent?**

23      A    These are for the internal

24   transfers of Perini.

25      **Q    So in other words, is this Perini**

Page 121

1    **Group -- are these instructions for Perini**

2    **Group to transfer funds from one account to**

3    **another Perini Group account within East**

4    **West Bank?**

5          A    Yes.

6          **Q    Just turning your attention to**

7    **Exhibit 54A.**

8               **Did you fill out this -- the first**

9    **page, the first slip on this exhibit?**

10         A    No.

11         **Q    Who was it?  Do you know?**

12         A    ABM, my assistant manager.

13         **Q    What is her name?**

14         A    Jacko.

15         **Q    Jacko Chow?**

16         A    Yes.

17         **Q    Can you read the notice that**

18   **appears on the first page of Exhibit 54A?**

19              MR. CHANG:  Do you understand the

20   question?

21         A    It's for internal -- it's for fund

22   transfer.

23              MR. CHANG:  The question was, can

24   you read the notes that appear on the first

25   page of 54A.

Page 122

1      Q      What does it say?

2      A      So this is my assistant manager

3    and also another supervisor.

4      Q      Okay.  I'm going to read the

5    notes. What it looks like to me on this

6    first page of Exhibit 54A, it says,

7    "Confirmed with Julia."

8             Do you know who is being referred

9    to as Julia?

10     A      I think it was a mistake.

11     Q      Why do you say that's a mistake?

12     A      This account is for Xi.  It cannot

13   be Julia's.  However, since we have done

14   many transfer for Julia, maybe my colleague

15   wrote it down incorrectly.

16     Q      Was Julia, Jiqing Yue, was she an

17   authorized signer for the Perini Group

18   account at East West Bank?

19     A      No.

20     Q      Turning to Exhibit 56A.  If you

21   look at the first page of 56A, do you

22   recognize this handwriting on this

23   withdrawal transfer debit slip?

24     A      Yes, I can see that.

25     Q      Who filled out this slip?

Page 123

1        A      My assistant manager.

2        **Q      Again, was this Jacko Chow?**

3        A      Yes.

4        **Q      And I just want to note for the**

5   **record that it appears that there are notes**

6   **at the bottom of this slip.  And it says,**

7   **"Confirmed with Ms. Yue." Y-U-E.**

8               **Does that -- am I reading this**

9   **correctly?  Is that how you read it?**

10       A      Yes.

11       **Q      Do you know who Ms. Yue is?**

12       A      Ms. Yue would be Julia.

13       **Q      Does it look as -- does it seem to**

14  **you as if there was a phone confirm with Ms.**

15  **Julia Yue for this fund transfer from Perini**

16  **Group?**

17       A      Yes.  Yes.

18       **Q      Do you recall Julia Yue or Jiqing**

19  **Yue ever directing fund transfers on behalf**

20  **of Perini Group?**

21       A      She has done that because here

22  (indicating).

23              THE INTERPRETER:  The witness was

24  looking at the second page.

25       A      I did confirm with the account

Page 124

1    holder regarding this.

2        **Q      Okay.  So on the second page of**

3    **Exhibit 56A, are you saying that you -- you**

4    **filled out this Perini Group transfer slip?**

5        A    Yes.  I filled out the second

6    page.

7        **Q      So is this your handwriting here?**

8        A    Yes.

9        **Q      Can you explain the notes that are**

10    **at the bottom of that slip?**

11        A    I confirmed with her.

12            MS. HAN:  Who is "her"?

13            THE WITNESS:  Julia.

14        **Q      What did you confirm with Julia?**

15        A    She telephoned us to --

16        **Q      Who?  Who telephoned you?**

17            THE INTERPRETER:  Can I just

18    repeat verbatim first?

19        A    So she telephoned me to direct the

20    fund transfer, but I know she's not this --

21    I know she's not the account signer.

22    Therefore, I confirmed with Xi, again.  Xi,

23    again.

24        **Q      So who are you confirming the**

25    **transfer with?**

Page 125

```
 1      A     I confirmed with Xi, X-I.

 2      Q     And then it says here "Phone

 3   confirm with Julia."

 4            Did you also confirm this Perini

 5   fund transfer with Julia Yue?

 6      A     Yes.

 7            MR. JANOWSKY:  Just to be clear,

 8   Julia Yue initiated that transfer via phone

 9   call to you?

10            THE WITNESS:  Typically, they

11   would telephone us first to instruct us for

12   the fund transfer.  Maybe she was busy.  But

13   usually, they would call us first.

14            MR. JANOWSKY:  But in this case, I

15   think you stated that Julia Yue called --

16   initiated this transfer, you confirmed with

17   her.  But because she wasn't a signatory on

18   the account, you then also confirmed with

19   Xi?

20            THE WITNESS:  Yes.

21            MS. HAN:  Did you make a notation

22   of confirming with Xi Verfenstein?

23            THE WITNESS:  No.

24            MS. HAN:  Is there any reason why

25   you wouldn't have written down that you
```

Page 126

1  confirmed with Xi Verfenstein?

