UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE
COMMISSION,

               Plaintiff,

      -against-

RICHARD XIA, a/k/a YI XIA; and
FLEET NEW YORK METROPOLITAN
REGIONAL CENTER, LLC, f/k/a FEDERAL
NEW YORK METROPOLITAN REGIONAL
CENTER, LLC;

               Defendants,

      -and-

JULIA YUE, a/k/a JIQING YUE,

               Relief Defendant.

No. 21-cv-5350-PKC-RER

---

## DECLARATION OF DAVID STOELTING

I, David Stoelting, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I am a member of the Bar of the State of New York.

2.      I am employed as a Senior Trial Counsel in the Enforcement Division of the New York Regional Office of the Securities and Exchange.

3.      I make this declaration in support of the SEC's Response to the Motions to Withdraw as Counsel and for Release of Frozen Assets Sufficient to Pay Attorney's Fees .

4.      Attached to this Declaration are true and correct copies of the following documents:

1

| Exhibit No. | Description | Date |
|---|---|---|
| Ex. 1 | Order to Show Cause and Order Freezing Assets | 2021.09.27 |
| Ex. 2 | Wire transfer record re $440,000 transfer to Sills Cummis | 2021.10.26 |
| Ex. 3 | Affirmation of Richard Xia Regarding Court-Ordered Accounting | 2021.10.18 |
| Ex. 4 | Transcript excerpts from Show-Cause Hearing | 2022.02.14/16 |
| Ex. 5 | Transcript excerpt from Richard Xia's investigative testimony | 2019.05.30 |
| Ex. 6 | Bank records showing post-freeze transfers | 2021.09.29 |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 28, 2022
Brooklyn, NY

/s/ David Stoelting
_____
David Stoelting