UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

    -against-

RICHARD XIA, a/k/a YI XIA; and
FLEET NEW YORK METROPOLITAN REGIONAL CENTER, LLC, f/k/a FEDERAL NEW YORK METROPOLITAN REGIONAL CENTER, LLC;

                Defendants,

    -and-

JULIA YUE, a/k/a JIQING YUE,

                Relief Defendant.

---

## [PROPOSED] ORDER TO SHOW CAUSE AND TEMPORARY RESTRAINING ORDER FREEZING ASSETS, APPOINTING A MONITOR AND GRANTING OTHER RELIEF

On the Emergency *Ex Parte* Application ("Application") of the Plaintiff Securities and Exchange Commission (the "SEC") for an Order:

(1)    Directing the Defendants Richard Xia, also known as Yi Xia ("Xia"), and Fleet New York Metropolitan Regional Center LLC, formerly known as Federal New York Metropolitan Regional Center ("Fleet"), collectively (the "Defendants"); and Relief Defendant Julia Yue, also known as JiQing Yue ("Yue"), to show cause why an order should not be entered, pending a final disposition of this action:

  (a) Freezing the Defendants' assets, up to the amount of $229 million, and freezing the Relief Defendant's assets, up to the amount of $9.7 million; including, but not limited to, the accounts set forth in Schedule A to this Order; and

  (b) Appointing a Monitor over Fleet and over certain entities owned and/or controlled by Xia (the "Xia Entities") pursuant to the terms of the [Proposed] Order Appointing Monitor accompanying the SEC's Application (which specifies the Xia Entities in more detail); and

(2) Pending adjudication of the foregoing, an order:

  (a) Freezing the Defendants' assets, up to the amount of $229 million, and freezing the Relief Defendant's assets, up to the amount of $9.7 million; including, but not limited to, the accounts set forth in Schedule A to this Order ("Schedule A");

  (b) Appointing a Monitor over Fleet and the Xia Entities pursuant to the terms of the [Proposed] Order Appointing Monitor;

  (c) Directing the Defendants and Relief Defendant to provide sworn accountings, signed by Xia on behalf of each Defendant, and Yue on her behalf, under penalty of perjury, of all assets, liabilities and property owned or controlled by the respective Defendants and Relief Defendant, on the SEC within three business days of this Order, or within such time as the SEC staff agree to; and

  (d) Permitting the SEC to conduct expedited discovery.

  The Court has considered: (a) the SEC's *Ex Parte* Emergency Application for a Temporary Restraining Order Freezing Assets, Appointing a Monitor and Granting Other Relief;

(b) the Complaint in this action filed on September 27, 2021; (c) the SEC's Memorandum of Law in Support of its *Ex Parte* Emergency Application for a Temporary Restraining Order Freezing Assets, Appointing a Monitor and Granting Other Relief, filed on September 27, 2021; (d) the Declaration of David Stoelting Pursuant to Local Rule 6.1, dated September 27, 2021; (e) the [P]roposed Order Appointing Monitor; (f) the Declaration of Kim Han, dated September 27, 2021, and attached exhibits; (g) the Declaration of Raymond Dookhie, dated September 27, 2021, and attached exhibits; (h) the Declaration of Sunil K. Aggarwal, dated September 13, 2021, and attached exhibits; (i) the Declaration of Annie Seelaus, dated September 14, 2021, and attached exhibits; and (j) the Declaration of Robert Thompson, dated September 17, 2021, and attached exhibits.

Based upon the foregoing documents, the Court finds that a proper showing, as required by Section 20(b) of the Securities Act of 1933 ("Securities Act") [15 U.S.C. § 77t(b)] and Section 21(d) of the Securities Exchange Act of 1934 ("Exchange Act") [ 15 U.S.C. §78u(d)], and Federal Rule of Civil Procedure 65(b) has been made for the relief granted herein, for the following reasons:

It appears from the evidence presented that, as charged in the Complaint, the Defendants have violated Section 17(a) of the Securities Act [15 U.S.C. §77q(a)], Section 10(b) of the Exchange Act [15 U.S.C. §78j(b)] and Rule 10b-5 thereunder [17 C.F.R. §240.10b-5].

