**Recent Account Activity**



[< Back]

**Recent Account Activity** October 26 2021 to January 18 2022
INCOMING WIRE TRANSFER REPORT

| Beneficiary Information | Amount | Date / Time | Originating Information | Reference Numbers | |
|---|---|---|---|---|---|
| Account:******3644 | 440,000.00 | Date Posted: | ELLEN YOUNG | | Fed Ref#: |
| SILLS CUMMIS & GROSS P.C. | | 10/26/21 | Bank: | 20211026 | |
| SILLS CUMMIS & GROSS P.C ATTORNEY OPERATING ACCOUNT RICHARD XIA WIRES@SILLSCUMMIS.COM- - ORIGINATOR INFORMATION: | | Received: | STERLING SAVINGS BANK AND TRUST CO | | Global Ref#: |
| | | 10/26/21 | | | |
| | | 17:17:51 | | | |

Generated January 19 2022 at 08:39:46

[< Back]

CONFIDENTIAL