Page 1

THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION

In the Matter of:              )
                               ) File No. NY-09989-A
FLEET FINANCIAL GROUP, INC.    ) Amended: 6/12/2019
                                 6/14/2019

WITNESS:   Richard Yi Xia

PAGES:     1 through 320

PLACE:     Securities and Exchange Commission
           200 Vesey Street
           New York, New York 10281

DATE:      Thursday, May 30, 2019

    The above entitled matter came on for hearing, pursuant to notice, at 9:33 a.m.

Diversified Reporting Services, Inc.
(202) 467 9200

Page 142

BY MS. HAN:
Q  Mr. Xia, I just want to remind you that you're still under oath. And just for the record, you and your attorneys didn't have any discussions with staff during the lunch break; is that correct?
A  Yes.
Q  And also in the prior break that we took, we also did not have any discussions -- you also did not have any discussions with staff, you and your attorneys --
A  No.
Q  -- did not?
A  Right, we did not.
Q  Okay. So, going back to something you'd mentioned earlier. You said you get -- in terms of income you get $500,000.00 a year from rental income?
A  Yeah, more or less. I don't remember exactly, but more or less something like that, yeah.
Q  Okay. So, approximately 500,000 from rental income?
A  Something like that, yeah.
Q  And that's from the properties you

Page 143

mentioned, the 140-22 Beech Avenue, 5735 Lawrence Street and --
A  And, yeah, a variety of other rental properties.
Q  When you say, "A variety of other rental properties" --
A  There's one two-family, three-family, you know, like investment properties.
Q  That's the other five properties --
A  Yes.
Q  -- that you mentioned earlier?
A  Yeah.
Q  And just so we're clear, you didn't give me any addresses for those properties?
A  No. You need address? I can give it to you now.
Q  Sure.
A  6398 Wetherole Street, W-E-T-H-E-R-O-L-E, Wetherole Street. 6402 Wetherole Street and 130 -- 133-54 Avery Avenue.
Q  Avery?
A  Avery -- yeah, Avery Avenue. And 4344 Colden Street. 153-08 Peck Avenue.
Q  I'm sorry, what was that?
A  Peck, P-E-C-K, Peck Avenue.

Page 144

Q  Okay.
A  And there is another three, four, 30-- yeah, that's -- that's it, yeah.
Q  And for 5735 Lawrence Street, is that an apartment building or is that a --
A  It's apartment building.
Q  Do you own one unit in that building or multiple units or the whole building?
A  I build the whole building.
Q  Okay.
A  And I think I just -- right now I own, like, five residential units, one commercial unit.
Q  In that building?
A  Yeah. That building is six units.
Q  That building is?
A  It's only six units.
Q  So, you own all six units?
A  I own five, plus one commercial. I had one commercial I sold to other people.
Q  Okay. And the $500,000.00 -- approximate $500,000.00 a year rental income, that's from all of those properties you just listed?
A  Yeah.
Q  And the rent that you collect from those

Page 145

properties, where does that money go into?
A  That's pay my expenses and everything.
Q  That's not what I'm asking. I'm asking, the rent that you collect from the tenants --
A  Yeah.
Q  -- where does that money get deposited into? What bank or what bank accounts?
A  Oh, bank account. It's mainly for the -- paying to the mortgage, all the mortgage, you know, because all these property they all carry their own mortgage. So, you know, each -- each month, you know, we pay -- we pay a lot of mortgage on those properties.
Q  Okay. But that money gets deposited into -- does it get deposited into a bank account in you or your wife's name? Or does it get deposited into a account in the name of a company or does it get deposited into -- where does that money get deposited in it?
A  You see all these entities they own -- they own all these properties. So, when we get the rental money, if it's a check we just pay into the -- you know, deposit into the company account and it pay for the mortgage. And the -- the rest of the money because it's, you know, if the tenant

37 (Pages 142 to 145)

Page 146

1  pays cash we, basically, you know, provide it to
2  the job site. Job site every day needed like
3  petty cash every day. So, we provided that and
4  that's -- you know, that's what we -- we've been
5  doing if we have some extra we don't need.
6      Q  So, how much of that $500,000.00 is paid
7  in cash and how much of it is in checks?
8      A  I -- I -- I never track that and it's --
9  you know, every -- every month is different. I
10 cannot just tell out of my memory.
11     Q  Okay. So, the -- you said the buildings
12 or units are owned by entities?
13     A  Yes.
14     Q  What entities are they owned by?
15     A  Like, Shangri-La Green, Shangri-La 9E,
16 9F, you know, they all own entities.
17     Q  They all own units?
18     A  Yes.
19     Q  Okay. And were any of your -- any of
20 the entities that's affiliated with you or your
21 wife, were any of those entities paid for work --
22 for work done other than work done or services
23 provided to the Eastern Mirage project or the
24 Eastern Emerald project?
25     A  No. They're just for the projects.

Page 147

1      Q  And for the Racanelli Construction
2  Group, do you know how many employees work at the
3  Racanelli Construction Group?
4      A  I don't know.
5      Q  Do you know how many Perini -- how many
6  employees work at the Perini company --
7  construction company?
8      A  I don't have that number.
9      Q  Do you know an individual by the name of
10 Walter Verfenstein?
11     A  Yeah.
12     Q  Who's Walter Verfenstein?
13     A  Xi Verfenstein's, her husband.
14     Q  Has he ever done any work related to
15 either the Eastern Mirage project or the Eastern
16 Emerald project?
17     A  Yes.
18     Q  What work has he done and for which
19 project?
20     A  He was, basically, help us to, like,
21 promote the project.
22     Q  Promote the project, which project?
23     A  Second project, Eastern Emerald project.
24     Q  And who was he promoting the Eastern
25 Emerald project to?

Page 148

1      A  He's, basically, go back to the -- to
2  China and working with those agent, Chinese agent
3  to, talk with them about the project and
4  everything.
5      Q  And that's on the Eastern Emerald
6  project?
7      A  Eastern Emerald project, yes.
8      Q  And you mentioned your sister earlier,
9  Qiu Xing Xia.
10     A  Yeah. Yeah. Yeah.
11     Q  Does she ever get paid from any of your
12 affiliated entities for any work done for either
13 the Eastern Emerald project or the Eastern Mirage
14 project?
15     A  She's also a civil engineer and she got
16 paid $5,000.00 per month from Fleet Financial
17 Group.
18     Q  And is that the only money that she has
19 received from --
20     A  Yes.
21     Q  -- you or your wife's affiliated
22 entities?
23     A  Yes.
24     Q  5,000 a month for what time period?
25     A  It's been a while. It's, you know, from

Page 149

1  the project -- I think it's 2000 -- I don't
2  remember exactly what year, but it's probably like
3  2014, '15.
4      Q  And was that in connection with the
5  Eastern Emerald project or the Eastern Mirage
6  project?
7      A  Both projects.
8         BY MS. WEINSTOCK:
9      Q  Was she an employee or a consultant?
10     A  Employee.
11     Q  And did she get paid through ADP?
12     A  Yes.
13        BY MS. HAN:
14     Q  And you mentioned earlier that there's
15 five percent left to complete in the Eastern
16 Mirage project.
17     A  Yes.
18     Q  What's left to complete?
19     A  All the miscellaneous items.
20     Q  I'm sorry?
21     A  Miscellaneous items. No major items.
22 Right now the electrical is done, plumbing is done
23 and -- yeah. And EP is done. So, it's, you know,
24 right now all the marble, everything in place. We
25 just waiting for the plumbing sign off and then