Dear Judge Chen,

My name is Yun Xie, an EB5 investor in the Eastern Emerald Project in the SEC's current lawsuit against Yi Xia and all related defendants. Given Steven Fogg's letter sent to you with the title "Emerald Investors' Position on the Monitor's January 28, 2022 Report to the Court and February 14, 2022 Show Cause Hearing," I am respectfully writing you this letter to express my opposition to Steven's:

1. While the letter's title starts with "Emerald Investors," his 87 clients are just a small number of Emerald Investors.
2. While Steven tries persuading the Monitor and the Court to prioritize "green cards" for the Emerald Project's disposition, I hope to get my $500,000 invested capital, interest, and appropriate compensations back as soon as possible, without any consideration for "green cards."

As a single mom with three kids, I sold all my assets in China to invest in this project, hoping to relieve my kids' trauma due to my divorce and give them a better life in another country. My financial loss is the real pain after putting my money into the project for so many years.

Many Emerald Investors are supportive of me writing you this letter in opposition to Steven's. I've attached the name list showing the investors who are willing to put their names under this letter to support me in expressing our real voices. (Attachment A)

Based on my observation, at least 89 investors share my expectation for this litigation's outcome. Among the 89 investors, 87 sent SEC an email titled "Victims of Yi Xia's Fraudulent Project" to express their determination to withdraw from the EB5 program and get their money back. (Attachment B)

Since I have limited connections with other investors, it's a reasonable estimation that the real number of people going through unbearable financial pain is much larger than 89. I sincerely thank you for considering our real expectation regarding this litigation's outcome: getting our money back as soon as possible.


Respectfully,
Yun Xie
Email: 534979122@qq.com

**Attachment A:**
the name list showing the investors who are willing to put their names under this letter to support me in expressing our real voices

| 1 | Xue Zhang |
| --- | --- |
| 2 | Sihe Zhang |
| 3 | Jing jingDong |
| 4 | Heng Ding |
| 5 | Haihong Wang |
| 6 | Jianxiu Liu |
| 7 | LyuJiang Hong |
| 8 | ZHAO JING |
| 9 | Liu Peng |
| 10 | Zou Peng |
| 11 | Hu Jiping |
| 12 | Guijie YIN |
| 13 | Cong Wang |
| 14 | Juan Liang |
| 15 | Jiang Chen |
| 16 | Chen Liman |
| 17 | Wei Chen |
| 18 | Zang Li |
| 19 | Xingyu Mu |
| 20 | chuan sun |
| 21 | Yihe Sun |
| 22 | Zihao Liu |
| 23 | Yun Wang |
| 24 | Lingyan Zhang |
| 25 | Liang Zhang |
| 26 | Caixia Liang |
| 27 | Chen Fu |
| 28 | Baofeng Wang |
| 29 | Jie Cheng |
| 30 | Yiming Li |
| 31 | Houjie |
| 32 | xiaolongwang |

**Attachment B:**
WeChat screenshots showing a previous email sent to SEC






发件人: linda
收件人: stoeltingd@sec.gov
抄送: Chair@sec.gov
Rule83CTRs@sec.gov
昨天 22:32

# Victims of Yi Xia's Fraudulent Project

Dear Mr. Stoelting,

We are the EB5 investors in the Eastern Emerald Project in the current SEC's lawsuit against Yi Xia and Fleet New York Metropolitan Regional Center. We are investors who want to completely withdraw our money from the fraudulent project that hurt us so much.

At this critical moment during the lawsuit, as Steven Fogg (the lawyer hired by a small number of investors) and Richard Xia are both trying to persuade you what they said could represent the best interest of investors, many of us have zero trust in them. Therefore, we decides to write you this email with our genuine hope that you could hear our real expectations. We hope:

1. Return all of our invested capital directly to our personal accounts, NOT the EEGH business account. If the money is returned to the company's business account, very likely, we can not get our money with a satisfying amount, due to the company's extremely unfair agreement, signed under the condition that we were not aware of Xia's fraudulent behaviors recently disclosed by SEC

   

fraudulent behaviors recently disclosed by SEC.
2. We plead SEC to consider compensating investors' considerable loss with the "penalty fees," such as disgorgement, charged on Yi Xia.
3. Given Xia's fraudulent behaviors, we are determined to withdraw from our green card applications and hope to get our money back as soon as possible.
4. Freeze all banking accounts of Richard and his wife until the current situation is resolved.

For your verification of our identities, we are attaching all of our names and contacts below. (the name list will grow as more investors get in touch with us.)

