UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>      Plaintiff,<br><br>v.<br><br>RICHARD XIA, a/k/a YI XIA, <u>et al.</u>,<br><br>      Defendants,<br><br>and<br><br>JULIA YUE, a/k/a JIQUING YUE, <u>et al.</u>,<br><br>      Relief Defendants. | Case No. 21-cv-05350-PKC-RER |

## **DECLARATION OF MICHAEL J. RINALDI**

I, Michael J. Rinaldi, hereby declare and state, to the best of my knowledge, information, or belief, as follows:

1.   I am over eighteen years of age and competent to make this declaration.

2.   I am a member of the bars of the Commonwealth of Pennsylvania, the State of New Jersey, and the District of Columbia.  I have been admitted <u>pro hac vice</u> in the above-captioned action.  I am a partner at the law firm of Duane Morris LLP, attorneys for relief defendants Xi Verfenstein and Xinming Yu.  I make this declaration in support of Ms. Verfenstein and Ms. Yu's motion for leave to file a sur-reply and their proposed sur-reply in opposition to the SEC's motion to extend the asset freeze (ECF 99).

3.   Attached to this declaration as Exhibit A is a true and correct copy of a document marked as SEC v Xia Exhibit 4.

4.	Attached to this declaration as Exhibit B is a true and correct copy of excerpts of Ms. Verfenstein's February 8, 2022, deposition transcript.

5.	Attached to this declaration as Exhibit C are true and correct copies of documents entitled "Application and Certificate for Payment."

6.	Attached to this declaration as Exhibit D is a true and correct copy of a document entitled "Plaintiff's First Set of Interrogatories to Defendant Richard Xia."

7.	Attached to this declaration as Exhibit E is a true and correct copy of a document entitled "Plaintiff's Second Request to Defendants for the Production of Documents."

I declare under penalty of perjury that the forgoing is true and correct.  Executed on May 20, 2022.

						s/ Michael J. Rinaldi
						Michael J. Rinaldi