# EXHIBIT B

## Rinaldi, Michael J.

| | |
|---|---|
| **From:** | Stoelting, David <StoeltingD@SEC.GOV> |
| **Sent:** | Tuesday, November 2, 2021 11:30 AM |
| **To:** | Rinaldi, Michael J.; Hansen, Mary P. |
| **Cc:** | McGrath, Kevin; Han, Kim |
| **Subject:** | FW: Activity in Case 1:21-cv-05350-PKC-CLP Securities and Exchange Commission v. Xia et al Scheduling Order |

Mike/Mary – In view of the below, we are adjourning the deposition of Ms. Verfenstein that we had scheduled for this Thursday at 2 pm. We'll be in touch about another date. Thank you.

David

**From:** ecf_bounces@nyed.uscourts.gov <ecf_bounces@nyed.uscourts.gov>
**Sent:** Tuesday, November 02, 2021 11:24 AM
**To:** nobody@nyed.uscourts.gov
**Subject:** Activity in Case 1:21-cv-05350-PKC-CLP Securities and Exchange Commission v. Xia et al Scheduling Order

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**Eastern District of New York**

### Notice of Electronic Filing

The following transaction was entered on 11/2/2021 at 11:24 AM EDT and filed on 11/2/2021
**Case Name:**       Securities and Exchange Commission v. Xia et al
**Case Number:**     1:21-cv-05350-PKC-CLP
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**ORDER: In light of Judge Pollak's November 1, 2021 Order granting the [21] motion to withdraw as counsel for Defendants and Relief Defendant and directing new counsel to file a notice of appearance on the record by 11/15/2021, the Court *sua sponte* extends the deadline**

for Defendants and Relief Defendant to file opposition papers to 11/22/2021, 5:00 p.m.; the Commission shall file reply papers by 11/26/2021, 5:00 p.m. The show-cause hearing is hereby adjourned to 12/8/2021, 3:00 p.m, in Courtroom 4F North. The relief granted in the [11] Order to Show Cause and [11 -1] Order Appointing Monitor is extended through December 8, 2021, in light of the schedule set forth herein.Ordered by Judge Pamela K. Chen on 11/2/2021. (Mahkamova, Shirin)

**1:21-cv-05350-PKC-CLP Notice has been electronically mailed to:**

David Paul Stoelting    stoeltingd@sec.gov

Richard R. Best    bestr@sec.gov

Brenda Wai Ming Chang    stoeltingd@sec.gov

Matthew Scott Peeler    scott.peeler@arentfox.com, alexandra.coppola@arentfox.com, michelle.cascante@arentfox.com, mscottpeeler@me.com, stavros.karageorgiou@arentfox.com

Lara Shalov Mehraban    MehrabanL@sec.gov

Kevin P McGrath    mcgrathk@sec.gov

Judith Ann Weinstock    weinstockj@sec.gov

Kim Han    hanki@sec.gov

**1:21-cv-05350-PKC-CLP Notice will not be electronically mailed to:**

Fleet New York Metropolitan Regional Center LLC


Julia Yue


Richard Xia
136-20 38th Avenue
Ste. 10-F
Flushing, NY 11354