May 27, 2022

**VIA ECF**

The Honorable Pamela K. Chen
United States District Court
Eastern District of New York
225 Cadman Plaza East, Chambers N 631
Brooklyn, NY 11201

     Re: ***SEC v. Richard Xia et al.*, 21-cv-05350-PKC-RER**

Dear Judge Chen:

Plaintiff Securities and Exchange Commission ("SEC"); Defendants Richard Xia ("Xia") and Fleet New York Metropolitan Regional Center ("Fleet," and with Xia, "Defendants"); and Relief Defendants Julia Yue ("Yue"), Xi Verfenstein ("Verfenstein"), and Xinming Yu ("Yu,"), respectfully submit this joint letter pursuant to the Court's text order dated May 23, 2022.

## I. SEC's motion for a preliminary injunction freezing assets, appointing a monitor, and granting other relief

- Dkt. 2-2: Plaintiff's Memorandum of Law in Support of its Ex Parte Emergency Application for a Temporary Restraining Order Freezing Assets, Appointing a Monitor and Granting Other Relief
    - Dkt. 2-3: Local Rule 6.1 Declaration of David Stoelting
    - Dkt. 3: Declaration of Robert Thompson
    - Dkt. 4: Declaration of Annie Seelaus
    - Dkt. 5: Declaration of Sunil K. Aggarwal
    - Dkt. 6: Declaration of Kim Han (with Exhibits 1 – 89)
    - Dkt. 7: Declaration of Raymond Dookhie (with Exhibits 1 – 51)
- Dkt. 43 – Defendants' Brief in Response to the Court's Show-Cause Order
    - Dkt. 44: Declaration of Herve Gouraige
    - Dkt. 46: Exhibits 1 – 45
- Dkt. 48 – Plaintiff's Reply Memorandum of Law in Response to Defendants' Brief Opposing the Show-Cause Order
- Dkt. 103 – Plaintiff's Post-Hearing Memorandum of Law in Support of Its Motion for a Preliminary Injunction Freezing Assets and Appointing a Monitor Pending Final Judgments

- Dkt. 124 – Defendants' Post-hearing Memorandum of Law in Opposition to Plaintiff's Motion for a Preliminary Injunction Freezing Assets and Appointing a Monitor Pending Final Judgments
    - Dkt. 125: Declaration of Mark C. Rifkin (with Exhibits A and B)
- Dkt. 132 – SEC's Reply Memorandum of Law in Further Support of Plaintiff's Motion for a Preliminary Injunction Freezing Assets and Appointing a Monitor Pending Final Judgments
    - Dkt. 132-1: Declaration of M. Scott Peeler

Status: Counsel for the SEC and for Defendants have had some discussions regarding a negotiated stipulation. The parties could not reach a resolution of the motion.

II. **Defendants' and Relief Defendant Yue's request for a pre-motion conference concerning their anticipated motion to dismiss the Complaint under Federal Rule of Civil Procedure 12(b)(6)**

- Dkt. 27 – Defendants' and Yue's letter requesting a pre-motion conference
- Dkt. 28 – SEC's letter in opposition
- Dkt. 52 – Defendants' and Yue's supplemental letter in support of their request for a pre-motion conference (with Exhibits 1 – 6)
- Dkt. 59 – SEC's letter responding to Defendants' and Yue's supplemental letter

Status: The parties have not had any discussions regarding a negotiated stipulation that would resolve this motion.

III. **The Sills Cummis law firm's motion to withdraw as counsel for Xia, Fleet and Yue and for release of funds to pay attorney's fees or for an equitable lien**

- Dkt. 89 – Sills Cummis Motions to Withdraw as Counsel and for Release of Frozen Assets Sufficient to Pay Attorney's Fees
    - Dkt. 89-1: Declaration of Herve Gouraige (with Exhibits 1 – 4)
    - Dkt. 90 – Motion by Fleet, Xia and Yue to file document under seal
- Dkt. 94 – Plaintiff's Response to Motion to Withdraw as Counsel and for Release of Frozen Assets Sufficient to Pay Attorney's Fees
    - Dkt. 95 – Declaration of David Stoelting (with Exhibits 1 – 6)

Status: The SEC takes no position on the motion to withdraw, but opposed the motion to unfreeze $624,534.21 to pay attorney's fees. The SEC and Mr. Gouraige have had discussions regarding Sills' motion to pay attorney fees, and a negotiated stipulation that would resolve this motion is not a possibility. Defendants' current counsel, Wolf Haldenstein, has not been part of any discussion regarding the motion to withdraw or payment of fees to Defendant's other counsel.

