## <u>CERTIFICATE OF SERVICE</u>

I hereby certify, this sixth day of June, 2022, that the foregoing document has been filed

electronically and is available for viewing and downloading from the Court's electronic filing

system and, thus, has been served electronically.

s/ Michael J. Rinaldi
Michael J. Rinaldi