UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>v.<br><br>RICHARD XIA, a/k/a YI XIA, *et al.*,<br><br>                    Defendants,<br><br>and<br><br>JULIA YUE, a/k/a JIQUING YUE, *et al.*,<br><br>                    Relief Defendants. | Case No. 21-cv-05350-PKC-RER |

### [PROPOSED] SCHEDULING ORDER

AND NOW, this __7th__ day of __June_____, 2022, the Court having received the report of the parties pursuant to Federal Rule of Civil Procedure 26(f) and based on the parties' stipulation, IT IS HEREBY ORDERED THAT:

1. The parties shall make their initial disclosures, pursuant to Federal Rule of Civil Procedure 26(a)(1), by June 24, 2022.

2. With respect to the interrogatories, document requests, and requests for admission served by relief defendants Verfenstein and Yu on May 25, 2022, plaintiff shall respond by June 30, 2022.

3. The parties shall complete all fact discovery by November 18, 2022. Each party is entitled to take twelve depositions, not including depositions of experts.

4. The parties shall make opening expert disclosures, pursuant to Federal Rule of Civil Procedure 26(a)(2), by December 19, 2022.

5. The parties shall make rebuttal expert disclosures, pursuant to Federal Rule of Civil Procedure 26(a)(2), by January 19, 2023.

6. The parties shall complete expert discovery by February 28, 2023.

7. Any *Daubert* motions or motions for summary judgment shall be filed by March 31, 2023.

8. Oppositions to any *Daubert* motions or motions for summary judgment shall be filed by April 21, 2023.

9. Replies in support of any *Daubert* motions or motions for summary judgment shall be filed by May 5, 2023.

IT IS SO ORDERED.

/s/ Ramon E. Reyes, Jr.
Honorable Ramon E. Reyes, Jr.
United States Magistrate Judge