# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

Legal Center
One Riverfront Plaza
Newark, New Jersey 07102-5400
Tel: 973-643-7000
Fax: 973-643-6500

**Hervé Gouraige**
**Member of the Firm**
Direct Dial: (973) 643-5989
E-mail: hgouraige@sillscummis.com

101 Park Avenue, 28th Floor
New York, NY 10178
Tel: 212-643-7000
Fax: 212-643-6500

June 22, 2022

**VIA ECF**

The Honorable Pamela K. Chen
District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East, Chambers N 631
Brooklyn, NY 11201

Re: *Securities and Exchange Commission v. Richard Xia, a/k/a Yi Xia, et al.,*
**21-cv-05350-PKC-RER**

Dear Judge Chen:

Pursuant to the Court's June 8, 2022 Order, I write to inform the court that relief defendant Julia Yue has retained new counsel who have filed appearances. (Dkt. 153-55 & 158.)

As provided in the June 8 Order, counsel from Sills Cummis will attend the June 28, 2022 settlement conference to address any issues relating to the firm's motion (Dkt. 89) to disgorge funds for payment of its legal fees or, in the alternative, for an equitable lien on funds and assets frozen by court order. In connection with that motion, attached as Exhibit A to this letter is the most current statement of account reflecting both AR and WIP through June 22, 2022.

Respectfully submitted,

*/s/ Hervé Gouraige*

# Exhibit A

# Sills Cummis & Gross
A Professional Corporation

The Legal Center
One Riverfront Plaza
Newark, NJ 07102-5400
(973) 643-7000

Mr. Richard Xia
42- 31 Union Street
Flushing, NY 11355

**STATEMENT OF ACCOUNT**
June 22, 2022

Client No. 08840032
Billing Attorney: HG

Federal Tax ID 22-1920331

| Invoice Date | Invoice # | Services | Disbursements | Total | Payments & Write-offs | Invoice Balance |
|---|---|---|---|---|---|---|
| Matter: 08840032.000001 SEC v. Richard Xia, a/ka Yi Xia, et al. | | | | | | |
| 01/10/22 | 2013246 | 248,389.50 | 657.93 | 249,047.43 | 171,626.98 | 77,420.45 |
| 02/09/22 | 2015053 | 308,675.50 | 5,300.68 | 313,976.18 | 0.00 | 313,976.18 |
| 03/03/22 | 2016165 | 228,282.50 | 4,855.08 | 233,137.58 | 0.00 | 233,137.58 |
| 04/07/22 | 2018206 | 69,747.00 | 598.40 | 70,345.40 | 0.00 | 70,345.40 |
| 05/06/22 | 2019877 | 380.00 | 541.00 | 921.00 | 0.00 | 921.00 |
| **Matter Total:** | | | | **$867,427.59** | **$171,626.98** | **$695,800.61** |
| **Total Remaining Balance Due** | | | | **$867,427.59** | **$171,626.98** | **$695,800.61** |

| Current | 31-60 Days | 61-90 Days | 91-120 Days | Over 120 Days |
|---|---|---|---|---|
| 0.00 | 921.00 | 70,345.40 | 233,137.58 | 391,396.63 |

**Remit payment to:**

**By Wire or ACH Transfer:**
Bank Name: Citi Private Bank
Bank ABA Number:
Bank Address: New York, NY
Account Number:
Account Name: Sills Cummis & Gross P.C.
SWIFT Code:

Federal Tax Id:

Please include invoice number(s) on remittances

**By Check:**
Sills Cummis & Gross P.C.
Attention: Accounts Receivable
One Riverfront Plaza, Newark, NJ 07102

All invoices are due upon receipt.

Email questions to:
Billing@sillscummis.com



Matter A/R Status

**Filters**
Client: 03840032  Xia, Richard
Matter: 000001  SEC v. Richard XiaI, a/ka Yi Xia, et al

**Details**

| | Billed | Paid | Write Offs | A/R | WIP |
|---|---|---|---|---|---|
| Fees | $1,123,294.00 | ($438,765.05) | ($23.50) | $684,505.45 | $9,110.00 |
| Disb | $12,543.41 | ($1,234.95) | ($13.30) | $11,295.16 | $3,906.03 |
| Retainer | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Totals | $1,135,837.41 | ($440,000.00) | ($36.80) | $695,800.61 | $13,016.03 |

Last Pmt Date:
Last Pmt Amt: $0.00

# SILLS CUMMIS & GROSS P.C.
# BILLED, COLLECTED, AND WRITE-OFFS LTD
# FOR PERIOD JUN 2022

**Client:** Xia, Richard (08840032)   **Run Date:** 6-22-2022

**Matter:** All

| | Invoice | Date | Fees | Cost | Total |
|---|---|---|---|---|---|
| **BILL** | 2010311 | 11/11/2021 | 32,900.00 | 112.00 | 33,012.00 |
| **PAYMENT** | Not Available | Not Available | (32,900.00) | (112.00) | (33,012.00) |
| **BILL** | 2011615 | 12/07/2021 | 234,896.00 | 465.02 | 235,361.02 |
| **PAYMENT** | Not Available | Not Available | (234,896.00) | (465.02) | (235,361.02) |
| **BILL** | 2013246 | 01/10/2022 | 248,389.50 | 657.93 | 249,047.43 |
| **PAYMENT** | Not Available | Not Available | (170,969.05) | (657.93) | (171,626.98) |
| **BILL** | 2015053 | 02/09/2022 | 308,675.50 | 5,300.68 | 313,976.18 |
| **BILL** | 2016165 | 03/03/2022 | 228,282.50 | 4,855.08 | 233,137.58 |
| **BILL** | 2018206 | 04/07/2022 | 69,747.00 | 598.40 | 70,345.40 |
| **BILL** | 2019877 | 05/06/2022 | 380.00 | 541.00 | 921.00 |
| **GRAND TOTAL AR DUE** | | | 684,505.45 | 11,295.16 | 695,800.61 |
| **TOTAL BILLED LTD** | | | 1,123,294.00 | 12,543.41 | 1,135,837.41 |
| **TOTAL COLLECTED LTD** | | | (438,765.05) | (1,234.95) | (440,000.00) |
| **CURRENT UNBILLED FEES AND COSTS** | | | | 13,016.03 | |
| **TOTAL UNAPPLIED CASH** | | | | - | |