UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE
COMMISSION,

                              Plaintiff,

     -against-

RICHARD XIA, a/k/a YI XIA; and
FLEET NEW YORK METROPOLITAN REGIONAL
CENTER, LLC, f/k/a FEDERAL NEW YORK
METROPOLITAN REGIONAL CENTER, LLC;

                              Defendants,

     -and-

JULIA YUE, a/k/a JIQING YUE, XI VERFENSTEIN,
and XINMING YU,

                            Relief Defendants.

21 Civ. 5350 (PKC)

---

**ORDER APPROVING THE MONITOR'S**
**<u>INTERIM FEE APPLICATION</u>**

     Upon the Monitor's Motion for Approval of Interim Fee Application ("Application") of M. Scott Peeler, Court-appointed monitor (the "Monitor"), for entry of an order, approving payment to ArentFox Schiff LLP f/k/a Arent Fox LLP ("ArentFox"), pursuant to the Order Appointing Monitor so ordered on September 27, 2021 ("Monitor Order"), to compensate ArentFox for services the Monitor rendered for the six month time period of November 1, 2021 through April 30, 2022, and J.S. Held for the time period of November 3, 2021 through January 28, 2022, the Certification of M. Scott Peeler in Support of the Application (the "Certification"), and it appearing that, based on the Application and the Certification, the compensation ArentFox

1

requests is authorized by Paragraph 30 of the Monitor Order; and notice of the Application, given as described therein, was good and sufficient notice thereof.

**NOW, THEREFORE**, based upon the Application and all of the proceedings before this Court, and after due deliberation and sufficient cause appearing therefore, and no objection to the Application having been raised, it is hereby:

**ORDERED** that the Monitor's Application for fees in the total amount of $1,040,042.76 ("ArentFox Fee Total") is granted in its entirety; and it is further

**ORDERED** that the Monitor is entitled to immediate compensation of $936,000.49, which shall be paid to ArentFox within seven (7) days of the entry of this Order; and it is further

**ORDERED** that $104,042.27, representing a ten (10%) percent hold back from the ArentFox Fee Total will be deposited into an escrow account of ArentFox and held for payment at the Court's discretion when the Monitor files a final fee application at the close of this Monitorship; and it is further

**ORDERED** that J.S. Held is entitled to immediate compensation of $293,350.00 ("J.S. Held Fee Total"), which shall be paid to J.S. Held within seven (7) days of the entry of this Order; and it is further

**ORDERED** that CTBC shall temporarily unfreeze Defendants' CTBC bank account, LaGuardia Performance Center LLC, ending in 9799, for the sole purpose of paying the ArentFox Fee Total and J.S. Held Fee Total, including the Hold Back Amount(s), within seven (7) days of the entry of this Order; and it is further

**ORDERED** that the Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

**SO ORDERED**, this 29th day of June, 2022.

*/s/ Pamela K. Chen*

Pamela K. Chen
United States District Court Judge