August 25, 2022

**VIA ECF**

The Honorable Pamela K. Chen
United States District Court
Eastern District of New York
225 Cadman Plaza East, Chambers N 631
Brooklyn, NY 11201

Re: **_SEC v. Richard Xia et al._, 21-cv-05350-PKC-RER**

Dear Judge Chen:

Plaintiff Securities and Exchange Commission ("SEC"); Defendants Richard Xia ("Xia") and Fleet New York Metropolitan Regional Center ("Fleet," and with Xia, "Defendants"); and Relief Defendants Julia Yue ("Yue"), Xi Verfenstein ("Verfenstein"), and Xinming Yu ("Yu,"), respectfully submit this joint letter pursuant to the Court's text order dated July 25, 2022.

I.      **SEC's motion for a preliminary injunction freezing assets, appointing a monitor, and granting other relief**

- Dkt. 2, 3, 4, 5, 6, 7 – SEC's moving papers:
    - Dkt. 2-2: SEC's brief in support of the motion
    - Dkt. 2-3: Declaration of David Stoelting
    - Dkt. 3: Declaration of Robert Thompson
    - Dkt. 4: Declaration of Annie Seelaus
    - Dkt. 5: Declaration of Sunil K. Aggarwal
    - Dkt. 6: Declaration of Kim Han (with Exhibits 1 – 89)
    - Dkt. 7: Declaration of Raymond Dookhie (with Exhibits 1 – 51)
- Dkt. 43 – Defendants' and Yue's opposition brief
    - Dkt. 44: Declaration of Herve Gouraige
    - Dkt. 46: Exhibits 1 – 45
- Dkt. 48 – SEC's reply brief
- Dkt. 103 – SEC's post-hearing brief in further support of the motion
- Dkt. 124 – Defendants' post-hearing brief opposing the motion
    - Dkt. 125: Declaration of Mark Rivkin  (with Exhibits A and B)
- Dkt. 132 – SEC's post-hearing reply brief

Status: Counsel for the SEC and for Defendants have had some discussions regarding a negotiated stipulation. A settlement conference was held on June 28, 2022. At present, it does not appear that a resolution will be reached.

Hon. Pamela K. Chen
August 25, 2022
Page 2

**II.    SEC's motion to extend the asset freeze as to Yue and
for an asset freeze as to Verfenstein and Yu**

- Dkt. 99: Notice of Motion
- Dkt. 100: Plaintiff's Brief in Support of Motion to Extend the Asset freeze to Certain Assets of Relief Defendants Julia Yue, Xi Verfenstein and Xinming Yue
- Dkt. 101: Declaration of Kim Han (with Exhibits 1 – 37)
- Dkt. 102: Declaration of Kim Han (with Exhibits 38 – 70)
- Dkt. 120 – Relief Defendants Xi Verfenstein and Xinming Yu's Memorandum of Law in Opposition to Plaintiff's Motion to Extend the Asset Freeze to Certain Assets
- Dkt. 127 – Defendants' Memorandum of Law in Opposition to Plaintiff's Motion to Expand Asset Freeze
- Dkt. 128 – SEC's Reply Memorandum of Law in Support of Plaintiff's Motion to Extend the Asset Freeze to Certain Assets of relief Defendants Xi Verfenstein and Xinming Yu
- Dkt. 133 – SEC's Reply Memorandum of Law in Further Support of Plaintiff's Motion to Extend the Asset Freeze to Certain Assets of the Relief Defendants

Status: The parties have not had any discussions regarding a negotiated stipulation that would resolve this motion.

**III.    Defendants' and Relief Defendant Yue's Motion to Vacate or Modify Asset Freezing Order**

On August 15, 2022, Defendants and Relief Defendant Yue served their Motion to Vacate or Modify Asset Freezing Order, and accompanying papers in support of their motion, on the SEC and the other Relief Defendants.

The SEC's Opposition Brief is due September 1, 2022 and the Defendants' and Relief Defendant Yue's Reply Brief is due September 8, 2022.

Pursuant to the Court's August 5, 2022 Docket Order, the moving and opposing parties will file their motion papers on ECF after the motion is fully briefed.

Status:    At present, it does not appear that a resolution will be reached.

Hon. Pamela K. Chen
August 25, 2022
Page 3

Respectfully submitted,

/s/ David Stoelting
Kevin P. McGrath
David Stoelting
Kim Han
Securities and Exchange Commission
Attorneys for Plaintiff

/s/ Mark C. Rifkin
Benjamin Kaufman
Mark C. Rifkin
Wolf Haldenstein Adler Freeman & Herz LLP
Attorneys for Defendants and Relief Defendant Yue

/s/ Michael J. Rinaldi
Michael J. Rinaldi
Duane Morris LLP
Attorneys for Relief Defendants Xi Verfenstein and Xinming Yu