

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
100 Pearl Street, Suite 20-100
New York, NY 10004-2616

New York
Regional Office

September 9, 2022

<u>**VIA Email**</u>
Mark Rifkin, Esq,
Michael Rinaldi, Esq.
Randall Eng, Esq.

    Re: *SEC v. Richard Xia et al.*, 21-cv-05350-PKC-RER

Counsel:

We enclose copies of the SEC's memorandum of law in opposition to Defendants' motion to vacate or modify the asset freezing order, along with the Declaration of David Stoelting and supporting exhibits.

Pursuant to Judge Chen's text order of August 5, 2022, we are filing this letter on ECF and will file the SEC's opposition papers on ECF once Defendants' motion is fully submitted.

                                      Respectfully submitted,
                                      <u>/s/ David Stoelting</u>
                                      Kevin P. McGrath
                                      David Stoelting
                                      Kim Han
                                      Attorneys for the
                                      Securities and Exchange
                                      Commission