UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>RICHARD XIA, a/k/a YI XIA, et al.,<br><br>　　　　　　　Defendants,<br><br>　　and<br><br>JULIA YUE, a/k/a JIQUING YUE, et al.,<br><br>　　　　　　　Relief Defendants. | No. 21-cv-05350-PKC-RER<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANTS' NOTICE OF MOTION TO
VACATE OR MODIFY ASSET FREEZING ORDER**

TO ALL PARTIES AND THEIR COUNSEL:

　　TAKE NOTICE THAT, upon Defendants' Memorandum of Law in Support of Their Motion to Lift or Modify Asset Freezing Order, the accompanying Affidavit of Michael Amideo with exhibits, and the accompanying Declaration of Mark C. Rifkin in Support of Defendants' Motion to Vacate or Modify Asset Freeze, Defendants, Richard Xia ("Xia") and Fleet New York Metropolitan Regional Center, LLC ("Fleet"), and Relief Defendant Julia Yue ("Yue"), by and through their undersigned counsel, hereby move to vacate or modify the temporary restraining order entered on September 27, 2021 (the "Asset Freezing Order") freezing Defendants' assets "up to the amount of $229 million." ECF No. 95-1.

| | |
|---|---|
| Dated: August 15, 2022 | MEYER, SUOZZI, ENGLISH<br>　& KLEIN, P.C. |

By:   s/ Randall T. Eng
     Randall T. Eng
     900 Stewart Avenue
     Suite 300
     Garden City, NY  11530
     (516) 741-6565
     reng@msek.com

     WOLF HALDENSTEIN ADLER
     FREEMAN & HERZ LLP

By: s/ Mark C. Rifkin
     Mark C. Rifkin
     Benjamin Y. Kaufman
     Robert Y. Altchiler
     270 Madison Avenue
     9th Floor
     New York, NY  10016
     (212) 545-4600
     rifkin@whafh.com
     kaufman@whafh.com
     altchiler@whafh.com

     *Attorneys for Defendants and*
     *Relief Defendant Yue*