UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>RICHARD XIA, a/k/a YI XIA, et al.,<br><br>　　　　　　Defendants,<br><br>　and<br><br>JULIA YUE, a/k/a JIQUING YUE, et al.,<br><br>　　　　　　Relief Defendants. | No. 21-cv-05350-PKC-RER<br><br>**JURY TRIAL DEMANDED** |

STATE OF NEW YORK　　：
　　　　　　　　　　　：　ss.
COUNTY OF QUEENS　　：

## REPLY AFFIDAVIT OF RICHARD XIA

RICHARD XIA, being duly sworn according to law, hereby declares and states as follows:

1. I am one of the defendants in this action. I submit this Reply Affidavit to provide information to the Court regarding the scope and depth of the extensive work I have performed on both the Eastern Mirage and Eastern Emerald Projects, which is relevant to some of the issues raised by the SEC in its opposition to the motion to vacate or modify the Asset Freezing Order. I have personal knowledge of the facts stated herein, and if called as a witness, I could and would testify competently thereto.

2. I have management oversight for the company Fleet Architects Inc., located at

13620 38th Ave, Suite 10f, Flushing, NY 11354.  The responsible managing agent for Fleet Architects Inc. is Xi Verfenstein, a licensed architect in good standing in the State of New York. Xi Verfenstein's license number is 040416.

3. I am also a licensed professional engineer in good standing in the State of New York. My license number is 091221.  My ID No. with the NYC Dept. of Buildings is N11034. As a Professional Engineer (PE) I am allowed to perform architectural design work, as well as signing and sealing architectural drawing in New York City under the Department of Buildings ("NYC DOB").  However, the use of the singular title "Engineer of Record" cannot, for my role in these projects, fully capture those deeper workloads with respect to obtaining NYC DOB approval of all architectural drawings.  For example, during the design development phase for each project, I served as the Lead Architect.  I was also the designated "Applicant" or "Applicant of Record" where applications were made to public authorities for approvals.  As each of the projects moved into the construction phase, more work arose requiring the attention of the "Engineer of Record."  Thus, the individual "Role" I played with respect to the project is indicated with respect to each exhibit and document referenced below.

4. I am also a licensed NYC Dept. of Buildings Concrete Safety Manager in good standing in the State of New York. My license number is 2453.

5. I am also a Construction Site Fire Safety Manager certified by the New York City Fire Department, in good standing. My certification number is 86188059.

6. I am also a licensed NYC Dept. of Buildings Site Safety Manager, in good standing in the State of New York. My license number is 2667.

7. The development, design, architectural, and professional engineering services I have performed for the Eastern Mirage and Eastern Emerald Projects are extensive, and

voluminous records exist to substantiate that work at all levels. I personally participated in and completed a very challenging, multi-round, full design-build process through a special permit process with the Federal Aviation Administration ("FAA"), New York City Board of Standards and Appeals ("BSA"), Port Authority, New York City Department of Buildings ("NYC DOB"), New York City Department of Transportation ("NYC DOT"), New York City Department of Environmental Protection ("NYC DEP"), New York State Department of Environmental Conservation ("NYS DEC"), New York State ("NYS") and New York State Energy Research & Development ("NYSERDA").

8. To assist the Court, I am providing a sampling of project records from both Projects showing the depth and breadth of my involvement over approximately the last ten (10) years of development. The sampling of project records is by no means an exhaustive list of all the documents related to all the work I have performed for the Eastern Emerald and Eastern Mirage Projects.

9. Attached hereto as Exhibit 1 are true and correct copies of a sample of documents relating to the Brownfield Site Cleanup at 112-21 Northern Boulevard in Queens. These documents show a cross section of the efforts involved in site and soils remediation at the 112-21 Northern Boulevard site location. Descriptions of individual documents contained within Exhibit 1 are set forth below:

| Tab | Date | Name | Role | Description of Document |
|-----|------|------|------|-------------------------|
| 1.1 | 12/12/2013 | Richard Xia | Executive | 112-21 Northern Blvd Product Recovery Proposal |
| 1.2 | 12/20/2013 | Richard Xia | Project Executive | Revised Fleet Product Recovery Proposal |
| 1.3 | 1/8/2014 | Richard Xia | Applicant | 112-21 Northern Blvd C241157 Xia BCP LOC |
| 1.4 | 4/18/2014 | Richard Xia | Lead Engineer | Brownfield Cleanup Approval |
| 1.5 | 11/4/2014 | Richard Xia | Project Executive | C241157 RAWP MH comments |

