UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>  -against-<br><br>RICHARD XIA, a/k/a YI XIA; and FLEET NEW YORK METROPOLITAN REGIONAL CENTER, LLC, f/k/a FEDERAL NEW YORK METROPOLITAN REGIONAL CENTER, LLC;<br><br>        Defendants,<br><br>  -and-<br><br>JULIA YUE, a/k/a JIQING YUE, XI VERFENSTEIN, and XINMING YU,<br><br>        Relief Defendants. | 21-CV-5350 (PKC) (RER) |

## ORDER APPROVING THE MONITOR'S
## <u>INTERIM FEE APPLICATION</u>

Upon the Motion for Approval of Interim Fee Application ("Application") of M. Scott Peeler, the Court-appointed monitor (the "Monitor"), for entry of an Order, approving payment to ArentFox Schiff LLP f/k/a Arent Fox LLP ("ArentFox"), pursuant to the Order Appointing Monitor issued on September 27, 2021 ("Monitor Order"), to compensate ArentFox for services the Monitor rendered for the four-month period between May 1, 2022 and August 31, 2022, and upon the Certification of M. Scott Peeler in Support of the Application (the "Certification"); and based on the Application and the Certification, all of the proceedings before this Court, and the absence of any objection to the Application having been raised, the Court finds that there is sufficient cause to award compensation to ArentFox, as authorized by Paragraph 30 of the Monitor Order.

It is therefore hereby:

**ORDERED** that the Monitor's Application for fees in the total amount of $387,975.83 ("ArentFox Fee Total") is granted in its entirety; and it is further

**ORDERED** that the Monitor is entitled to immediate compensation of $349,178.25, which shall be paid to ArentFox within seven (7) days of the entry of this Order; and it is further

**ORDERED** that $38,797.58, representing a ten percent (10%) hold back from the ArentFox Fee Total, will be deposited into an escrow account of ArentFox and held for payment at the Court's discretion when the Monitor files a final fee application at the close of this Monitorship; and it is further

**ORDERED** that CTBC shall temporarily unfreeze Defendants' CTBC bank account in the name of LaGuardia Performance Center LLC, ending in 9799, for the sole purpose of paying the ArentFox Fee Total, including the Hold Back Amount, within seven (7) days of the entry of this Order; and it is further

**ORDERED** that the Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

**SO ORDERED**, this 14th day of October, 2022.

*/s/ Pamela K. Chen*

Pamela K. Chen
United States District Court Judge