UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　-against-<br><br>RICHARD XIA, a/k/a YI XIA; and FLEET NEW YORK METROPOLITAN REGIONAL CENTER, LLC, f/k/a FEDERAL NEW YORK METROPOLITAN REGIONAL CENTER, LLC;<br><br>　　　　　　　　　　　Defendants,<br><br>　　-and-<br><br>JULIA YUE, a/k/a JIQING YUE, XI VERFENSTEIN, and XINMING YU,<br><br>　　　　　　　　　　　Relief Defendants. | 21 Civ. 5350 (PKC)<br><br><br><br><br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that upon the accompanying Motion and Declaration of M. Scott Peeler and all accompanying exhibits attached thereto, that the Court-appointed Monitor will move this Court at the request of lender, Emerald Creek Capital 3, LLC ("Emerald Creek"), before the Honorable Pamela K. Chen, United States District Judge for the Eastern District of New York, at the United States Courthouse located at 225 Cadman Plaza East, Brooklyn, NY 11201, on a date and time to be determined by the Court, for an Order seeking the Court's authorization to release certain non-investor funds Emerald Creek is holding in reserve ("Interest Reserve") and apply the Interest Reserve to satisfy interest payments due from and X&Y Development Group under a loan agreement.

2

Both the SEC and the Defendants are aware of and consent to the request for authorization to release certain funds to Emerald Creek.

Dated: October 18, 2022	Respectfully submitted,

ARENTFOX SCHIFF LLP

By: s/M. Scott Peeler
M. Scott Peeler
1301 Avenue of the Americas, 42nd Floor
New York, New York 10019
Tel: (212) 484 3900
Fax: (212) 484-3990
scott.peeler@afslaw.com

*Court Appointed Monitor*