**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>   Plaintiff,<br><br> v.<br><br>RICHARD XIA, a/k/a YI XIA, <u>et al.</u>,<br><br>   Defendants,<br><br> and<br><br>JULIA YUE, a/k/a JIQUING YUE, <u>et al.</u>,<br><br>   Relief Defendants. | Case No. 21-cv-05350-PKC-RER |

**DECLARATION OF MARY P. HANSEN IN SUPPORT**
**OF MOTION TO WITHDRAW AS RELIEF DEFENDANTS' COUNSEL**
<u>**AND FOR RELEASE OF FROZEN ASSETS TO PAY ATTORNEY'S FEES**</u>

I, Mary P. Hansen, do say and declare:

1. I am a Partner at Duane Morris LLP, counsel for Relief Defendants Xi Verfenstein and Xinming Yu in this case. I am an attorney at law duly licensed to practice law in the States of New Jersey, New York, and Pennsylvania. I am also admitted to practice before this Court. I have personal knowledge of the matters set forth below, except as otherwise noted, and, if call as a witness, I could and would competently testify under oath to the facts stated herein.

2. I submit this declaration in support of the motion of Duane Morris to withdraw as counsel in this case.

3. As of November 2022, Duane Morris is still owed in excess of $375,652.58 in overdue legal fees.

4.      I have communicated with Relief Defendants Verfenstein and Yu, each of whom has been placed on notice of Duane Morris' intent to withdraw from this action.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 23, 2022.

/s/ Mary P. Hansen
Mary P. Hansen