

Arthur G. Jakoby
Partner
Phone: 212.592.1438
Fax: 212.545.2313
ajakoby@herrick.com

November 23, 2022

VIA ECF
Honorable Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:      *SEC v. Xia, et. al.,* No. 21-cv-05350-PKC-RER

Dear Judge Chen:

      We write on behalf of non-party Emerald Creek Capital LLC ("Emerald Creek") and pursuant to the Court's Order dated November 9, 2022 (Dkt. #203, the "Order") authorizing Emerald Creek to release escrowed Interest Reserve funds from its Reserve Account for the payment of interest due to Emerald Creek under the Loan Agreement.[1] Pursuant to the Order's direction requiring Emerald Creek to provide documentary proof of its payments within five days of making such payments, please see the attached letter from Emerald Creek.

      Respectfully submitted,

      Arthur G. Jakoby

cc:      All Counsel (ECF)

---

[1] All capitalized terms not defined herein are as defined in the Order.



November 23, 2022

The Honorable Pamela K. Chen
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York

      Re: *SEC v. Xia, et al,* United States District Court, EDNY 1:21-cv-05350 (the "SEC Action")

Dear Judge Chen,

Pursuant to the Order of Judge Pamela K. Chen dated November 9, 2022 in the SEC Action (the "Order"), and the $15,000,000 loan from Emerald Creek Capital 3, LLC ("ECC") to X&Y Development Group (the "Loan"), ECC has today made a book entry payment from the Interest Reserve for the above-mentioned loan in the amount of $1,100,387.50 to ECC. This payment represents nominal interest due from the borrower for the period October 1, 2021 – October 31, 2022, and is broken down as follows:

| Interest for the period | Due Date | Interest due |
|---|---|---|
| Oct-21 | 11/01/21 | $ 72,333.33 |
| Nov-21 | 12/01/21 | $ 70,000.00 |
| Dec-21 | 01/01/22 | $ 72,333.33 |
| Jan-22 | 02/01/22 | $ 72,333.33 |
| Feb-22 | 03/01/22 | $ 66,033.33 |
| Mar-22 | 04/01/22 | $ 76,854.17 |
| Apr-22 | 05/01/22 | $ 76,125.00 |
| May-22 | 06/01/22 | $ 83,054.17 |
| Jun-22 | 07/01/22 | $ 88,875.00 |
| Jul-22 | 08/01/22 | $ 98,425.00 |
| Aug-22 | 09/01/22 | $ 101,654.17 |
| Sep-22 | 10/01/22 | $ 106,375.00 |
| Oct-22 | 11/01/22 | $ 115,991.67 |
| | | $ 1,100,387.50 |

Thus, per the Court's Order the above includes $878,020.83 for the 11-month period of October 1, 2021, through August 31, 2022 as well as the two additional payments for September and October interest. The balance in the interest reserve account after this payment is $504,945.83. The payment of the $1,100,387.50 from the Interest Reserve to ECC was a book entry payment and thus there is no wire or bank entry proof.

Emerald Creek Capital 3, LLC maintains that it is entitled to interest at the default rate and reserves its rights in this respect.



EMERALD CREEK CAPITAL 3, LLC

_____
By: Mark Bahiri, Managing Member