# WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP

|  | FOUNDED 1888 | |
|---|---|---|
| **MARK C. RIFKIN**<br>DIRECT DIAL: 212-545-4762<br>FACSIMILE: 212-686-0114<br>rifkin@whafh.com | 270 MADISON AVENUE<br>NEW YORK, NY 10016<br>212-545-4600 | SYMPHONY TOWERS<br>750 B STREET - SUITE 1820<br>SAN DIEGO, CA 92101<br>619-239-4599 |

December 8, 2022

VIA EFC
Hon. Pamela K. Chen
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    *SEC v. Xia, et al.*, No. 21-cv-05350-PKC-RER

Dear Judge Chen:

    We write on behalf of Defendants, Richard Xia and Fleet Financial, regarding the Court's sealed Order (ECF No. 217) entered today in conjunction with its Memorandum and Order (ECF No. 216). The sealed Order is not accessible through ECF, and we have not been provided a copy of the Order. We respectfully request that a copy of the sealed Order be sent directly to counsel for each of the parties so that we may review it and provide it to our respective clients.

    Thank you in advance for Your Honor's kind consideration.

                               Respectfully yours,

                               Mark C. Rifkin

cc:    All Counsel (via ECF)