UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>   -against-<br><br>RICHARD XIA, a/k/a YI XIA; AND FLEET NEW YORK METROPOLITAN REGIONAL CENTER, LLC, f/k/a FEDERAL NEW YORK METROPOLITAN REGIONAL CENTER, LLC,<br><br>        Defendants,<br><br>   -and-<br><br>JULIA YUE, a/k/a JIQING YUE,<br>XI VERFENSTEIN, and XINMING YU,<br><br>        Relief Defendants. | No. 21-cv-5350-PKC-RER |

## NOTICE OF APPEAL

TAKE NOTICE THAT, pursuant to 28 U.S.C. § 1292(a), Defendants, Richard Xia and Fleet New York Metropolitan Regional Center, LLC, and Relief Defendant Julia Yue, do hereby appeal from the District Court's Memorandum and Order issuing an asset-freezing preliminary injunction for the duration of two years (ECF No. 216) and from its Preliminary Injunction Freezing Assets (ECF No. 217), both entered on December 8, 2022, in the above-captioned action.

Dated: December 14, 2022

                   MEYER, SUOZZI, ENGLISH
                   & KLEIN, P.C.

              By:  s/ Randall T. Eng
                   Randall T. Eng

                    900 Stewart Avenue
                    Suite 300
                    Garden City, NY  11530
                    (516) 741-6565
                    reng@msek.com

                    WOLF HALDENSTEIN ADLER
                    FREEMAN & HERZ LLP

By:     s/ Mark C. Rifkin
                    Mark C. Rifkin
                    Benjamin Y. Kaufman
                    Robert Y. Altchiler
                    270 Madison Avenue
                    9th Floor
                    New York, NY  10016
                    (212) 545-4600
                    rifkin@whafh.com
                    kaufman@whafh.com
                    altchiler@whafh.com

                    *Attorneys for Defendants and*
                    *Relief Defendant Julia Yue*