

**Paul F. Millus**
**Member of the Firm**

Meyer, Suozzi, English & Klein, P.C.
990 Stewart Avenue, Suite 300
P.O. Box 9194
Garden City, New York 11530-9194
Dir: 516-592-5933   Tel: 516-741-6565
Fax: 516-741-6706
pmillus@msek.com
www.msek.com

January 6, 2023

**BY ECF**

Judge Pamela K. Chen
United States District Court
Eastern District of New York
225 Cadman Plaza East, 1214 South
Brooklyn, NY  11201

      Re:    *SEC v. Xia, et al*.
                  <u>Case No. 21-cv-05350-PKC-RER</u>

Dear Judge Chen:

      We are the attorneys for Richard Xia a/k/a Yi Xia; and Fleet New York Metropolitan Regional Center LLC, f/k/a Federal New York Metropolitan Regional Center, LLC; and Julia Yue a/k/a Jiqing Yue in this civil action.  Pursuant to Your Honor's Bundling Rule, please be advised that we have served a notice of motion and declaration with exhibits in support of an application to the Court under Your Honor's Asset Freeze Order relating to my firm's attorneys' fees upon all counsel in this civil action.

      Thank you for your Consideration.

                    Respectfully submitted,

                    *s/Paul F. Millus*

                    Paul F. Millus

PFM:mr

All Counsel of Record By ECF

5575642

**GARDEN CITY**
990 Stewart Avenue, Suite 300
P.O. Box 9194
Garden City, New York 11530-9194
Tel: 516-741-6565 | Fax: 516-741-6706

**NEW YORK CITY**
1350 Broadway, Suite 1420
New York, New York 10018-0026
Tel: 212-239-4999 | Fax: 212-239-1311

**WASHINGTON, D.C.**
750 Ninth Street NW Suite 501
Washington, DC 20036
Tel: 202-887-6726 | Fax: 202-223-0358