

**Paul F. Millus**
Member of the Firm

Meyer, Suozzi, English & Klein, P.C.
990 Stewart Avenue, Suite 300
P.O. Box 9194
Garden City, New York 11530-9194
Dir: 516-592-5933   Tel: 516-741-6565
Fax: 516-741-6706
pmillus@msek.com
www.msek.com

January 18, 2023

**BY ECF**

Judge Pamela K. Chen
United States District Court
Eastern District of New York
225 Cadman Plaza East, 1214 South
Brooklyn, NY  11201

      Re:    *SEC v. Xia, et al.*
             Case No. 21-cv-05350-PKC-RER

Dear Judge Chen:

      We are the attorneys for Richard Xia a/k/a Yi Xia; and Fleet New York Metropolitan Regional Center LLC, f/k/a Federal New York Metropolitan Regional Center, LLC; and Julia Yue a/k/a Jiqing Yue in this civil action together with co-counsel Mark C. Rifkin, Esq. of Wolf Haldenstein Adler Freeman & Herz LLP.  We wish to advise the Court that, in light of the SEC's motion filed last evening in this matter, it would be prudent for my firm to withdraw, without prejudice, its pending motion seeking relief from the Court's December 8, 2022 Order, that was referenced in my January 6, 2023 letter to Your Honor.  I assume that I will be having discussions with the SEC counsel and/or Mr. Peeler as this matter proceeds that will affect my decision whether to seek to re-file any such application.

      Accordingly, we hereby withdraw the motion dated January 6, 2023, subject to any further directive by the Court.

      Thank you for your consideration of this matter.

      Respectfully submitted,

      *s/Paul F. Millus*

      Paul F. Millus

PFM:mr

All Counsel of Record By ECF

**GARDEN CITY**
990 Stewart Avenue, Suite 300
P.O. Box 9194
Garden City, New York 11530-9194
Tel: 516-741-6565  I  Fax: 516-741-6706

**NEW YORK CITY**
1350 Broadway, Suite 1420
New York, New York 10018-0026
Tel: 212-239-4999  I  Fax: 212-239-1311

**WASHINGTON, D.C.**
750 Ninth Street NW Suite 501
Washington, DC 20036
Tel: 202-887-6726  I  Fax: 202-223-0358

5580763