UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------
SECURITIES AND EXCHANGE COMMISSION

        Plaintiff,

v.

RICHARD XIA, et. al.,                         21 cv 5350 (PKC)

        Defendants,

and

JULIA YUE, XI VERFENSTEIN, et. al.,

        Relief Defendants.

---------------------------------------------------------.

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Dominic F. Amorosa appears for the Relief Defendant, Xi Verfenstein, in this case.

_____/s/_____
Dominic F. Amorosa
244 Fifth Avenue, Suite A246
New York, New York 10001
Tel: 212-406-7000
www.DFAmorosa.com
Email: Lawoffices@dfamorosa.com

Dated:  February 8, 2023