# WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP

**MARK C. RIFKIN**
DIRECT DIAL: 212-545-4762
FACSIMILE: 212-686-0114
rifkin@whafh.com

FOUNDED 1888
270 MADISON AVENUE
NEW YORK, NY 10016
212-545-4600

SYMPHONY TOWERS
750 B STREET - SUITE 1820
SAN DIEGO, CA 92101
619-239-4599

February 21, 2023

**VIA EFC**
The Honorable Raymond E. Reyes
United States District Court
Eastern District of New York
225 Cadman Plaza East
Chambers N 631
Brooklyn, NY 11201

  Re: *SEC v. Xia, et al.*, No. 21-cv-05350-PKC-RER

Dear Judge Reyes:

  We write on behalf of Defendants, Richard Xia and Fleet, and Relief Defendant Yue. We previously wrote to the Court in a joint status report on February 6, 2023, requesting a stay of discovery while the SEC's motion for a liquidating receivership is pending. ECF No. 247. Since then, we have reconsidered our position in light of the Court's Docket Order on January 26, 2023, and hereby withdraw our request to stay discovery.

  Thank you in advance for Your Honor's kind consideration. We are, as always, available to answer any questions Your Honor may have.

            Respectfully yours,

            Mark C. Rifkin

cc: All Counsel (via ECF)
   Mrs. Xinming Yu (via overnight delivery)