# WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP

**MARK C. RIFKIN**
DIRECT DIAL: 212-545-4762
FACSIMILE: 212-686-0114
rifkin@whafh.com

FOUNDED 1888
270 MADISON AVENUE
NEW YORK, NY 10016
212-545-4600

SYMPHONY TOWERS
750 B STREET - SUITE 1820
SAN DIEGO, CA 92101
619-239-4599

March 20, 2023

**VIA ECF**
Hon. Pamela K. Chen
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   *SEC v. Xia, et al.*, No. 21-cv-05350-PKC-RER

Dear Judge Chen:

We are available and prepared to proceed on April 6, 2023.  We wish to bring to your Honor's attention that April 6, 2023, is the first day of Passover.  The holiday may affect some other lawyers in the action.

Thank you for your Honor's continuing consideration.

Respectfully yours,

Mark C. Rifkin

cc:   All Counsel (via ECF)
      Mrs. Xinming Yu (via overnight delivery)