UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　-against-<br><br>RICHARD XIA, a/k/a YI XIA; and FLEET NEW YORK METROPOLITAN REGIONAL CENTER, LLC, f/k/a FEDERAL NEW YORK METROPOLITAN REGIONAL CENTER, LLC,<br><br>　　　　　　　　　　Defendants,<br><br>　　　　-and-<br><br>JULIA YUE, A/K/A JIQING YUE; XI VERFENSTEIN; and XINMING YU,<br><br>　　　　　　　　　　Relief Defendant. | 21 Civ. 5350 (PKC) |

**[PROPOSED] AMENDED SUPPLEMENTAL
<u>CONFIDENTIALITY ORDER</u>**

　　　WHEREAS, the Court has heard and considered the arguments of counsel for the parties regarding the need to exchange confidential information regarding Vecta Capital LLC ("Vecta") and its President, Mark Silber, to permit the SEC and the Court to evaluate the cross-motion by Defendants, Richard Xia and Fleet New York Metropolitan Regional Center, LLC, and Relief Defendant Julia Yue for relief from the Preliminary Injunction; and

　　　WHEREAS, the Court has directed Defendants to disclose any confidential information regarding Vecta and Mr. Silber to the Monitor as well as to the SEC and the Court; and

　　　WHEREAS, Defendants have shown good cause for protecting the confidential documents and information to be disclosed to the SEC, to the Monitor, and to the Court;

　　　THEREFORE, it is hereby ORDERED and DECREED that any and all confidential

1

information regarding Vecta or Mr. Silber shall be disclosed to the SEC, to the Monitor, and the Court solely to permit the recipients thereof to evaluate the cross-motion by Defendants and Mrs. Yue for relief from the Preliminary Injunction.

It is FURTHER ORDERED and DECREED that all such documents and information shall be held in strict confidence by the recipients thereof and may not be disclosed to any other person or entity.

It is FURTHER ORDERED and DECREED that all such documents and information shall not be filed on the docket and shall not become part of the record in this action.

Notwithstanding any other provisions contained herein, this Order does not limit or restrict the Commission from using or disclosing any materials to the extent otherwise required by law or permitted pursuant to the terms of Commission's Form 1662.

SO ORDERED:

_____
Hon. Pamela K. Chen
United States District Judge