## **ATTACHMENT A**

**PROPOSED AMENDED SCHEDULING ORDER**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>   -against-<br><br>RICHARD XIA, a/k/a YI XIA; and FLEET NEW YORK METROPOLITAN REGIONAL CENTER, LLC, f/k/a FEDERAL NEW YORK METROPOLITAN REGIONAL CENTER, LLC,<br><br>        Defendants,<br><br>   -and-<br><br>JULIA YUE, A/K/A JIQING YUE; XI VERFENSTEIN; and XINMING YU,<br><br>        Relief Defendant. | 21 Civ. 5350 (PKC) (RER) |

## **[PROPOSED] AMENDED SCHEDULING ORDER**

Upon a Joint Motion of Plaintiff Securities and Exchange Commission, Defendants Richard Xia and Fleet New York Metropolitan Regional Center LLC (f/k/a Federal New York Metropolitan Regional Center, LLC), and Relief Defendants Julie Yue (a/k/a Jiqing Yue) and Xi Verfenstein requesting a three week adjournment of the fact discovery, expert discovery, and briefing deadlines set forth in Paragraph 3(c) through 3(i) of the Stipulation and Order, dated February 24, 2023, Dkt. No. 263, the Court hereby enters this Amended Scheduling Order to govern the proceedings in this action as follows:

  a.  Defendant shall complete their production of responsive documents by April 28, 2023;

  b.  The parties shall complete fact discovery by May 12, 2023;

    c.    The parties shall make opening expert disclosures, pursuant to Federal Rule of Civil Procedure 26(a)(2), by June 9, 2023;

    d.    The parties shall make rebuttal expert disclosures, pursuant to Federal Rule of Civil Procedure 26(a)(2), by June 30, 2023;

    e.    The parties shall complete expert discovery by July 21, 2023;

    f.    Any *Daubert* motions or motions for summary judgment shall be filed by August 18, 2023;

    g.    Oppositions to any *Daubert* motions or motions for summary judgment shall be filed by September 8, 2023; and

    h.    Replies in support of any *Daubert* motions or motions for summary judgment shall be filed by September 29, 2023.

**SO ORDERED**, this _____ day of April, 2023.

 

_____
Hon. Pamela K. Chen
United States District Judge