UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>            Plaintiff,<br><br>            -against-<br><br>RICHARD XIA, a/k/a YI XIA; and<br>FLEET NEW YORK METROPOLITAN REGIONAL CENTER, LLC, f/k/a FEDERAL NEW YORK METROPOLITAN REGIONAL CENTER, LLC,<br><br>            Defendants,<br><br>            -and-<br><br>JULIA YUE, a/k/a JIQING YUE;<br>XI VERFENSTEIN; and<br>XINMING YU,<br><br>            Relief Defendants. | 21 Civ. 5350 (PKC)(RER)<br><br>ECF Case |

## MOTION FOR WITHDRAWAL OF ATTORNEY

Plaintiff Securities and Exchange Commission ("SEC") respectfully moves the Court for an order in the form attached hereto withdrawing Kevin P. McGrath as counsel of record in this action for Plaintiff. Mr. McGrath is leaving the SEC's employ. The SEC continues to be represented by the other counsel of record in this matter.

Dated: June 29, 2023

        /s/ *Kevin P. McGrath*
Kevin P. McGrath
David Stoelting
Judith Ann Weinstock
Kim Han
Christopher M. Colorado
Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
New York Regional Office
100 Pearl Street, Suite 20-100
New York, NY 10004-2616
mcgrathk@sec.gov