IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>       Plaintiff,<br><br>- against –<br><br>RICHARD XIA, a/k/a YI XIA; and FLEET NEW YORK METROPOLITAN REGIONAL CENTER, LLC, f/k/a FEDERAL NEW YORK METROPOLITAN REGIONAL CENTER, LLC;<br><br>       Defendants,<br><br>- and –<br><br>JULIA YUE, a/k/a JIQING YUE,<br><br>       Relief Defendant, | Civil Action No.: 1:21-cv-05350-PKC-RER<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

  I, James Meaney, hereby certify that I am admitted to practice in this Court and enter my appearance as Counsel on behalf of Interested Parties Fabric and Fabric, Inc. and Shahram Khazan in the captioned action.

Dated: New York, New York
   August 3, 2023

               */s/ James Meaney*
               James Meaney
               Warren Law Group
               519 8th Avenue, 25th Fl.
               New York, New York 10018
               (212) 390-8486
               James@Warren.law
               *Attorneys for Interested Parties Fabric and Fabric, Inc. and Shahram Khazan*