UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD XIA, a/k/a YI XIA, and FLEET NEW YORK METROPOLITAN REGIONAL CENTER, LLC, f/k/a FEDERAL NEW YORK METROPOLITAN REGIONAL CENTER, LLC,<br><br>Defendants,<br><br>JULIA YUE, a/k/a JIQING YUE; XI VERFENSTEIN, and XINMING YU,<br><br>Relief Defendants. | 21-cv-05350-PKC-RER |

## **AMENDED SCHEDULING ORDER**

Plaintiff Securities and Exchange Commission and defendants Richard Xia and Fleet New York Metropolitan Regional Center LLC ("Defendants") have jointly requested a modified schedule be set to complete fact discovery, expert discovery, and *Daubert* and summary judgment briefing. For good cause shown, the Court hereby enters this Amended Scheduling Order to govern the proceedings in this action as follows:

a. The parties shall file and respond to any motions to compel discovery pursuant to the following schedule:

(i) Any motion to compel discovery shall be filed by on or before September 29, 2023;

(ii) Opposition to any motion to compel discovery shall be filed on or before October 13, 2023; and

(iii) Replies in support of any motion to compel discovery, if any, shall be filed on or before October 20, 2023;

1

b. The parties shall complete fact discovery, including the deposition of Defendant Richard Xia, within three weeks of the Court's Order on motions to compel filed under paragraph (a), unless the Order grants any motion to compel, in which case, fact discovery shall be completed within three weeks of the date by which the Court orders compliance with the Order;

c. The parties shall make opening expert disclosures, pursuant to Federal Rule of Civil Procedure 26(a)(2), within 30 days of completion of fact discovery;

d. The parties shall complete expert discovery within 60 days of the completion of fact discovery;

e. Any *Daubert* motions or motions for summary judgment shall be filed within 30 days of completion of expert discovery;

f. Opposition to any *Daubert* motions or motions for summary judgment shall be filed within 21 days of the motions to which they respond; and

g. Replies in support of any *Daubert* motions or motions for summary judgment shall be filed within 10 days of the opposition papers.

**SO ORDERED**, this <u>12th</u> day of September, 2023.

*/s/ Pamela K. Chen*
Hon. Pamela Chen
United States District Judge
