UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

                              Plaintiff,

               -against-

RICHARD XIA, a/k/a YI XIA; and FLEET NEW YORK METROPOLITAN REGIONAL CENTER, LLC, f/k/a FEDERAL NEW YORK METROPOLITAN REGIONAL CENTER, LLC,

                              Defendants,

               -and-

JULIA YUE, A/K/A JIQING YUE; XI VERFENSTEIN; and XINMING YU,

                              Relief Defendant.

21 Civ. 5350 (PKC)

---

**STIPULATION AND [~~PROPOSED~~] ORDER**

WHEREAS, on September 29, 2023, plaintiff Securities and Exchange Commission ("SEC") filed a Motion to Compel Defendants Richard Xia ("Xia") and Fleet New York Metropolitan Regional Center, LLC ("Fleet," together with Xia, "Defendants") to Produce Documents and Provide a Sworn Affidavit, together with a memorandum of law, affidavit, and exhibits (the "Motion to Compel") [ECF Dkt. Nos. 344, 345]; on November 6, 2023, Defendants filed an Opposition to the Motion to Compel, together with affidavits and exhibits [ECF Dkt. Nos. 355, 356, 357]; and, on November 13, 2023, the SEC filed its Reply in Support of the Motion to Compel, together with an affidavit and exhibits [ECF Dkt. Nos. 362, 363];

WHEREAS, Plaintiff SEC and Defendants agree to stipulate to the relief sought by the SEC in connection with its Motion to Compel; and

NOW THEREFORE, Plaintiff SEC and Defendants hereby stipulate as follows: Within twenty-one (21) days, Defendants shall each provide the SEC with an affidavit stating the following,

1. The location(s), file(s), computer(s), mobile device(s), and email address(es) and servers where such Defendant has maintained responsive documents and communications;

2. The steps such Defendant has taken to preserve responsive documents and communications at the location(s), file(s), computer(s), mobile device(s), and email address(es) and servers where they have been maintained;

3. The location(s), file(s), computer(s), mobile device(s), and email address(es) and servers where such Defendant conducted searches for responsive documents and communications;

4. A description of how such Defendant conducted searches for responsive documents and communications, including any search terms, date ranges, or other limitations;

5. A description of any responsive documents that are no longer in such Defendants' possession, custody, and control; and the date(s) on which those documents left such Defendant's possession, custody, and control; and

6. The person(s) involved in the efforts to search for responsive documents and communications, including their role(s) in those efforts and the time frame during which they were involved.

IT IS HEREBY FURTHER STIPULATED that Defendants' counsel shall meet immediately with their clients to review the methodology and the search results to confirm whether all necessary areas have been properly searched and all responsive documents as well as ESI have been produced.

IT IS HEREBY FURTHER STIPULATED that Defendants shall produce all additional documents responsive to the SEC's requests by January 22, 2024, unless such date is extended by agreement of the parties.

IT IS HEREBY FURTHER STIPULATED that upon completion of their respective document productions, Defendants shall each provide a sworn statement that they have conducted a diligent search and that no further responsive documents or communications exist in such Defendant's possession, custody, or control.

IT IS HEREBY FURTHER STIPULATED that for any of the SEC's requests as to which either Defendant claims that no responsive documents exist in their possession, custody, or control, such Defendant shall provide a sworn statement so stating, and explaining why no such documents exist.

Dated: November 29, 2023     By: *C.M.Colorado*
Christopher M. Colorado
SECURITIES AND EXCHANGE COMMISSION
100 Pearl Street, Suite 20-100
New York, NY 10004-2616
Tel: (212) 336-9143
ColoradoCh@sec.gov

*Attorneys for Plaintiff*

Dated: November 29, 2023     By: _____
Matthew A. Ford
FORD O'BRIEN LANDY LLP
275 Madison Avenue, 24th Floor
New York, NY 10016
Tel: (212) 444-4886
MFord@fordobrien.com

*Attorneys for Richard Xia*

3

Dated: November 29, 2023         By: _____
                                                    Mark C. Rifkin
                                                    WOLF HALDENSTEIN ADLER
                                                     FREEMAN & HERZ LLP
                                                    270 Madison Avenue
                                                    New York, NY 10016
                                                    Tel: (212) 545-4762
                                                    Rifkin@whafh.com

                                                    *Attorneys for Fleet New York Metropolitan Regional Center, LLC*

**SO ORDERED.**

__November 29__, 2023         _____
                                                    Hon. Joseph A. Marutollo
                                                    Magistrate Judge
                                                    United States District Court for
                                                    the Eastern District of New York

4