UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------
SECURITIES AND EXCHANGE COMMISSION

        Plaintiff,

v.

RICHARD XIA, et. al.,                                       21 CV 5350 (PKC) (JAM)

        Defendants,

and

JULIA YUE, XI VERFENSTEIN, et. al.,

        Relief Defendants.

-----------------------------------------------------------.

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that upon the Declaration of Dominic F. Amorosa, dated December 18, 2023, Dominic F. Amorosa shall move before the Court at a time to be determined for an Order relieving him of his representation of Relief Defendant, Xi Verfenstein, Racanelli Construction Group and Perini Group, Inc. in this case.

Respectfully submitted,

/s/_____.

Dominic F. Amorosa
244 Fifth Avenue, Suite A246
New York, N.Y. 10001
212 406 7000
lawoffices@dfamoros.com