UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                Plaintiff,<br><br>     -against-<br><br>RICHARD XIA, a/k/a YI XIA; and<br>FLEET NEW YORK METROPOLITAN REGIONAL CENTER, LLC, f/k/a FEDERAL NEW YORK METROPOLITAN REGIONAL CENTER, LLC;<br><br>                Defendants,<br><br>     -and-<br><br>JULIA YUE, a/k/a JIQING YUE, XI VERFENSTEIN, and XINMING YU,<br><br>                Relief Defendants. | 21 Civ. 5350 (PKC) |

**ORDER APPROVING THE MONITOR'S
MOTION AUTHORIZING THE RELEASE OF FUNDS FOR
PAYMENT OF EB-5 INTEGRITY FUND FEE**

     Upon the Motion for Approval of Release of Funds for Payment of EB-5 Integrity Fund fee (the "Motion") of M. Scott Peeler, Court-appointed monitor (the "Monitor"), for entry of an order, (i) directing Defendant Xia to have Defendant, Fleet New York Metropolitan Regional Center, LLC, ("Fleet") or other Xia Entity pay $20,000 to U.S. Citizenship and Immigration Services ("USCIS") for the annual EB-5 Integrity Fund fee (the "Fee") with funds from the CTBC account ending in 9799 or other Xia Entity account(s) if additional funds are needed, within three (3) days of this Order.

1

**NOW, THEREFORE**, based upon the Motion and all of the proceedings before this Court, and after due deliberation and sufficient cause appearing therefor, and no objection to the Application having been raised, it is hereby:

**ORDERED** that the Monitor's Motion that Defendant Xia be directed to have Defendant Fleet or other Xia Entity pay the Fee of $20,000 to USCIS with funds from the CTBC account ending in 9799 or other Xia Entity account(s) if additional funds are needed within three (3) days of this Order; and it is further

**ORDERED** that CTBC shall release, solely for the purpose of paying the Fee to USCIS, funds from Defendant's account ending in 9799 or other Xia Entity account(s) if additional funds are needed for $20,000; and it is further

**ORDERED** that Defendants shall provide documentary proof of the foregoing payments, as applicable, to the Court, SEC, and the Monitor within five (5) days of making such payment(s), is granted in its entirety.

**ORDERED** that the Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

**SO ORDERED**, this 17th day of January 2024.

*/s/ Pamela K. Chen*

Pamela K. Chen
United States District Court Judge