**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No.: 1:21-cv-05350-PKC-JAM |
| -against- | |
| | **MOTION FOR LEAVE TO WITHDRAW AS COUNSEL** |
| XIA et al, | |
| Defendants | |

PLEASE TAKE NOTICE that, pursuant to Local Civil Rule 1.4 and upon the accompanying Declaration of John Libby, I hereby move this Court to withdraw my appearance for CBTC Bank USA, Interested party, and CTBC Bank Corp (USA), Proposed Intervenor, and to remove my name from the ECF service list in the above-captioned action.

Dated: February 1, 2024        By:        */s/ John Libby*

                                              John Libby
                                              LIBBY ADR LLC
                                              Tel: (310) 573-8990
                                              John@LibbyADR.com

402714919.1