UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>-against-<br><br><br>XIA et al,<br><br>        Defendants | Case No.: 1:21-cv-05350-PKC-JAM<br><br>**DECLARATION OF JOHN LIBBY** |

John F. Libby, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am the Founder and Principal Member of Libby ADR LLC.

2. I submit this declaration in compliance with Local Civil Rule 1.4 to notify the Court that I am withdrawing as counsel because I am no longer employed by Manatt, Phelps & Phillips LLP, counsel of record for Interested Party CTBC Bank USA and Proposed Intervenor CTBC Bank Corp. (USA).

3. My withdrawal will not delay or prejudice this matter, and I am not retaining or charging a lien.

4. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.


Dated: February 1, 2024        By:    */s/ John Libby*

                                                 John Libby
                                               LIBBY ADR LLC
                                               Tel: (310) 573-8990
                                               John@LibbyADR.com