# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 28th day of February, two thousand twenty-four.

Before:     José A. Cabranes,
               *Circuit Judge.*

---

United States Securities and Exchange Commission,

    Plaintiff - Appellee,

Sills Cummis & Gross, P.C.,

    Petitioner,

v.

Richard Xia, AKA Yi Xia, Fleet New York Metropolitan Regional Center LLC, FKA Federal New York Metropolitan Regional Center, LLC, Julia Yue, AKA Jiqing Yue,

    Defendants - Appellants.

**ORDER**

Docket No. 22-3137

---

    Appellee moves to hold the appeal in abeyance.

    IT IS HEREBY ORDERED that the motion is DENIED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 02/28/2024