# **EXHIBIT 2**

|  |  |
|---|---|
| **From:** | Colorado, Christopher |
| **To:** | Adam C. Ford; Matthew Aaron Ford; Renee Jarusinsky |
| **Cc:** | Stoelting, David; Han, Kim |
| **Subject:** | SEC v. Xia, 21-cv-5350 (EDNY) |
| **Date:** | Friday, January 12, 2024 5:21:00 PM |
| **Attachments:** | image001.png<br>2024-1-12 - SEC v. Xia - Amended Dep. Notice.pdf<br>2024-1-12 - RFP to Xia and Fleet.pdf<br>Defendants Known Email Addresses.pdf |

Counsel:  I am attached three documents.  First, as requested during today's further meet-and-confer regarding discovery, I have attached a list of email addresses within Defendants' possession, custody, and control of which we are aware.  We do not know that this is exhaustive.  Second, I have attached an amended deposition notice for Mr. Xia.  Last, I have attached an additional document request to defendants.

Best regards,
Chris

**Christopher M. Colorado**
Senior Trial Counsel
New York Regional Office
**OFFICE**   +1 212-336-9143
**MOBILE**  +1 267-734-5374
ColoradoCh@sec.gov

U.S. Securities and Exchange Commission

Defendants' Known Email Addresses

|    | A | B |
|----|---|---|
| 1  | **Name** | **Email Addresses** |
| 2  | Aliya Nusk | aliya.nusk@fleetfinancialgroup.com |
| 3  | Angela Chen | angela.chen@fleetfinancialgroup.com |
| 4  | Banjo Xiao | banjo.xiao@fleetfinancialgroup.com |
| 5  | Bella Chen | bella.chen@fleetfinancialgroup.com |
| 6  | Bret McCabe | bret.mccabe@fleetfinancialgroup.com |
| 7  | Chenhong Shi | chenhong.shi@fleetfinancialgroup.com |
| 8  | Cynthia Chen | cynthia.chen@fleetfinancialgroup.com |
| 9  | David Wang | zhiqiangwang@fleetarchitects.com |
| 10 | Fleet Financial Group | info@fleetfinancialgroup.com |
| 11 | Fleet Financial Group | office@fleetfinancialgroup.com |
| 12 | Fleet New York Metropolitan Regional Center | infofnymrc@gmail.com |
| 13 | Fleet New York Metropolitan Regional Center | info@fnymrc.com |
| 14 | Fleet New York Metropolitan Regional Center | office@fnymrc.com |
| 15 | Helalul Islam | helalul.islam@fleetfinancialgroup.com |
| 16 | Hina Cao | yu.cao@fleetfinancialgroup.com |
| 17 | Hina Cao | yu.cao@fleetarchitects.com |
| 18 | Hui Liu | hui.liu@fleetfinancialgroup.com |
| 19 | Irene Lin | irene.lin@fleetfinancialgroup.com |
| 20 | Joyce Wells | joyce.wells@fleetfinancialgroup.com |
| 21 | Karen Ng | karen.ng@fleetfinancialgroup.com |
| 22 | Liwen Tian | liwen.tian@fleetfinancialgroup.com |
| 23 | Mamdou Doucoure | mamadou.doucoure@fleetfinancialgroup.com |
| 24 | May Pan | may.pan@fleetfinancialgroup.com |
| 25 | May Pan | may.pan@fnymrc.com |
| 26 | Qi Su | qi.su@fleetfinancialgroup.com |
| 27 | Ren Yu | yu.ren@fleetfinancialgroup.com |
| 28 | Ren Yu | yuren@fleetfinancialgroup.com |
| 29 | Richard Xia | richard.xia@easternemerald.com |
| 30 | Richard Xia | richard.y.xia@fleetfinancialgroup.com |
| 31 | Richard Xia | richard.y.xia@fnymrc.com |
| 32 | Richard Xia | xyznyc8@gmail.com |
| 33 | Richard Xia | yxia1@hotmail.com |
| 34 | Richard Xia | yxia1@yahoo.com |
| 35 | Sarah Pan | sarah.pan@fleetfinancialgroup.com |
| 36 | *TBD* | xi | td <notifications@todoist.com> |
| 37 | *TBD* | Richard Summers [xyznyc888@gmail.com] |
| 38 | Tianying Lei | tianying.lei@fleetfinancialgroup.com |
| 39 | Wendy Deng | wendy.deng@fleetarchitects.com |
| 40 | Xi Verfenstein | xi.wang@fleetfinancialgroup.com |