# **EXHIBIT 3**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

RICHARD XIA, et al.,

    Defendants,

and

JULIA YUE and XI VERFENSTEIN, et al.,

    Relief Defendants.

Case No.: 21-cv-5350 (PKC)(RER)

---

STATE OF NEW YORK    )
                                 ) :ss.
COUNTY OF QUEENS    )

## AFFIDAVIT OF RICHARD XIA

    I, **Richard Xia**, submit this affidavit in response to the Court's November 29, 2023 Order (The "November 2023 Order") relating to the above-captioned action:

1. I am the Defendant in the above-captioned matter.

2. I have maintained all responsive documents and communications at the following:

   location(s): 4231 Union Street, Flushing
   file(s): N/A
   computer(s): IMAC computer (year unknown)
   mobile device(s): multiple IPhones/versions 9-13
   email address(es): Richard.y.xia@fleetfinancialgroup.com, Richard.y.xia@fnymrc.com
   server(s): N/A

3. I have preserved all responsive documents and communications at the locations/files/computers/mobile devices/email addresses identified in #2 above, where such

documents have been maintained. In order to preserve the referenced documents, no documents were deleted.

4. I have conducted searches for responsive documents and communications in the following manner:

- In 2018, I gave all of my emails to KL Discovery to capture all responsive emails. I then instructed my lawyers at Greenberg Traurig to run searches for all responsive, non-privileged documents.
- In 2019 and 2023, I searched for responsive documents by searching my computer, phone, and hard-copy files, using the key words or key terms from each request made of me.

5. I conducted searches for responsive documents by:

*Same answer as Number 4 above.*

6. All responsive documents are still in my possession.

7. I, Richard Xia, undertook the efforts to search for all responsive documents and communications.

Richard Xia
Dated: December 20, 2023

Sworn to and Subscribed before me this 20 day of December, 2023

NOTARY PUBLIC

My Commission Expires: 02/02/2027

Katherine M Jaskot
NOTARY PUBLIC - NEW YORK
COMMISSION #
02JA0000179
MY COMM. EXPIRES
02/02/2027

2