**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

SECURITIES AND EXCHANGE
COMMISSION,

                   **Plaintiff,**

    -against-

RICHARD XIA, a/k/a YI XIA, and
FLEET NEW YORK METROPOLITAN
REGIONAL CENTER, LLC, f/k/a FEDERAL
NEW YORK METROPOLITAN REGIONAL
CENTER, LLC,

                   **Defendants,**

    -and-

JULIA YUE, a/k/a JIQING YUE,
XI VERFENSTEIN, and XINMING YU,

                 **Relief Defendants.**

21-cv-05350-PKC-JAM

---

## STIPULATION AND ORDER

       The undersigned parties, through their attorneys and subject to the Court's approval, hereby stipulate and agree to the following:

       1.     On January 24, 2024, this Court entered a Stipulation and Order which, among other things, established April 12, 2024, as the deadline for the parties to complete fact discovery.

       2.     On April 11, 2024, the Court held a conference with counsel for defendants Richard Xia ("Xia"), Fleet New York Metropolitan Regional Center, LLC ("Fleet," and together with Xia, "Defendants"), and relief defendants Julia Yue ("Yue") and Xi Verfenstein

("Verfenstein"), concerning, among other things, the parties' settlement in principle and an amendment thereto proposed by SEC counsel.

3.      On April 12, 2024, Defendants and Yue delivered to SEC counsel a signed and notarized revised Consent to Judgment reflecting terms upon which Defendants and Yue agree to settle the claims against them.

4.      The Court has stayed all deadlines in this action until May 24, 2024, by which date the SEC shall file a status report.

5.      In light of the above, the expiration date of the Court's Preliminary Injunction Freezing Assets (ECF Dkt. No. 217), as amended by the Court's Order dated January 24, 2024 (ECF Dkt. No. 389), shall also be extended, on consent of Defendants, Yue, Verfenstein, and Relief Defendant Xinming Yu by six weeks from February 6, 2025, to March 20, 2025.

Respectfully submitted,

  /s/ Christopher M. Colorado____
 Christopher M. Colorado
 David Stoelting
 Kim Han
 SECURITIES AND EXCHANGE
  COMMISSION

 *Attorneys for Plaintiff*

   /s/ Adam Ford_____
  Adam Ford
  Matthew Aaron Ford
  Renee Jarusinsky
  FORD O'BRIEN LANDY LLP

  *Attorneys for Defendants Richard Xia*
  *and Fleet New York Metropolitan*
  *Regional Center and Relief Defendant*
  *Julia Yue*


   /s/ Anjula Prasad_____
  Anjula Prasad
  Suzanne Pope
  FORD O'BRIEN LANDY LLP

  *Attorneys for Relief Defendant*
  *Xi Verfenstein*

2

With good cause appearing for the entry of an Order extending the expiration of the Preliminary Injunction Freezing Assets as set forth above,

**IT IS** on this 12th of April 2024

**SO ORDERED.**

Dated: Brooklyn, NY
　　　　April 12, 2024

*/s/ Pamela K. Chen*
Pamela K. Chen, U.S.D.J.