

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

NEW YORK
REGIONAL OFFICE

May 2, 2024

**VIA ECF**

The Honorable Pamela K. Chen
United States District Court
Eastern District of New York
225 Cadman Plaza East, Chambers N 631
Brooklyn, NY 11201

      Re:    *SEC v. Richard Xia, et al.*, **21-cv-5350 (E.D.N.Y.)**

Dear Judge Chen:

    Plaintiff Securities and Exchange Commission, in response to the motion by Intervenor CTBC Bank Corp. (USA) ("CTBC") to modify the asset freeze and appoint a receiver (ECF No. 405), respectfully takes no position on CTBC's motion.

                                       Respectfully submitted,

                                       /s/ David Stoelting
                                       Christopher M. Colorado
                                       David Stoelting
                                       Kim Han
                                       Securities and Exchange Commission

                                       *Attorneys for Plaintiff*