

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

NEW YORK
REGIONAL OFFICE

May 24, 2024

**VIA ECF**
The Honorable Pamela K. Chen
United States District Court
Eastern District of New York
225 Cadman Plaza East, Chambers N 631
Brooklyn, NY 11201

    Re: <u>*SEC v. Richard Xia, et al.*, 21-cv-05350-PKC-JAM</u>

Dear Judge Chen:

  Plaintiff Securities and Exchange Commission ("SEC") respectfully submits this letter motion requesting sealing of the letter filed herewith. The letter filed herewith is submitted pursuant to the Court's April 11, 2024 Text Order directing the SEC to file a status update concerning the parties' settlement in principle by May 24. Because the status update letter includes confidential details regarding the parties' settlement in principle and related discussions, the SEC seeks to file the letter under seal.

               Respectfully submitted,

               <u>/s/ Christopher M. Colorado</u>
               Christopher M. Colorado
               David Stoelting
               Kim Han

               *Attorneys for Plaintiff*

Attachment

cc: All parties via ECF (without attachment)
   Attachment to Defendants' counsel via e-mail