

June 11, 2024

**BY ECF**
The Honorable Pamela K. Chen
United States District Judge
United States District Court, Eastern District
225 Cadman Plaza East
Brooklyn, New York 11201

        Re: *Securities Exchange Commission v. Xia, et al.* U.S. Dist. Ct., Dkt. No. 21-Civ-5350 (PKC)

Dear Judge Chen,

    As Your Honor is aware, we represents Defendants Richard Xia ("Xia") and Fleet New York Metropolitan Regional Center, LLC ("Fleet") in the above-referenced matter. We write to update Your Honor regarding the parties' impasse described in prior filings. We write jointly with the Securities and Exchange Commission to inform the Court that the parties have reached resolution on all outstanding matters. Both parties therefore respectfully request that tomorrow's status conference be adjourned *sine diem*.

    We thank the Court for its attention to this matter.

                                                               Respectfully Submitted,

                                                              *Adam Ford*

                                                              Adam C. Ford

cc: all counsel of record (by ECF)
Robert J. Hantman (via e-mail)
Qitao Wu (via e-mail)