**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>      Plaintiff,<br><br> v.<br><br>RICHARD XIA, a/k/a YI XIA; and FLEET NEW YORK METROPOLITAN REGIONAL CENTER, LLC, f/k/a FEDERAL NEW YORK METROPOLITAN REGIONAL CENTER, LLC;<br><br>      Defendants,<br><br> -and-<br><br>JULIA YUE, a/k/a JIQING YUE, XI VERFENSTEIN, and XINMING YU,<br><br>      Relief Defendants. | Civil Action No.: 1:21-cv-05350<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

 I, Russell D. Barr, hereby certify that I am admitted to practice in this Court and enter my appearance as counsel on behalf of the following Interested Parties in the above-captioned action: Guo ShaoBin, Jin Bo, Li Guangyu, Li PeiQi, Shi Fei, Song Yang, Wang Qian, Wang WanChao, Wu Chaojie, Yubing Zhou, Yue Hong, Zhao Qiuyan, and Zhu Nan.

Dated: Stowe, Vermont
   June 25, 2024

              By: */s/Russell D. Barr*
                Russell D. Barr
                BARR LAW GROUP
                125 Mountain Road
                Stowe, Vermont 05672

Phone: (802) 253-6272
Fax: (802) 253-6055
russ@barrlaw.com
*Attorneys for Interested Parties Guo ShaoBin, Jin Bo, Li Guangyu, Li PeiQi, Shi Fei, Song Yang, Wang Qian, Wang WanChao, Wu Chaojie, Yubing Zhou, Yue Hong, Zhao Qiuyan, and Zhu Nan*