UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                           Plaintiff,<br><br>          -against-<br><br>RICHARD XIA, a/k/a YI XIA; and FLEET NEW YORK METROPOLITAN REGIONAL CENTER, LLC, f/k/a FEDERAL NEW YORK METROPOLITAN REGIONAL CENTER, LLC,<br><br>                           Defendants,<br><br>          -and-<br><br>JULIA YUE, A/K/A JIQING YUE; XI VERFENSTEIN; and XINMING YU,<br><br>                           Relief Defendants. | 21 Civ. 5350 (PKC) (JAM) |

**NOTICE OF UNOPPOSED MOTION FOR APPROVAL OF CONSENT SETTLEMENT WITH DEFENDANTS RICHARD XIA AND FLEET NEW YORK METROPOLITAN REGIONAL CENTER AND RELIEF DEFENDANT JULIA YUE, ENTRY OF FINAL JUDGMENT, AND ENTRY OF AN ORDER APPPOINTING A DISTRIBUTION ADMINISTRATOR**

Plaintiff Securities and Exchange Commission respectfully moves this Court for approval of settlement terms set forth in the Consent executed by Defendants Richard Xia and Fleet New York Metropolitan Regional Center ("Defendants") and relief defendant Julia Yue ("Yue"); entry of a final judgment reflecting those terms; and entry of an order appointing Robert Seiden, Esq. to act as distribution administrator in connection with the settlement and final judgment. Defendants and Yue do not oppose this motion.

The Consent is filed as Exhibit A, the Proposed Final Judgment is filed as Exhibit B, and the Proposed Order Appointing a Distribution Administrator is filed as Exhibit C.

Dated: New York, NY
       July 5, 2024

Respectfully submitted,

/s/ Christopher M. Colorado
Christopher M. Colorado
David Stoelting
Kim Han
*Attorneys for Plaintiff*
Securities and Exchange Commission
New York Regional Office
100 Pearl Street, Suite 20-100
New York, NY 10004-2616
212-336-9143 (Colorado)