

August 6, 2024

**BY ECF**
The Honorable Pamela K. Chen
United States District Judge
United States District Court, Eastern District
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Securities Exchange Commission v. Xia, et al.*, U.S. Dist. Ct., Dkt. No. 21-Civ-5350 (PKC)

Dear Judge Chen,

    As Your Honor is aware, we represent Defendants Richard Xia ("Xia") and Fleet New York Metropolitan Regional Center, LLC ("Fleet Regional Center") in the above-referenced matter. We write to confirm Defendants' compliance with Your Honor's directives from the July 9, 2024 status conference and the subsequent court order dated July 9, 2024 (ECF No. 455).

    As directed by the Court, Defendants have filed a response to the U.S. Citizenship and Immigration Services' ("USCIS") Notice of Intent to Terminate ("NOIT") by the specified deadline of July 24, 2024, before the July 31, 2024 deadline imposed by the USCIS. The response was submitted to demonstrate Defendants' willingness to pay the EB-5 Integrity Fund fee and to explain the circumstances surrounding the non-payment.

    We thank the Court's attention to this matter and confirm that the necessary steps have been taken to ensure compliance with the Court's order, including the filing of the response to the NOIT, to facilitate the payment of the Integrity Fee and safeguard the interests of the EB-5 investors.

                                                                    Respectfully Submitted,

                                                                    Adam C. Ford

cc: all counsel of record (by ECF)