UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                                Plaintiff,<br>       v.<br><br>RICHARD XIA, a/k/a YI XIA, et al.,<br>                              Defendants,<br>                    and<br>JULIA YUE, a/k/a JIQUING YUE, et al.,<br>                           Relief Defendants. | No. 21-cv-05350-PKC-RER<br><br>**NOTICE OF APPEARANCE** |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that ROBERT J. HANTMAN of Hantman & Associates hereby appears in the above-captioned matter as attorney for Defendant RICHARD XIA, a/k/a YI XIA, and requests copies of any notices and papers filed or entered in this action be served upon the following:

HANTMAN & ASSOCIATES
1120 Avenue of the Americas 4th Floor
New York, NY 10036
Tel: (212) 684-3933
Fax: (646) 380-3299
rhantman@hantmanlaw.com

I am admitted or otherwise authorized to practice in this court.

Dated: New York, New York
       August 8, 2024

                                                  By: */s/* Robert Hantman
                                                  Robert J. Hantman, Esq.
                                                  HANTMAN & ASSOCIATES
                                                  *Attorney for Defendant Richard Xia*
                                                  www.hantmanlaw.com
                                                  1120 Avenue of the Americas 4th Floor
                                                  New York, NY 10036
                                                  Tel: (212) 684-3933
                                                  rhantman@hantmanlaw.com