# HANTMAN & ASSOCIATES
ATTORNEYS AT LAW
1120 Avenue of the Americas
4th Floor
New York, New York 10036
(P) 212-684-3933
(F) 212-465-2192
www.Hantmanlaw.com

**ROBERT J. HANTMAN**
rhantman@hantmanlaw.com
New York, New Jersey, & Florida Bars

September 16, 2024

**BY ECF**
The Honorable Pamela K. Chen
United States District Judge
United States District Court, Eastern District
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: *Securities Exchange Commission v. Xia, et al.* U.S. Dist. Ct., Dkt. No. 21-Civ-5350 (PKC)

Dear Judge Chen,

    As Your Honor is aware, we represent Defendants Richard Xia ("Xia") and Fleet New York Metropolitan Regional Center, LLC ("Fleet Regional Center") in the above-referenced matter. This status update letter is filed pursuant to Your Honor's minute entry of the status conference held on August 27, 2024.

    This letter confirms that Qitao Wu, an associate of our law firm, made personal service of the copies of the cover letter, effect notice, and this Court's Order (ECF 453) to the tenants of the real property located at 140-22 Beech Avenue, Flushing, NY, units SCA, SCB, 1A, 1B, 1C, 1D, 1E, 1F, 9C, 9D, and 9F (the "Secured Units") today. For those tenants who did not answer, Mr. Wu also affixed the documents to their doors.

    We thank the Court for its attention to this matter and remain committed to work with all relevant parties to collaborate on finding solutions that that serves the best interests of all.

                                   Respectfully,
                                   */s/* Robert Hantman
                                   Robert J. Hantman, Esq. (*pro hac vice*)
                                   HANTMAN & ASSOCIATES
                                   1120 Avenue of the Americas 4th Floor
                                   New York, NY 10036

| FLORIDA | NEW JERSEY | FLORIDA |
| --- | --- | --- |
| HANTMAN & ASSOCIATES | JOSEPH J. FERRARA | ENTIN & DELLA FERA, P.A. |
| 650 WEST AVENUE | OF COUNSEL | OF COUNSEL |
| SUITE 2408 | 111 PATERSON AVENUE | 110 SE 6TH ST., SUITE 1970 |
| MIAMI BEACH, FL 33139 | HOBOKEN, NJ 07030 | FORT LAUDERDALE, FL 33301 |

PLEASE SEND ALL CORRESPONDENCE TO THE NEW YORK, NY ADDRESS LISTED ABOVE.

                Tel: (212) 684-3933
                rhantman@hantmanlaw.com
                *Attorney for Defendants*