UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD XIA, et al.,<br><br>Defendants,<br><br>and<br><br>JULIA YUE and XI VERFENSTEIN, et al.,<br><br>Relief Defendants. | Case No.: 21-cv-5350 (PKC)(RER) |

**DECLARATION OF ADAM C. FORD**
**IN SUPPORT OF MOTION TO WITHDRAW**

Adam C. Ford, pursuant to 28 U.S.C. § 1746 declares as follows:

1. I am a partner of Ford O'Brien Landy LLP.

2. I submit this declaration in compliance with Local Civil Rule 1.4 in support of my motion to withdraw as counsel for Defendant Richard Xia due to failure to pay legal fees and irreconcilable differences.

3. My withdrawal will not delay or prejudice this matter, as Mr. Xia has indicated his intention to proceed pro se.

4. I am not asserting a retaining or charging lien.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that a foregoing is true and correct.

Dated: New York, New York
October 15, 2024

    FORD O'BRIEN LANDY LLP
    */s/ Adam C. Ford*
    Adam C. Ford
    275 Madison Avenue, 24th Floor
    New York, New York 10016
    Tel.: (212) 858-0040
    aford@fordobrien.com

    *Attorney for Defendant Richard Xia*