# GLOBAL LAW GROUP

October 21, 2024

**To:**     Fleet New York Metropolitan Regional Center LLC

## Invoice

| Item Code | Description | Amount |
|---|---|---|
| | **Attorney's Fee (Form I-956G)** | |
| | - Prepare and file Form I-956G, Regional Center Annual Statement (for 2022, 2023 and 2024) | $32,000 |
| | - Prepare and submit an interfiling regarding the proof of integrity fee payments for the NOIT issued on June 28, 2024 | $1,000 |
| | *In the event of any notice issued by USCIS, including but not limited to Request for Evidence (RFE), Request for Clarification (RFC), or Notice of Intent to Deny (NOID), requiring a response or reply, additional attorney's fees will be required for each request.* | |
| | **Legal Fees sub-total:** | **$33,000** |
| | *Government Fees and other costs:* | |
| | - USCIS Form I-956G Filing Fee ($4,470/years x 3) | $13,410 |
| | - USCIS EB-5 Integrity Fund ($20,000 for over 20 investors for 2023, 2024 & 2025 x 3) | $60,000 |
| | - Adminstration Costs (3% attorney's fees) | $990 |
| | **Fees and Costs sub-total:** | **$74,400** |
| | **Total legal fee, government fees and costs amount Due:** | **$107,400** |
| **PAYMENT OPTIONS** | ☐ Please make check payable to "Global Law Group". | |

**140 South Lake Ave., Suite 230, Pasadena CA, 91101**
**Tel: (213) 830-9933   Email: Contact@GlobalLawGroup.net**
**www.GlobalLawGroup.net**