# HANTMAN & ASSOCIATES
ATTORNEYS AT LAW
1120 Avenue of the Americas
4th Floor
New York, New York 10036
(P) 212-684-3933
(F) 212-465-2192
www.Hantmanlaw.com

**ROBERT J. HANTMAN**
rhantman@hantmanlaw.com
New York, New Jersey, & Florida Bars

**BY ECF**                                                February 11, 2025

The Honorable Pamela K. Chen
United States District Judge
United States District Court, Eastern District
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Securities Exchange Commission v. Xia, et al.* U.S. Dist. Ct., Dkt. No. 21-Civ-5350 (PKC) (JAM)

Dear Judge Chen,

We represent Defendants Richard Xia ("Xia") and Fleet New York Metropolitan Regional Center, LLC ("Fleet") in the above-referenced matter. We respectfully submit this letter and the attached overview prepared by Mr. John Leo's attorney, which we just received. We apologize for these eleventh-hour submissions.

We thank the Court's attention to this matter.

Respectfully submitted,

/s/ Robert J. Hantman, Esq.
*Attorney for Defendant Xia
and Fleet*

FLORIDA                  NEW JERSEY                              FLORIDA
HANTMAN & ASSOCIATES     JOSEPH J. FERRARA                       ENTIN & DELLA FERA, P.A.
650 WEST AVENUE          OF COUNSEL                              OF COUNSEL
SUITE 2408               111 PATERSON AVENUE                     110 SE 6TH ST., SUITE 1970
MIAMI BEACH, FL 33139    HOBOKEN, NJ 07030                       FORT LAUDERDALE, FL 33301

PLEASE SEND ALL CORRESPONDENCE TO THE NEW YORK, NY ADDRESS LISTED ABOVE.