**Hantman and Associates**
1120 Avenue of The Americas FL 4Flr
New York, NY 10036-6700
United States
212-684-3933

Hantman and Associates

**Richard Xia**

| | |
|---|---|
| **Balance** | $73,510.00 |
| **Invoice #** | 00117 |
| **Invoice Date** | August 8, 2024 |
| **Payment Terms** | Due on Receipt |
| **Due Date** | August 08, 2024 |

**SECURITIES AND EXCHANGE COMMISSION Plaintiff, v RICHARD XIA, a/k/a YI XIA, et al. and JULIA YUE, a/k/a JIQUING YUE, et al., Relief Defendants.**

For services rendered between
August 08, 2024 and February 14, 2025

## Time Entries

| Date | EE | Activity | Description | Rate | Hours | Line Total |
|---|---|---|---|---|---|---|
| 08/08/2024 | QW | Review | Reviewing order re Guartan v. X&Y Development and drafting letter to the opposing counsel | $250.00 | 1.5 | $375.00 |
| 08/08/2024 | RH | Review | Review docket sheet and review overview of pending issues and communication Ford and review with QW | $500.00 | 2.5 | $1,250.00 |
| 08/12/2024 | QW | Communication | Communication with client and client's employee re receivership responses | $250.00 | 0.8 | $200.00 |
| 08/14/2024 | QW | Communication | Communication with client's employee regarding berm maintenance meeting | $250.00 | 0.9 | $225.00 |
| 08/15/2024 | QW | meeting | Meeting with client's employee regarding declaration against receiver non-compliance letter | $250.00 | 3.8 | $950.00 |
| 08/18/2024 | QW | Draft | Drafting declaration against receiver's non-compliance letter | $250.00 | 3.0 | $750.00 |
| 08/19/2024 | QW | Telephone Conference | Client call re receivership conference 8/27 | $250.00 | 0.5 | $125.00 |
| 08/20/2024 | QW | Document | Editing declarations against receiver's non-compliance letter | $250.00 | 1.0 | $250.00 |
| 08/20/2024 | MW | Review | Revisions to declarations | $500.00 | 0.5 | $250.00 |
| 08/23/2024 | QW | Documents | Editing Richard declaration against Receiver letter (1.5); communicating with Richard re letter response to receiver's non-compliance letter (0.25) | $250.00 | 1.8 | $450.00 |
| 08/24/2024 | QW | Document Preparation | Editing Richard declaration based on his own comments (0.67); drafting response letter to CTBC receiver's letter (2.33) | $250.00 | 3.0 | $750.00 |

