## HANTMAN & ASSOCIATES
ATTORNEYS AT LAW
1120 Avenue of the Americas
4th Floor
New York, New York 10036
(P) 212-684-3933
(F) 212-465-2192
www.Hantmanlaw.com

**ROBERT J. HANTMAN**
rhantman@hantmanlaw.com
New York, New Jersey, & Florida Bars

**BY ECF**                                                                 March 6, 2025

The Honorable Pamela K. Chen
United States District Judge
United States District Court, Eastern District
225 Cadman Plaza East
Brooklyn, New York 11201

        Re: *Securities Exchange Commission v. Xia, et al.* U.S. Dist. Ct., Dkt. No. 21-Civ-5350 (PKC) (JAM)

Dear Judge Chen,

    We represent Defendants Richard Xia ("Xia") and Fleet New York Metropolitan Regional Center, LLC ("Fleet") in the above-referenced matter. We write to respectfully request a brief one-week extension, until March 13, 2025, to submit a proposed modification to the SEC's draft Proposed Order (ECF No. 557-1).

    Earlier today, Mr. John Leo, his counsel, and Mr. Xia conferred regarding the structure of Mr. Leo's proposed modification. While discussions have been productive, additional time is needed to work through certain details to ensure that the proposed structure is fully developed before submission to the Court.

    We apologize for any inconvenience this may cause and appreciate the Court's consideration of this request.

                                                 Respectfully submitted,

                                                 /s/ Robert J. Hantman, Esq.
                                                 *Attorney for Defendant Xia and Fleet*

FLORIDA
HANTMAN & ASSOCIATES
650 WEST AVENUE
SUITE 2408
MIAMI BEACH, FL 33139

NEW JERSEY
JOSEPH J. FERRARA
OF COUNSEL
111 PATERSON AVENUE
HOBOKEN, NJ 07030

FLORIDA
ENTIN & DELLA FERA, P.A.
OF COUNSEL
110 SE 6TH ST., SUITE 1970
FORT LAUDERDALE, FL 33301

PLEASE SEND ALL CORRESPONDENCE TO THE NEW YORK, NY ADDRESS LISTED ABOVE.