March 25, 2025

<u>**VIA ECF**</u>
The Honorable Pamela K. Chen
United States District Judge
United States District Court, Eastern District
225 Cadman Plaza East
Brooklyn, New York 11201

      **Re:**    **Securities Exchange Commission v. Xia, et al.**
             **U.S. Dist. Ct., Dkt. No. 21-Civ-5350 (PKC)**

Dear Judge Chen:

      I respectfully write in reference to the above captioned matter, and in direct response to the Letter of March 20, 2025, filed by Mr. Paul F. Millus.

      As I have previously advised this Court, I served as construction counsel to Mr. Xia, and his affiliated entities, during the period between June of 2018, and February, 2022. Following several months of non-payment, due to the asset freeze implemented by this Court, I was forced to formally withdraw from such representation in February of 2022.

      At present, our records indicate an unpaid sum in the amount of at least $96,454.13, which does not include additional filing fees, and/or work performed to effectuate withdrawal from the multitude of cases handled during the representation of Mr. Xia.

      I have annexed hereto a list of some of such cases, which were handled by my office during the time serving as counsel to Mr. Xia, and his related entities.

      Regarding the assertion that my office maintains a charging lien on a number of matters, Mr. Millus is correct in this regard, and I have also annexed hereto a sample of such Orders, indicating as much.

      As we have requested in prior Letters to this Honorable Court, our office merely wishes to be paid the amounts remaining due and owing, and as such, we seek to make a claim on the remainder of the Meyer Suozzi escrow monies, in the amount of $96,454.13.

            Respectfully Submitted,

            Bret L. McCabe, Esq.

| Bronx Supreme Court | 27677/2020E (0027677/2020) | START ELEVATOR, LLC | FLEET FINANCIAL GROUP, INC. | Law Office of Bret L. McCabe | Taylor, Hon. Elizabeth A. |
|---|---|---|---|---|---|
| Kings Supreme Court | 502931/2017 | MUSHKUDIANI, KOBA | RACANELLI CONSTRUCTION GROUP | Law Office of Bret L. McCabe | Jury Coordinating Part, |
| Kings Supreme Court | 500996/2020 | MUSHKUDIANI, KOBA | FLEET NEW YORK METROPOLITAN | Law Office of Bret L. McCabe | Landicino, Hon. Carl J. |
| Kings Supreme Court | 527463/2019 | MUSHKUDIANI, KOBA | XIA, RICHARD | Law Office of Bret L. McCabe | Fisher, Hon. Pamela L. |
| Kings Supreme Court | 502311/2021 | V & P ALTITUDE CORP. | RACANELLI CONSTRUCTION GROUP, INC. et al | Law Office of Bret L. McCabe | Rothenberg, Hon. Karen B. |
| New York Supreme Court | 153963/2019 | HAN JOSIAH, HANNAH | EAST EMERALD GROUP, LLC | Law Office of Bret L. McCabe | Cohen, Hon. David B. |
| New York Supreme Court | 650282/2019 | ZAR REALTY LLC | XIA, RICHARD | Law Office of Bret L. McCabe | Lebovits, Hon. Gerald |
| New York Supreme Court | 652391/2019 | HENAN CHENGXIN OVERSEAS | EEGH, L.P. | Law Office of Bret L. McCabe | Cohen, Hon. Joel M. |
| New York Supreme Court | 655822/2019 | TANG, MAO | FEDERAL NEW YORK | Sullivan & Cromwell<br><br>Law Office of Bret L. McCabe | Schecter, Hon. Jennifer G. |
| New York Supreme Court | 657415/2019 | CHANG, YI-FEN | FEDERAL NEW YORK | Sullivan & Cromwell<br><br>Law Office of Bret L. McCabe | King, Hon. Kathy J. |
| Queens Supreme Court | 700191/2013 | RACANELLI CONSTRUCTION | EASLE SERVICE CORP ANO | Law Office of Bret L. McCabe | |

