# EXHIBIT 1

| Investor Name | Missing Information |
|---|---|
|  | Missing Email, missing mailing address |
|  | Missing Email, missing mailing address |
|  | Missing Email, missing mailing address |
|  | Missing Email, missing mailing address |
|  | Missing Email, missing mailing address |
|  | Missing Email, missing mailing address |
|  | Missing Email, missing mailing address |
|  | Missing Email, missing mailing address |
|  | Missing Email, missing mailing address |
|  | Missing Email, missing mailing address |
|  | Missing Email, missing mailing address |
|  | Missing Email, missing mailing address |
|  | Missing Email, missing mailing address |
|  | Missing Email, missing mailing address |
|  | Missing Email, missing mailing address |
|  | Missing Email, missing mailing address |
|  | Missing Email, missing mailing address |
|  | Missing Email, missing mailing address |
|  | Missing Email, missing mailing address |
|  | Missing Email, missing mailing address |
|  | Missing Email, missing mailing address |

| |
|---|
| Missing Email, missing mailing address |
| Missing Email, missing mailing address |
| Missing Email, missing mailing address |
| Missing Email, missing mailing address |
| Missing Email, missing mailing address |
| Missing Email, missing mailing address |
| Missing Email, missing mailing address |
| Missing Email, missing mailing address |
| Missing Email, missing mailing address |
| Missing Email, missing mailing address |
| Missing Email, missing mailing address |
| Missing Email, missing mailing address |
| Missing Email, missing mailing address |
| Missing Email, missing mailing address |
| Missing Email, missing mailing address |
| Missing Email, missing mailing address |
| Missing Email, missing mailing address |
| Missing Email, missing mailing address |
| Missing Email, missing mailing address |
| Missing Email, missing mailing address |
| Missing Email, missing mailing address |
| Missing Email, missing mailing address |
| Missing Email, missing mailing address |
| Missing Email, missing mailing address |
| Missing Email, missing mailing address |
| Missing Email, missing mailing address |
| Missing Email, missing mailing address |
| Missing Email, missing mailing address |
| Missing Email, missing mailing address |
| Missing Email, missing mailing address |
| Missing Email, missing mailing address |
| Missing Email, missing mailing address |
| Missing Email, missing mailing address |
| Missing Email, missing mailing address |
| Missing Email, missing mailing address |
| Missing Email, missing mailing address |
| Missing Email, missing mailing address |
| Missing Email, missing mailing address |
| Missing Email, missing mailing address |
| Missing Email, missing mailing address |

| |
|---|
| Missing Email, missing mailing address |
| Missing Email, missing mailing address |
| Missing Email, missing mailing address |
| Missing Email, missing mailing address |
| Missing Email, missing mailing address |
| Missing Email, missing mailing address |
| Missing Email, missing mailing address |
| Missing Email, missing mailing address |
| Missing Email, missing mailing address |
| Missing Email, missing mailing address |
| Missing Email, missing mailing address |
| Missing Email, missing mailing address |
| Missing Email, missing mailing address |
| Missing Email |
| Missing Email |
| Missing Email |
| Missing Email |
| Missing Email |
| Missing Email, missing mailing address |
| Missing Email, missing mailing address |
| Missing Email, missing mailing address |
| Missing Email, missing mailing address |
| Missing Email, missing mailing address |
| Missing Email, missing mailing address |
| Missing Email, missing mailing address |
| Missing Email, missing mailing address |
| Missing Email, missing mailing address |
| Missing Email, missing mailing address |
| Missing Email, missing mailing address |
| Missing Email, missing mailing address |
| Missing Email, missing mailing address |
| Missing Email, missing mailing address |
| Missing Email, missing mailing address |
| Missing Email, missing mailing address |
| Missing Email, missing mailing address |
| Missing Email, missing mailing address |
| Missing Email, missing mailing address |
| Missing Email, missing mailing address |
| Missing Email, missing mailing address |
| Missing Email, missing mailing address |
| Missing Email, missing mailing address |
| Missing Email, missing mailing address |
| Missing Email, missing mailing address |
| Missing Email, missing mailing address |
| Missing Email, missing mailing address |

| |
|---|
| Missing Email, missing mailing address |
| Missing Email, missing mailing address |
| Missing Email, missing mailing address |
| Missing Email, missing mailing address |
| Missing Email, missing mailing address |
| Missing Email, missing mailing address |
| Missing Email, missing mailing address |
| Missing Email, missing mailing address |
| Missing Email, missing mailing address |
| Missing Email, missing mailing address |
| Missing Email, missing mailing address |
| Missing Email, missing mailing address |
| Missing Email, missing mailing address |
| Missing Email, missing mailing address |
| Missing Email, missing mailing address |
| missing mailing address |
| Missing Email, missing mailing address |
| Missing Email, missing mailing address |
| Missing Email |
| Missing Email, missing mailing address |
| Missing Email, missing mailing address |
| Missing Email, missing mailing address |
| Missing Email, missing mailing address |
| Missing Email, missing mailing address |
| Missing Email, missing mailing address |
| Missing Email, missing mailing address |
| Missing Email, missing mailing address |
| Missing Email, missing mailing address |
| Missing Email |
| Missing Email, missing mailing address |
| Missing Email, missing mailing address |
| Missing Email, missing mailing address |
| Missing Email |
| Missing Email |
| Missing Email, missing mailing address |
| Missing Email, missing mailing address |
| Missing Email, missing mailing address |
| Missing Email, missing mailing address |
| Missing Mailing Address |