

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

NEW YORK
REGIONAL OFFICE

May 6, 2025

**VIA ECF**
The Honorable Pamela K. Chen
United States District Court
Eastern District of New York
225 Cadman Plaza East, Chambers N 631
Brooklyn, NY 11201

      Re:    <u>*SEC v. Richard Xia, et al.*, 21-cv-5350 (PKC) (JAM) (E.D.N.Y.)</u>

Dear Judge Chen:

    We write for plaintiff Securities and Exchange Commission ("SEC"), regarding the Court's Order dated May 1, 2025, granting the April 3, 2025 renewed request by defendants Richard Xia and Fleet New York Metropolitan Regional Center LLC ("Defendants") to lift the asset freeze to pay, in part, a $60,000 settlement with plaintiffs in *Molina v. Xia*, No. 22-cv-0864 (PKC) (JAM) (E.D.N.Y.) ("Order"). The Order notes the Court's prior instruction to the SEC to respond to Defendants' request by April 25, 2025; that the SEC did not include such a response in its April 25, 2025 filings; and that the SEC thus waived any objection to Defendants' request. SEC counsel respectfully apologizes for not addressing Defendants' request in its filings, which was an oversight, and for all inconveniences it may have caused the Court and the parties.

                                      Respectfully,

                                      /s/  Christopher M. Colorado        .
                                      Christopher M. Colorado
                                      David Stoelting
                                      Kim Han
                                      Securities and Exchange Commission

                                      *Attorneys for Plaintiff*