**SEIDEN | LAW**

Robert W. Seiden
Court-Appointed Fund Distribution Administrator
Pursuant to the Order of The Honorable Judge
Pamela K. Chen of the United States District Court,
Eastern District of New York

July 16, 2025

**VIA ECF**
Hon. Pamela K. Chen
Courtroom 4F
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  Re: Securities and Exchange Commission v. Richard Xia, a/k/a Yi Xia et. al.
     21-cv-05350-PKC-JAM

Dear Judge Chen:

  I write in response to Your Honor's Text Order dated July 16, 2025, directing me to provide the links to instructions for EB-5 Investors in the form of a letter filed via ECF.

  As previously reported to the Court, I have issued various instructions to assist EB-5 Investors in preparing and submitting their claims. The specific instruction that Mr. Xia contested during the status conference held on July 15 2025, is titled "EB-5 Investor's Options under the Court-Approved Distribution Plan - EN." This document is publicly available at the following link: https://fnymrcdistribution.powerappsportals.com/Forms-and-Instructions/.

  Recognizing that a substantial majority of EB-5 Investors are Chinese nationals, we have also provided an accurate Chinese translation of this instruction, titled "EB-5 Investor's Options under the Court-Approved Distribution Plan – CN," to ensure that all investors fully understand their options and obligations under the Court-approved Plan. The Chinese version is also available at the same website.

  In addition, we have directly emailed these instructions to all known investors who previously contacted us.

  If your Honor has any further questions or concerns, please do not hesitate to contact me.

        Respectfully submitted,

        _____
        Robert W. Seiden, Esq.

        The Court-Appointed Fund Distribution
        Administrator