# HANTMAN & ASSOCIATES
ATTORNEYS AT LAW
1120 Avenue of the Americas
4th Floor
New York, New York 10036
(P) 212-684-3933
(F) 212-465-2192
www.Hantmanlaw.com

**ROBERT J. HANTMAN**
rhantman@hantmanlaw.com
New York, New Jersey, & Florida Bars

July 21, 2025

**BY ECF**
The Honorable Pamela K. Chen
United States District Judge
United States District Court, Eastern District
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: *Securities Exchange Commission v. Xia, et al.* U.S. Dist. Ct., Dkt. No. 21-Civ-5350 (PKC) (JAM)

Dear Judge Chen:

  We write on behalf of Defendant Richard Xia in connection with the Court's directive at the July 14, 2025 status conference, as reflected in the Minute Entry of that date, which instructed Mr. Xia and his counsel to file any application to unfreeze assets for the purpose of *paying costs required to provide EB-5 investors with documentation necessary to support their USCIS applications* by today, July 21, 2025.

  We are still awaiting supporting details and cost documentation from immigration counsel at Global Law Group related to the preparation of investor materials, including for I-829 petitions and responses to Requests for Evidence. We understand that Global Law Group is in the process of finalizing this information and expects to provide it within the coming days. Mr. Xia has followed up and is awaiting their confirmation in order to complete the filing.

  Accordingly, we respectfully request a brief extension through **Friday, July 25, 2025** to finalize the application and submit all necessary supporting materials. This short extension will ensure that the motion complies with the Court's directive and provides a clear, complete record for review.

  We appreciate the Court's consideration of this request and apologize for any potential delay.

                Respectfully submitted,
                /s/ Robert J. Hantman, Esq.

| FLORIDA | NEW JERSEY | FLORIDA |
|---|---|---|
| HANTMAN & ASSOCIATES | JOSEPH J. FERRARA | ENTIN & DELLA FERA, P.A. |
| 650 WEST AVENUE | OF COUNSEL | OF COUNSEL |
| SUITE 2408 | 111 PATERSON AVENUE | 110 SE 6TH ST., SUITE 1970 |
| MIAMI BEACH, FL 33139 | HOBOKEN, NJ 07030 | FORT LAUDERDALE, FL 33301 |

PLEASE SEND ALL CORRESPONDENCE TO THE NEW YORK, NY ADDRESS LISTED ABOVE.