

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
100 Pearl Street, Suite 20-100
New York, NY 10004-2616

New York
Regional Office

July 29, 2025

**VIA ECF**
The Honorable Pamela K. Chen
United States District Court
Eastern District of New York
225 Cadman Plaza East, Chambers N 631
Brooklyn, NY 11201

    Re:    <u>*SEC v. Richard Xia, et al.*, 21-cv-05350-PKC-JAM (E.D.N.Y)</u>

Dear Judge Chen:

    Pursuant to the Court's July 14, 2025 conference and Minute Entry and Order dated July 15, 2025, plaintiff Securities and Exchange Commission ("SEC") respectfully submits this status update on its communications with the U.S. Citizenship and Immigration Services ("USCIS") regarding contact information for investors in the EB-5 projects of Defendants Richard Xia ("Xia") and Fleet New York Metropolitan Center LLC.

    On July 15, 2025, SEC counsel spoke with USCIS representatives and discussed the availability of contact information. USCIS agreed to search its files, including for subscription agreements or similar documents, and to provide the SEC an update concerning information that it might provide. The SEC has followed up with USCIS and awaits additional information, which the SEC will report to the Court as soon as it becomes available.[1]

                                                   Respectfully submitted,

                                                 /s/ Christopher M. Colorado
                                                 Christopher M. Colorado
                                                 David Stoelting
                                                 Kim Han
                                                 Securities and Exchange Commission

                                                 *Attorneys for Plaintiff*

cc:    All defense counsel (by ECF)

---

[1] SEC counsel notes that the Court instructed the SEC to provide a status update concerning its discussions with USCIS by yesterday, July 28, 2025, and apologizes for the delay in providing this report.