

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

NEW YORK
REGIONAL OFFICE

August 18, 2025

**VIA ECF**
The Honorable Pamela K. Chen
United States District Court
Eastern District of New York
225 Cadman Plaza East, Chambers N 631
Brooklyn, NY 11201

   Re: *SEC v. Richard Xia, et al.*, 21-cv-05350-PKC-CHK (E.D.N.Y)

Dear Judge Chen:

  Plaintiff Securities and Exchange Commission ("SEC") respectfully notifies the Court of the attached Order issued last Friday by the U.S. Court of Appeals for the Second Circuit in *SEC v. Xia*, No. 22-3137 (2d Cir.), which is relevant to the parties' pending submissions concerning the SEC's authority to seek enforcement of the Final Judgment.  (ECF Nos. 582, 600, 619, 634.)  The Second Circuit Order dismisses the appeal by Richard Xia, Fleet New York Metropolitan Regional Center LLC, and Julia Yue of this Court's December 2022 Preliminary Injunction Order.  To the extent Defendants have argued that their pending appeal precluded the SEC from enforcing the Final Judgment (*e.g.*, ECF No. 619 at 2, 15)—an argument the SEC previously addressed (ECF No. 600 at 2, 17-19)—that issue is now moot.

              Respectfully submitted,

              /s/ Christopher M. Colorado
              Christopher M. Colorado
              David Stoelting
              Kim Han
              Securities and Exchange Commission

              *Attorneys for Plaintiff*

cc: Richard Xia, *pro se* (by ECF)
   All counsel (by ECF)

Attachment