E.D.N.Y. – Bklyn.
21-cv-5350
Chen, J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of August, two thousand twenty-five.

Present:
> Myrna Pérez,
> Sarah A. L. Merriam,
> Maria Araújo Kahn,
>> *Circuit Judges*.

---

United States Securities and Exchange Commission,

> *Plaintiff-Appellee*,

Sills Cummis & Gross, P.C.,

> *Petitioner*,

v.  22-3137

Richard Xia, et al.,

> *Defendants-Appellants*.

---

Appellee moves to lift this Court's prior order holding this appeal in abeyance and to dismiss the appeal. Upon due consideration, it is hereby ORDERED that the motions are GRANTED and the appeal is DISMISSED. *New York State Nat. Org. for Women v. Terry*, 886 F.2d 1339, 1350 (2d Cir. 1989) (holding that appeal from order granting preliminary injunction was mooted by subsequent entry of permanent injunction); *see also Ruby v. Pan Am. World Airways, Inc.*, 360 F.2d 691, 691 (2d Cir. 1966) (dismissing appeal from denial of preliminary injunction as moot where district court had entered final judgment); *Scheff v. Banks*, No. 22-2439, 2023 WL 4715174, at *2–3 (2d Cir. July 25, 2023) (summary order) (same).

> FOR THE COURT:
> Catherine O'Hagan Wolfe, Clerk of Court

