**SEIDEN | LAW**

Robert W. Seiden
Court-Appointed Fund Distribution Administrator
Pursuant to the Order of The Honorable Judge
Pamela K. Chen of the United States District Court,
Eastern District of New York

August 24, 2025

**VIA ECF**
Hon. Pamela K. Chen
Courtroom 4F
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    Securities and Exchange Commission v. Richard Xia, a/k/a Yi Xia et. al.
              21-cv-05350-PKC-JAM

Dear Judge Chen:

      Pursuant to Your Honor's instructions at the August 22 status conference ("August 22 Status Conference"), as well as the Court's Text Order dated August 24, 2025, I write to update the Court regarding the parties' compliance with the Court's directive.

      Following Your Honor's instructions, on August 23, 2025, my team member, Mr. Xintong Zhang ("Mr. Zhang"), emailed the Securities and Exchange Commission (the "SEC") and Richard Xia ("Mr. Xia") the list of investors whose contact information remains missing.

      In addition, on August 24, 2025, at 2:39 PM EST, Mr. Qitao Wu ("Mr. Wu"), from Mr. Robert Hantman's office, emailed Mr. Zhang a list of five (5) investors' names, stating that these names had been provided by Mr. Xia as they need Global Law Group's assistance in preparing their immigration petitions. After conducting a verification process against the master datasheet obtained from the SEC (which, in turn, received the data from U.S. Citizenship and Immigration Services), we confirmed that four (4) of the five (5) investors are indeed investors in the NCEs associated with Defendant Fleet New York Metropolitan Regional Center.

      However, one investor's name, as transliterated into English, appears to be a common name. Our records reflect three different investors with the same name. Accordingly, on the same day at 2:57 PM EST, Mr. Zhang informed Mr. Wu that Mr. Xia needs to provide additional identifying information for this investor – such as the USCIS Form I-526 Receipt Number, Alien Registration Number, or contact address – so that the verification process may be completed.

      At 3:32 PM EST, Mr. Zhang received a phone call from Mr. Wu, who informed him that he had transferred Mr. Zhang's request to Mr. Xia. Mr. Wu further noted that, in light of the time zone difference, Mr. Xia might not be able to respond to the request immediately.

      At the time of filing this letter, 5:00 PM EST on August 24, 2025, neither I nor Mr. Zhang had received the requested additional information.

1

**SEIDEN | LAW**

**Robert W. Seiden**
Court-Appointed Fund Distribution Administrator
Pursuant to the Order of The Honorable Judge
Pamela K. Chen of the United States District Court,
Eastern District of New York

Respectfully,

_____
Robert W. Seiden, Esq.

The Court-Appointed Fund Distribution Administrator

2