UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE
COMMISSION,

                        Plaintiff,

      v.

RICHARD XIA, a/k/a YI XIA, et al.,

                        Defendants,

      and

JULIA YUE, a/k/a JIQUING YUE, et al.,

                        Relief Defendants.

No. 21-CV-5350 (PKC) (JAM)

## ORDER AUTHORIZING RELEASE OF FUNDS FOR
## PAYMENT OF COSTS RELATED TO EB-5 INVESTOR DOCUMENTATION

      Upon the motion of Defendant Richard Xia, filed *pro se*, and the accompanying declaration dated July 21, 2025, seeking an order authorizing the release of funds from frozen accounts for the limited purpose of covering costs associated with providing documentation required to support EB-5 investors' I-829 petitions and responses to Requests for Evidence ("RFEs") issued by U.S. Citizenship and Immigration Services ("USCIS"); and

      **WHEREAS,** the Court directed at the July 14, 2025 status conference that Defendant Xia may file an application to unfreeze funds for this purpose by July 21, 2025; and

      **WHEREAS,** the Court finds that the requested relief is narrowly tailored to support EB-5 investors and maintain their eligibility under the USCIS program;

      **NOW, THEREFORE,** based upon the motion, supporting declaration, and all of the proceedings before this Court, and after due deliberation and for good cause shown, it is hereby:

      **ORDERED** that Defendant Richard Xia is authorized to cause payment of up to $85,000 from the CTBC account ending in 9799, or from any other account held by Defendant Xia or entities under his control that is subject to the asset freeze, solely for the purpose of covering feeds and costs charged by the Global Law Group for collecting, compiling, organizing, or

producing investor documentation required for pending or anticipated I-829 petitions and RFEs in connection with the EB-5 projects EEGH, LP (approximately 220 investors) and EEGH II, LP (approximately 120 investors).

**ORDERED** that CTBC and any other financial institution maintaining frozen assets under this action shall release such funds, upon presentation of this Order, for payment directly to such service providers or professionals; and it is further

**ORDERED** that Defendant Xia shall file or provide proof of such payments to the Court, the SEC, and the Court-Appointed Monitor within five (5) days of payment; and it is further

**ORDERED** that all funds released pursuant to this Order shall be used solely for the purpose described above, and not for personal, legal, or unrelated expenses; and it is further

**ORDERED** that the Court shall retain jurisdiction to enforce and oversee the implementation of this Order.

**SO ORDERED**, this 26 day of August, 2025.

/s/ Pamela K. Chen
———————————————
Pamela K. Chen
United States District Court Judge