**Jerome M. Selvers**
Partner
jselvers@pashmanstein.com
Direct: 732.852.4014

PashmanStein
WalderHayden
A Professional Corporation

September 9, 2025

<u>VIA: ECF</u>
Hon. Pamela K. Chen, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

  Re: Securities and Exchange Commission v. Xia et al Order
   Case 1:21-cv-05350-PKC-CHK

Dear Judge Chen:

  Pursuant to Your Honor's Order, please be advised that neither I nor this law firm represent any party in the above captioned litigation and have never filed a notice of appearance. Although we do not represent any party in this action, I am filing this correspondence under the defendant Xi Verfenstein because there appears no other alternative for the filing of this correspondence.

            Respectfully,

            <u>*s/ Jerome M. Selvers*</u>
            Jerome M. Selvers

JMS:ev
cc:  All Counsel of Record