Recv'd. on 12/23/25 by chmbrs

Recv'd. on 1/13/25 for filing-MLR

U.S. District Court-EDNY
U.S. Courthouse
Filed Date: 12/23/2025
BKLYN OFFICE

Dec 18, 2025

The Honorable Pamela K. Chen
United States District Judge
United States District Court, Eastern District
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *SEC v. Xia, et al.*. 21- Civ-5350 (PKC) (JAM)

Dear Judge Chen,

My name is Chen Li, an EB-5 investor in *EEGH, L.P*. My conditional permanent resident status is set to expire on February 11, 2026. My immigration counsel has advised that we must prepare and submit my Form I-829 well in advance of that date to avoid any processing-related risks. Based on counsel's guidance, the I-829 filing requires my historical K-1 forms and core project documentation demonstrating sustained capital investment and job creation, which are materials in Fleet's exclusive possession.

Beginning October 29, 2025, repeated written requests were sent to Fleet and FNYM regarding my K-1 forms and the I-829 project package. These requests continued on November 10, November 18, December 2, December 5, December 11, and December 16, copying my immigration attorney and the Global Law Group. Despite more than six weeks of notices — including multiple explanations focused on the holiday period and on my immigration deadline — no substantive response and no documentation has been provided.

I intend to attach copies of these email requests as evidence, so the Court can see the pattern of non-responsiveness and the extended duration in which basic investor records have not been made available. All prior requests were transmitted by my authorized agent on my behalf, with my full instruction and authorization, and Fleet was repeatedly informed that the purpose was to secure immigration-critical records for my I-829 filing.

These communication attempts also referenced Dkt. No. 671, Mr. Xia's September 22 representation to the Court, in which he claimed he would "continue to support Global Law Group's services to assist investors" and meet investor needs "promptly and effectively." Yet nothing has been forthcoming.

When I saw the Court's response to Mr. Yongxiang Pan's situation, I was encouraged. The Court demonstrated serious concern and approved ECF Dkt. No. 657, authorizing the release of funds "solely for the purpose of covering fees and costs charged by Global Law Group for collecting… documentation required for pending or anticipated I-829 petitions and RFEs" for EEGH investors. That Order gave many of us hope — and I am grateful to the Court for recognizing the urgency.

After weeks of unanswered requests to Fleet, I eventually sought assistance from other parties, including the Court-Appointed Monitor, the Court-Appointed Distribution Adaminstrator, Global Law Group team, and even the SEC team. All of them responded promptly and were willing to

assist, but they explained that they do not hold the relevant project records — such as the historical K-1 forms — which remain solely under Fleet's control.

I do not wish to consume the Court's resources, and I respect the Court's time. But at this stage, I have been left with no alternative means to secure immigration-critical evidence.

I have a wife and two young children, and we are about to spend our first Christmas in the United States. What should be a joyful moment has instead become a period of anxiety — because my conditional green card expires on February 11, 2026, and my attorney cannot file my I-829 responsibly without any of the project documentation requried by the USCIS.

This situation also affects many other EEGH investors. Rather than having each investor struggle individually, I respectfully suggest court to consider establishing a centralized, secure online repository for these historical documents, so immigration counsel may access existing or updated document efficiently. I believe such a mechanism would greatly reduce repeated delays and help preserve many families' immigration eligibility.

Therefore, I respectfully seek the Court's assistance and intervention to ensure that Fleet and its staff communicate with my immigration attorney and provide the documentation required for my I-829 filing — including historical K-1s, project economic analysis, and job-creation evidence — on a timeline that allows my counsel to file before my conditional status expires.

Thank you for the Court's continued oversight and for recognizing the severe immigration consequences investors may face.

Should the Court require further information, my immigration attorney can be contacted directly:

Hong-Jin Guan (Immigration Counsel): hjg@paclaw.com

Respectfully submitted,

Chen Li

*EEGH, L.P. Investor*

**From:** Wayne Sun wayne.syw@hotmail.com
**Subject:** Re: EEGH I-829 Chen Li , WAC# 15-905-96976, expires 2/11/2026
**Date:** December 16, 2025 at 17:00
**To:** FNYM RC infofnymrc@gmail.com, legal@fleetfinancialgroup.com
**Cc:** Sandy sandy@globallawgroup.net, office@fleetfinancialgroup.com, Helyn Lau helyn.lau@globallawgroup.net, Linda Wong linda@globallawgroup.net, Jim Guan hjg@paclaw.com

Good afternoon Fleet team,

This is to follow up on recent request for EEGH Chen Li's K1 forms and other document required for I-829 USCIS filling.

