*** Filed ***
04:59 PM, 27 Feb, 2026
U.S.D.C., Eastern District of New York

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

-against-

RICHARD XIA, a/k/a/ YI XIA, and FLEET NEW YORK METROPOLITAN REGIONAL CENTER, LLC, f/k/a FEDERAL NEW YORK METROPOLITAN REGIONAL CENTER, LLC.

Defendants,

JULIA YUE, a/k/a JIQING YUE; XI VERFENSTEIN, and XINMING YU,

Relief Defendants.

No. 21-cv-05350-PKC-JAM

**AFFIDAVIT OF RICHARD XIA**

I, Richard Xia, being duly sworn, depose and say:

1. I am the Pro Se Defendant in the above-captioned action and submit this affidavit pro se, pursuant to the Court's Order dated January 27, 2026, which directs me to file an affidavit by February 28, 2026, describing how the funds unfrozen by the Court's August 26, 2025 Order (ECF 657) have been used. I make this affidavit based on my personal knowledge and, where stated, upon information and belief.
2. The fee estimates from Global Law Group requested a total of $160,000, which is detailed in the invoices as (EEGH, LP – $85,000) and (EEGH II, LP – $75,000)
3. The Court modified my proposed order (ECF 636-2) by authorizing the release of up to $85,000 from frozen assets, rather than the requested $160,000, to be paid directly to the Global Law Group for the legal services
4. In full compliance with ECF 657, I caused the entire authorized amount of $85,000 to be released from the frozen account and paid directly to the Global Law Group.
5. No portion of the reduced release amount of $85,000 was used for personal or unrelated expenses, in strict compliance with the Order.
6. Within the scope of Global Law Group's legal service, they have created general templates associated with project documentations related to I-829 filings.
7. However, as previously mentioned, each investor's I-829 filing produced from these templates requires additional customization effort and investor-supplied details.

8. Regional Center (Fleet) needs to compile, verify, authenticate, and customize the I-829 support package using Global Law Group templates with investor-supplied details for each investor.
9. Regional Center (Fleet) also needs to coordinate with accounting firm to produce K-1 forms for each investor.
10. It is worth noting that the accounting firm E & P Tong, LLC, with outstanding unpaid balance, had and has produced K-1 forms to the investors since 2021.
11. Producing sets of comprehensive customized materials for each investor under the severe constraints of the prolonged asset freeze requires compensation.
12. Such compensated professional effort is embedded in operation cost of any EB-5 programs permitted by USCIS, but has not been acknowledged, allocated, and released from the frozen asset.
13. I respectfully submit this affidavit to fulfill the Court's requirement and remain available for any further clarification.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 27, 2026
*/s/ Richard Xia*
Richard Xia
Pro Se Defendant