# HANTMAN & ASSOCIATES

ATTORNEYS AT LAW
1120 Avenue of the Americas
4th Floor
New York, New York 10036
(P) 212-684-3933
(F) 212-465-2192
www.Hantmanlaw.com

**ROBERT J. HANTMAN**
rhantman@hantmanlaw.com
New York, New Jersey, & Florida Bars

**BY ECF**                                                                                March 20, 2026

The Honorable Pamela K. Chen
United States District Judge
United States District Court, Eastern District
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Securities and Exchange Commission v. Xia, et al.* U.S. Dist. Ct., Dkt. No.
21- Civ-5350 (PKC)

Dear Judge Chen,

We represent Defendant Fleet New York Metropolitan Regional Center, LLC ("Fleet") in the above-referenced matter. We respectfully write in connection with Fleet's pending motion for release of funds for payment of the Firm's attorney's fees (ECF No. 705), filed on December 1, 2025.

We recognize and appreciate the Court's careful oversight of fee-related applications in this matter. Should the Court find it helpful, we respectfully request that a conference be scheduled with the Securities and Exchange Commission regarding this motion. The requested relief is limited to payment of attorney's fees supported by the invoices and tracing evidence submitted with the Hantman Declaration and accompanying exhibits.

We appreciate the Court's continued attention to this matter.

Respectfully submitted,
/s/ Robert J. Hantman, Esq.
*Attorney for Defendant*
*Fleet New York Metropolitan*
*Regional Center, LLC*

FLORIDA
HANTMAN & ASSOCIATES
650 WEST AVENUE
SUITE 2408
MIAMI BEACH, FL 33139

NEW JERSEY
JOSEPH J. FERRARA
OF COUNSEL
111 PATERSON AVENUE
HOBOKEN, NJ 07030

FLORIDA
ENTIN & DELLA FERA, P.A.
OF COUNSEL
110 SE 6TH ST., SUITE 1970
FORT LAUDERDALE, FL 33301

PLEASE SEND ALL CORRESPONDENCE TO THE NEW YORK, NY ADDRESS LISTED ABOVE.