# HANTMAN & ASSOCIATES

ATTORNEYS AT LAW
1120 Avenue of the Americas
4th Floor
New York, New York 10036
(P) 212-684-3933
(F) 212-465-2192
www.Hantmanlaw.com

**ROBERT J. HANTMAN**
rhantman@hantmanlaw.com
New York, New Jersey, & Florida Bars

**BY ECF**                                                                April 17, 2026

The Honorable Pamela K. Chen
United States District Judge
United States District Court, Eastern District
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Securities Exchange Commission v. Xia, et al.* U.S. Dist. Ct., Dkt. No. 21-Civ-5350 (PKC) (CHK)

Dear Judge Chen:

We represent Defendant Fleet New York Metropolitan Regional Center LLC ("Fleet") in the above-referenced matter.

At pro se litigant Richard Xia's request, please see attached Defendant Richard Xia's renewed emergency motion for adjournment, request that the Court seek pro bono counsel, and in the further alternative for limited release of funds. We submit this motion for filing and do not appear for Mr. Xia in connection with this submission.

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Robert J. Hantman*
Robert J. Hantman, Esq.
*Attorney for Fleet*

FLORIDA
HANTMAN & ASSOCIATES
650 WEST AVENUE
SUITE 2408
MIAMI BEACH, FL 33139

NEW JERSEY
JOSEPH J. FERRARA
OF COUNSEL
111 PATERSON AVENUE
HOBOKEN, NJ 07030

FLORIDA
ENTIN & DELLA FERA, P.A.
OF COUNSEL
110 SE 6TH ST., SUITE 1970
FORT LAUDERDALE, FL 33301

PLEASE SEND ALL CORRESPONDENCE TO THE NEW YORK, NY ADDRESS LISTED ABOVE.