**Robert W. Seiden**

Court-Appointed Fund Distribution Administrator Pursuant to the Order of The Honorable Judge Pamela K. Chen of the United States District Court, Eastern District of New York

# SEIDEN | LAW

April 24, 2026

**VIA ECF**
Hon. Pamela K. Chen
Courtroom 4F
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:   **Securities and Exchange Commission v. Richard Xia, a/k/a Yi Xia et. al.**
> **Case No. 21-cv-05350-PKC-JA**
> **Distribution Administrator's Status Report**

Dear Judge Chen:

Pursuant to Your Honor's direction at the April 20, 2026 Status Conference, I write to provide the Court with the following status report regarding: (1) the number of Eastern Emerald and Eastern Mirage EB-5 Investors who have requested a return of their investment and withdrawal from the EB-5 program, and (2) the number of Eastern Emerald and Eastern Mirage EB-5 Investors who have indicated that they wish to switch their investment from Fleet to a different regional center. *See* Minute Entry dated April 20, 2026.

Background:

As I reported to the Court in my February 5, 2026 status report, my team has successfully served 445 of the 460 investors. *See* ECF 721. As of today's date, the Distribution Administrator has received and reviewed **363** distribution applications and has issued Claim Status Notices to those investors informing them of the status of their applications. We have also communicated, either directly or through counsel, with approximately 13 additional EB-5 Investors[1] who have not yet submitted distribution applications but have expressed their intent to participate in the distribution process. My team is assisting these investors with preparing and timely filing their distribution applications. Approximately 69 investors who were served have not submitted a distribution application or otherwise communicated with counsel.

Information Requested by the Court:

Of the 363 distribution applications received:

(1) To date, **301** EB-5 Investors have requested a return of their investment and are therefore interested in withdrawing from the EB-5 program (Option I)

---

[1] The counsel with whom we have communicated has not provided us with the exact number of investors they represent

**Robert W. Seiden**
Court-Appointed Fund Distribution Administrator
Pursuant to the Order of The Honorable Judge
Pamela K. Chen of the United States District Court,
Eastern District of New York

# SEIDEN | LAW

(2)  To date, **none** of the EB-5 Investors have requested a transfer of their investment from Fleet to a different regional center (Option III).  A number of EB-5 investors have expressed an interest in such a transfer and inquired about potential eligible projects and regional centers.  We have explained that the Distribution Administrator is not in a position to provide such information, but have explained the procedure and conditions for Option III.[2]

It is also worth noting that EB-5 Investors are free to amend their Statement of Claim to select a different option at any time prior to the Bar Date (August 15, 2026). Accordingly, the figures referenced above reflect investor selections as of today's date and may be subject to change.

Should the Court have any questions or require additional information, I remain available at the Court's convenience.

Respectfully,

Robert W. Seiden, Esq.

The Court-Appointed Fund Distribution Administrator

---

[2] To date, **52** EB-5 Investors have selected Option II – Sending the Distribution Fund back to Invested NCE (associated with Fleet Regional Center).  Additionally, **9** EB-5 Investor have submitted documents to support their claims but have not yet filed their Statement of Claim or Amended Statement of Claim. Finally, **1** EB-5 Investor has submitted a Statement of Claim but did not select one of the options.