*** Filed ***
04:08 PM, 07 May, 2026
U.S.D.C., Eastern District of New York

**Hon. Pamela K. Chen**
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:** SEC v. Xia, No. 1:21-cv-05350 (PKC) (CHK)
*Letter Submitting Supplemental Statement Following April 20, 2026 Status Conference*

Dear Judge Chen:

Defendant Richard Xia respectfully submits the enclosed Supplemental Statement Following the April 20, 2026 Status Conference, which the Court permitted defendant to file within fourteen days, limited to ten pages. *See* Apr. 20, 2026 Tr. at 55:9–14, 56:1–4.

Defendant respectfully notes that the official transcript of the April 20, 2026 conference was not available within the original fourteen-day window. As a result, defendant filed a letter request on May 5, 2026 respectfully seeking a brief extension of time to permit review of the official transcript before submitting the supplemental statement. The transcript was thereafter received from the court reporter, and defendant has prepared the enclosed statement in reliance on the official transcript.

The enclosed statement is submitted shortly after the original fourteen-day window. Defendant respectfully requests that the Court accept the statement nunc pro tunc, in light of the transcript-availability issue and the prior extension request. The statement is within the ten-page limit set by the Court at the April 20 conference and is limited to the EB-5 immigration, documentation, and investor-notice issues addressed at that conference.

Defendant respectfully thanks the Court for its consideration.

Respectfully submitted,

/s/ Richard Xia
Richard Xia, pro se
42-55 Saull Street
Flushing, New York 11355
richard.xia@fleetfinancialgroup.com
(718) 288-5797

Enclosure: Supplemental Statement Following April 20, 2026 Status Conference
cc: All counsel of record (via ECF)