

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

**NEW YORK**
**REGIONAL OFFICE**

May 18, 2026

**VIA ECF**
The Honorable Pamela K. Chen
United States District Court
Eastern District of New York
225 Cadman Plaza East, N 631
Brooklyn, New York 11201

     Re:    *SEC v. Xia, et al.*, **21-cv-05350-PKC-CHK (E.D.N.Y.)**

Dear Judge Chen:

Plaintiff Securities and Exchange Commission ("SEC") respectfully submits this letter pursuant to the Court's May 5, 2026 Order regarding the appointment of a liquidation agent or receiver, including the potential appointment of David Castleman of Otterbourg P.C. to that role.

Having interviewed Mr. Castleman, the SEC has no objection to his appointment as liquidation agent or receiver. The SEC further understands that Defendants Richard Xia and Fleet New York Metropolitan Regional Center LLC intend to propose David Lowenthal and Gregory Baker of Patterson Belknap LLP for the same role, and likewise does not object to their appointment. The SEC notes, however, that the hourly fees of Messrs. Lowenthal and Baker are meaningfully higher than Mr. Castleman would charge if appointed.

The SEC learned today that certain investors have proposed a third candidate, Michael I. Goldberg, and that other investors have requested an extension until May 25, 2026 to consider additional candidates. As the SEC has not yet had an opportunity to speak with Mr. Goldberg or other investor-proposed candidates, it respectfully requests one additional week to do so, and proposes to supplement this letter with its position on or before May 25, 2026.

Finally, regardless of whom the Court appoints, the SEC respectfully requests leave to submit a proposed order delineating the rights and obligations of the appointed liquidation agent or receiver.

          Respectfully submitted,

          /s/ Christopher M. Colorado
          Christopher M. Colorado

          *Attorney for Plaintiff*