**Robert W. Seiden**

Court-Appointed Fund Distribution Administrator
Pursuant to the Order of The Honorable Judge
Pamela K. Chen of the United States District Court,
Eastern District of New York

# SEIDEN | LAW

May 19, 2025

**VIA EMAIL**
Hon. Pamela K. Chen
Courtroom 4F
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> **Re:** **Securities and Exchange Commission v. Richard Xia, a/k/a Yi Xia et. al.**
> **21-cv-05350-PKC-JAM**
> **Joint Status Report**

Dear Judge Chen:

The Distribution Administrator, Robert W. Seiden (the "Distribution Administrator"), Plaintiff Securities and Exchange Commission ("SEC"), and Global Law Group ("GLG"), immigration counsel for Defendant Fleet New York Metropolitan Regional Center ("Fleet"), respectfully submit this joint status report pursuant to Your Honor's instructions provided during the Court's April 20, 2026 status conference ("April 20 Status Conference") and Your Honor's Text Order dated May 12, 2026 ("Text Order").

### *Relevant Procedure Background*

On April 20, 2026, the Court held a Status Conference during which it addressed, among other matters, potential challenges confronting EB-5 Investors who have not filed their USCIS Form I-829 (Petition by Investor to Remove Conditions on Permanent Resident Status).

During the April 20 Status Conference, the Court instructed the Distribution Administrator to confer with the SEC and GLG to draft a proposed notice to EB-5 Investors advising them of the current situation with respect to filing I-829 applications based on the EEGH, LP and EEGH II LP projects (the "Notice").

On May 12, 2026, the Court issued a Text Order directing the Distribution Administrator to further confer with the SEC and GLG and to provide the Court with a joint status report the describing proposed Notice to the EB-5 Investors by May 19, 2026.

### *The Joint Proposed Notice*

Between May 12 and May 19, 2026, the SEC, GLG, and the Distribution Administrator exchanged comments and revisions to drafts of the Notice and conducted multiple meet-and-confer

1

**Robert W. Seiden**

Court-Appointed Fund Distribution Administrator Pursuant to the Order of The Honorable Judge Pamela K. Chen of the United States District Court, Eastern District of New York

# SEIDEN | LAW

discussions. As a result of those efforts, the parties were ultimately able to submit a jointly proposed version of the Notice to the Court. The parties' jointly proposed Notice is attached to this report as **Exhibit 1.**

Respectfully,

/s/*Robert W. Seiden*
Robert W.  Seiden, Esq.
The Court-Appointed Fund Distribution
Administrator

/s/ *Kim Han*
Christopher Colorado
David Stoelting
Kim Han
Securities and Exchange Commission
Attorneys for Plaintiff

/s/ *Helyn Lau*
Helyn Lau
Linda Wong
Global Law Group
Immigration Counsel for
Defendant Fleet New York Metropolitan Regional
Center

2