# Exhibit 1

**Robert W. Seiden**

Court-Appointed Fund Distribution Administrator Pursuant to the Order of The Honorable Judge Pamela K. Chen of the United States District Court, Eastern District of New York

## THIS NOTICE IS BEING SENT TO YOU BECAUSE YOUR FORM I-829 PETITION TO THE U.S. CITIZENSHIP AND IMMIGRATION SERVICES MAY NOT HAVE BEEN FILED OR FINALLY ADJUDICATED

### Please Read This Notice Carefully and Consult Your Own Immigration Counsel.

#### *Purpose of this Notice*

At a Status Conference on April 20, 2026, the United States District Court for the Eastern District of New York directed the Distribution Administrator to notify investors of important information about their immigration situation. This notice may apply to investors in investment partnerships associated with Fleet New York Metropolitan Regional Center ("**Fleet**") whose Form I-829 Petition to Remove Conditions on Permanent Resident Status has not yet been adjudicated.

This notice was prepared by the Distribution Administrator in consultation with the Securities and Exchange Commission ("**SEC**") and Global Law Group ("**GLG**"). None of these parties represent you and none can provide you with legal advice.

#### You are strongly encouraged to consult your own immigration counsel immediately.

#### *Relevant Background*

On July 14, 2025, the Court authorized $85,000 to be released to GLG, as immigration counsel to Fleet, to help prepare Form I-829 petition documents for EB-5 investors. On April 17, 2026, GLG reported to the Court that it used those funds to review construction expenditure records related to Fleet and was provided job creation documentation to support twenty-six (26) EB-5 Investors' I-829 packages. On April 20, 2026, the Court held a Status Conference, during which it was informed of the following, which is the reason for this notice:

Construction on Fleet's two associated projects—Eastern Mirage and Eastern Emerald ("**Projects**")—stopped approximately five years ago. The construction expenditure records for both projects show that the job creation figures used to support EB-5 Investors' I-829 petitions have been nearly exhausted. Based on information provided to the Court at the April 20, 2026 States Conference, the available job creation data may be sufficient to support only **approximately two to four** additional Form I-829 petitions. Almost all the remaining the EB-5 investors under the Eastern Emerald Project who have not yet filed their I-829 petition will face difficulty demonstrating the required ten jobs per investor through this Project, and the possibility exists that some investors who have filed their I-829 petition may also be negatively impacted.[1]

The Court directed that this notice be sent so that you are aware of this situation and can consider your options.

---

[1] The USCIS ultimately determines the number of jobs that may be credited to investors, and it is possible that USCIS could determine that fewer jobs were created than would be necessary to support those investors who have already filed Form I-829 petitions.

1

**SEIDEN | LAW**

**Robert W. Seiden**
Court-Appointed Fund Distribution Administrator Pursuant to the Order of The Honorable Judge Pamela K. Chen of the United States District Court, Eastern District of New York

### *What This Means For You*

Under the EB-5 program, each investor must show that his or her investment related to Fleet created at least ten jobs in order to obtain approval of a Form I-829 petition and remove the conditions on permanent resident status.   Because construction on the Projects stopped approximately five years ago, little job creation documentation remains to support new I-829 petitions based on the Eastern Emerald Project.  **If your I-829 petition has not yet been filed, you should understand that approval based on job creation from the Eastern Emerald Project under the new commercial enterprise, EEGH, L.P. and EEGH II, L.P. may be challenging**.

### *Your Deadlines May Be Approaching*

At the April 20, 2026 Status Conference, the Court was also informed that the I-829 petition filing deadlines for many EB-5 Investors may be approaching.  Missing your I-829 filing deadline or receiving a denial could result in serious immigration consequences.  **You should consult your own immigration attorney immediately to confirm your specific filing deadline and to understand your options**.

### *Possible Next Steps*

The following steps may be available to you.  This is not legal advice. Consult your own immigration counsel to determine what is appropriate for your situation.

1.      **Amend Your Statement of Claim**

Any EB-5 Investor who previously submitted a Statement of Claim to the Distribution Administrator may change that election by submitting an Amended Statement of Claim.  If you have previously elected to send distribution funds back to the invested NCE and would like to amend your Statement of Claim in light of the information in this notice, you may amend your Statement of Claim to either (a) request for direct distribution whereby electing to have your *pro rata* distribution paid directly to you (which would, among other things, withdraw you from the EB-5 program); or (b) request to send distributions funds to another EB-5 Program-related NCE, if the option becomes available.  The EB-5 Investors are free to amend their Statement of Claim to any of the three categories listed in the claims form by submitting an Amended Statement of Claim at any time before the Bar Date (August 15, 2026) by either uploading a signed Amended Statement of Claim through the online portal[2] (via the secure link previously provided), or by mailing the signed document to the Distribution Administrator's office.  EB-5 Investors are not required to re-notarize their Amended Statement of Claim.

2.      **Request to USCIS that Your I-829 Petition Be Held In Abeyance**

If you have already filed a Form I-829 petition that is pending with USCIS, or your filing deadline is approaching, you may wish to consult with your immigration attorney, to request that USCIS hold your petition in abeyance—meaning, delay its adjudication—while you evaluate your options.

---

[2] https://fnymrcdistribution.powerappsportals.com/File-a-Claim/

**Robert W. Seiden**
Court-Appointed Fund Distribution Administrator
Pursuant to the Order of The Honorable Judge
Pamela K. Chen of the United States District Court,
Eastern District of New York

# SEIDEN | LAW

If granted, this may allow you to avoid immediate adverse immigration consequences while you determine the best course of action and/or allow for any other potential options to materialize.

**You should consult with your own immigration counsel.** The Distribution Administrator, the SEC, and GLG cannot advise you on whether this step is available or appropriate in your individual case.

## DISCLAIMER

Please note that the Distribution Administrator, the SEC, and GLG play no role in determining which EB-5 Investors receive supporting documentation, including job creation and allocation materials, or the order in which that documentation is provided. Those decisions are made solely by Fleet.