

UNITED STATES
**SECURITIES AND EXCHANGE COMMISSION**
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

NEW YORK
REGIONAL OFFICE

May 27, 2026

**VIA ECF**
The Honorable Pamela K. Chen
United States District Court
Eastern District of New York
225 Cadman Plaza East, N 631
Brooklyn, New York 11201

> Re: *SEC v. Xia, et al.*, **21-cv-05350-PKC-CHK (E.D.N.Y.)**

Dear Judge Chen:

Plaintiff Securities and Exchange Commission ("SEC") respectfully submits this letter pursuant to Your Honor's Individual Practices Rule 3.C to request the Court's approval of a briefing schedule for non-party Koba Mushkudiani's motion to intervene (ECF No. 765). Counsel for the SEC and counsel for Mr. Mushkudiani have conferred and agreed, subject to the Court's approval, that the SEC will file any opposition on or before June 12, 2026, and Mr. Mushkudiani will file any reply on or before June 26, 2026.

Respectfully submitted,

/s/ Christopher M. Colorado
Christopher M. Colorado

*Attorney for Plaintiff*

cc: All counsel of record (via ECF)