

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

**NEW YORK**
**REGIONAL OFFICE**

June 3, 2026

**VIA ECF**
The Honorable Pamela K. Chen
United States District Court
Eastern District of New York
225 Cadman Plaza East, N 631
Brooklyn, New York 11201

    **Re:**    ***SEC v. Xia, et al.*, 21-cv-05350-PKC-CHK (E.D.N.Y.)**

Dear Judge Chen:

    Plaintiff Securities and Exchange Commission ("SEC") respectfully submits this letter pursuant to the Court's Orders dated May 5, 2026 and May 19, 2026, regarding the appointment of a liquidation agent or receiver, and to supplement its letter dated May 26, 2026 (ECF Nos. 777, 789.)

    In the SEC's most recent letter, it stated that it supports the appointment of Michael I. Goldberg of Akerman LLP as receiver or liquidation agent, subject to his confirmation that his firm has no existing or prior representations that would present a conflict of interest. We wish to inform the Court that Mr. Goldberg has since confirmed that no such conflicts are present.

                        Respectfully submitted,

                        /s/ Christopher M. Colorado
                        Christopher M. Colorado

                        *Attorney for Plaintiff*