SEIDEN | LAW

**Robert W. Seiden**
**Court-Appointed Fund Distribution Administrator Pursuant to the Order of The Honorable Judge Pamela K. Chen of the United States District Court, Eastern District of New York**

August 17, 2026

**VIA ECF**
Hon. Pamela K. Chen
Courtroom 4F
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re: Securities and Exchange Commission v. Richard Xia, a/k/a Yi Xia et. al. 21-cv-05350-PKC-JAM: The Fund Distribution Administrator's Interim Quarterly Fee Application (April 1-June 31, 2026)**

Dear Judge Chen:

I write pursuant to Your Honor's Order, dated July 26, 2024, appointing me as the Fund Distribution Administrator for all funds, including post-judgment interest, to be paid or collected from defendants (ECF 461; the "Appointment Order") pursuant to the Court's Final Judgment (ECF 460; the "Final Judgment"). In accordance with paragraphs 19 and 21 of the Appointment Order, I, Robert Seiden of Seiden Law LLP, the duly appointed Administrator, hereby respectfully request that this Court enter an Order approving the fees, costs, and expenses incurred during Quarter Two of 2026 (April, May, and June) (the "Interim Application"). A true and correct copy of the proposed form of Order Approving Administrator's Quarterly Fee Application is attached hereto as **Exhibit 1**.

***Administrator's Efforts this Quarter***

During the second quarter of 2026, my team and I continued to perform substantial claims administration and investor communication services in accordance with the Court's Appointment Order and the Court-approved Distribution Plan.

As the Bar Date of August 15, 2026[1] was approaching, my office experienced a significant increase in inquiries from investors regarding the distribution process, the anticipated amount of any distribution, and the options available under the Distribution Plan. In addition to responding to these daily inquiries, my team received and processed additional claim submissions from investors and conducted reviews of newly submitted claims and supporting documentation.

[1] On August 11, 2026, the Court granted the request made by a number of investors to extend the Bar Date to February 15, 2027. *See* Text Order, dated August 11, 2026.

In anticipation of the August 15, 2026 Bar Date, my team also devoted substantial time and effort to maintaining, updating, and organizing the claims administration database. This database tracks critical information relating to investors, including contact information, service status, claim status, election status under the Distribution Plan, and other information necessary for the efficient administration of the distribution process.

During this quarter, my team reviewed 78 claims and amended claims submitted by or on behalf of investors. These submissions were evaluated for completeness, eligibility, and compliance with the Court-approved procedures. In connection with these reviews, my team prepared and served 78 individualized Claim Status Notices and detailed response letters to investors and third-party representatives, including immigration law firms. These communications addressed submission deficiencies, requests for additional documentation, claim status determinations, and other matters necessary to facilitate the orderly administration of the claims process. All such correspondence was transmitted electronically via email.

During this quarter, in addition to the regular claims review process, my team commenced a comprehensive final review of 364 claims that had previously been evaluated to ensure the accuracy and consistency of the determinations made and the corresponding Claim Status Notices issued. This quality-control review was undertaken to confirm that each claimant received the appropriate notice based on the information and documentation submitted and to identify and correct any discrepancies before the Bar Date.

During this quarter, my team and I worked closely with the SEC and Global Law Group to prepare a Court-ordered notice to investors regarding the potential impact that the current status of the Eastern Mirage and Eastern Emerald projects may have on investor immigration petitions. This effort required multiple rounds of drafting, comments, revisions, and conference calls with each other. As a result of these collaborative efforts, we jointly submitted a proposed notice for the Court's review, which the Court subsequently approved with minor modifications.

Following the Court's approval, my team distributed the Court-approved notice to investors through multiple channels, including direct email communications, publications on the Distribution Administrator's website, and postings on the project's WeChat platform, to ensure broad dissemination of the information.

In addition, my team and I prepared and published two separate investor notices regarding the SEC's enforcement efforts and the Court's Orders appointing a receiver over the properties associated with the Eastern Mirage and Eastern Emerald projects. These communications were intended to keep investors informed of significant developments that could impact the receivership, the distribution process, and the status of the underlying projects.

**Robert W. Seiden**

SEIDEN | LAW

**Court-Appointed Fund Distribution Administrator Pursuant to the Order of The Honorable Judge Pamela K. Chen of the United States District Court, Eastern District of New York**

***Case Status***

I am currently not in possession of any funds. Under the Court's Appointment Order, the funds are in the Court's CRIS account and will be used upon request. According to the most recent CRIS monthly report, there is $44,684,209.34 in the Court's CRIS account. My team and I have been actively collaborating with tax professionals and the Financial Analyst from the U.S. District Court - EDNY on matters related to the CRIS monthly report and tax administration.

