# EXHIBIT 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

*Plaintiff,*

*v.*

RICHARD XIA, a/k/a YI XIA, and FLEET NEW YORK METROPOLITAN REGIONAL CENTER, LLC, f/k/a FEDERAL NEW YORK METROPOLITAN REGIONAL CENTER, LLC,

*Defendants,*

JULIA YUE, a/k/a JIQING YUE;
XI VERFENSTEIN, and XINMING YU,

*Relief Defendants.*

21-cv-05350-PKC-JAM

**[PROPOSED] ORDER FOR APPROVING THE FUND DISTRIBUTION ADMINISTRATOR'S INTERIM FEE APPLICATION**

THIS MATTER came before the Court on the Letter Motion of the Court-Appointed Fund Distribution Administrator (the "Distribution Administrator") for entry of an Order approving the Distribution Administrator's Interim Quarterly Fee Application. The Court considered the Motion for Order Approving the Fund Distribution Administrator's Interim Quarterly Fee Application as well as previous pleadings in this case, including the Order Appointing Administrator and any responses filed, and finding that the relief requested is appropriate,

THEREFORE, IT IS ORDERED ADJUDGED AND DECREED THAT:

1. The Distribution Administrator's Motion for Order Approving the Fund Distribution Administrator's Interim Quarterly Fee Application is APPROVED;

2. The Distribution Administrator is authorized to file a request to withdraw $119,149.20 from the Court's Registry's CRIS account ("Request") ") for deposit into the Distribution Administrator's bank account:

[redacted]

3. The Court's Registry is authorized to approve the Distribution Administrator's Request;

4. The Distribution Administrator shall file a written confirmation to the Court upon receipt of the funds.

**IT IS SO ORDERED.**

Enter:

Dated: ____________, 2026

_________________________________
Hon. Pamela K. Chen
United States District Judge