Robert W. Seiden
Court-Appointed Fund Distribution Administrator
Pursuant to the Order of The Honorable Judge Pamela K. Chen of the United States District Court, Eastern District of New York

SEIDEN | LAW

August 28, 2026

**VIA ECF**
Hon. Pamela K. Chen
Courtroom 4F
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re: Securities and Exchange Commission v. Richard Xia, a/k/a Yi Xia et al.**
**Case No. 21-cv-05350-PKC-JA**
**Distribution Administrator's Status Report**

Dear Judge Chen:

Pursuant to Your Honor's Order appointing me as the Distribution Administrator (the "Appointment Order"; ECF No. 458) for the distribution of funds collected from Defendants Richard Xia ("Xia") and New York Metropolitan Regional Center LLC ("Fleet"), and Relief Defendant Julia Yue ("Yue," collectively "Defendants"), in satisfaction of their monetary obligations under the Final Judgment (ECF No. 460), I respectfully submit this status report to update the Court on the progress of the distribution process and my team's efforts to date.

***Serving the Distribution Notice on EB-5 Investors***

We identified **461 investors** who invested in the Eastern Mirage and Eastern Emerald projects (collectively, the "Projects") through new commercial enterprises ("NCEs") operated by Fleet, namely EMMCO, L.P., EMMCO Tower, L.P., EMMCO NQMC, L.P., EEGH, L.P., and EEGH II, L.P. The data provided by the SEC (from U.S. Citizenship and Immigration Services ("USCIS")) reflected **460** investors and my team subsequently identified **one additional investor** who was not included in the USCIS records. That investor submitted sufficient documentation establishing his identity as an EB-5 investor who invested in EEGH, L.P. and his eligibility to participate in the distribution process.

**My team has provided notice of the distribution process to all 461 investors**. As I duly reported in my previous reports, between December 2024 to January 2025, my team, using a third-party service vendor, successfully served 183 investors by mailing the distribution notice and Statement of Claim form to the investor addresses from USCIS. Between February and August 2025, my team undertook further efforts to establish direct communication with investors by email and mail through additional contact information obtained from Mr. Xia and Fleet and information collected from investors who contacted my team after seeing the published distribution notices on

Robert W. Seiden
SEIDEN | LAW
Court-Appointed Fund Distribution Administrator Pursuant to the Order of The Honorable Judge Pamela K. Chen of the United States District Court, Eastern District of New York

news articles or related WeChat articles.[1] As a result of our efforts (including the use of a local service vendor in China), we successfully served, through a second round of mailing, the distribution notice and the Court-approved Amended Statement of Claim on 345 investors. With respect to the remaining investors who could not be served through traditional mailing, we served them by email and other electronic means and undertook additional efforts to provide notice of the distribution process to them through communications with their immigration agents based on contact information provided by Xia.

***Distribution Claims and Review Process***

To date, **395** investors have registered for the distribution process through our online portal or by mail. Of these 395 investors, **388** have submitted distribution applications with supporting documentation. On July 29, 2026, my team followed up with the **7** registered investors who had not submitted an application. To date, we have not received submissions from any of them. Of the 388 investors who submitted applications, **2** have voluntarily withdrawn their applications. Of the remaining 386 submitted applications, **339** have been approved.

Out of the 386 investors with applications, we notified **49** investors of material deficiencies in their submissions and are awaiting supplemental documentation from them before I can make a final determination regarding their eligibility for distribution.

***Investors' Selection of the Option under the Court-approved Distribution Plan***

Of the 388 investors who submitted applications, **312** investors selected Option I (direct distribution), **65** investors selected Option II (sending the distribution funds back to the original invested NCE), **2** investors selected Option III (sending the distribution funds back to a new NCE that has no relationship with Defendants), and **9** investors have not yet selected a distribution option.[2]

***The Non-Registered Investors***

Out of the 461 investors, there are **66** investors who have not registered with our online portal, but **38** of them have been in contact with our office directly or through counsel/agents.[3]

---

[1] We also published 4 online news articles (on CBS 42, KRON 4, PR Newswire and KTLA5) concerning the distribution process and established a public WeChat account to disseminate information to investors located in the People's Republic of China ("China"). *See* ECF Nos. 642 at 3, 642-6, and 642-7.

[2] It is worth noting that investors are permitted to amend their distribution option selections at any time prior to the Bar Date. Accordingly, the numbers reflected above are not necessarily final and remain subject to change based on investors' subsequent elections and any further developments in this matter.

[3] My team has attempted to contact the remaining 28 unregistered investors through their immigration agents, using the email addresses provided by Mr. Xia. My team sent multiple follow-up communications to these immigration agents on November 14, 2024; November 21, 2024; December 4, 2024; February 18, 2025; February 19, 2025; May 21, 2025; and August 11, 2026. To date, we have not received a response from the immigration agents.

SEIDEN | LAW

**Robert W. Seiden**
**Court-Appointed Fund Distribution Administrator Pursuant to the Order of The Honorable Judge Pamela K. Chen of the United States District Court, Eastern District of New York**

Should the Court have any questions or require additional information, I remain available at the Court's convenience.

Respectfully,

Robert W. Seiden, Esq.

The Court-Appointed Fund Distribution Administrator