**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

U.S. SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

RICHARD XIA, et al,

Defendants.

Case No. 1:21-cv-05350-PKC-CHK

**NOTICE OF APPEAL**

Notice is hereby given that Fleet New York Metropolitan Regional Center, LLC hereby appeals to the United States Court of Appeals for the Second Circuit from the Order entered by this Court on July 17, 2026, appointing Michael I. Goldberg as Liquidation Receiver. It is filed as of right pursuant to 28 U.S.C. § 1292(a)(2).

This notice is filed pursuant to Federal Rule of Appellate Procedure 4(a)(1)(B), as the Securities and Exchange Commission (SEC)—a U.S. government agency—is a party to the action. It is timely filed within 60 days of entry of the appealed order.

Dated: September 10, 2026

Respectfully submitted,

Steven M. Richman
**CLARK HILL PLC**
210 Carnegie Center, Suite 102
Princeton, NJ 08540
Email: srichman@clarkhill.com
Telephone: (609) 785-2911
Attorneys for Fleet New York Metropolitan Regional Center, LLC