**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

-----------------------------------------------------------

SECURITIES AND EXCHANGE COMMISSION

Plaintiff(s),

v.

RICHARD XIA, a/k/a YI XIA, et al.,

**Defendant(s).**

-----------------------------------------------------------

Case No. 1:21-cv-05350

**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

I, Emily M. Notini, being duly sworn, hereby depose and say as follows:

1. I am a(n) Associate with the law firm of Clark Hill PLC.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificate)s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of Massachusetts.
4. There are no pending disciplinary proceedings against me in any state or federal court
5. I have not been convicted of a felony. If you have, please describe facts and circumstances.
6. I have been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.
Effective January 20, 2026, I was placed on administrative suspension by the Massachusetts Board of Bar Overseers for failure to comply with annual registration requirements.
I submitted the required reinstatement materials in April 2026 and have since been reinstated.
7. Attorney Registration Number(s) if applicable: 703765
8. Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case no.21-v-05350 for Defendant Richard Xia, a/k/a Yi Xia.

Date 09/10/2026
Washington, DC

Signature of Movant
Firm Name Clark Hill PLC
Address 601 13th Street, N.W.
Suite 600
Washington, DC 20005
Email enotini@clarkhill.com
Phone 202-552-2363

DISTRICT OF COLUMBIA )

On September 10, 2026, before me, Barbara J. Ramsey, Notary Public, personally appeared Emily M. Notini, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument, and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the District of Columbia that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

BARBARA J. RAMSEY NOTARY PUBLIC EXP. 9-30-28 DISTRICT OF COLUMBIA

Signature: Barbara J. Ramsey (Seal)

My Commission Expires: September 30, 2028

**BARBARA J. RAMSEY**
**NOTARY PUBLIC DISTRICT OF COLUMBIA**
**My Commission Expires September 30, 2028**