2          THE WITNESS:  No.

3      **Q    About -- do you recall about how**

4  **many times Jiqing or Julia Yue had initiated**

5  **fund transfers from the Perini Group**

6  **accounts?**

7      A    I cannot remember.

8      **Q    Do you recall Jiqing or Julia Yue**

9  **being involved in any other way with regard**

10 **to the Perini Group accounts?**

11         THE INTERPRETER:  What's the

12 question, again?

13         (The requested testimony was read

14 back.)

15     A    No.  I don't remember.

16     **Q    When was the last time that you**

17 **spoke to Jiqing Yue?  Julia Yue?**

18     A    Yesterday, she had a wire.  I just

19 confirmed it with her.

20     **Q    For which account?**

21     A    Which account?  I forgot.

22     **Q    Was it for the Racanelli account?**

23 **Any Racanelli account?**

24     A    No.

25     **Q    Any Perini account?**

1      A    No.

2      Q    Did you -- does -- does Jiqing --

3  did you tell Jiqing Yue that you would be

4  coming in to provide testimony with the

5  Securities and Exchange Commission?

6      A    No.

7      Q    When was the last time you spoke

8  to her husband, Richard Xia?

9      A    I forgot.

10     Q    Was it a few weeks ago?  A month

11  or two?  A year ago?  I just want to get a

12  general sense of the last time you spoke to

13  him.

14     A    No.

15     Q    Did you tell Mr. Xia that you

16  would be providing testimony today to the

17  Securities and Exchange Commission?

18     A    No.

19     Q    Who did you tell -- did you tell

20  anyone that you would be attending today's

21  testimony?

22     A    No.  Only my manager and my

23  assistant manager know about that.

24     Q    Did Richard Xia, Jiqing's husband,

25  ever direct transfers from the Racanelli

Page 128

1    accounts?

2        A    Never.

3        **Q    Do you recall whether Mr. Xia had**

4    **anything to do with any of the Racanelli**

5    **bank accounts?**

6        A    I don't know.  I don't think so.

7        **Q    Did Mr. Xia have anything to do**

8    **with initiating transactions for the Perini**

9    **Group accounts?**

10       A    No.

11           MS. HAN:  Can we take a quick

12   five-minute break?

13           MR. CHANG:  Don't be obligated to

14   go to 5:00 now just because I gave you 5:00.

15           MS. WAI MING CHANG:  We are off

16   the record at 4:25.

17           (A discussion was held off the

18   record.)

19           MS. WAI MING CHANG:  We are back

20   on the record at 4:29 p.m.

21           Ms. Wei, did we have any

22   conversations about this investigation

23   during the break?

24           THE WITNESS:  No.

25       **Q    When Ms. Verfenstein replaced**

1    **Jiqing Yue on the Racanelli accounts as**

2    **authorized signer, do you remember Jiqing or**

3    **Julia Yue still having anything to do, being**

4    **involved in any way with those Racanelli**

5    **accounts?**

6         A    No.

7         **Q    So after Jiqing was no longer an**

8    **authorized signer for the Racanelli**

9    **accounts, you don't remember her being**

10   **involved in any way with Racanelli, with the**

11   **Racanelli accounts?**

12        A    Yes.

13             MS. HAN:  When Angela Chen left

14   East West Bank, did she go to a different

15   bank?

16             THE WITNESS:  No.  She retired.

17   Oh, East West Bank asked her to leave.

18             MS. HAN:  Why is that?

19             THE WITNESS:  I don't know.

20             MS. HAN:  Other than banking

21   relationship, did you have any kind of

22   social relationship with Richard Xia?

23             THE INTERPRETER:  Who?

24             MS. HAN:  Richard Xia.

25             THE INTERPRETER:  H-U-A, right?

Page 130

1           MS. HAN:  X-I-A.

2           THE INTERPRETER:  Oh, Richard Xia.

3     Okay.

4           THE WITNESS:  Never.

5           MS. HAN:  What about Xi

6     Verfenstein?

7           THE WITNESS:  No either.

8           MS. HAN:  When we were talking

9     about Exhibit 63A earlier, the business

10    account signature card, you said that it was

11    e-mailed in?