It appears from the evidence presented that the Defendants and Relief Defendant have received ill-gotten gains derived from the Defendants' unlawful conduct, and that at least some of these funds have been deposited into accounts controlled by one or more of the Defendants and Relief Defendant as set forth in Schedule A of this Order.

It appears that the Defendants and Relief Defendant may attempt to dissipate, deplete, or

transfer from the jurisdiction of this Court, funds, property and other assets that could be subject to an order of disgorgement or an order imposing civil penalties.  It appears that an order freezing the Defendants' and Relief Defendant's assets, as specified herein, is necessary to preserve the *status quo,* to protect this Court's ability to award equitable relief in the form of disgorgement of illegal profits from securities law violations and civil penalties, and to preserve the Court's ability to approve a fair distribution for victims.

It appears that an order requiring Defendants and Relief Defendant to provide sworn accountings of all assets, money, and property held directly or indirectly by each of them, or by others for the Defendants' and Relief Defendant's direct and indirect beneficial interest, is necessary to effectuate and ensure compliance with the freeze imposed on the Defendants' and Relief Defendant's assets.

Good and sufficient reasons have been shown why procedure other than by notice of motion is necessary.  It is therefore appropriate for the Court to issue this Order to Show Cause *ex parte* so that prompt service on appropriate financial institutions can be made, thus preventing the dissipation of assets.

This Court has jurisdiction over the subject matter of this action and over the Defendants and Relief Defendant, and venue properly lies in this District.

**NOW, THEREFORE**,

### I.

**IT IS HEREBY ORDERED** that the Defendants and Relief Defendant show cause, if there be any, to this Court at \_\_\_**5:30**\_\_\_ **p**.m. on the \_\_**12**\_\_ day of \_\_\_**October**\_\_\_, 2021, via teleconference at telephone number _____ and access code _____, or in Room \_\_**4F N**\_\_ of the United States District Court, Eastern District of New York, 225

Cadman Plaza East, Brooklyn, N.Y. 11201, why this Court should not enter an Order pursuant to Rule 65 of the Federal Rules of Civil Procedure, Section 20(b) of the Securities Act and Section 21(d) of the Exchange Act directing that, pending a final disposition of this action, the Defendants and Relief Defendant and each of their financial and brokerage institutions, officers, agents, servants, employees, and attorneys, and those persons in active concert or participation with them who receive actual notice of such Order by personal service, facsimile service, telephonic notice, notice by email, or otherwise, and each of them, hold and retain within their control, and otherwise prevent, any withdrawal, transfer, pledge, encumbrance, assignment, dissipation, concealment, or other disposal (including money, real or personal property, securities, commodities, choses in action or other property of any kind whatsoever) of, held by, or under the direct or indirect control of the Defendants and Relief Defendant, whether held in any of their names or for any of their direct or indirect beneficial interest wherever situated, in whatever form such assets may presently exist, and directing each of the financial or brokerage institutions, debtors and bailees, or any other person or entity holding such assets, funds or other property of the Defendants and Relief Defendant to hold or retain within its or his or her control and prohibit the withdrawal, removal, transfer or other disposal of any such assets, funds or other properties, including, but not limited to, the accounts set forth in Schedule A.

## II.

**IT IS FURTHER ORDERED** that, pending a hearing and determination of the Commission's Application, the Defendants and the Relief Defendant and each of their financial and brokerage institutions, officers, agents, servants, employees, and attorneys, and those persons in active concert or participation with them who receive actual notice of such Order by personal service, facsimile service, telephonic notice, notice by email, or otherwise, and each of them, hold and retain within their control, and otherwise prevent, any withdrawal, transfer, pledge, encumbrance, assignment, dissipation, concealment, or other disposal (including money, real or personal property, securities, commodities, choses in action or other property of any kind whatsoever) of, held by, or under the direct or indirect control of the Defendants and Relief Defendant, whether held in any of their names or for any of their direct or indirect beneficial interest wherever situated, in whatever form such assets may presently exist, and directing each of the financial or brokerage institutions, debtors and bailees, or any other person or entity holding such assets, funds or other property of the Defendants and Relief Defendant to hold or retain within its or his or her control and prohibit the withdrawal, removal, transfer or other disposal of any such assets, funds or other properties, including, but not limited to, the accounts set forth in Schedule A.