We sincerely hope you could consider our expectations.

Without SEC, we'd be helpless victims forever. Nothing could express our thankfulness for your efforts to protect our benefits.

Sincerely,
Victims of Xia's Eastern Emerald Project

Name1. Xin hua Ma  email:199
Name2. Si qi Wang  email:s_u
Name3. Zang Li  email:2758
Name4. Ling yan Zhang  email:      94         om
Name5. Hua Guo  email:tian
Name6. Pei qi Li  email:5230
Name7. Hai Hong Wang
email:haiho






Name8. We long Li  email:1
Name9. Xiao mei Zhang 1
Name10. Hong Yue  emai    20
Name11.Hong min Yang  email: am
Name12. Wan cha   Wang  email:13753
Name13. Chao joe Wu  email:janewuc
Name14.Xiao long Wang  email:186
Name15. Qiu yan Zhao  email: 8
Name16.Ji ping Hu  email:Wei.h
Name17. Zhang Liang  email:64
Name18. Hong xiao Xu  email:h
Name19. Yiming Li  email:307
Name20. Lyu Jiang Hong  email: zh
Name21. Yun Wang email:y
Name22. Heng Ding  email:1
Name23.Zhi zhong Liao  email:ga
Name24. Bao feng Wang  email:liy

Name25. Ying jie Wang  email:maggi
Name26. Yun Xie  email: 5
Name27. Shan shan Yin  email:yin_shan
Name28. Lei Liu  email: houte
Name29. Si he Zhai  email:Sih        m
Name30. Hai ying Gao  email
Name31. Xue Zhang  email:zhang
Name32. Xia He  email: wan
Name33. Yue Yu  email:1
Name34. Juan Liang  email:
Name35. Jing jing Dong  email:dong
Name36. Jie Hou  email:136        m
Name37. Nan Zhu  email:41
Name38. Gui jie Yin  email:guijie
Name39. Qian Wang  email:1        m
Name40. Shao bin Guo  email:2359
Name41. Xing yu Mu  email:k



Name42. Jian xiu Liu   email:lz... 81... 3.com
Name43. Jian cheng Wang   email:huanyu...
Name44. Yu zhong Zhang   email:344...
Name45. Cong Wang   email:...
Name46. Yu bing Zhou   email:...
Name47. Dian Yu   email:nic...
Name48. Yang Song   email:yan...
Name49. Jian xi Lu   email:2...
Name50. Sheng yue Xu   email:1835...
Name51. Li man Chen   email:11... m
Name52. Chen Fu   email: cenyi... n
Name53. Chuan Sun   email: zz...
Name54. Xiao hui Liu   email:c...
Name55. Qiong Li   email: zh...
Name56. Bo Jin   email:5403...
Name57. Peng Liu   email:liu...
Name58. De yin Han   email...
Name59. Ming zhan Li   email:min...
Name60. Wan qing

Name60. Wan qing Zheng   email: 114

Name61. Jie Cheng   email: xz

Name62. Yuan y Zhang   email: ca

Name63. Wei Chen   email: 3703           3.com

Name64. Zi hao Liu   email: ty

Name65. Jiang Chen   email: jian

Name66. Chao Lin Hu   em

Name67. Quan shan Shi   email: jef

Name68. Kai Xu   email:

Name69. Yu Lu   email: 139

Name70. Zhen Zhang   email:              m

Name71. Shuai Gao   email: g

Name72. Chen Ai Wu   email:            .com

Name73. Hong wei Zhou   email: 17

Name74. Hong pu



Name74. Hong pu Nie email:

Name75. Cai xia Liang email:104

Name76. Xin Guang Wang email:wxg

Name77. Wen jian Chen email:13

Name78. Jun dong Wu email:kam

Name79. Zi xiang Lin email:39

Name80. You Wu email:joejo

Name81. Cui ping Kang email:1772

Name82. Han bo Wang email:zhan

Name83. Hong ying Zhang email:zhar

Name84. Jing Zhao email:jear

Name85. Wei qun Wang email: 1246

Name86. Shi qi Luo email:q



Name76. Xin Guang Wang email:wxg

Name77. Wen jian Chen email:1

Name78. Jun dong Wu email:kamd

Name79. Zi xiang Lin em

Name80. You Wu email:j

Name81. Cui ping Kang email:1

Name82. Han b Wang email:zha

Name83. Hong ying Zhang email:zhan

Name84. Jing Zhao email:jean

Name85. Wei qun Wang email: 12

Name86. Shi qi Luo email:qi

Name87. Dong sheng Liu email:liu