**IV.    (a) SEC's motion to extend the asset freeze as to Yue and for an asset freeze as to Verfenstein and Yu; (b) SEC's motion to strike sur-reply or, in the alternative, accept SEC letter as sur-sur reply; and (c) Ms. Verfenstein and Ms. Yu's motion for leave to file a sur-reply to respond to arguments raised by the SEC in its reply**

- Dkt. 99: Notice of Motion
- Dkt. 100: Plaintiff's Brief in Support of Motion to Extend the Asset freeze to Certain Assets of Relief Defendants Julia Yue, Xi Verfenstein and Xinming Yue
    - Dkt. 101: Declaration of Kim Han (with Exhibits 1 – 37)
    - Dkt. 102: Declaration of Kim Han (with Exhibits 38 – 70)
- Dkt. 120 – Relief Defendants Xi Verfenstein and Xinming Yu's Memorandum of Law in Opposition to Plaintiff's Motion to Extend the Asset Freeze to Certain Assets
    - Dkt. 121: Declaration of Michael J. Rinaldi (with Exhibits A – L)
- Dkt. 127 – Defendants' Memorandum of Law in Opposition to Plaintiff's Motion to Expand Asset Freeze
- Dkt. 128 – SEC's Reply Memorandum of Law in Support of Plaintiff's Motion to Extend the Asset Freeze to Certain Assets of relief Defendants Xi Verfenstein and Xinming Yu
- Dkt. 133 – SEC's Reply Memorandum of Law in Further Support of Plaintiff's Motion to Extend the Asset Freeze to Certain Assets of the Relief Defendants
- Dkt. 134 – Letter-motion of Ms. Verfenstein and Ms.Yu for leave to file a sur-reply to respond to arguments raised by the SEC in its reply
    - Dkt. 135: Declaration of Michael J. Rinaldi (with Exhibits A – E)
- Dkt. 136 – SEC's letter-motion to strike Verfenstein and Yu's sur-reply or, in the alternative, to accept the SEC's letter as its sur-sur-reply
- Dkt. 137 – Relief Defendants Xi Verfenstein and Xinming Yu's Memorandum of Law in Opposition to Plaintiff's Motion to Strike
    - Dkt. 138: Declaration of Michael J. Rinaldi (with Exhibits A – C)

Status: The parties conferred by telephone on the SEC's motion to extend the asset freeze, the SEC's motion to strike, and Ms. Verfenstein and Ms. Yu's motion for leave to file a sur-reply but did not reach an agreement on any of the motions.

**V.    Monitor's motion for release of funds to pay for insurance coverage**

- Dkt. 139: Notice of Motion
- Dkt. 140: Motion for Approval of Release of Funds for Insurance Coverage
    - Declaration of Scott Peeler (with Exhibits A – D)

Status: The SEC has consented to this motion. Xia and Fleet have also consented to the relief sought in the motion.

Hon. Pamela K. Chen
May 27, 2022
Page 4

### VI. Monitor's Fee Application

- Dkt. 140: Motion for Approval of Interim Fee Application of Monitor M. Scott Peeler for Payment of ArentFox Schiff LLP and Monitor's Expert J.S. Held
    - Exhibits A – C

Status: The SEC has consented to this motion.  The Defendants and Relief Defendants have not yet reviewed the motion.

Respectfully submitted,

/s/ David Stoelting
Kevin P. McGrath
David Stoelting
Kim Han
Securities and Exchange Commission
Attorneys for Plaintiff

/s/ Mark C. Rifkin
Benjamin Y. Kaufman
Mark C. Rifkin
Wolf Haldenstein Adler Freeman & Herz LLP
Attorneys for Defendants

/s/ Michael J. Rinaldi
Michael J. Rinaldi
Mary P. Hansen
Duane Morris LLP
Attorneys for Relief Defendants Xi Verfenstein and Xinming Yu

/s/ Hervé Gouraige
Hervé Gouraige
Sills Cummis
Attorneys for Defendants and Julia Yue