| | | | | |
|---|---|---|---|---|
| 1.6 | 12/12/2014 | Richard Xia | Project Executive | C241157 112-21 Northern Remedial Investigation Report |
| 1.7 | 1/13/2015 | Richard Xia | Project Executive | Roux-ISCO Injection Proposal |
| 1.8 | 1/20/2015 | Richard Xia | Applicant | 112-21 Northern Blvd RWP-DD approval |
| 1.9 | 1/20/2015 | Richard Xia | Applicant | 112-21 Northern DD final 1-20-15 w figures |
| 1.10 | 1/21/2015 | Richard Xia | Applicant | USA EPA Authorization letter for Northern Blvd |
| 1.11 | 2/11/2015 | Richard Xia | Executive | P Park NJ, LLC Application for Reclamation |
| 1.12 | 2/19/2015 | Richard Xia | Executive | 112-21 Northern Blvd. Executed Remediation Proposal |
| 1.13 | 2/20/2015 | Richard Xia | Project Executive | Site Operations Plan - 2364 |
| 1.14 | 3/10/2015 | Richard Xia | Executive | NJ residential soil |
| 1.15 | 3/10/2015 | Richard Xia | Executive | petroleum soil |
| 1.16 | 3/12/2015 | Richard Xia | Executive | 112-21 Northern Boulevard Proposal |
| 1.17 | 3/18/2015 | Richard Xia | Applicant | 2015 BCP COC Meeting Invitation 112-21 Northern |
| 1.18 | 3/25/2015 | Richard Xia | Project Executive | Monthly Progress Report-February 2015 - 2364 |
| 1.19 | 4/14/2015 | Richard Xia | Applicant | C241157 |
| 1.20 | 4/23/2015 | Richard Xia | Executive | 112-21 Northern Boulevard Revised Proposal |
| 1.21 | 4/30/2015 | Richard Xia | Project Executive | |
| 1.22 | 5/7/2015 | Richard Xia | Project Executive | Monthly Progress Report, March 2015 2364 (rev) |
| 1.23 | 5/20/2015 | Richard Xia | Executive | Signed Soil Disposal Approval Request - 2364 (final) |
| 1.24 | 6/5/2015 | Richard Xia | Executive | OPL002 Approval Letter Final |
| 1.25 | 6/19/2015 | Richard Xia | Executive | Clean Earth Proposal Comments |
| 1.26 | 6/23/2015 | Richard Xia | Executive | Eastern Emerald |
| 1.27 | 6/29/2015 | N/A | N/A | DOT Building Operation permit 1 |
| 1.28 | 7/2/2015 | Richard Xia | Project Executive | Monthly Progress Report-2015 May - 2364 |
| 1.29 | 8/10/2015 | Richard Xia | Project Executive | Monthly Progress Report - June 2015 2364 |
| 1.30 | 8/11/2015 | Richard Xia | Project Executive | Revised End-Point Soil Sampling Plan 2364 |
| 1.31 | 8/26/2015 | Richard Xia | Project Executive | Revised Hot Spot Excavation Plan - 2364 |

| Tab | Date | Name | Role | Description of Document |
|---|---|---|---|---|
| 1.32 | 8/31/2015 | Richard Xia | Applicant | PBS Report 20150831 |
| 1.33 | 8/31/2015 | Richard Xia | Project Engineer | Remedial Action Plan Markup |
| 1.34 | 9/8/2015 | Richard Xia | Project Executive | Progress Report, July 2015 - 2364 |
| 1.35 | 9/28/2015 | Richard Xia | Project Executive | Monthly Progress Report- August 2015 - 2364 |
| 1.36 | 10/2/2015 | N/A | N/A | Notice of Recording |
| 1.37 | 10/14/2015 | Richard Xia | Project Executive | 112-21 Northern Blvd Site No 241157 - Revised Hot-Spot Remediation Plan |
| 1.38 | 10/20/2015 | Richard Xia | Project Executive | Monthly Progress Report September 2015 - 2364 |
| 1.39 | 10/26/2015 | Richard Xia | Project Executive | 112-21 Northern Blvd Site No 241156 Revised Hot Spot Delineation and Remediation Plan |
| 1.40 | 11/24/2015 | Richard Xia | Project Executive | Progress Report-October 2015 - 2364 |
| 1.41 | 11/30/2015 | Richard Xia | Project Manager (Remediation Oversight and Project Quality Assurance) | Emerald Brownfield Final Engineering Report |
| 1.42 | 12/23/2015 | Richard Xia | Applicant | C241157 COC for 112-21 Northern Boulevard |
| 1.43 |  | Richard Xia | Owner and Applicant | 112-21 Northern Blvd Petroleum Bulk Storage Application Form |