| Date | Initials | Category | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| 08/26/2024 | QW | Document Preparation | Finalizing letter and draft declaration (1.5); call with client and his employees re status conference and interest issues (0.5+1) | $250.00 | 3.0 | $750.00 |
| 08/26/2024 | RH | Review | Revisions to declarations | $500.00 | 0.5 | $250.00 |
| 08/27/2024 | QW | Conference | Attending status conference virtually (1); communication with Richard and his employee re post-conference follow up and distributor updates and preparing for receivership updates with tenants (3) | $250.00 | 4.0 | $1,000.00 |
| 08/27/2024 | RH | Conference | Attending status conference virtually | $500.00 | 1.0 | $500.00 |
| 08/29/2024 | QW | Communication | Communications with client and employee re recent updates | $250.00 | 1.0 | $250.00 |
| 08/30/2024 | QW | Communication | Communication with Richard's employees re next steps on multiple pending matters | $250.00 | 3.0 | $750.00 |
| 09/04/2024 | RH | meeting | Meeting with Simon re taking out bank and later call R X and follow up Receiver | $500.00 | 1.4 | $700.00 |
| 09/16/2024 | QW | Administrative | Personally serving notices to tenants at 140-22 Beech Ave Flushing | $250.00 | 3.0 | $750.00 |
| 09/16/2024 | QW | Conference | Attending settlement conference at EDNY and participating in internal discussions with co-counsel and client re settlement amount | $250.00 | 4.0 | $1,000.00 |
| 09/16/2024 | RH | Conference | Attending settlement conference at EDNY | $500.00 | 4.0 | $2,000.00 |
| 09/19/2024 | QW | Call | Finalizing payoff notice to CTBC counsel and calling client. | $250.00 | 1.5 | $375.00 |
| 09/20/2024 | QW | Communication | Communication with client re payoff letter and misc. pending matters | $250.00 | 0.3 | $75.00 |
| 09/30/2024 | QW | meeting | Meeting with Bank counsel to strategize Responses to CTBC and receiver | $250.00 | 1.7 | $425.00 |
| 09/30/2024 | QW | Document Preparation | Finalizing ROG and production response (1.5); writing internal memo (1.17) | $250.00 | 2.7 | $675.00 |
| 09/30/2024 | QW | meeting | Meeting with Bank counsel to strategize responses to CTBC and receiver | $250.00 | 1.7 | $425.00 |
| 10/02/2024 | QW | Communication | Communication with receiver and client re secured units documents | $250.00 | 1.0 | $250.00 |
| 10/02/2024 | QW | Communication | Communication with opposing counsel and revising joint status update to court (1); internal communication re productions (0.25) | $250.00 | 1.3 | $325.00 |
| 10/07/2024 | QW | Communication | Communications with client and employee re court order for status conference and updated deadlines on misc. matters related to the projects | $250.00 | 1.5 | $375.00 |
| 10/08/2024 | QW | Communication | Communication with co-counsel re EB5 fees | $250.00 | 0.3 | $75.00 |
| 10/12/2024 | QW | Communication | Communication with client re CTBC payoff and reinstatement of commercial real estate mortgages (0.75); legal research on NYS commercial real estate mortgage reinstatement (1) | $250.00 | 1.8 | $450.00 |
| 10/14/2024 | QW | Communication | Internal communications and calls with client re miscellaneous items (2) | $250.00 | 2.0 | $500.00 |
| 10/15/2024 | QW | Communication | Internal communications and calls with client re miscellaneous items (2) | $250.00 | 2.3 | $575.00 |
| 10/22/2024 | RH | correspondence | Email from Richard X re CTBC calculation sheets | $500.00 | 0.2 | $100.00 |
| 10/28/2024 | QW | Communication | Communications with client and client's employee re SEC compliance items (1); drafting letter update to court re SEC allegation (1 | $250.00 | 2.0 | $500.00 |

| 10/29/2024 | QW | Communication | Communications with client re SEC objection to immigration counsel's attorney fees (0.5); drafting letter update to court (1.5); drafting motion for extension to respond to monitor's fee request (0.5) | $250.00 | 2.5 | $625.00 |
|---|---|---|---|---|---|---|
| 10/30/2024 | QW | Telephone Conference | Contacting CTBC and Global Law Group in response to the court's order authorizing payment (0.91); comms with client re other compliance items (0.5); editing draft certifications for SEC (0.75) | $250.00 | 2.2 | $550.00 |
| 10/31/2024 | QW | Telephone Conference | Calls with client and employee regarding compliance items (0.75); communications with SEC re compliance (0.25) | $250.00 | 1.0 | $250.00 |
| 11/01/2024 | QW | Telephone Conference | Calls with client and co-counsel re CTBC payoff settlement (1); Meeting with SEC re certifications (0.67); Legal research re CTBC failing to roll over CD payments (2 | $250.00 | 3.7 | $925.00 |
| 11/02/2024 | QW | Telephone Conference | Calls with Matthew and client re CTBC payoff (1) and reviewing CD agreements and spreadsheets (1) | $250.00 | 2.0 | $500.00 |
| 11/04/2024 | QW | Telephone Conference | Calls with client and employee regarding compliance items (2); drafting motion for fees re Global Law Group's service in preparing documents for Fleet's compliance with certifications, and response to monitor's fee application (5.5) | $250.00 | 7.5 | $1,875.00 |
| 11/04/2024 | RH | Conference | Conference with QW and follow up call Scott Peeler and follow up e mail | $500.00 | 1.6 | $800.00 |
| 11/04/2024 | RH | correspondence | Email from Richard Re: Obligation of CTBC Bank to Automatically Renew or Roll-Over CDs | $500.00 | 0.2 | $100.00 |
| 11/05/2024 | QW | Telephone Conference | Calls with client and co-counsel re CTBC payoff negotiation (3); preparing letter to the court re adjournment (0.5); comms with client's immigration counsel re invoices (0.5) | $250.00 | 4.0 | $1,000.00 |
| 11/05/2024 | RH | Telephone Conference | Telephone conference with QU, MS, RX, re Bank and Referee. review of e mails | $500.00 | 2.0 | $1,000.00 |
| 11/06/2024 | QC | Draft | Drafting letter updates and motion to court re Global's fees for 956G and transfer of Fleet filings and comms with clients and Robert re misc matters herein (15); Comms with CTBC counsel re compliance items for 11/8 conference (0.5) | $250.00 | 15.5 | $3,875.00 |
| 11/06/2024 | RH | Telephone Conference | Telephone conference with TCs QW, MS and RX SEC and Receiver issues and e mails | $500.00 | 1.9 | $950.00 |
| 11/07/2024 | QW | correspondence | Finalizing various letter filings re contempt hearing for co-counsel to file and forwarding mortgage copies to the SEC | $250.00 | 4.5 | $1,125.00 |
| 11/07/2024 | RH | Court | Preparation and court attendance Brooklyn | $500.00 | 5.0 | $2,500.00 |
| 11/08/2024 | QW | Preparation | Printing previous submissions and preparing for Robert (1.75); attending contempt hearing (4) | $250.00 | 5.8 | $1,450.00 |
| 11/08/2024 | RH | correspondence | Email from Richard Re: Xia with CTBC | $500.00 | 0.2 | $100.00 |
| 11/09/2024 | QW | Preparation | Preparing compliance items (Richard's affirmation etc.) and Global Law Group's invoice for VIII(b) of the Final Judgment | $250.00 | 2.8 | $700.00 |
| 11/11/2024 | QW | Communication | Finalizing and filing compliance items re contempt hearing (3.33); communications with client (0.5) | $250.00 | 3.8 | $950.00 |
| 11/12/2024 | QW | correspondence | Finalizing and filing medical notes under seal and letter update re Global's 956G attorney fees | $250.00 | 2.2 | $550.00 |