| | | | | | |
|---|---|---|---|---|---|
| Queens Supreme Court | 702631/2014 | DOKA USA, LTD | X & Y DEVELOPMENT ETAL | Law Office of Bret L. McCabe | |
| Queens Supreme Court | 709714/2014 | DOKA USA, LTD. | X-TREME SUPER ETAL | Law Office of Bret L. McCabe | Buggs, Hon. Cheree A. |
| Queens Supreme Court | 701759/2016 | X-TREME CONCRETE INC. | RACANELLI CONSTRUCTION ETAL | Law Office of Bret L. McCabe | Livote, Hon. Leonard |
| Queens Supreme Court | 707065/2016 | X&Y DEVELOPMENT GROUP, LLC | EPIC TOWER LLC ETAL | Law Office of Bret L. McCabe | Livote, Hon. Leonard |
| Queens Supreme Court | 710001/2015 | FIRST BAPTIST CHURCH OF | X & Y DEVELOPMENT ETAL | Law Office of Bret L. McCabe | Livote, Hon. Leonard |
| Queens Supreme Court | 710436/2016 | DECORAMA BUILDING & PLUMBING | X-TREME CONCRETE, INC. ETAL | Law Office of Bret L. McCabe | Caloras, Hon. Robert I. |
| Queens Supreme Court | 701622/2016 | PETRO REALTY CO., LLC | FLEET FINANCIAL GROUP, INC. | Law Office of Bret L. McCabe | Velasquez, Hon. Carmen |
| Queens Supreme Court | 702912/2017 | DEVDARIANI, VLADIMER | X & Y DEVELOPMENT GROUP ETAL | Law Office of Bret L. McCabe | Livote, Hon. Leonard |
| Queens Supreme Court | 714132/2017 | NEW YORK MARINE ANO | RACANELLI CONSTRUCTION ETAL | Law Office of Bret L. McCabe | Jackman-Brown, Hon. Pam B. |
| Queens Supreme Court | 702600/2018 | FOREVER 888 LLC ANO | XIA, YI ANO | Law Office of Bret L. McCabe | Compliance Conf Judge, |
| Queens Supreme Court | 712091/2018 | V&P ALTITUDE CORP. | RACANELLI CONSTRUCTION ANO | Law Office of Bret L. McCabe | Buggs, Hon. Cheree A. |

| | | | | | |
|---|---|---|---|---|---|
| Queens Supreme Court | 700208/2019 | GUARTAN, FREDDY | X & Y DEVELOPMENT GROUP ETAL | Law Office of Bret L. McCabe | Elliot, Hon. David |
| Queens Supreme Court | 701421/2019 | EPIC TOWER LLC | X & Y DEVELOPMENT GROUP, LLC | Law Office of Bret L. McCabe | Latin, Hon. Richard |
| Queens Supreme Court | 705168/2018 | UNITED RENTALS (NORTH | RACANELLI CONSTRUCTION GROUP | Law Office of Bret L. McCabe | Compliance Conf Judge, |
| Queens Supreme Court | 707593/2016 | UNITED RENTALS (NORTH | RACANELLI CONSTRUCTION GROUP | Law Office of Bret L. McCabe | Caloras, Hon. Robert I. |
| Queens Supreme Court | 708761/2019 | EASTERN EMERALD GROUP, LLC | PETERSON GEOTECHNICAL | Law Office of Bret L. McCabe | Leverett, Hon. Ulysses B. |
| Queens Supreme Court | 715299/2019 | CONSOLIDATED EDISON COMPANY | EASTERN EMERALD GROUP LLC ETAL | Law Office of Bret L. McCabe | Ventura, Hon. Lourdes M. |
| Queens Supreme Court | 715299/2019 | CONSOLIDATED EDISON COMPANY | EASTERN EMERALD GROUP LLC ETAL | Law Office of Bret L. McCabe | Butler, Hon. Denis J. |
| Queens Supreme Court | 718406/2018 | BOARD OF MANAGERS OF THE | XIE, PING ETAL | Law Office of Bret L. McCabe | Compliance Conf Judge, |
| Queens Supreme Court | 700731/2020 | GUITERREZ, PEDRO | X & Y DEVELOPMENT GROUP, ANO | Law Office of Bret L. McCabe | Compliance Conf Judge, |
| Queens Supreme Court | 701027/2020 | BLAIKIE GROUP | X & Y DEVELOPMENT ETAL | Law Office of Bret L. McCabe | Muir, Hon. Maurice E. |