On September 22, Mr. Xia filed a letter with the Court representing that he would continue to assist EB-5 investors. (See ECF Dkt. No. 671 at 2 ("I have diligently complied with prior Court orders (ECF Dkt. Nos. 217, 657) by supporting Global Law Group's efforts to assist investors effectively. . . . I believe the current approach, supported by Global Law Group's services, is sufficient to meet investor needs........I will continue to support Global Law Group's services to assist investors, as permitted by the Text Order, to ensure their needs are met promptly and effectively. )

However, there were no response has been received from Fleet since initial request of documents on 10/29. With holidays coming up next week and to avoid the expiration date of 2/11/2026, Mr. Chen's immigration attorney Mr. Guan is copied here eager to know the timeline that the required project document can be provided by Fleet.

If the required document is not being generated yet or unable to be generated within foreseeable future.

Please let us know now so we can seek for alternative solution on assist investor's needs.

Best regards,

Wayne

> Begin forwarded message:
>
> **From:** WAYNE SUN <wayne.syw@hotmail.com>
> **Subject:** Re: EEGH I-829 Chen Li , WAC# 15-905-96976, expires 2/11/2026
> **Date:** December 11, 2025 at 14:04:56 GMT-5
> **To:** FNYM RC <infofnymrc@gmail.com>
> **Cc:** Sandy <sandy@globallawgroup.net>, office@fleetfinancialgroup.com, Helyn Lau <helyn.lau@globallawgroup.net>, Linda Wong <linda@globallawgroup.net>, Jim Guan <hjg@paclaw.com>
>
> Good afternoon, Fleet team,
>
> Kindly following up on K1 forms and I-829 document for EEGH Investor Chen Li.
>
> Due to the holiday season is coming up as the investor wants to submit the I-829 petition as early as possible to avoid potential delay.
>
> Please let us know when can we expect the K1 forms from your office.
>
> Thanks
>
> Wayne
>
>> On Dec 5, 2025, at 16:53, Wayne Sun <wayne.syw@hotmail.com> wrote:
>>
>> Hi Sandy,
>>
>> Good afternoon, kindly follow up when can we expect to receive the I-829 documents for Mr. Chen Li.
>>
>> Best regards,
>>
>> Wayne
>>
>>> On Dec 2, 2025, at 14:32, Wayne Sun <wayne.syw@hotmail.com> wrote:
>>>
>>> Good afternoon, Sandy
>>>
>>> Hope everyone has a great Thanksgiving break.
>>>
>>> Kindly following up to see if your office were able to provide updated economic analysis to the regional center at this moment.
>>>
>>> If so, will you be able to share the same document which could be needed for I-829 petition to investor's immigration legal team for filing purpose?
>>>
>>> Best regards,
>>>
>>> Wayne
>>>
>>>> On Nov 18, 2025, at 17:49, Wayne Sun <wayne.syw@hotmail.com> wrote:
>>>>
>>>> Hi May,
>>>>
>>>> Its been so many years, this is Wayne, one of the agency for project EEGH, we were in contact back in 2017. I hope you are doing well.

I am reaching out for I-829 supporting project documents as well as the all old K-1s for this EEGH LP investor Mr. Chen Li, DOB (12/1/1982).

Mr. Chen I-829 filling window opens on 11/11/2025, status expires on 2/11/2026.

Mr. Chen immigration attorney and GLG team are copied in this email.

Please let me know if you need anything from us, we will provide promptly.

Looking forward to hearing from you.

Thanks

Wayne

Begin forwarded message:

**From:** WAYNE SUN <wayne.syw@hotmail.com>
**Subject: Re: I-829 Chen Li, WAC# 15-905-96976**
**Date:** November 10, 2025 at 10:37:15 GMT-5
**To:** FNYM RC <infofnymrc@gmail.com>

Good morning,

Hope all is well. Would like following up on the last enqurie for Mr. Chen Li's K1 and other I 829 documents.

Best

Wayne

On Oct 29, 2025, at 15:41, Wayne Sun <wayne.syw@hotmail.com> wrote:

Hello FNYMRC:

Mr. Chen Li, one of the investor of EEGH, LP is looking to submit his I-829 soon in November.

Can you please provide his K-1 Forms since 2015 up to 2024?

Also please adivce how to obtain the I-829 Project package for filling?

Thank you in advance.

Wayne

Chengxin Office