The Court provided Defendants and Relief Defendant a 245-day deadline to comply with their monetary obligations, *i.e.,* until March 26, 2025. Defendants' request to extend the deadline for final payment was denied by the Court's Order dated April 3, 2025 (ECF 570). To date, Defendants have not made any payments towards their obligations under the Final Judgment, apart from the funds previously collected from the Defendants' accounts, which are currently held in the Court's CRIS account.

Pursuant to the Court's Appointment Order, the Distribution Administrator will not be in possession of any of Defendants' assets except for the cash they deposit with the Court. The Distribution Administrator's authority is limited to distributing cash that the SEC and Court collect from the Defendants and Relief Defendant.

On May 6, 2026, Koba Mushkudiani, a judgment creditor holding a judgment lien against the Eastern Mirage project, filed a motion to intervene in this action (ECF No. 765). Mr. Mushkudiani's motion is fully briefed and remains pending before the Court. With respect to the liquidation of the properties, on June 5, 2026, after reviewing the receivership candidates proposed by the interested parties, the Court notified the parties of its intention to appoint Michael I. Goldberg as liquidation receiver. (June 5 Text Order). On June 22, 2026, pursuant to the Court's instructions, the SEC submitted a proposed order appointing the liquidation receiver (ECF No. 808). The SEC's proposed order remains under review by the Court.

***Fees, Costs, and Expenses Incurred in Quarter One of 2026***

On May 15, 2026, the Distribution Administrator made its last fee application, which was for Quarter One of 2026. The time period covered by this Interim Application is April 1, 2026 through June 30, 2026.

There has not been a substantial increase (*e.g.*, 10% or more) in the amount requested in this Interim Application as compared to any budget shared with the SEC. Also, there has not been any increase in the number of other professionals' firms engaged by the Distribution Administrator for the matter during this Interim Application period as compared to any staffing plan shared with the SEC. The Administrator's Professionals are Heffler, Radetich & Saitta LLP, as the Tax Administrator; (2) Weaver and Tidwell, L.L.P for accounting services; and (3) Baker Donelson Bearman Caldwell & Berkowitz, P.C. as EB-5 immigration counsel. An Order authorizing the

engagement of these professionals was issued on September 20, 2024. Full rate schedules for these professionals can be found in my letter to the Court, docket number 475.

During Quarter Two of 2026, the Distribution Administrator incurred the hourly fees, costs, and expenses set forth in the attached **Exhibit 2** to this application. Exhibit 2 reflects that the following individuals worked the following number of hours during these three months:

| Name | Title | Hours |
|---|---|---|
| Robert Seiden | Distribution Administrator | 9.0 |
| Lauren Elliot | Distribution Administrator's Staff | 6.6 |
| Xintong Zhang | Distribution Administrator's Staff | 87.3 |
| Olivia Huang | Distribution Administrator's Staff | 4.6 |
| Katherine Song | Distribution Administrator's Staff | 213.8 |
| Noah Silverman | Distribution Administrator's Staff | 7.4 |
| Samantha Schiavi | Distribution Administrator's Staff | 3.2 |
| Nadir Munir | Tax Administrator | 3.25 |
| Dave White | Tax Administrator | 4 |
| Grand Total | | **339.15** |

Detailed invoices with descriptions of the work completed by these individuals during quarter four are reflected in **Exhibit 2**.[2]

The Distribution Administrator affirms that the attached fees and expenses were incurred in the best interests of the EB-5 Investors, and, with the exception of the professionals denoted in this Interim Application and as approved by the Court, the Distribution Administrator has not entered into any agreement, written or oral, express or implied, with any person or entity concerning the amount of compensation paid or to be paid from the funds, or any sharing thereof. The Distribution Administrator further affirms that his (and his staff's) billings are in compliance with the SEC Billing Instructions agreed to by the Distribution Administrator.[3]

***Fund Accounting Report***

As I explained above, the Distribution Administrator is currently not in possession of any funds. Under the Court's Appointment Order, the funds are in the Court's CRIS account and will be used upon request. According to the CRIS monthly report dated June 15, 2026, there is approximately $44,684,209.34 in the Court's CRIS account. A copy of CRIS Monthly Report dated June 15, 2026 is attached as **Exhibit 4** to this Application.

[2] Considering the nature of the invoices and the descriptions of the Distribution Administrator and his team's work, the invoices will be submitted to the Court under seal. A redacted version will be filed on the public docket pursuant to Your Honor's individual practice rules.

[3] A Certification of Compliance with SEC Billing Instructions is attached as **Exhibit 3** to this Application.

SEIDEN | LAW

**Robert W. Seiden**
**Court-Appointed Fund Distribution Administrator Pursuant to the Order of The Honorable Judge Pamela K. Chen of the United States District Court, Eastern District of New York**

Please do not hesitate to contact me if Your Honor has any questions or concerns.

Respectfully submitted,

Robert W. Seiden, Esq.

The Court-Appointed Fund Distribution Administrator