12          THE WITNESS:  No.  If that person

13    is really busy and she or she is not free,

14    we will e-mail that form to him or her and

15    then this person has to bring it back to us.

16          MS. HAN:  So in this particular

17    instance, you're saying that Xi Verfenstein

18    had to bring the signed business card -- the

19    business account signature card back to East

20    West Bank?

21          THE WITNESS:  Yes.

22          MS. HAN:  But does she have to

23    sign that business account signature card in

24    front of you?

25          THE WITNESS:  She had to bring it

1   in herself and we need to double-check.

2          MS. HAN:  When you say you need to

3   double-check, what do you mean?  What are

4   you double-checking?

5          THE WITNESS:  We had to

6   double-check her ID as well to make sure it

7   was her who brings it back in.  It rarely

8   happens, though. Pretty much most of the

9   time, that person has to be present.  Only

10  under special circumstances when that person

11  cannot come into the bank.  Because we need

12  to scan the signature card quickly into the

13  computer system.

14         MS. HAN:  And how can you tell

15  that the -- the business account signature

16  card in Exhibit 63A was e-mailed to Ms.

17  Verfenstein and brought back rather than

18  signed in-person in front of you?

19         MR. CHANG:  It's at the back.

20  What page is it?

21         MS. HAN:  It is four pages from

22  the back.

23         THE WITNESS:  Because the form is

24  different.

25         MS. HAN:  What do you mean by

Page 132

1    that? Different how?

2              THE WITNESS:  It's smaller.  It's

3    smaller.

4              MS. HAN:  So -- so you don't have

5    an independent recollection?

6              THE WITNESS:  I don't remember.

7    It's been a long while.

8              MS. WAI MING CHANG:  Ms. Wei, we

9    do not have any further questions at this

10   time. There is a possibility if we have some

11   follow-up questions, we may need to call you

12   back again.  At this time, we do not have

13   any further questions.

14             We just ask for you to maintain

15   the confidentiality of what we've just

16   discussed today.  This is a confidential

17   investigation. We don't want this to -- we

18   would prefer you not to discuss this with

19   anyone else outside of your counsel.

20             THE WITNESS:  That's fine.

21             MS. WAI MING CHANG:  Ms. Wei, do

22   you have anything you would like to clarify

23   for the record?

24             THE WITNESS:  No.  I hope that I

25   don't have to come back again because I'm

Page 133

1   very nervous.

2          MR. CHANG:  The answer is no.

3          THE WITNESS:  Yeah.  I'm under a

4   lot of pressure.

5          MS. WAI MING CHANG:  Is there

6   anything else you would like to add or to

7   correct to any of your answers?

8          THE WITNESS:  No.

9          MS. WAI MING CHANG:  Thank you

10  very much.  We appreciate your time.

11         MR. CHANG:  Come on, Grace.  Let's

12  go.  Thank you folks.

13         MS. WAI MING CHANG:  Closing the

14  record.  Going off the record at four --

15         MR. CHANG:  Grace, leave it there.

16  Put your jacket on.  Let's go.

17         MS. WAI MING CHANG:  We are going

18  off the record at 4:37 p.m.

19         (Whereupon, at 4:37 p.m., the

20  examination was concluded.)

21              * * * * *

22

23

24

25

Page 134

```
 1                PROOFREADER'S CERTIFICATE

 2   In The Matter of:   FLEET FINANCIAL GROUP, INC.

 3   Witness:           Mei Yen Wei

 4   File Number:       NY-09989-A

 5   Date:              Wednesday, December 4, 2019

 6   Location:          New York, NY

 7

 8            This is to certify that I, Maria E. Paulsen,

 9   (the undersigned), do hereby certify that the

10   foregoing transcript is a complete, true and accurate

11   transcription of all matters contained on the recorded

12   proceedings of the investigative testimony.

13

14   _____      _____

15   (Proofreader's Name)          (Date)

16

17

18

19

20

21

22

23

24

25
```

Page 135

1                     C E R T I F I C A T E

2     STATE OF NEW YORK    )

3                           :SS

4     COUNTY OF NASSAU     )

5              I, Elbia Merino, a Notary Public within and

6     for the State of New York, do hereby certify:

7              I reported the proceedings in the

8     within-entitled matter, and that the within transcript

9     is a true record of such proceedings to the best of my

10    ability.

11             I further certify that I am not related to

12    any of the parties to this action by blood or

13    marriage; and that I am in no way interested in the

14    outcome of this matter.

15             IN WITNESS WHEREOF, I have hereunto set my

16    hand this 6th day of December, 2019.

17                      _signature_

18

19

20

21

22

23

24

25