## III.

**IT IS FURTHER ORDERED** that, pending a hearing and determination of the SEC's Application, a Monitor over Fleet and the Xia Entities is appointed pursuant to the terms set forth in the Order Appointing Monitor.

## IV.

**IT IS FURTHER ORDERED** that, pending a hearing and determination of the

Commission's Application, the Defendants and Relief Defendant shall file with this Court and serve upon the SEC, within three (3) business days of the date of this Order, or within such extension of time as the SEC staff agrees to in writing or is otherwise granted by the Court, a sworn written accounting, signed under penalty of perjury by Richard Xia on behalf of each Defendant, and by Julie Yue on her own behalf, providing the following information as applicable to each of them:

    (1)    A list of all accounts at all banks, brokerage firms or financial institutions (including the name of the financial institution and name and last four digits of the account number), tax identification numbers, telephone or facsimile transmission numbers (including numbers of pagers and mobile telephones), electronic mail addresses, World Wide Web sites or Universal Records Locators, Internet bulletin board sites, online interactive conversational spaces or chat rooms, Internet or electronic mail service providers, street addresses, postal box numbers, safety deposit boxes, and storage facilities used or maintained by any one or more of the Defendants, and Relief Defendant, or under their direct or indirect control, at any time from January 1, 2010 to the present.

    (2)    All assets, liabilities and property currently held directly or indirectly by or for the benefit of Defendants, and Relief Defendant, including, but not limited to, bank accounts, brokerage accounts, investments, business interests, loans, lines of credit, and real and personal property wherever situated, describing each asset and liability, its current location and amount;

    (3)    All money, property, assets, and other income received by Defendants, and Relief Defendant, or for the direct or indirect benefit of one or both of them, in or at any

    time from January 1, 2010, to the date of the accounting, describing the source, amount, disposition, and current location of each of the items listed;

(4) All assets, funds, securities, and real or personal property of Defendants and Relief Defendant transferred to or for the benefit of any other person or entity from January 1, 2010, to the date of the accounting, including a description of each transferred asset, the name of the recipient, and the date of the transfer; and

(5) The names and last known addresses of all bailees, debtors, and other persons and entities that are currently holding the assets, funds, or property of any one or more of the Defendants and Relief Defendant.

## V.

**IT IS FURTHER ORDERED** that discovery is expedited as follows: pursuant to Rules 26, 30, 31, 33, 34, 36 and 45 of the Federal Rules of Civil Procedure, and without the requirement of a meeting pursuant to Fed. R. Civ. P. 26(f), and without regard to the limitations of Fed. R. Civ. P. 30(a)(2) or Fed. R. Civ. P. 30(d), the SEC may:

(1) Take depositions, subject to three (3) calendar days' notice by facsimile, email, or otherwise; depositions may be taken telephonically or by videoconference; as to Defendants, and their officers, agents, servants, employees, attorneys, and those persons in active concert or participation with them, the SEC may depose such witnesses after serving a deposition notice by email upon such Defendants, and without serving a subpoena on such witness. Depositions that have not been signed by the witness may be used for purposes of the hearing on the SEC's Application;

(2) Obtain the production of documents, within three (3) calendar days from service by facsimile, email or otherwise of a request or subpoena, from any persons or

        entities, including non-party witnesses;

(3)     Obtain other discovery, including interrogatories, requests for admissions, and requests to inspect the premises and files of Defendants, and Relief Defendant, within three (3) calendar days from the date of service by facsimile, email or otherwise of such other discovery requests, interrogatories, requests for admissions or requests for inspection; and

(4)     Serve any discovery requests, notices, or subpoenas, including subpoenas to non-parties, by personal service, facsimile, overnight courier, email, or first-class mail on an individual, entity, or the individual's or entity's attorney.

This order expediting discovery will remain in place beyond any hearing on the SEC's Application.

### VI.

**IT IS FURTHER ORDERED** that a copy of this Order and the papers supporting the Commission's Application be served upon each of the Defendants and the Relief Defendant, or his, her or its attorney who agrees to accept service on his, her or its behalf, on or before **5:00 p.m.**, **September 29**, 2021 by email, personal delivery, facsimile, overnight courier, or first-class mail.