10.     Attached hereto as Exhibit 2 are true and correct copies of a sample of documents relating to Board of Standards and Appeals ("BSA") for the Eastern Emerald Project. These documents include BSA related documents, for which I had primary responsibility for both projects as Lead Engineer for BSA Approval. Descriptions of individual documents contained within Exhibit 2 are set forth below:

| Tab | Date | Name | Role | Description of Document |
|---|---|---|---|---|
| 2.1 | 6/1/2014 | Richard Xia | Project Engineer | Approved BSA Set Emerald |
| 2.2 | 4/10/2019 | Richard Xia | Lead Engineer | BSA submission |
| 2.3 | 11/30/2020 | N/A | N/A | BSA Final Approval 2019-74-BZ re: |

|      |           |             |                          |                                                    |
|------|-----------|-------------|--------------------------|----------------------------------------------------|
|      |           |             |                          | 112-51 Northern Boulevard, Queens                  |
| 2.4  | 4/18/2014 | Richard Xia | Lead Engineer            | Submission - Brownfield Cleanup Approval           |
| 2.5  | 2/26/2020 | Richard Xia | Lead Engineer            | Submission - Flight Obstruction and Circling Maps  |
| 2.6  | 3/12/2020 | Richard Xia | Lead Engineer            | Submission - REVISED Proposed Condition Plans      |
| 2.7  |           | Richard Xia | Community Board Liaison  | Community Board Presentation Material              |
| 2.8  | 8/25/2020 | Richard Xia | Community Board Liaison  | Public Outreach Summary                            |
| 2.9  | 8/25/2020 | Richard Xia | Lead Engineer            | Design Study                                       |
| 2.10 | 8/25/2020 | Richard Xia | Lead Engineer            | Feasibility Study for Building without the Special Permit |
| 2.11 | 8/25/2020 | Richard Xia | Lead Engineer            | REVISED Proposed Condition Plans                   |

11.  Attached hereto as Exhibit 3 are true and correct copies of a sample of documents relating to the professional engineering and architectural design work I performed for both Projects, including submissions, certifications, and analysis related to the designs.  Descriptions of individual documents contained within Exhibit 3 are set forth below:

| Tab | Date       | Name        | Role                | Description of Document                            |
|-----|------------|-------------|---------------------|----------------------------------------------------|
| 3.1 | 1/26/2015  | Richard Xia | Engineer of Record  | Eastern Mirage DOB Approved Architecture Plans     |
| 3.2 | 1/26/2017  | Richard Xia | Engineer of Record  | Eastern Emerald DOB Approved Zoning and Architectural Plans |
| 3.3 | 3/16/2020  | Richard Xia | Engineer of Record  | DOB Approved Architecture Plan - Eastern Mirage    |
| 3.4 | 12/18/2020 | Richard Xia | Lead Architect      | Eastern Emerald 65 DD                              |
| 3.5 | 1/22/2021  | Richard Xia | Lead Architect      | Eastern Emerald Structural Progress                |
| 3.6 | 8/13/2021  | Richard Xia | Engineer of Record  | DOB Approved Architectural Plan - Eastern Emerald  |
| 3.7 | 9/10/2021  | Richard Xia | Lead Architect      | Eastern Emerald 50 DD ELECTRICAL                   |
| 3.8 | 9/10/2021  | Richard Xia | Lead Architect      | Eastern Emerald 50 DD MECH                         |
| 3.9 | 9/10/2021  | Richard Xia | Lead Architect      | Eastern Emerald 50 DD PLBG                         |