| Date | Atty | Task | Description | Rate | Hours | Total |
|---|---|---|---|---|---|---|
| 11/13/2024 | QW | correspondence | Editing Richard letter and declaration re CTBC items (1.75); compiling and forwarding compliance items for CTBC (1.5); calls with Global Law Group re fleet transfer atty fee motion and finalizing motion (0.67); reviewing monitor bills with Richard's employee (1); call with Robert re construction contractor (0.17) | $250.00 | 5.1 | $1,275.00 |
| 11/13/2024 | RH | Review | Review and revise Richard letter and proposed submissions | $500.00 | 0.5 | $250.00 |
| 11/14/2024 | QW | Review | Reviewing monitor bill with Richard's employee and recrude to writing (2.5); Communications with receiver and submitting compliance items (1.33); drafting letter updates to court re Defendants' compliance and editing Richard declaration (0.5); communications with client (0.33) | $250.00 | 4.5 | $1,125.00 |
| 11/14/2024 | RH | Telephone Conference | Telephone conference monitor and conversations QW | $500.00 | 1.0 | $500.00 |
| 11/15/2024 | QW | Document | Finalizing and filing compliance items and Richard's letter/declaration | $250.00 | 2.0 | $500.00 |
| 11/16/2024 | QW | Draft | Drafting joint letter for monitor (0.5); communication with Global Law Group re additional documents per court order and case law research (1.33) | $250.00 | 1.8 | $450.00 |
| 11/17/2024 | RH | Draft | Draft of letter monitor | $500.00 | 1.0 | $500.00 |
| 11/18/2024 | QW | Research | Legal research for supporting documents for Global Law Group's fees (2); editing monitor letter per monitor's comments (0.5) | $250.00 | 2.5 | $625.00 |
| 11/19/2024 | QW | Draft | Drafting supporting declaration for Global Law Group's fees (4); editing monitor letter per monitor's comments (0.25); communication with Richard re compliance items and monitor letter (0.5); communication with Robert and drafting letter to court re compliance and vacating follow-up hearing on 11.25.24 (0.75) | $250.00 | 5.5 | $1,375.00 |
| 11/19/2024 | RH | Telephone Conference | Follow up QW and telephone conference Peeler | $500.00 | 0.5 | $250.00 |
| 11/20/2024 | QW | Telephone Conference | Call with SEC and client (1); call with Global Law Group re supporting documents (0.5); drafting letter re client's compliance and vacatur of hearing (0.5); communication with receiver's team re compliance items and keys to Secured Units (0.25) | $250.00 | 2.5 | $625.00 |
| 11/21/2024 | QW | Draft | Sending client keys to receiver via FedEx (0.5); drafting affidavits for receiver of Fleet and Richard and letter to court (0.75); call with Richard re compliance items (0.33) | $250.00 | 1.6 | $400.00 |
| 11/22/2024 | QW | Communication | Communication with client re SEC compliance items for VIII(b) of final judgment (4.5); Reviewing/Finalizing and filing compliance items to court under seal (5) | $250.00 | 9.5 | $2,375.00 |
| 11/22/2024 | RH | correspondence | Correspondence to and from SEC and telephone conference SEC and client and Global | $500.00 | 1.6 | $800.00 |
| 11/22/2024 | RH | Communication | Communication client and QW and review potential filings | $500.00 | 0.9 | $450.00 |
| 11/23/2024 | RH | correspondence | Email from Richard re introduction of Co-Counsel for SEC &amp; CTBC Matters | $500.00 | 0.3 | $150.00 |
| 11/25/2024 | QW | Conference | Attending status conference (1.5); Communication with immigration counsel re amended order to release funds (0.5) | $250.00 | 2.0 | $500.00 |
| 11/25/2024 | RH | Conference | Preparation for and participation Zoom conference Fed CT | $500.00 | 1.5 | $750.00 |