| Queens Supreme Court | 705310/2020 | JARIAS, ELPIS | EASTERN EMERALD GROUP ETAL | Law Office of Bret L. McCabe | Compliance Conf Judge, |
| Queens Supreme Court | 705556/2020 | FLORES, BERNARDO ANO | EASTERN EMERALD GROUP ETAL | Law Office of Bret L. McCabe | Compliance Conf Judge, |
| Queens Supreme Court | 720004/2019 | JOSIAH, HANNAH | CITY OF NEW YORK ETAL | Law Office of Bret L. McCabe | Catapano-Fox, Hon. Tracy A. |
| Queens Supreme Court | 720668/2019 | DEVDARIANI, VLADIMER | X-TREME CONCRETE INC ETAL | Law Office of Bret L. McCabe | Compliance Conf Judge, |
| Queens Supreme Court | 722927/2020 | GUITERREZ, PEDRO | MIRMAN MARKOVITS AND LANDAU PC | Law Office of Bret L. McCabe | Compliance Conf Judge, |
| Queens Supreme Court | 709893/2019 | RODAS-REYES, VICTOR | ZAREMBA BROWN PLLC | Law Office of Bret L. McCabe | Gavrin, Hon. Darrell L. |
|  |  |  |  |  |  |

Case 1:21-cv-05350-PKC-JAM Document 566 Filed 03/25/25 Page 6 of 15 PageID #: 26825

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS

————————————————————————X

FOREVER 888 LLC and LIANG SHU LU,

                              Plaintiffs,                    **ORDER WITH NOTICE OF ENTRY**

    -against-

YI XIA and HAIYAN XIE

                              Defendants.

————————————————————————X

PLEASE TAKE NOTICE that the within is a true copy of an Order of the Honorable

PHILLIP HOM, J.S.C., dated April 5, 2022, which was duly filed in the Office of the Clerk

of Queens County, in the State of New York, on the 6th day of April, 2022.

Dated: Old Brookville, New York          Respectfully submitted,
       April 11, 2022                    **The Law Office of Bret L. McCabe**

                                         ————————————————————

                                         By: Bret L. McCabe, Esq.
                                         *Attorneys for Defendants*
                                         *Yi Xia*
                                         *Haiyan Xie*
                                         7 Copperfield Lane
                                         Old Brookville, NY 11545
                                         (718) 213-0123

All Parties: VIA NYSCEF

Case 1:21-cv-05350-PKC-JAM    Document 568    Filed 03/25/25    Page 7 of 15 PageID #: 26826

**FILED**
4/6/2022
COUNTY CLERK
QUEENS COUNTY

1 of 1

Short Form Order

## NEW YORK SUPREME COURT - QUEENS COUNTY

Present: Honorable **PHILLIP HOM**                     IA PART 14
                                Justice

------------------------------------------------------------X

Forever 888 LLC and Liang Shu Lu,                     Index No.: 702600/18
                                      Motion Date: 4/4/22
                Plaintiffs,                     Motion Seq. No.: 4

           -against-

Yi Xia and Haiyan Xie,

                Defendants.
------------------------------------------------------------X

The following e-filed documents, listed by NYSCEF document number, were read on this order to show cause by counsel of Defendants Yi Xia and Haiyan Xie to, among other things, withdraw representation.