### VII.

**IT IS FURTHER ORDERED** that Defendants and Relief Defendant shall file on ECF or deliver any opposing papers in response to the Order to Show Cause above no later than **October 5**, 2021, at 5:00 p.m. If not filed on ECF, service shall be made by delivering the papers, using the most expeditious means available, by that date and time, to the New York Regional Office of the Commission at 200 Vesey Street, Suite 400, New York, New

York 10281, Attn: David Stoelting, by email to stoeltingd@sec.gov, or to such other place as counsel for the Commission may direct in writing, and a courtesy copy shall be delivered to chambers.  The Commission shall have until __October__ _8_ , 2021, at 5:00 p.m., to file any reply papers on ECF and, if the Defendants or the Relief Defendant does not file their opposition on ECF, serve, by the most expeditious means available (which may include any form of service authorized in paragraph XI above for service of a copy of this Order), the reply papers upon said Defendants or Relief Defendant, or upon their respective counsel.

## VIII.

**IT IS FURTHER ORDERED** that this Order shall be, and is, binding upon each of the Defendants and Relief Defendant, and each of their respective officers, agents, servants, employees, and attorneys, and those persons in active concert or participation with them who receive actual notice of this Order by email, personal service, facsimile, overnight courier, or otherwise.

*s/ Pamela K. Chen*
UNITED STATES DISTRICT JUDGE

Issued at :   _6_ : _30_  p.m.
September _27_ , 2021
Brooklyn, New York

## Schedule A

| | Account Name | Bank | Account Number | Account Opened | Authorized Signer from Signature Card | Additional Authorized Signer from Signature Card |
|---|---|---|---|---|---|---|
| 1 | Amazon River LLC | Chase | XXXX-9316 | 10/7/2020 | Julia Yue, Member | |
| 2 | Amazon River LLC | Chase | XXXX-0985 | 10/7/2020 | Julia Yue, President | |
| 3 | Amazon River, LLC | East West | XXXX-6158 | 7/2/2015 | JiQing Yue, LLC- Member | |
| 4 | Amazon River, LLC | HSBC | XXXX-0301 | 11/12/2020 | | |
| 5 | Eastern Emerald Group LLC | CTBC | XXXX-5180 | 6/21/2018 | Julia Yue aka JiQing Yue, Manager | |
| 6 | Eastern Emerald Group LLC | CTBC | XXXX-0808 | 11/3/2020 | Julia Yue, Manager | |
| 7 | Eastern Emerald Group LLC | CTBC | XXXX-9577 | 1/26/2021 | Julia Yue, Manager | |
| 8 | Eastern Emerald Group LLC | CTBC | XXXX-2477 | 4/8/2021 | Julia Yue, VP & Secretary | |
| 9 | Eastern Emerald Group LLC | CTBC | XXXX-0000 | 4/9/2021 | Richard Y. Xia, Managing Member | |
| 10 | Eastern Emerald Group LLC | CTBC | XXXX-3677 | 4/14/2021 | Richard Yi Xia, President | |
| 11 | Eastern Emerald Group LLC | CTBC | XXXX-1217 | 5/21/2021 | Richard Yi Xia, President | |
| 12 | Eastern Emerald Group LLC | East West | XXXX-3379 | 6/26/2013 | Yi Xia, LLC - Member | JiQing Yue, LLC - Member |
| 13 | Eastern Emerald Group LLC | East West | XXXX-6026 | 8/17/2015 | Yi Xia, LLC - Member | JiQing Yue, LLC - Member |