| Tab | Date | Name | Role | Description of Document |
|---|---|---|---|---|
| 3.10 | 9/10/2021 | Richard Xia | Lead Architect | Eastern Emerald 50 DD SPRK |
| 3.11 |  | Richard Xia | Applicant & Design Professional | Eastern Mirage Signoff and TCO Checklist |
| 3.12 | 8/18/2021 | Richard Xia | Owner | MEP Geo Meeting Agenda |
| 3.13 | 8/19/2021 | Richard Xia | Owner | Task satisfaction confirmation |
| 3.14 | 10/7/2021 | Richard Xia | Owner | GEOThermal Engineering Proposal |
| 3.15 | 10/22/2021 | Richard Xia | Owner | Task 1 satisfaction confirmation |
| 3.16 | 2/15/2021 | Richard Xia | Lead Architect | Eastern Emerald - Concep Design Invoice |
| 3.17 | 11/3/2021 | Richard Xia | Lead Architect | Eastern Emerald - Facade-Details-IN-PROGRESS |
| 3.18 | 11/4/2021 | Richard Xia | Lead Architect | Eastern Emerald - LaGuardia Façade Access 100DD |
| 3.19 | N/A | Richard Xia | Lead Architect | Eastern Emerald - SASI Studio Concept Design Schedule Updated |
| 3.20 | N/A | Richard Xia | Lead Architect | Eastern Emerald - Floor Plan |

12. Attached hereto as **Exhibit 4** are true and correct copies of a sample of documents relating to the work I performed Eastern Emerald Project, including Owner-Architect-Contractor ("OAC") meeting minutes and memoranda. Descriptions of individual documents contained within **Exhibit 4** are set forth below:

| Tab | Date | Name | Role | Description of Document |
|---|---|---|---|---|
| 4.1 | 1/21/2020 | Richard Xia | Lead Architect | Eastern Emerald - OAC-meeting memorandum |
| 4.2 | 2/4/2020 | Richard Xia | Lead Architect | Eastern Emerald - OAC-meeting memorandum |
| 4.3 | 2/11/2020 | Richard Xia | Lead Architect | Eastern Emerald - OAC-meeting memorandum |
| 4.4 | 2/18/2020 | Richard Xia | Lead Architect | Eastern Emerald - OAC-meeting memorandum |
| 4.5 | 2/21/2020 | Richard Xia | Lead Architect | Eastern Emerald - OAC-meeting memorandum |
| 4.6 | 7/15/2020 | Richard Xia | Lead Architect | Eastern Emerald - OAC-meeting memorandum |
| 4.7 | 7/22/2020 | Richard Xia | Lead Architect | Eastern Emerald - OAC-meeting memorandum |
| 4.8 | 8/5/2020 | Richard Xia | Lead Architect | Eastern Emerald - OAC-meeting memorandum |