| Date | Atty | Type | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| 11/26/2024 | QW | Draft | Drafting proposed order and coordinating filing with Nyall | $250.00 | 1.0 | $250.00 |
| 11/26/2024 | RH | Review | Review and preparing e mails SEC | $500.00 | 0.5 | $250.00 |
| 11/26/2024 | RH | Telephone Conference | Telephone conference with Matt Simon re Settlement Bank | $500.00 | 0.4 | $200.00 |
| 11/28/2024 | RH | Telephone Conference | Telephone conference with QW, communication Linda Wong | $500.00 | 0.8 | $400.00 |
| 12/02/2024 | NC | Draft | Drafting letter to Court re explicit inclusion of RR in Decision | $400.00 | 1.5 | $600.00 |
| 12/03/2024 | QW | Telephone Conference | Calls with Global law group and Robert re release of funds (0.5); drafting email and communications with CTBC counsel re same (0.5) | $250.00 | 1.0 | $250.00 |
| 12/06/2024 | RH | Communication | Email from Richard Xia Re: Fw: Finishing the Project | $500.00 | 0.2 | $100.00 |
| 12/16/2024 | RH | Communication | Email from Richard Xia Re: Discussion on Ownership and Management Structure for the Regional Center | $500.00 | 0.2 | $100.00 |
| 12/18/2024 | QW | Review | Reviewing distribution plan and proof of claim and drafting letter to Seiden (distributor) re improprieties and prejudice to Fleet and Xia | $250.00 | 5.5 | $1,375.00 |
| 12/19/2024 | QW | Conference | Attending conference with Leo and SEC | $250.00 | 0.7 | $175.00 |
| 12/20/2024 | QW | Draft | Calling Robert and co-counsel and drafting NOAs for Robert in Queens case (1); reviewing ConED affirmation and drafting email to opposing counsel (0.5) | $250.00 | 1.5 | $375.00 |
| 12/23/2024 | QW | Communication | Following up with ConED counsel via email | $250.00 | 0.5 | $125.00 |
| 12/26/2024 | QW | Research | Researching on consent judgment and 10B issue, analyzing the 956G requirements raised by GLG counsel, and emailing Richard for reminder (1); Drafting, finalizing and filing fee application for ConED fees (1.33); | $250.00 | 2.3 | $575.00 |
| 12/30/2024 | QW | Telephone Conference | Telephone conference with Richard and Fleet's employee re ConED payments and arrears (1); call with Robert and Monitor re ConED arrears and property taxes (0.5) Emails with SEC counsel re ConED issue and ConED counsel's lapses, emails with monitor/monitor's team re property taxes payment, and emails with CTBC counsel re property taxes payment (1); drafting and filing letter update to court re ConED payment issue (0.5) | $250.00 | 3.0 | $750.00 |
| 01/02/2025 | QW | Telephone Conference | Telephone conference with Richard's employee re ConED payment and article 78 proceedings for Eastern Mirage &amp; Eastern Emerald (0.67); Emails to co-counsel re CTBC foreclosure action (0.25) | $250.00 | 0.9 | $225.00 |
| 01/03/2025 | QW | Telephone Conference | Telephone conference with FL counsel re Pro Hac Vice application in CTBC matter and Queens project | $250.00 | 0.5 | $125.00 |
| 01/04/2025 | RH | Telephone Conference | Telephone conference with Murry Hudson and Qitao re foreclose actions and Settlement | $500.00 | 1.0 | $500.00 |
| 01/06/2025 | QW | Telephone Conference | Telephone conference with Richard's employee re ConED bills, Monitor bills, Leo's update, and First Baptist pretrial conference (0.5); call with Richard re distribution misinformation and Monitor bills (0.5); Reviewing monitor email items re bills and article 78 for tomorrow's in-person meeting (1.1) | $250.00 | 2.2 | $550.00 |