        PAPERS                                          NUMBERED

        Order to Show Cause-Affidavits-Exhibits................................          101 - 107

    Upon the foregoing cited papers, it is ordered that the application of Bret L. McCabe, Esq., attorney for Defendants Yi Xia and Haiyan Xie, pursuant to CPLR 321(b), is granted to the extent that The Law Office of Bret L. McCabe is relieved as counsel upon the filing of a copy of this Order with Notice of Entry and with proof of service by first class mail upon all parties.

    Furthermore, The Law Office of Bret L. McCabe is hereby granted a charging lien in an amount to be determined upon further application.

    All further proceedings in this action are stayed for a period of ninety (90) days after service and filing as required above, to enable Defendants Yi Xia and Haiyan Xie to obtain new counsel or appear pro se.

    This constitutes the Decision and Order of this Court.

Dated: April 5, 2022

_____
PHILLIP HOM, J.S.C.

**FILED**
4/6/2022
COUNTY CLERK
QUEENS COUNTY

Sequence # 2

At a Trial Part of the Supreme Court for
the State of New York, held in and for
the County of Queens at the Courthouse
located at 88-11 Sutphin Blvd, Queens,
New York  on the 15th day of February, 2022.

Present: Tracy Catapano-Fox        J.S.C

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS

---------------------------------------------------------X

HANNAH JOSIAH,                                   :          **Index No. 720004/2019**

                               Plaintiff,        :

      -against-                                  :

                                                 :          <u>ORDER TO SHOW CAUSE</u>

THE CITY OF NEW YORK, NEW YORK CITY              :
DEPARTMENT OF TRANSPORTATION, NEW YORK           :
CITY DEPARTMENT OF BUILDINGS, NEW YORK CITY      :
DEPARTMENT OF ENVIRONMENTAL PROTECTION,          :          ┌─────────────────────┐
THE FIRE DEPARTMENT OF THE CITY OF NEW YORK,     :          │      **FILED**      │
EASTERN EMERALD GROUP, LLC, FLEET FINANCIAL      :          │                     │
GROUP, INC., RACANELLI CONSTRUCTION GROUP INC,   :          │    **2/15/2022**    │
RACANELLI CONSTRUCTION MANAGEMENT INC, and       :          │                     │
PERINI GROUP, INC.                               :          │   **COUNTY CLERK**  │
                               Defendant(s)      :          │   **QUEENS COUNTY** │
                                                            └─────────────────────┘
---------------------------------------------------------X

Upon reading and filing of the affirmation of BRET L. MCCABE, ESQ., dated February 3,

2022, and all the prior papers and proceedings herein, let Defendants, Fleet Financial Group, Inc.,

Racanelli Construction Group, Inc., and Perini Group, Inc., SHOW CAUSE before the Supreme

Court of the State of New York, County of Queens, 88-11 Sutphin Blvd, Queens, New York in IAS

Part_____6_____ Room___VIRTUAL___on the___28th___day of___February___2022, or as soon thereafter

as counsel may be heard, why an Order should not be made and entered:

    a)    Relieving the law firm of THE LAW OFFICE OF BRET L. MCCABE as counsel
          for the Defendants;

    b)    Issuing a ninety (90) day stay of all proceedings to allow Defendants a
          reasonable period of time to secure the services of another attorney;

    c)    Granting THE LAW OFFICE OF BRET L. MCCABE a retaining lien and
          charging lien payment, of which is deferred until the conclusion of this action; and

    d)    Other and further relief as this Court deems just and proper.

ORDERED, that Defendants, **FLEET FINANCIAL GROUP, INC., RACANELLI CONSTRUCTION GROUP, INC., and PERINI GROUP, INC.,** must appear in court in person, or remotely, as directly by the Court on the date and at the place indicated above.