| 14 | Eastern Emerald Group LLC | East West | XXXX-8618 | 1/30/2017 | JiQing Yue, LLC - Member | Yi Xia, Authorized Signer |
| 15 | Eastern Emerald Group LLC | Flushing Bank | XXXX-6096 | 10/20/2017 | JiQing Yue, Authorized Signer | |
| 16 | Eastern Emerald Group LLC | Signature | XXXX-5320 | 3/23/2017 | JiQing Yue, Authorized Signer | |
| 17 | EEGH II, L.P. | East West | XXXX-6968 | 10/15/2015 | Yi Xia, Partner - Limited | JiQing Yue, Partner - Limited |
| 18 | EEGH II, L.P. | East West | XXXX-8568 | 1/30/2017 | Yi Xia, Partner - Limited | JiQing Yue, Authorized Signer |
| 19 | EEGH II, L.P. | East West | XXXX-0689 | 9/14/2018 | Yi Xia, Partner - Limited | JiQing Yue, Partner - Limited |
| 20 | EEGH, L.P. | Cathay | XXXX-8260 | 10/16/2015 | Yi Xia, Managing Member | |
| 21 | EEGH, L.P. | East West | XXXX-5168 | 12/19/2013 | Yi Xia, Partner - Limited | JiQing Yue, Partner - Limited |
| 22 | EEGH, L.P. | East West | XXXX-5366 | 11/5/2014 | Yi Xia, Partner - Limited | JiQing Yue, Partner - Limited |
| 23 | EEGH, L.P. | East West | XXXX-6208 | 8/14/2015 | JiQing Yue, Authorized Signer | Yi Xia, Authorized Signer |
| 24 | EEGH, L.P. | East West | XXXX-0598 | 9/13/2018 | Yi Xia, Partner - Limited | JiQing Yue, Partner - Limited |
| 25 | EEGH, L.P. ( R ) | East West | XXXX-6828 | 10/9/2015 | Yi Xia, Partner - Limited | JiQing Yue, Partner - Limited |
| 26 | EEGH, L.P. (Operating A/C) | East West | XXXX-6166 | 7/1/2015 | Yi Xia, Partner - Limited | JiQing Yue, Partner - Limited |
| 27 | EMMCO NQMC, L.P. | East West | XXXX-0896 | 12/31/2010 | JiQing Yue, Limited Partner | |
| 28 | EMMCO Tower, L.P. | East West | XXXX-1316 | 10/18/2011 | JiQing Yue | Yi Xia |
| 29 | EMMCO Tower, L.P. | East West | XXXX-1795 | 1/23/2012 | Yi Xia, Authorized Signer | JiQing Yue, Authorized Signer |
| 30 | EMMCO, L.P. | East West | XXXX-3048 | 4/14/2010 | Yi Xia, President | JiQing Yue, Secretary |
| 31 | EMMCO, L.P. | East West | XXXX-1159 | 3/30/2011 | Yi Xia, Partner - Limited | JiQing Yue, Partner - Limited |
| 32 | EW Escrow Inc. | East West | XXXX-3569 | 10/25/2013 | JiQing Yue, President | |
| 33 | Federal New York Metropolitan Regional Center LLC | East West | XXXX-3089 | 2/25/2010 | Yi Xia, Member | JiQing Yue, Member |
| 34 | Fleet Equipment, Inc | Chase | XXXX-3335 | 10/7/2020 | Julia Yue, President | |
| 35 | Fleet Equipment, Inc | East West | XXXX-8899 | 7/3/2017 | Yi Xia, President | JiQing Yue, Authorized Signer |
| 36 | Fleet Financial Group Inc | Chase | XXXX-6665 | 4/28/2006 | Yi Xia, Pres | JiQing Yue, VP |
| 37 | Fleet Financial Group Inc | East West | XXXX-0375 | 7/23/2010 | JiQing Yue, President | Yi Xia, Vice President |
| 38 | Fleet Financial Group Inc | East West | XXXX-1183 | 11/2/2011 | Yi Xia, Vice President | JiQing Yue, President |
| 39 | Fleet Financial Group Inc (III) | East West | XXXX-5085 | 12/13/2013 | JiQing Yue, President | Yi Xia, Vice President |