| | | | | |
|---|---|---|---|---|
| 4.9 | 9/21/2020 | Richard Xia | Lead Architect | Eastern Emerald - OAC-meeting memorandum |
| 4.10 | 11/4/2020 | Richard Xia | Lead Architect | Eastern Emerald - OAC-meeting memorandum |
| 4.11 | 12/3/2020 | Richard Xia | Lead Architect | Eastern Emerald - OAC-meeting memorandum |
| 4.12 | 1/28/2021 | Richard Xia | Lead Architect | Eastern Emerald - OAC-meeting memorandum |
| 4.13 | 2/11/2021 | Richard Xia | Lead Architect | Eastern Emerald - OAC-meeting memorandum |
| 4.14 | 3/4/2021 | Richard Xia | Lead Architect | Eastern Emerald - OAC-meeting memorandum |
| 4.15 | 3/11/2021 | Richard Xia | Lead Architect | Eastern Emerald - OAC-meeting memorandum |
| 4.16 | 3/25/2021 | Richard Xia | Lead Architect | Eastern Emerald - OAC-meeting memorandum |
| 4.17 | 4/1/2021 | Richard Xia | Lead Architect | Eastern Emerald - OAC-meeting memorandum |
| 4.18 | 4/15/2021 | Richard Xia | Lead Architect | Eastern Emerald - OAC-meeting memorandum |
| 4.19 | 5/6/2021 | Richard Xia | Lead Architect | Eastern Emerald - OAC-meeting memorandum |
| 4.20 | 5/13/2021 | Richard Xia | Lead Architect | Eastern Emerald - OAC-meeting memorandum |
| 4.21 | 5/27/2021 | Richard Xia | Lead Architect | Eastern Emerald - OAC-meeting memorandum |
| 4.22 | 7/22/2021 | Richard Xia | Lead Architect | Eastern Emerald - OAC-meeting memorandum |
| 4.23 | 7/29/2021 | Richard Xia | Lead Architect | Eastern Emerald - OAC-meeting memorandum |
| 4.24 | 8/5/2021 | Richard Xia | Lead Architect | Eastern Emerald - OAC-meeting memorandum |
| 4.25 | 8/12/2021 | Richard Xia | Lead Architect | Eastern Emerald - OAC-meeting memorandum |
| 4.26 | 8/26/2021 | Richard Xia | Lead Architect | Eastern Emerald - OAC-meeting memorandum |
| 4.27 | 9/2/2021 | Richard Xia | Lead Architect | Eastern Emerald - OAC-meeting memorandum |
| 4.28 | 9/9/2021 | Richard Xia | Lead Architect | Eastern Emerald - OAC-meeting memorandum |
| 4.29 | 9/23/2021 | Richard Xia | Lead Architect | Eastern Emerald - OAC-meeting memorandum |
| 4.30 | 10/7/2021 | Richard Xia | Lead Architect | Eastern Emerald - OAC-meeting memorandum |
| 4.31 | 10/14/2021 | Richard Xia | Lead Architect | Eastern Emerald - OAC-meeting memorandum |

| Tab | Date | Name | Role | Description of Document |
|---|---|---|---|---|
| 4.32 | 10/22/2021 | Richard Xia | Lead Architect | Eastern Emerald - OAC-meeting memorandum |
| 4.33 | 10/28/2021 | Richard Xia | Lead Architect | Eastern Emerald - OAC-meeting memorandum |

        13.      Attached hereto as Exhibit 5 are true and correct copies of a sample of documents relating to the professional engineering work I performed for the Eastern Mirage Project, including approved engineering drawings for the Project. Descriptions of individual documents contained within Exhibit 5 are set forth below:

| Tab | Date | Name | Role | Description of Document |
|---|---|---|---|---|
| 5.1 | 6/8/2016 | Richard Xia | Engineer of Record | Electrical Plan Set |
| 5.2 | 11/22/2017 | Richard Xia | Engineer of Record | Electrical Control Plan Set |
| 5.3 | 5/12/2020 | Richard Xia | Lead Engineer | DOB EPR - QN00227 - Approved plans |
| 5.4 | 2/29/2021 | Richard Xia | Engineer of Record | LOW-VOLTAGE SET |
| 5.5 | 7/26/2021 | Richard Xia | Engineer of Record | Lighting Plan |
| 5.6 | 5/24/2019 | Richard Xia | Engineer of Record | DOB Approved Sprinkler Set |
| 5.7 | 5/24/2019 | Richard Xia | Engineer of Record | (OLD) DOB Approved Mechanical Set |
| 5.8 | 7/26/2021 | Richard Xia | Engineer of Record | New Approved MECH SET |
| 5.9 | 8/30/2013 | Richard Xia | Lead Architect | (Sample with Notes and details) DOB Approved Set-Plumbing |
| 5.10 | 3/21/2021 | Richard Xia | Engineer of Record | DOB Approved Plumbing Set |
| 5.11 | 7/26/2021 | Richard Xia | Engineer of Record | Approved PLUMBING SET |
| 5.12 | 5/24/2019 | Richard Xia | Engineer of Record | Approved Structure Set |
| 5.13 | 8/20/2020 | Richard Xia | Lead Architect | BACKYARD CORRIDOR Support of Excavation plan |

        14.      Attached hereto as Exhibit 6 are true and correct copies of a sample of Design Construction Documents relating to the design and construction work I performed for the Eastern