| Date | Atty | Type | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| 01/07/2025 | QW | meeting | Meeting with monitor re outstanding items and misc. arrears for the projects (2); Calls with Richard's employee re ConED bills (0.25); Calls and email drafting & seiding with ConED counsel re late fee deduction (0.5); Conference call Robert and FL co-counsel re motion to extend deadline for disgorgement payments (0.5) | $250.00 | 3.3 | $825.00 |
| 01/07/2025 | RH | Conference | Conference with Peeler and associates | $500.00 | 1.5 | $750.00 |
| 01/07/2025 | RH | Conference | Conference with Murry Hudson re foreclosure case - finishing project | $500.00 | 2.0 | $1,000.00 |
| 01/07/2025 | RH | Telephone Conference | Telephone conference with lawyer Con Ed. Re bill | $500.00 | 0.4 | $200.00 |
| 01/07/2025 | RH | Telephone Conference | Telephone conference with Naffi finishing project | $500.00 | 0.4 | $200.00 |
| 01/09/2025 | QW | Communication | Communications with Richard's employees re ConED negotiation and property taxes (0.83); Email with monitor's team re misc. items re the projects' outstanding violations and CTBC contact (0.17); call with CTBC counsel re property tax wiring (0.25); call with Richard re same issues (0.25); revising letter to distributor (0.5) | $250.00 | 2.0 | $500.00 |
| 01/10/2025 | QW | Communication | Communication with Leo re SEC interactions (0.25); drafting wiring instruction for CTBC counsel re FedWire and ACH (0.75); internal communications, drafting and filing update to Court re transfer of ownership (0.67) | $250.00 | 1.7 | $425.00 |
| 01/13/2025 | QW | Document Preparation | Finalizing distributor letter and circulating to client and Robert for review (1); preparing reference number/memo for CTBC counsel re request for Mirage/Emerald's property taxes' transfer (0.75); call with Richard's employee re reference memo to CTBC bank (0.17) | $250.00 | 1.9 | $475.00 |
| 01/13/2025 | NC | Document Preparation | Receipt of plaintiff discovery, sending motion to amend documents to RJH | $400.00 | 1.5 | $600.00 |
| 01/13/2025 | RH | Review | Review and revised motion to amend documents | $500.00 | 1.0 | $500.00 |
| 01/13/2025 | NC | Document | Sending Opposing Discovery Demands and case update to team | $400.00 | 0.8 | $320.00 |
| 01/15/2025 | QW | Documents | Sending distributor letter/communications with his team (0.33); comms with FL counsel re Queens actions and sending relevant CD documents (0.33); Communications with CTBC counsel re property tax payment (0.5 | $250.00 | 1.2 | $300.00 |
| 01/17/2025 | QW | Document Preparation | Finalizing letter | $250.00 | 1.3 | $325.00 |
| 01/22/2025 | QW | Communication | Communications with Richard's employee and CTBC attorney re property tax delay (0.5); communication with FL counsel re Queens foreclosure action and finalizing pleadings for filing (2.5); communications with Leo and his counsel re transfer of ownership (0.5) | $250.00 | 3.5 | $875.00 |
| 01/22/2025 | RH | Telephone Conference | Telephone conference with Client Naffi and Banjo Re Completion of project | $500.00 | 0.4 | $200.00 |
| 01/22/2025 | RH | Telephone Conference | Telephone conference with Naffi and Banjo re. Project | $500.00 | 0.3 | $150.00 |
| 01/22/2025 | NC | Communication | Email to Edlestien re information for Motion to Appeal | $400.00 | 1.5 | $600.00 |