ORDERED, that service of a copy of this Order, together with the papers upon which it is granted, be served upon **FLEET FINANCIAL GROUP, INC., RACANELLI CONSTRUCTION GROUP, INC., and PERINI GROUP, INC.,** at their last known addresses, and upon WINGATE RUSSOTTI, SHAPIRO & HALPERIN, LLP, attorneys for Plaintiff, and CHRISTINE LIMBACH of NEW YORK CITY LAW DEPARTMENT, Attorney for City of New York Defendants and Cross-Claimants, by _certified mail return receipt requested_, on or before _February 18,_ 2022 be deemed good and sufficient service.

ENTER:

_Tracy Catapano Fox_
J.S.C.

FILED

2/15/2022

COUNTY CLERK
QUEENS COUNTY

NYSCEF DOC. NO. 52                                                                                RECEIVED NYSCEF: 02/15/2022

NOTICE TO DEFENDANTS: FLEET FINANCIAL GROUP, INC., RACANELLI CONSTRUCTION GROUP, INC, and PERINI GROUP, INC.,:

YOUR ATTORNEY DOES NOT WANT TO REPRESENT YOU OR IS PRECLUDED FROM REPRESENTING YOU.

THE COURT WANTS TO PROTECT YOUR RIGHTS, AND TO GIVE YOU AN OPPORTUNITY TO RESPOND TO THE STATEMENTS MADE BY YOUR ATTORNEY IN THE AFFIDAVIT WHICH IS ATTACHED TO THESE PAPERS.

IN ORDER TO FULLY PROTECT YOUR RIGHTS, YOU MUST APPEAR IN COURT AT 88-11 SUTPHIN BLVD., QUEENS, NEW YORK, AT 9:30 A.M. ON_____UNLESS OTHERWISE DIRECTED TO APPEAR REMOTELY DUE TO THE ONGOING COVID-19 PANDEMIC. AT THAT TIME, YOU MAY OBJECT OR CONSENT TO THE APPLICATION, AND YOU MAY PROVIDE ANY AND ALL INFORMATION WHICH YOU BELIEVE IS IMPORTANT REGARDING THIS APPLICATION.

IF YOUR ATTORNEY IS PERMITTED AND/OR OBLIGATED TO WITHDRAW FROM YOUR CASE, YOU WILL BE REQUIRED TO FIND A NEW ATTORNEY OR REPRESENT YOURSELF IN CONTINUING TO PROSECUTE YOUR CASE/DEFEND YOURSELF IN THIS ACTION.

Short Form Order

**FILED**
**4/26/2022**
**COUNTY CLERK**
**QUEENS COUNTY**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS
-------------------------------------------------------------------X
HANNAH JOSIAH,                                                        Index No. 720004/2019

                                        Plaintiff,                   Part 6
                                                                     Motion Date: February 28, 2022
                    -against-
                                                                     Calendar No. 22
THE CITY OF NEW YORK, NEW YORK CITY
DEPARTMENT OF TRANSPORTATION, NEW                                    Sequence No. 2
YORK CITY DEPARTMENT OF BUILDINGS,
NEW YORK CITY DEPARTMENT OF
ENVIRONMENTAL PROTECTION, THE FIRE
DEPARTMENT OF THE CITY OF NEW YORK,
EASTERN EMERALD GROUP, LLC, FLEET
FINANCIAL GROUP, INC., RACANELLI
CONSTRUCTION GROUP INC, RACANELLI
CONSTRUCTION MANAGEMENT INC, and
PERINI GROUP, INC.,

                                        Defendants.
-------------------------------------------------------------------X

        The following papers numbered 1 to 4 read on this application by counsel for defendants
Fleet Financial Group, Racanelli Construction Group, and Perini Group to withdraw as counsel
pursuant to CPLR §321(b)(2).