|  | Account Name | Bank | Account Number | Account Opened | Authorized Signer from Signature Card | Additional Authorized Signer from Signature Card |
|---|---|---|---|---|---|---|
| 40 | Fleet Financial Group Inc (Payroll A/C) | East West | XXXX-5119 | 8/18/2014 | JiQing Yue, President | Yi Xia, Vice President |
| 41 | Fleet General Insurance Group | Flushing Bank | XXXX-1790 | 11/14/2017 | JiQing Yue, Secretary |  |
| 42 | Fleet Hospitality Management, Inc | East West | XXXX-0028 | 7/10/2018 | JiQing Yue, President |  |
| 43 | Fleet Hospitality Management, Inc | East West | XXXX-4517 | 4/2/2020 | Julia Yue, President |  |
| 44 | Fleet Real Estate Group Inc | East West | XXXX-6398 | 7/6/2015 | Yi Xia, President | JiQing Yue, Vice President |
| 45 | LaGuardia Performance Center LLC | CTBC | XXXX-0816 | 11/3/2020 | Julia Yue, Manager |  |
| 46 | LaGuardia Performance Center LLC | CTBC | XXXX-0899 | 11/3/2020 | Julia Yue, Manager |  |
| 47 | LaGuardia Performance Center LLC | CTBC | XXXX-2777 | 11/3/2020 | Richard Yi Xia, President |  |
| 48 | LaGuardia Performance Center LLC | East West | XXXX-2727 | 7/18/2019 | Yi Xia, LLC - Member | Julia Yue, Authorized Signer |
| 49 | LaGuardia Performance Center LLC | East West | XXXX-2677 | 8/5/2019 | Yi Xia, LLC - Member | Julia Yue, Authorized Signer |
| 50 | LaGuardia Performance Center LLC | East West | XXXX-4277 | 12/19/2019 | Yi Xia, LLC - Member | Julia Yue, Authorized Signer |
| 51 | LaGuardia Performance Center LLC | Popular | XXXX-6909 | 8/9/2019 | Julia Yue, LLC Manager |  |
| 52 | LaGuardia Performance Center LLC | Popular | XXXX-6469 | 8/26/2019 | Julia Yue, LLC Manager |  |
| 53 | LaGuardia Performance Center LLC | Popular | XXXX-6486 | 8/26/2019 | Julia Yue, LLC Manager |  |
| 54 | LaGuardia Performance Center LLC | Popular | XXXX-5042 | 8/26/2019 | Julia Yue, LLC Manager |  |
| 55 | LaGuardia Performance Center LLC | Popular | XXXX-9291 | 8/26/2019 | Julia Yue, LLC Manager |  |
| 56 | LaGuardia Performance Center LLC | Signature | XXXX-9927 | 11/25/2020 | Richard Yi Xia | Julia Yue |
| 57 | Manekineko Group LLC | Cathay | XXXX-3112 | 2/23/2010 | Yi Xia, Member | JiQing Yue, Member |
| 58 | Manekineko Group LLC | East West | XXXX-1225 | 5/2/2011 | Yi Xia, LLC - Member | JiQing Yue, LLC - Member |
| 59 | Manekineko Group LLC | HSBC | XXXX-0913 | 11/13/2020 | Yi Xia, Member | Jiqing Yue, Member |
| 60 | Perini Group Inc | East West | XXXX-8998 | 8/23/2017 | Xi Verfenstein, President |  |
| 61 | Perini Group Inc | East West | XXXX-9996 | 3/22/2018 | Xi Verfenstein, President |  |
| 62 | Perini Group Inc | Signature | XXXX-0543 | 12/4/2015 | Xi Verfenstein, President |  |
| 63 | Perini Group, Inc | Chase | XXXX-3397 | 4/16/2021 | Xi Verfenstein, President |  |
| 64 | Perini Group, Inc | East West | XXXX-6786 | 1/5/2016 | Xi Verfenstein, President |  |
| 65 | Racanelli Construction Group Inc | East West | XXXX-5259 | 2/13/2015 | JiQing Yue, President* |  |
| 66 | Racanelli Construction Group Inc | East West | XXXX-6109 | 8/17/2015 | JiQing Yue, President* |  |
| 67 | Racanelli Construction Group Inc | Signature | XXXX-0055 | 7/23/2015 | Yi Xia, President | Angela Yu Wei Chen, Manager |
| 68 | Racanelli Construction Group Inc | Signature | XXXX-0063 | 7/23/2015 | Yi Xia, President | Angela Yu Wei Chen, Manager |
| 69 | Racanelli Construction Group Inc (Expense A/C) | East West | XXXX-2660 | 2/19/2013 | JiQing Yue, President* |  |
| 70 | Racanelli Construction Group Inc (I) (Operating) | East West | XXXX-2538 | 12/6/2012 | JiQing Yue, President* |  |
| 71 | Racanelli Construction Group Inc (III) | East West | XXXX-5028 | 12/12/2013 | JiQing Yue, President* |  |
| 72 | Racanelli Construction Group Inc (IV) | East West | XXXX-5283 | 9/16/2014 | JiQing Yue, President* |  |
| 73 | Samuel Development Group LLC | East West | XXXX-0235 | 7/13/2010 | Yi Xia, LLC Manager | JiQing Yue, LLC Manager |
| 74 | Samuel Development Group LLC | HSBC | XXXX-0310 | 11/12/2020 |  |  |
| 75 | Shangri-La 9D Inc | Chase | XXXX-8715 | 10/7/2020 | Julia Yue, President |  |
| 76 | Shangri-La 9D Inc | Chase | XXXX-6068 | 10/7/2020 | Julia Yue, President |  |
| 77 | Shangri-La 9D Inc | East West | XXXX-5226 | 5/21/2014 | JiQing Yue, President |  |
| 78 | Shangri-La 9D Inc | East West | XXXX-8758 | 7/21/2017 | JiQing Yue, President |  |