Emerald Project. Descriptions of individual documents contained within Exhibit 6 are set forth below:

| Tab | Date | Name | Role | Description of Document |
|---|---|---|---|---|
| 6.1 | 6/13/2014 | Richard Xia | Engineer of Record | DOB Plot Diagram of Zoning Lot |
| 6.2 | 7/3/2014 | Richard Xia | Engineer of Record | DOB Occupancy Use Plan Application |
| 6.3 | 7/3/2014 | Richard Xia | Engineer of Record | DOB Street Tree Checklist |
| 6.4 | 7/7/2014 | Richard Xia | Engineer of Record | Eastern Emerald Project DOB Architectural Approval |
| 6.5 | 11/25/2014 | Richard Xia | Engineer of Record | NYC Parks Street Tree Plan Application |
| 6.6 | 12/15/2014 | Richard Xia | Engineer of Record | Eastern Emerald Project DOB Architectural Approval |
| 6.7 | 12/17/2014 | Richard Xia | Engineer of Record | DOB Occupancy Use Schedule |
| 6.8 | 12/17/2014 | Richard Xia | Engineer of Record | DOB Zoning Diagram |
| 6.9 | 1/12/2015 | N/A | N/A | Eastern Emerald Project NYC DOT Permit |
| 6.10 | 2/5/2015 | N/A | N/A | Support of Excavation permit.pdf |
| 6.11 | 3/18/2015 | N/A | N/A | Eastern Emerald Project NYC DOT Permit |
| 6.12 | 4/10/2015 | N/A | N/A | Eastern Emerald Project NYC DOT Permit |
| 6.13 | 4/16/2015 | Richard Xia | Engineer of Record | DOB Plumbing Sprinkler Standpipe Schedule |
| 6.14 | 4/16/2015 | Richard Xia | Engineer of Record | DOB Plumbing Combined Sewer Connection Application |
| 6.15 | 4/16/2015 | Richard Xia | Engineer of Record | Eastern Emerald Project DOB Architectural Approval |
| 6.16 | 4/17/2015 | Richard Xia | Engineer of Record | Eastern Emerald Project DOB Architectural Approval |
| 6.17 | 4/20/2015 | Richard Xia | Engineer of Record | DOB Plumbing Sprinkler Standpipe Schedule |
| 6.18 | 4/20/2015 | Richard Xia | Engineer of Record | Eastern Emerald Project DOB Architectural Approval |
| 6.19 | 4/23/2015 | Richard Xia | Engineer of Record | Eastern Emerald Project DOB Architectural Approval |
| 6.20 | 5/27/2015 | Richard Xia | Engineer of Record | DOB Occupancy Use Schedule |
| 6.21 | 6/30/2015 | | | Support of Excavation permit |
| 6.22 | 7/31/2015 | Richard Xia | Engineer of Record | Eastern Emerald Project DOB Architectural Approval |
| 6.23 | 12/5/2016 | N/A | N/A | Support of Excavation permit |
| 6.24 | 4/25/2017 | N/A | N/A | Support of Excavation permit |