| Date | Initials | Type | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| 01/23/2025 | RH | Conference | Conference with Murry Hudson re completion of Emerald project and US Capital and need for an extension Boca Raton | $500.00 | 1.5 | $750.00 |
| 01/23/2025 | NC | Communication | Discovery demands, emails to RJH re Gal motion for partial Summery Response | $400.00 | 3.0 | $1,200.00 |
| 01/23/2025 | RH | Review | Email from NC review and revised re Gal motion for partial Summery Response | $500.00 | 1.0 | $500.00 |
| 01/24/2025 | NC | Telephone Conference | Call with RJH re Discovery First Baptist | $400.00 | 0.3 | $120.00 |
| 01/24/2025 | RH | Telephone Conference | Call with NC re Discovery First Baptist | $500.00 | 0.3 | $150.00 |
| 01/27/2025 | QW | Conference | Conference call with monitor's associate to explain request for carve-out for Molina settlement (0.67); comms with Richard and distributor re additional info (0.25 | $250.00 | 0.9 | $225.00 |
| 01/27/2025 | NC | Review | Review of Appellate Motion First Baptist | $400.00 | 0.8 | $320.00 |
| 01/27/2025 | RH | Conference | Conference call with monitor's associate re misc items | $500.00 | 0.9 | $450.00 |
| 01/28/2025 | QW | Telephone Conference | Telephone conference with monitor re proposed carve-out (0.5); Call with John Leo re distributor items and fees and preparing documents he requested (0.5) | $250.00 | 1.0 | $250.00 |
| 01/28/2025 | RH | Telephone Conference | Telephone conference with S Peeler QW | $500.00 | 0.5 | $250.00 |
| 01/28/2025 | RH | Telephone Conference | Telephone conference with RX .re Sub contractor payments | $500.00 | 0.5 | $250.00 |
| 01/29/2025 | QW | Document | Summarizing outstanding items to be addressed by Richard's counsel US Capital and email to Richard | $250.00 | 0.5 | $125.00 |
| 01/31/2025 | QW | Draft | Drafting letter to court re Distributor's omission in distributor plan (0.5); reviewing (0.33 | $250.00 | 0.3 | $75.00 |
| 02/03/2025 | QW | Conference | Attending conference call re John Leo (1.17); revising letter to court re distributor (0.67); comms with Richard and Richard's employee for EB-5 investor's contact information (0.33 | $250.00 | 2.2 | $550.00 |
| 02/04/2025 | QW | Communication | Communications with Richard's employee and sending updated list of contact to distributor (0.17); Comms with Leo & his attorney regarding draft letter re distributor (0.33) | $250.00 | 0.5 | $125.00 |
| 02/05/2025 | QW | Document | Circulating letter to court re distributor's deficiency and filing (0.33); communications with Robert, Richard, and Fleet recipient re conference (0.5) | $250.00 | 0.8 | $200.00 |
| 02/05/2025 | RH | Communication | Communications with QW,Richard, and Fleet recipient re conference (0.5) | $500.00 | 0.5 | $250.00 |
| 02/05/2025 | RH | Review | Review of email from Richard to QU Re: Discuss Fleet RC and related entities | $500.00 | 0.2 | $100.00 |
| 02/12/2025 | QW | Conference | Attending SEC v. Xia status conference | $250.00 | 1.5 | $375.00 |
| 02/14/2025 | RH | Review | Review of email from QW re LP Contact List | $500.00 | 0.5 | $250.00 |
| 02/14/2025 | RH | Review | Review of email from QW re Securities and Exchange Commission v. Xia et al, Index No. 1:21-cv-05350 updated contact of all the EB-5 investors to the distribution administrator | $500.00 | 0.5 | $250.00 |
| 02/14/2025 | RH | Review | Review of email from John Leo re Securities Offered through Snowball Capital LLC- Member FINRA/SIPC | $500.00 | 0.2 | $100.00 |
| 02/14/2025 | RH | Review | Review of email from John Leo re investor List | $500.00 | 0.2 | $100.00 |

| | | |
|---|---:|---:|
| Totals: | **244.2** | **$73,510.00** |

| | |
|---:|---:|
| Time Entry Sub-Total: | $73,510.00 |
| **Sub-Total:** | $73,510.00 |
| **Total:** | $73,510.00 |
| **Amount Paid:** | $0.00 |
| **Balance Due:** | **$73,510.00** |