                                                                     Papers
                                                                     Numbered

        Order to Show Cause, Affirmation, Exhibits..............................1-4

        Upon the foregoing papers, it is ordered that this application is determined as follows:

        Application by counsel for defendants Fleet Financial Group, Racanelli Construction
Group, and Perini Group (hereinafter collectively "defendants") for leave to withdraw as counsel
pursuant to CPLR §321(b)(2) is granted without opposition, and the law office of Bret L. McCabe
is relieved as counsel for defendants.

This matter shall be stayed for a period of sixty (60) days from the date of service upon counsel for plaintiff, unrepresented defendants, counsel for the remaining defendants, and the calendar clerk of a copy of this Order with Notice of Entry in order to afford defendants the opportunity to obtain new counsel.

Dated: April 25, 2022

Tracy Catapano-Fox, J.S.C.

**FILED**

4/26/2022

**COUNTY CLERK**
**QUEENS COUNTY**

SUPREME COURT OF THE STATE OF NEW YORK
QUEENS COUNTY

---------------------------------------------------------------X

PEDRO GUTIERREZ

                              Plaintiff,

   -against-

X&Y DEVELOPMENT GROUP, LLC and PERINI
GROUP, INC.

                           Defendant.

---------------------------------------------------------------X

**Index No. 700731/2020**

**ORDER WITH NOTICE OF ENTRY**

PLEASE TAKE NOTICE that the within is a true copy of an Order of the Honorable

ALLAN B. WEISS, J.S.C., dated April 14, 2022, which was duly filed in the Office of the

Clerk of Queens County, in the State of New York, on the 15th day of April, 2022.

Dated: Old Brookville, New York
       April 24, 2022

Respectfully submitted,
**The Law Office of Bret L. McCabe**

_____

By: Bret L. McCabe, Esq.
*Attorneys for Defendants.*
7 Copperfield Lane
Old Brookville, NY 11545
(718) 213-0123

Short Form Order

NEW YORK SUPREME COURT - QUEENS COUNTY

Present: Honorable **ALLAN B. WEISS**    IAS PART 2
                            Justice



PEDRO GUITERREZ,

                Plaintiff,

        -against-

X & Y DEVELOPMENT GROUP, LLC, and
PERINI GROUP, INC.

                Defendant.

Index No. 700731/20

Motion Date: 3/16/22

Motion Seq. No. 4

**AMENDED ORDER**

        The Court vacates its prior decision on Motion Sequence Number 4, dated April 11, 2022 and entered on Apr. 13, 2022 [EF Doc. No. 45]. The Court has instead issued the present decision in its stead.

        As an initial matter, another Justice of this Court had amended the caption of this action, in a consolidation order brought under Index Number 722927/2020, but the order of the Court (Elliot, J., ret.), dated and entered on April 21, 2021, was not filed under the index number for the present action, and this Court was not made aware of that order. The Clerk is directed to amend the caption of this action as reflected above.

        Subsequent to the prior decision by this Court on Motion Sequence Number 4 [EF Doc. No. 45], the Law Office of Bret L. McCabe, representing the defendants, filed proof of service on NYSCEF [EF Doc. No. 47] that complies with the service directions of this Court's order to show cause [EF Doc. No. 44].

        The first branch of the motion, by Order to Show Cause, by the Law Office of Bret L. McCabe, to withdraw as counsel for the defendants, is granted, without opposition.

The second branch of the motion is granted to the extent that all proceedings are stayed for a period of thirty (30) days from the date of service of a copy of this order with notice of entry upon all parties by regular mail and upon each of the defendants, by both regular and certified mail, return receipt requested, together with a notice to obtain another attorney, pursuant to CPLR 321(c).

Proof of service of this Order and the CPLR 321(c) notice, as described above, shall be filed on NYSCEF within 10 days after service has been effectuated.

The third branch of the motion requesting that the charging and retaining liens by the Law Office of Bret L. McCabe be deferred to the conclusion of this action is also granted.

Dated:  April 14, 2022
D#64

**FILED**
4/15/2022
**COUNTY CLERK**
**QUEENS COUNTY**

............................................
J.S.C.

2