|    | Account Name | Bank | Account Number | Account Opened | Authorized Signer from Signature Card | Additional Authorized Signer from Signature Card |
|----|---|---|---|---|---|---|
| 79 | Shangri-La 9D Inc | East West | XXXX-9608 | 3/22/2018 | JiQing Yue, President | |
| 80 | Shangri-La 9D Inc | HSBC | XXXX-0875 | 11/12/2020 | Julia Yue, VP | Richard Xia, President |
| 81 | Shangri-La 9F Inc | Cathay | XXXX-2212 | 7/9/2010 | Yi Xia, President | JiQing Yue, Secretary |
| 82 | Shangri-La 9F Inc | Cathay | XXXX-9100 | 12/31/2015 | | |
| 83 | Shangri-La 9F Inc | East West | XXXX-1977 | 3/13/2012 | JiQing Yue, President | |
| 84 | Shangri-La 9F Inc | HSBC | XXXX-0883 | 11/12/2020 | | |
| 85 | Shangri-La Green Inc | Chase | XXXX-6733 | 10/7/2020 | Julia Yue, President | |
| 86 | Shangri-La Green Inc | Chase | XXXX-5612 | 10/7/2020 | Julia Yue, President | |
| 87 | Shangri-La Green, Inc | Cathay | XXXX-3302 | 5/12/2010 | JiQing Yue, President | Yi Xia, Secretary |
| 88 | Shangri-La Green, Inc | Cathay | XXXX-0100 | 7/6/2010 | | |
| 89 | Shangri-La Green, Inc | Cathay | XXXX-7100 | 12/31/2015 | | |
| 90 | Shangri-La Green, Inc | East West | XXXX-0268 | 6/21/2010 | Yi Xia, Vice President | JiQing Yue, President |
| 91 | Shangri-La Green, Inc | East West | XXXX-8808 | 7/21/2017 | JiQing Yue, President | Yi Xia, Vice President |
| 92 | Shangri-La Green, Inc | East West | XXXX-9798 | 3/22/2018 | JiQing Yue, President | Yi Xia, Vice President |
| 93 | Shangri-La Green, Inc | HSBC | XXXX-0743 | 11/12/2020 | Julia Yue, VP | Richard Xia, President |
| 94 | The Grand Eastern Mirage Group LLC | HSBC | XXXX-0686 | 7/1/2018 | JiQing Yue, Authorized Signer | |
| 95 | The Grand Eastern Mirage Group LLC | HSBC | XXXX-0708 | 7/5/2018 | JiQing Yue, Authorized Signer | |
| 96 | X & Y Development Group, LLC | East West | XXXX-0367 | 7/23/2010 | Yi Xia, LLC Member | JiQing Yue, LLC Member |
| 97 | Z - Account Name Unknown | Chase | XXXX-5320 | | | |
| 98 | Z - Account Name Unknown | Chase | XXXX-6902 | | | |