| | | | | |
|---|---|---|---|---|
| 6.25 | 5/4/2017 | N/A | N/A | Support of Excavation permit |
| 6.26 | 5/5/2017 | N/A | N/A | Support of Excavation permit |
| 6.27 | 7/8/2017 | N/A | N/A | DOB Project Specific Insurance Summary |
| 6.28 | 8/3/2017 | N/A | N/A | Support of Excavation permit |
| 6.29 | 8/15/2017 | Richard Xia | Engineer of Record | Eastern Emerald Project DOB Architectural Approval |
| 6.30 | 9/6/2017 | N/A | N/A | Construction Fence permit |
| 6.31 | 9/11/2017 | N/A | N/A | Earthwork Permit |
| 6.32 | 9/11/2017 | Richard Xia | Concrete Safety Manager | Foundation work permit |
| 6.33 | 9/26/2017 | N/A | N/A | Construction Fence permit |
| 6.34 | 11/20/2017 | N/A | N/A | Construction Fence permit |
| 6.35 | 11/20/2017 | N/A | N/A | Earthwork permit |
| 6.36 | 11/20/2017 | N/A | N/A | Foundation permit |
| 6.37 | 11/20/2017 | N/A | N/A | Support of Excavation permit |
| 6.38 | 3/26/2018 | N/A | N/A | Construction Fence permit |
| 6.39 | 3/26/2018 | N/A | N/A | Foundation permit |
| 6.40 | 3/26/2018 | N/A | N/A | Support of Excavation permit |
| 6.41 | 3/30/2018 | N/A | N/A | Construction Fence permit |
| 6.42 | 3/30/2018 | Richard Xia | Concrete Safety Manager | Foundation work permit |
| 6.43 | 5/15/2018 | N/A | N/A | Support of Excavation permit |
| 6.44 | 5/21/2018 | N/A | N/A | Construction Fence permit |
| 6.45 | 5/21/2018 | N/A | N/A | Earthwork permit |
| 6.46 | 5/21/2018 | Richard Xia | Concrete Safety Manager | Foundation work permit.pdf |
| 6.47 | 5/21/2018 | N/A | N/A | Support of Excavation permit |
| 6.48 | 6/28/2018 | N/A | N/A | Foundation permit |
| 6.49 | 6/28/2018 | N/A | N/A | Support of Excavation permit |
| 6.50 | 8/29/2018 | Richard Xia | Engineer of Record | Eastern Emerald Project DOB Architectural Approval |
| 6.51 | 10/11/2018 | Richard Xia | Insurance Insurer | DOB Project Specific Insurance Summary |
| 6.52 | 10/23/2018 | N/A | N/A | Support of Excavation permit |
| 6.53 | 11/29/2018 | N/A | N/A | Support of Excavation permit |
| 6.54 | 12/3/2018 | N/A | N/A | Earthwork permit |
| 6.55 | 11/5/2021 | Richard Xia | Engineer of Record | DOB jobs highlight |
| 6.56 | 11/5/2021 | Richard Xia | Engineer of Record | Eastern Emerald Project NYC DOB Plan Examination Overview.pdf |
| 6.57 | 11/5/2021 | Richard Xia | Lead Architect | Electrical DD Progress |

| Tab | Date | Name | Role | Description of Document |
|---|---|---|---|---|
| 6.58 | 11/5/2021 | Richard Xia | Lead Architect | Fire Alarm DD Progress |
| 6.59 | 11/5/2021 | Richard Xia | Lead Architect | Mechanical DD Progress |
| 6.60 | 11/5/2021 | Richard Xia | Lead Architect | Plumbing DD Progress |
| 6.61 | 11/5/2021 | Richard Xia | Lead Architect | Sprinkler DD Progress |

15. Attached hereto as Exhibit 7 are true and correct copies of a sample of Eastern Mirage Design Construction Documents relating to the work I performed for that Project, including. Descriptions of individual documents contained within Exhibit 7 are set forth below:

| Tab | Date | Name | Role | Description of Document |
|---|---|---|---|---|
| 7.1 | 4/21/2014 | Richard Xia | Engineer of Record | DOB Approved Occupancy Use Schedule 2 |
| 7.2 | 4/22/2014 | Richard Xia | Engineer of Record | DOB Structural Approval.pdf |
| 7.3 | 12/4/2014 | Richard Xia | Engineer of Record | DOB Approved Occupancy Use Schedule 3 |
| 7.4 | 6/28/2015 | Richard Xia | Engineer of Record | Construction Code Determination |
| 7.5 | 6/29/2015 | N/A | N/A | DOT Building Operation permit 1 |
| 7.6 | 7/15/2015 | Richard Xia | Engineer of Record | DOB Approved Occupancy Use Schedule 4 |
| 7.7 | 11/2/2015 | Richard Xia | Engineer of Record | Sand Lift Signoff |
| 7.8 | 11/29/2018 | Richard Xia | Site Safety Manager | New Building Permit |
| 7.9 | 3/7/2019 | Richard Xia | Engineer of Record | DOB Architectural Approval |
| 7.10 | | Richard Xia | Engineer of Record | Eastern Mirage Project NYC DOB Full Approval Record |
| 7.11 | | Richard Xia | Engineer of Record | Occupancy Use Schedule |

16. Attached hereto as Exhibit 8 are true and correct copies of a sample of documents relating to the air rights approval work I performed, including Federal Aviation Authority ("FAA") application and determinations for both Projects. Descriptions of individual documents contained within Exhibit 8 are set forth below:

| Tab | Date | Name | Role | Description of Document |
|---|---|---|---|---|
| 8.1 | 3/30/2015 | Richard Xia | Applicant | Determination Of No Hazard To Air Navigation 2014-AEA-5646-OE |
| 8.2 | 3/30/2015 | Richard Xia | Applicant | Determination Of No Hazard To Air Navigation 2014-AEA-5645-OE |

| 8.3 | 3/30/2015 | Richard Xia | Applicant | Determination Of No Hazard To Air Navigation 2014-AEA-5647-OE |
| 8.4 | 11/17/2016 | Richard Xia | Applicant | Determination Of No Hazard To Air Navigation 2016-AEA-6284-OE |
| 8.5 | 6/3/2015 | Richard Xia | Applicant | Determination Of No Hazard To Air Navigation 2015-AEA-1142-OE |

17. Attached hereto as Exhibit 9 are true and correct copies of a sample of the insurance work I performed, including insurance license for Fleet General Insurance Group, and certificates of insurance for both Projects. Descriptions of individual documents contained within Exhibit 9 are set forth below:

| Tab | Date | Description of Document |
|---|---|---|
| 9.1 | 11/16/2017 | 42-31 COI certificate 11.18.2017 |
| 9.2 | 11/1/2017 | Fleet General Insurance Group - License |
| 9.3 | 10/10/2018 | Acord Certificate Union Street 2018-2019 |
| 9.4 | 9/27/2021 | Acord Certificate 2021 Union St Emerald Creek |
| 9.5 | 10/18/2021 | Acord Certificate GL 2021 Northern Blvd Perini |
| 9.6 | 10/10/2018 | Acord Certificate Northern Blvd 2017 |
| 9.7 | 10/10/2018 | Acord Certificate Northern Blvd 2018 |
| 9.8 | 10/18/2021 | Acord Certificate Property 2021 Northern Blvd Perini |
| 9.9 | 9/27/2021 | Acord Certificate Property 2021 Union St Emerald Creek |
| 9.10 | 11/8/2019 | Union Street Perini Group General Liability 11.12.2019 |

18. Attached hereto as Exhibit 10 are true and correct copies of the licenses I hold, those held by Xi Verfenstein, and the safety registrations of Racanelli Construction Group, and Perini Group, Inc. Descriptions of individual documents contained within Exhibit 10 are set forth below:

| Tab | Licensee | Description of License |
|---|---|---|
| 10.1 | Richard Yi Xia | Concrete Safety Manager |
| 10.2 | Richard Yi Xia | Engineer |
| 10.3 | Richard Yi Xia | Construction Site Fire Safety Manager |
| 10.4 | Richard Yi Xia | Site Safety Manager |

13

| 10.5 | Racanelli Construction Group | Safety Registration 607300 — Const. Concrete, Demolition |
| 10.6 | Perini Group, Inc. | Safety Registration 616670 — Const. Concrete, Demolition |
| 10.7 | Xi Verfenstein | Construction Site Fire Safety Manager |
| 10.8 | Xi Verfenstein | Architect |

19. Attached hereto as Exhibit 11 are true and correct copies of a sample of the project tax related records I prepared and oversaw for both Projects. Descriptions of individual documents contained within Exhibit 11 are set forth below:

| Tab | Date | Name | Role | Description of Document |
|---|---|---|---|---|
| 11.1 | 12/31/2009 | Richard Xia | Applicant | ICAP Preliminary Application (Mirage) |
| 11.2 | 11/11/2014 | Richard Xia | Applicant | ICAP Preliminary Notice of Approval (Mirage) |
| 11.3 | 9/7/2018 | Richard Xia | Applicant | ICAP Eastern Emerald filing |
| 11.4 | 11/16/2018 | Richard Xia | Applicant | ICAP Eastern Mirage Amendment Filing (Mirage) |

20. I swear and affirm the foregoing under penalty of perjury under the laws of the United States that the foregoing statements are true and correct to the best of my knowledge, information, and belief.

Executed this 23rd day of September, 2022, in New York, New York.

_____
Richard Yi Xia

Sworn to and Subscribed Before Me
This 23rd day of September, 2022

_____
NOTARY PUBLIC

**CHULYOUNG KIM**
**Notary Public, State of New York**
**No. 01KI6151172**
**Qualified in Nassau County**
**Commission Expires Aug 14, 2026**

14